**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VIDEOLOGY, INC., *et al.*, | Case No. 18-11120 (KG) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firms of Goodwin Proctor LLP and Womble Bond Dickinson (US) LLP hereby enter their appearance as counsel for Amobee Inc. ("Amobee"), in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

| | |
|---|---|
| Gregory W. Fox, Esq.<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone:  (212) 459-7348<br>Facsimile:  (212) 409-8403<br>Email:  GFox@goodwinlaw.com<br><br>Alessandra L. Simons, Esq.<br>Goodwin Procter LLP<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 733-6039<br>Facsimile:  (415) 677-9041<br>Email:  ASimons@goodwinlaw.com | Matthew P. Ward, Esq.<br>Morgan L. Patterson, Esq.<br>Womble Bond Dickinson (US) LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone:  (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email:  matthew.ward@wbd-us.com<br>Email:  morgan.patterson@wbd-us.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) the rights of Amobee to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after de novo review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by Amobee or consent by Amobee to final adjudication in the Bankruptcy Court of such matters); (b) the rights of Amobee to have the reference withdrawn by the federal district court in

any matter subject to mandatory or discretional withdrawal; (c) the rights of Amobee to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which Amobee is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 10, 2018
      Wilmington, Delaware

                        Gregory W. Fox, Esq.
                        Goodwin Procter LLP
                        The New York Times Building
                        620 Eighth Avenue
                        New York, NY  10018
                        Telephone:  (212) 459-7348
                        Facsimile:  (212) 409-8403
                        Email:  GFox@goodwinlaw.com

                        Alessandra L. Simons, Esq.
                        Goodwin Procter LLP
                        Three Embarcadero Center, 28th Floor
                        San Francisco, CA 94111
                        Telephone:  (415) 733-6039
                        Facsimile:  (415) 677-9041
                        Email:  ASimons@goodwinlaw.com

                        -and-

                        */s/ Matthew P. Ward*
                        Matthew P. Ward (Del. Bar No. 4471)
                        Morgan L. Patterson (Del. Bar No. 5388)
                        Womble Bond Dickinson (US) LLP
                        222 Delaware Avenue, Suite 1501
                        Wilmington, DE 19801
                        Telephone:  (302) 252-4320
                        Facsimile:  (302) 252-4330
                        Email:  matthew.ward@wbd-us.com
                        Email:  morgan.patterson@wbd-us.com

                        *Counsel to Amobee Inc.*