## Exhibit A

**Proposed Order**

57731/0002-15649839v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VIDEOLOGY, INC., *et al.*,[1] | Case No. 18-_____ (___) |
| Debtors. | Joint Administration Requested |
| | **Related to Docket No.** __ |

**ORDER PURSUANT TO SECTION 105(a) OF
THE BANKRUPTCY CODE ENFORCING PROTECTIONS
OF SECTIONS 362, 365 AND 525 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion")[2] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code"), enforcing the protections of sections 362, 365 and 525 of the Bankruptcy Code; and upon the Tarpey Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

57731/0002-15649839v1

ORDERED that:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 362(a) of the Bankruptcy Code, all persons (including individuals, partnerships, and corporations, and all those acting for or on their behalf) wherever located, and all foreign or domestic governmental units (and all those acting for or on their behalf) are hereby stayed, restrained, and enjoined from:

   (a) Commencing or continuing any judicial, administrative, or other action or proceeding against the Debtors that could have been commenced before the Debtors' Chapter 11 Cases were commenced, or recovering a claim against the Debtors that arose before the commencement of the Debtors' Chapter 11 Cases;

   (b) Enforcing a judgment obtained before the commencement of the Debtors' Chapter 11 Cases against any of the Debtors or against property of any of the Debtors' estates;

   (c) Taking any action to obtain possession of property of the Debtors' estates or of property from the Debtors' estates;

   (d) Taking any action to create, perfect, or enforce any liens against property of the Debtors' estates;

   (e) Taking any action to create, perfect, or enforce any lien against property of the Debtors to the extent that such lien secures a claim that arose before the commencement of the Debtors' Chapter 11 Cases;

   (f) Taking any act to collect, assess, or recover a claim against the Debtors that arose before the commencement of the Debtors' Chapter 11 Cases;

   (g) Offsetting any debt owing to the Debtors that arose before the commencement of the Debtors' Chapter 11 Cases against any claim against the Debtors; and

   (h) Commencing or continuing a proceeding before the United States Tax Court concerning the Debtors' tax liability.

3. All persons and all foreign and domestic governmental units, and all those acting on their behalf, including sheriffs, marshals, constables, and other or similar law enforcement officers and officials are stayed, restrained, and enjoined from in any way, seizing, attaching,

foreclosing upon, levying against, or in any other way interfering with, any and all of the property of any of the Debtors, wherever located.

4. This Order shall not affect the exceptions to the automatic stay contained in section 362(b) of the Bankruptcy Code or the right of any party in interest to seek relief from the automatic stay in accordance with section 362(d) of the Bankruptcy Code.

5. Pursuant to sections 362 and 365 of the Bankruptcy Code, and subject to any relevant provisions or exceptions provided for in the Bankruptcy Code, notwithstanding a provision in a contract or lease or any applicable law, all persons are hereby stayed, restrained and enjoined from terminating or modifying any and all contracts and leases to which the Debtors are party or signatory, at any time after the commencement of these Chapter 11 Cases because of a provision in such contract or lease that is conditioned on the: (a) insolvency or financial condition of the Debtors at any time before the closing of these Chapter 11 Cases; or (b) commencement of these cases under the Bankruptcy Code. Accordingly, all such persons are required to continue to perform their obligations under such leases and contracts during the postpetition period.

6. Pursuant to section 525(a) of the Bankruptcy Code, all governmental units are prohibited and enjoined from denying, revoking, suspending, or refusing to renew a license, permit, charter, franchise, or other similar grant to, condition such a grant to, or discriminate with respect to such a grant against, any of the Debtors solely because one or all of the Debtors (a) are debtors under the Bankruptcy Code, (b) may have been insolvent before the commencement of the Debtors' Chapter 11 Cases, or (c) may be insolvent during the pendency of the Debtors' Chapter 11 Cases.

4

7. The Debtors are authorized to distribute this Order as the Debtors deem appropriate.

8. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and enforcement of this Order.

Dated: May ____, 2018
       Wilmington, Delaware

                                                                             UNITED STATES BANKRUPTCY JUDGE