**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VIDEOLOGY, INC., *et al.*, | Case No. 18-11120 (KG) |
| Debtors. | (Joint Administration Requested) |

**MOTION AND ORDER FOR PRO HAC VICE ADMISSION**
**OF GREGORY W. FOX**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Gregory W. Fox, of the law firm Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, to represent Amobee Inc. in the above-captioned cases.

Dated:  May 10, 2018

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
Email:  matthew.ward@wbd-us.com

*Counsel to Amobee Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.