**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VIDEOLOGY, INC., *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 18-11120 (KG)<br><br>(Joint Administration Requested) |

**MOTION AND ORDER FOR PRO HAC VICE ADMISSION**
**OF ALESSANDRA L. SIMONS**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Alessandra L. Simons, of the law firm Goodwin Procter LLP, Three Embarcadero Center, 28th Floor, San Francisco, California 94111, to represent Amobee Inc. in the above-captioned cases.

Dated:  May 10, 2018

                                            */s/ Matthew P. Ward*
                                            Matthew P. Ward (Del. Bar No. 4471)
                                            Womble Bond Dickinson (US) LLP
                                            222 Delaware Avenue, Suite 1501
                                            Wilmington, DE 19801
                                            Telephone:  (302) 252-4320
                                            Facsimile:  (302) 252-4330
                                            Email:  matthew.ward@wbd-us.com

                                            *Counsel to Amobee Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.