IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VIDEOLOGY, INC., *et al.*,[1] | Case No. 18-11120 (KG) |
| Debtors. | Joint Administration Requested |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR FIRST DAY HEARING ON MAY 11, 2018 AT 11:00 A.M. (ET)**

**PLEASE NOTE THAT THE HEARING WILL BE BEFORE THE HONORABLE BRENDAN L. SHANNON, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

## RELATED MATTERS

A. Voluntary Chapter 11 Petition of Videology, Inc.
   [Case No. 18-11120] (Filed May 10, 2018) (Docket No. 1)

B. Voluntary Chapter 11 Petition of Collider Media, Inc.
   [Case No. 18-11121] (Filed May 10, 2018) (Docket No. 1)

C. Voluntary Chapter 11 Petition of Videology Media Technologies, LLC
   [Case No. 18-11122] (Filed May 10, 2018) (Docket No. 1)

D. Voluntary Chapter 11 Petition of LucidMedia Networks, Inc.
   [Case No. 18-11123] (Filed May 10, 2018) (Docket No. 1)

E. Voluntary Chapter 11 Petition of Videology Ltd
   [Case No. 18-11124] (Filed May 10, 2018) (Docket No. 1)

F. Declaration of Kenneth Tarpey in Support of Debtors' Chapter 11 Petitions and First Day Relief (Filed May 10, 2018) (Docket No. 14)

G. Notice of Bankruptcy Filing, First Day Motions and Related Pleadings (Filed May 10, 2018) (Docket No. 15)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

57731/0002-15653419v1

## MATTERS GOING FORWARD

1. Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing Joint Administration of Their Chapter 11 Cases (Filed May 10, 2018) (Docket No. 3)

   Status: This matter is going forward.

2. Debtors' Application Seeking an Order (I) Authorizing and Approving the Appointment of Omni Management Group as Bankruptcy as Claims and Noticing Agent and (II) Granting Related Relief (Filed May 10, 2018) (Docket No. 4)

   Status: This matter is going forward.

3. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Consolidated Lists of the Debtors' (A) Creditors and (B) Top 30 General Unsecured Creditors (Filed May 10, 2018) (Docket No. 5)

   Status: This matter is going forward.

4. Debtors' Motion for an Order, Pursuant to 11 U.S.C. § 366, (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service on Account of Pre-Petition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests By Utility Companies for Additional Assurance of Payment (Filed May 10, 2018) (Docket No. 6)

   Status: This matter is going forward.

5. Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105(a), 363(b), 363(c), 507(a), and 541 (I) Authorizing Payment of Certain Pre-Petition Employee Obligations, Including Compensation, Benefits, Expense Reimbursements, and Related Obligations, (II) Confirming Right to Continue Employee Benefit Programs on Post-Petition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Pre-Petition Claims Owing to Administrators of, or Third Party Providers Under, Employee Benefit Programs, and (V) Directing Banks to Honor Pre-Petition Checks and Fund Transfers for Authorized Payments (Filed May 10, 2018) (Docket No. 7)

   Status: This matter is going forward.

6. Debtors' Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Enforcing Protections of Sections 362, 365 and 525 of the Bankruptcy Code (Filed May 10, 2018) (Docket No. 9)

   Status: This matter is going forward.

57731/0002-15653419v1

7. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 345 and 363 and Fed. R. Bankr. P. 6003 and 6004 and Del. Bankr. L.R. 2015-2 (i) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (II) Authorizing Continuation of Existing Deposit Practices, (III) Authorizing Continuation of Intercompany Transactions and (IV) Waiving the Requirements of 11 U.S.C. § 345(b) (Filed May 10, 2018) (Docket No. 11)

Status: This matter is going forward.

8. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 361 and 363: (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and Granting Related Relief (Filed May 10, 2018) (Docket No. 13)

Status: This matter is going forward.

Dated: May 10, 2018

COLE SCHOTZ P.C.

/s/ Patrick J. Reilley

Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Proposed Counsel for Debtors
and Debtors in Possession*