**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VIDEOLOGY, INC., *et al.*,[1] | : | Case No. 18-11120 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | **Hearing Date: May 23, 2018 at 9:30 a.m. (ET)** |
| | : | **Obj. Deadline: May 21, 2018 at 12:00 p.m. (ET)** |
| | : | **Related to Docket No. 47** |

-----------------------------------------------------------x

**NOTICE OF FILING OF CERTAIN EXHIBITS AND SCHEDULES TO
DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING
SECURED POST-PETITION FINANCING, (II) GRANTING LIENS AND
SUPERPRIORITY CLAIMS TO POST-PETITION LENDER,
(III) SCHEDULING FINAL HEARING AND (IV) RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on May 15, 2018, the above-captioned debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the Debtors' Motion for Interim and Final Orders (I) Authorizing Secured Post-Petition Financing, (II) Granting Liens and Superpriority Claims to Post-Petition Lender, (III) Scheduling Final Hearing and (IV) Related Relief (the "Motion") [Docket No. 47].[2]  In the Motion, the Debtors indicated that the Debtors would supplement the Motion with the Initial Approved Budget (the "**Budget**") (Exhibit 2 to the Interim DIP Order) and the schedules to the DIP Credit Agreement (the "**Schedules**") (Exhibit B to the Motion and Exhibit 1 to the Interim DIP Order).

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is the Initial Budget.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit B** are the Schedules.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or supplement the attached.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd, a company organized under the laws of England and Wales.  The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Dated: May 16, 2018

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
G. David Dean (No. 6403)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com
preilley@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD  21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Proposed Counsel for Debtors*
*and Debtors in Possession*