# **EXHIBIT A**

*Initial Approved Budget (Exhibit 2 to Interim Order)*

57731/0003-15869476v1

**Videology, Inc.**
**Summary DIP Budget - AMER & EMEA** [1]
*($ in thousands)*

| | | Fcst Week 1 19-May | Fcst Week 2 26-May | Fcst Week 3 2-Jun | Fcst Week 4 9-Jun | Fcst Week 5 16-Jun | Fcst Week 6 23-Jun | Fcst Week 7 30-Jun | Fcst Week 8 7-Jul | Fcst Week 9 14-Jul | Fcst Week 10 21-Jul | Total Fcst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | **Cash Receipts** | | | | | | | | | | | |
| 2) | Sales & Collections of Accounts Receivable | 2,713 | 10,370 | 3,901 | 57 | 9,505 | 200 | 1,163 | 1,148 | 920 | - | 29,977 |
| 3) | Total Receipts | 2,713 | 10,370 | 3,901 | 57 | 9,505 | 200 | 1,163 | 1,148 | 920 | - | 29,977 |
| 4) | **Cash Disbursements** | | | | | | | | | | | |
| 5) | Operating Disbursements [2] [3] | (3,294) | (9,609) | (2,691) | (869) | (1,900) | (819) | (3,365) | (3,096) | (3,653) | (2,575) | (31,869) |
| 6) | Tax Disbursements | - | (385) | - | - | - | (1,176) | - | - | - | - | (1,561) |
| 7) | Financing Disbursements | - | (6,200) | (46) | (100) | - | - | - | (240) | - | (188) | (6,774) |
| 8) | Professional Fees | - | - | - | - | - | - | - | (840) | - | - | (840) |
| 9) | Bankruptcy Related Disbursements | (12) | - | - | - | - | - | - | - | - | (150) | (162) |
| 10) | Total Disbursements | (3,306) | (16,193) | (2,737) | (969) | (1,900) | (1,995) | (3,365) | (4,176) | (3,653) | (2,912) | (41,205) |
| 11) | **Net Cash Flow** | **(593)** | **(5,824)** | **1,165** | **(912)** | **7,604** | **(1,795)** | **(2,202)** | **(3,027)** | **(2,733)** | **(2,912)** | **(11,228)** |
| 12) | Beginning Cash | 3,452 | 2,859 | 5,825 | 6,990 | 11,078 | 18,682 | 16,887 | 14,686 | 11,658 | 8,926 | 3,452 |
| 13) | Net Cash Flow | (593) | (5,824) | 1,165 | (912) | 7,604 | (1,795) | (2,202) | (3,027) | (2,733) | (2,912) | (11,228) |
| 14) | Pre-Petition Facility Draw / (Paydown) | - | (11,210) | - | - | - | - | - | - | - | - | (11,210) |
| 15) | DIP Draw / (Paydown) | - | 20,000 | - | 5,000 | - | - | - | - | - | - | 25,000 |
| 16) | **Ending Cash** | **2,859** | **5,825** | **6,990** | **11,078** | **18,682** | **16,887** | **14,686** | **11,658** | **8,926** | **6,013** | **6,013** |
| 17) | Pre-Petition Revolver | 3,310 | 3,310 | - | - | - | - | - | - | - | - | 3,310 |
| 18) | Revolver Draw / (Paydown) | - | (3,310) | - | - | - | - | - | - | - | - | (3,310) |
| 19) | **Ending Pre-Petition Revolver** | **3,310** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| 20) | DIP Financing | - | - | 20,000 | 20,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | - |
| 21) | Draw/ (Paydown) | - | 20,000 | - | 5,000 | - | - | - | - | - | - | 25,000 |
| 22) | **Ending DIP Balance** | **-** | **20,000** | **20,000** | **25,000** | **25,000** | **25,000** | **25,000** | **25,000** | **25,000** | **25,000** | **25,000** |
| 23) | Pre-Petition Revolver Balance | 3,310 | - | - | - | - | - | - | - | - | - | - |
| 24) | Pre-Petition Term Loan | 7,900 | - | - | - | - | - | - | - | - | - | - |
| 25) | DIP Facility Balance | - | 20,000 | 20,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| 26) | **Total Debt** | **11,210** | **20,000** | **20,000** | **25,000** | **25,000** | **25,000** | **25,000** | **25,000** | **25,000** | **25,000** | **25,000** |
| 27) | **DIP Availability** | **-** | **5,000** | **5,000** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| 28) | **Estimated Collateral Coverage** | | | | | | | | | | | |
| 29) | Estimated Total AMER/EMEA AR Collateral [4] [5] [6] | 32,118 | 23,248 | 20,910 | 22,575 | 14,793 | 16,315 | 16,874 | 19,006 | 21,367 | 24,647 | 24,647 |
| 30) | **Accrued & Unpaid Professional Fees** [7] | **(656)** | **(1,050)** | **(1,425)** | **(1,750)** | **(2,075)** | **(2,400)** | **(2,725)** | **(2,185)** | **(2,535)** | **(2,535)** | **(2,535)** |

1 - Assumes all AMER/EMEA entities file for bankruptcy protection and Ch. 11 recognition is granted in UK.
2 - Approximately $718k of Agency Fees/Rev share accrued during case but not paid due to contractual timing.
3 - One (1) week of AMER payroll and three (3) weeks of EMEA payroll accrued during DIP period and unpaid as of July 21.
4 - Beginning AR balance in Week 1 is estimated as April activity billing has not yet been completed.
5 - Model assumes largest customer nets transactions for May & June, thus receipts do not necessarily tie to reduction in AR.
6 - Estimated unbilled AR is based on forecasted sales and assumed to be evenly spread through month. July activity assumed at run rate.
7 - Accrued & Unpaid professional fees includes fees accrued during DIP period but not yet paid due to UST payment timing procedures.