# **EXHIBIT B**

*Schedules to DIP Creditor Agreement (Exhibit 1 to Interim Order and Exhibit B to Motion)*

**Schedule A-1**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

[TBD]

**Schedule A-2**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Authorized Person**

Kenneth J. Tarpey, CFO (or)
Brian E. Rosati, VP-Finance

**Schedule D-1**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Designated Bank Account**

Wells Fargo Bank NA
San Francisco, CA
Account: Videology, Inc.

**Schedule 4.1(b)**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Ownership of Borrower**

**Videology Inc. - Cap Table - Ownership Summary (report run on 15-May-2018 for reporting period 30-Apr-2018)**

|  | Shares Authorized |  | Issued & Outstanding Shares | Common Stock Equivalent Shares | Percent Ownership |
|---|---|---|---|---|---|
| COMMON STOCK | 35,834,718 |  |  |  |  |
| Common | 35,834,718 |  | 4,090,628 | 4,090,628 | 19.2745% |
|  |  |  | **4,090,628** | **4,090,628** |  |
|  |  |  |  |  |  |
| PREFERRED STOCK | 18,543,384 |  |  |  |  |
| SERIES 1-AB | 1,469,410 |  | 1,426,561 | 1,426,561 | 6.7218% |
| SERIES 1-C | 29,998 |  | 29,998 | 29,998 | 0.1413% |
| SERIES 1-D | 3,500,000 |  | 2,048,373 | 2,048,373 | 9.6517% |
| SERIES 1-XY | 101,295 |  | 101,295 | 101,295 | 0.4773% |
| SERIES A | 2,178,666 |  | 1,582,816 | 1,582,816 | 7.458% |
| SERIES B | 1,689,067 |  | 1,527,759 | 1,527,759 | 7.1986% |
| SERIES C | 2,704,996 |  | 2,674,998 | 2,674,998 | 12.6042% |
| SERIES D | 3,800,000 |  | 2,219,109 | 2,219,109 | 10.4561% |
| SERIES X | 210,000 |  | 120,823 | 120,823 | 0.5693% |
| SERIES Y | 276,895 |  | 86,022 | 86,022 | 0.4053% |
|  |  |  | **11,817,754** | **11,817,754** |  |
|  |  |  |  |  |  |
| WARRANTS |  |  |  |  |  |
| Warrants (Common) |  |  |  |  |  |
| Outstanding |  |  | 225,000 | 225,000 | 1.0602% |
|  |  |  |  |  |  |
| Warrants (SERIES B) |  |  |  |  |  |
| Outstanding |  |  | 0 | 0 | 0.00% |
|  |  |  |  |  |  |
| Warrants (SERIES C) |  |  |  |  |  |
| Outstanding |  |  | 0 | 0 | 0.00% |
|  |  |  |  |  |  |
| Warrants (SERIES D) |  |  |  |  |  |
| Outstanding |  |  | 46,875 | 46,875 | 0.2209% |
|  |  |  | **271,875** | **271,875** |  |

| | | | | | |
|---|---|---|---|---|---|
| Reserved: 5,300,000, Share Pool: 2008 Incentive Stock Plan Share Pool | | | | | |
| 2008 Incentive Stock Plan | | | | | |
| Granted | | 6,673,003 | | | |
| Exercised | | -257,223 | | | |
| Repurchased | | 0 | | | |
| Cancelled | | -1,822,571 | | | |
| Awards Outstanding | | | 4,593,209 | 4,593,209 | 21.6426% |
| | | | | | |
| Shares Remaining For Issuance | | | 449,568 | 449,568 | 2.1183% |
| Awards Outstanding + Shares Remaining for Issuance | | 5,042,777 | | | 23.7609% |
| | | | **5,042,777** | **5,042,777** | |
| | | | | | |
| **Total** | | | **21,223,034** | **21,223,034** | |

| |
|---|
| Total shares issued and outstanding, including shares committed for issuance and reserves, assuming conversion of all convertible securities and exercise of all outstanding awards. |
| CSE Shares* - Common Stock Equivalent (CSE) shares reflects the Common Stock issuable for the security type (option, stock, warrant, notes/debt) after the appropriate conversion ratio is applied with regard to parameters set for aggregation/rounding for each class/series. |

Videology Limited, Collider Media, Inc., LucidMedia Networks, Inc., and Videology Media Technologies, LLC are all 100% owned by Videology, Inc.

