**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Videology, Inc. *et al.* | : | Case No. 18-11120 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **GroupM UK Digital Ltd.**, Attn: Robert Schneider, 498 7th Avenue, New York, NY 10018, Phone: 212-231-7919

2. **Beachfront Media, LLC**, Attn: Richard O'Connor, 400 S. Atlantic Ave, Suite. 101, Ormond Beach, FL 32174, Phone: 201-446-6076

3. **FMEX, LLC dba Futures Media,** Attn: Joshua Winograd, 876 6th Avenue, New York, NY 10001, Phone: 646-334-2009

4. **SpotX, Inc.**, Attn: Steven Swoboda, 8181 Arista Place, Suite 400, Broomfield, CO 80021, Phone: 303-345-6888

5. **Chesapeake Paperboard Centre LLC c/o 28 Walker Development,** Attn: Mark Sapperstein, 1500 Whetstone Way, Suite 101, Baltimore, Maryland 21230, Phone: 410-653-4600, Fax: 410-653-2811

6. **Teads Finance SAS,** Attn: Christine Quilichini, 97 Rue du Cherche Midi, 75006 Paris, **France**, Phone: 917-968-9262

7. **Telaria, Inc.,** Attn: Aaron Saltz, 1501 Broadway, New York, NY 10036, Phone: 917-885-7446

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ *David L. Buchbinder* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 17, 2018

Attorney assigned to this Case: David Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Patrick Reilly, Esq., Phone: (302) 652-3131, Fax: (302) 652-3117