# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| VIDEOLOGY, INC., *et al*.,[1] | Case No. 18-11120 (BLS) |
| Debtors. | Jointly Administered |
|  | Re: Docket No. ___ |

ORDER APPROVING SETTLEMENT
WITH GROUPM DIGITAL UK AND AFFILIATES

Upon the *Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Order Approving Settlement With GroupM Digital UK and Affiliates* (the "Motion");[2] and this Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 an d1409l and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of this Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and this Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors, their estates, and their creditors; and that the legal and factual bases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd.  The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

set forth in the Motion and the entire record of the Chapter 11 Cases establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein;

2. The Settlement Agreement is authorized and approved in its entirety;

3. The Debtors and GroupM, as applicable, are authorized and empowered to take any and all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of the Settlement Agreement;

4. The Settlement Agreement shall be binding upon and shall insure to the benefit of the parties thereto and their respective successors and assigns, including any successor trustees; and

5. The Court shall retain jurisdiction and power over any and all matters arising from or related to the interpretation of this Order and the Settlement Agreement.

Dated: _____, 2018
   Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE BRENDAN L. SHANNON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES BANKRUPTCY JUDGE