# **<u>EXHIBIT A</u>**

## **Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VIDEOLOGY, INC., *et al.*,[1] | : | Case No. 18-11120 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Re: Docket Nos. ____** |

## ORDER SHORTENING NOTICE AND OBJECTION PERIODS WITH RESPECT TO DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR ORDER APPROVING SETTLEMENT WITH GROUPM DIGITAL UK AND AFFILIATES

Upon the Motion to Shorten Notice and Objection Periods with Respect to Debtors Motion Pursuant to Fed. R. Bankr. P. 9019 for Order Approving Settlement with GroupM Digital UK and Affiliates;[2] the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion to Shorten was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED;

2.      The hearing with respect to the Settlement Motion and any objections thereto shall be held on **June 5, 2018 at 10:00 a.m.** (prevailing Eastern Time);

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd.  The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten.

3.      Any objections to the Settlement Motion must be filed and served by no later than

_____, 2018 at __:00 _.m. (prevailing Eastern Time); and

4.      The Court shall retain jurisdiction with respect to all matters arising from or

related to the interpretation or implementation of this Order.


Dated:  _____, 2018
        Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

2