## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>VIDEOLOGY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (BLS)<br><br>Jointly Administered<br>**Objection Deadline: June 5, 2018 at 10:00 a.m. (ET)**<br>**Hearing Date:  June 5, 2018 at 10:00 a.m. (ET)**<br>**Related to Docket Nos. 89, 90 and 92** |

### NOTICE OF HEARING ON DEBTORS' MOTION PURSUANT TO
### FED. R. BANKR. P. 9019 FOR ORDER APPROVING SETTLEMENT
### WITH GROUPM DIGITAL UK AND AFFILIATES

**PLEASE TAKE NOTICE** that, on May 21, 2018, the above-captioned debtors (the "Debtors") filed the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Order Approving Settlement With GroupM Digital UK and Affiliates (the "Motion") [Docket No. 89] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Court"), a copy of which was previously served on you.

**PLEASE TAKE FURTHER NOTICE** that, on May 21, 2018, the Debtors also filed the Motion to Shorten Notice and Objection Periods With Respect to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Order Approving Settlement With GroupM Digital UK and Affiliates (the "Motion to Shorten") [Docket No. 90], a copy of which was previously served on you.

**PLEASE TAKE FURTHER NOTICE** that, on May 22, 2018, the Court entered an Order granting the Motion to Shorten (the "Order Shortening Notice") [Docket No. 92], a copy of which is being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice objections, if any, to the Motion must be made in writing, filed with the Court, and served upon the undersigned counsel so as to be received no later than **June 5, 2018 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, a hearing on the Motion will be held on **June 5, 2018 at 10:00 a.m. (prevailing Eastern time)** before the Honorable Brenadn L. Shannon, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales.  The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE.**

Dated: May 22, 2018

COLE SCHOTZ P.C.

_____

G. David Dean (No. 6403)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com
preilley@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Proposed Counsel for Debtors
and Debtors in Possession*

2