IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VIDEOLOGY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (BLS)<br><br>Jointly Administered<br>**Hearing Date: June 5, 2018 at 10:00 a.m.**<br>**Objection Deadline: June 1, 2018 at 12:00 p.m.**<br>Related to Docket Nos. 47 and 118 |

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING REGARDING DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING SECURED POST-PETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS TO POST-PETITION LENDER, (III) SCHEDULING FINAL HEARING AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on May 15, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Motion for Interim and Final Orders (I) Authorizing Secured Post-Petition Financing, (II) Granting Liens and Superpriority Claims to Post-Petition Lender, (III) Scheduling Final Hearing and (IV) Granting Related Relief (the "Motion") [Docket No. 47].[2] A copy of the Motion was previously served on you.

**PLEASE TAKE FURTHER NOTICE** that, on May 24, 2018, the United States Bankruptcy Court for the District of Delaware entered the Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Security Interests and Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; (IV) Authorizing the Debtors to Enter Into Agreements With Draper Lending, LLC; (V) Authorizing Use of Cash Collateral; (VI) Scheduling a Final Hearing and (VIII) Granting Related Relief (the "Interim Order") [Docket No. 118]. A copy of the Interim Order was previously served on you.

**PLEASE TAKE FURTHER NOTICE** THAT, A FINAL HEARING ON THE MOTION WILL BE HELD ON **JUNE 5, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, CHIEF UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 1, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

57731/0003-15914729v1

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the entry of a final order approving the Motion must be filed on or before **June 1, 2018 at 12:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the following parties so as to be actually received by the Objection Deadline: (i) proposed counsel to the Debtors, Cole Schotz P.C., 300 East Lombard Street, Suite 1450, Baltimore, MD 21202 (Attn: Irving E. Walker, Esq.) and 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 (Attn: Patrick J. Reilley, Esq.); (ii) counsel to secured lenders, Fast Pay Partners LLC, as Agent and Lender, Tennenbaum Capital Partners, LLC, as Documentation Agent and Investment Manager, and FPP Sandbox LLC, as Agent and Lender, Buchalter, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730 (Attn: William S. Brody, Esq.); (iii) proposed counsel to the Official Committee of Unsecured Creditors, Cooley LLP, 1114 Avenue of the Americas, New York, NY 10036-7798 (Attn: Seth Van Aalten, Esq.) and Whiteford, Taylor & Preston LLC, The Renaissance Centre, 405 North King Street, Suite 500, Wilmington, DE 19801-3700 (Attn: Christopher M. Samis, Esq.); (iv) counsel to Draper Lending, LLC, Arent Fox LLP, 1675 Broadway, New York, NY 10019 (Attn: Robert M. Hirsh, Esq.) and Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801 (Attn: Justin R. Alberto, Esq.); and (v) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: David L. Buchbinder, Esq.).

Dated: May 29, 2018

**COLE SCHOTZ P.C.**

Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: 410.230.0660 Fax
Facsimile: 410.528.9400
iwalker@coleschotz.com

*Proposed Counsel for Debtors
and Debtors in Possession*

2

57731/0003-15914729v1