**Schedule 4.4**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Existing Liens**

Liens held by:

FAST PAY PARTNERS LLC, for itself and as agent for the FastPay Lenders (as defined in the DIP Motion) under the U.S. Loan Facility (as defined in the DIP Motion)

The FPP Lenders (as defined in the DIP Motion) under the U.K. Loan Facility (as defined in the DIP Motion)

FastPayRoundabout Limited, as purchase under the EMEA Factored Facility (as defined in the DIP Motion) (the Debtors believe there is a zero balance under the EMEA Factored Facility)

**Schedule 4.5**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Chief Executive Office of Each Borrower**

All Borrowers:

c/o Videology, Inc.
1500 Whetstone Way, Ste 1500
Baltimore, MD 21230 USA

**Name and Jurisdiction of Each Entity**

| Name of Entity | Jurisdiction of Organization or Formation |
|---|---|
| Videology, Inc. | Delaware |
| Collider Media, Inc. | Delaware |
| Videology Media Technologies, LLC | Delaware |
| Lucidmedia Networks, Inc. | Delaware |
| Videology Ltd. | United Kingdom |

**Schedule 4.8**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Indebtedness (USD unless noted)**

| Letters of Credit | | | |
|---|---|---|---|
| **Issuing Bank** | **Amount** | **Purpose** | **Beneficiary** |
| HSBC Bank Australia Ltd | AU$106,951 | Security for Sydney lease | Commonwealth Superannuation Corporation |
| Wells Fargo Bank NA | $627,604 | Security for NYC lease | ZAPCO 1500 Investments LC |

| Unsecured Convertible Notes | |
|---|---|
| All Noteholders | $17,130,158.49* |

*Excludes change of control premium

| Secured Debt | |
|---|---|
| Fast Pay/Tennenbaum | $11,277,342.67* |

*Excludes exit/termination fees

**Schedule 4.9**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Taxes**

NONE

**Schedule 5.4**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Permits**

Michigan (withdraw in process, not needed)

Tennessee (withdraw in process, not needed)

**Schedule 6.11**

to the

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Use of Proceeds, Pre-Petition Liabilities**

Payoff of existing secured debt under the Loan and Security Agreement by and between Borrowers and Fast Pay Partners LLC, and Tennenbaum Capital Partners, LLC, dated July 10, 2017 (US and UK), and, the Financing Agreement by and between Videology Limited and FastPay Roundabout Limited, dated July 28, 2017.

**Schedule 6.6**

to the

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Description of Business**

Borrower builds, markets, provides and sells a software solution and ancillary services associated with this market segment and the Borrower's technology platform to help advertisers and media companies, both buyers and sellers of advertising, to plan, execute, and measure advertising campaigns across television and digital media, using data and optimal allocation theory, using owned and operated advertising inventory, along with other third party advertising inventory, procured by the Borrowers or by the Borrowers' clients.

**Schedule 9.4(f)**

**to the**

**Senior Secured, Super-Priority Debtor-In-Possession Loan and Security Agreement**

**Location of Collateral**

1500 Broadway, 4th Floor
New York, NY 10036

12600 Hill Country Blvd, Suite 238
Bee Cave, TX 78738

1500 Whetstone Way, Suite 500
Baltimore, MD 21230

410 N. Michigan Ave, Suite 1010
Chicago, IL 60611

11490 Commerce Park Dr., Suite 400
Reston, VA 20191

Noah's Yard
10 York Way
London, N1 9AA

Paseo de la Castellana 40.
8th floor, 28046,
Madrid, Spain