**Exhibit A**

**Videology, Inc.**
**Comparison of Stalking Horse Protections**
($ in Thousands)

| Debtor | Petition Date | Case # | Purchase Price | Break-Up Fee | % of Purchase Price |
|---|---|---|---|---|---|
| Sungevity, Inc | 03/13/17 | 17-10561 | $ 50,000 | $ 500 | 1.0% |
| CMTSU Liquidation | 04/09/17 | 17-10772 | $ 50,000 | $ 1,500 | 3.0% |
| OnCure Holdings, Inc. | 06/14/13 | 13-11540 | $ 42,860 | $ 1,000 | 2.3% |
| DEB Stores Holding, LLC | 12/04/14 | 14-12676 | $ 40,000 | $ 400 | 1.0% |
| Maurice Sporting Goods, Inc. | 11/20/17 | 17-12481 | $ 39,000 | $ 500 | 1.3% |
| Global Home Products, LLC | 04/10/06 | 16-10340 | $ 37,300 | $ 1,000 | 2.7% |
| OCZ Tech Group | 12/02/13 | 13-13126 | $ 34,290 | $ 700 | 2.0% |
| Point Blank Solutions, Inc. | 04/14/10 | 10-11255 | $ 29,730 | $ 750 | 2.5% |
| Vitamin World, Inc. | 09/11/17 | 17-11933 | $ 29,600 | $ 400 | 1.4% |
| Scottish Holdings, Inc. | 01/28/18 | 18-10160 | $ 25,000 | $ 500 | 2.0% |
| Universal Building Products, Inc. | 08/04/10 | 10-12453 | $ 25,000 | $ 400 | 1.6% |
| Fredricks of Hollywood, Inc. | 04/19/15 | 15-10836 | $ 22,500 | $ 775 | 3.4% |
| LMI Legacy Holdings, Inc. | 08/16/13 | 13-12098 | $ 22,000 | $ 440 | 2.0% |
| TerraVia Holdings, Inc. | 08/02/17 | 17-11655 | $ 20,000 | $ 500 | 2.5% |
| Bertucci's Holdings, Inc. | 04/15/18 | 18-10894 | $ 19,700 | $ 750 | 3.8% |
| Syncardia Systems, Inc. | 07/01/16 | 16-11599 | $ 19,000 | $ 570 | 3.0% |
| Hercules Offshore, Inc. | 06/15/16 | 16-11385 | $ 18,000 | $ 630 | 3.5% |
| Global Motorsport Group, Inc. | 01/31/08 | 08-10192 | $ 17,600 | $ 500 | 2.8% |
| Dextera Surgical Inc. | 12/11/17 | 17-12913 | $ 17,300 | $ 519 | 3.0% |
| Response Genetics, Inc. | 08/09/15 | 15-11663 | $ 14,000 | $ 560 | 4.0% |
| de CODE Genetics, Inc. | 11/16/09 | 09-14063 | $ 11,000 | $ 330 | 3.0% |
| Xtera Communications, Inc. | 11/15/16 | 16-12577 | $ 10,591 | $ 500 | 4.7% |
| Arecont Vision Holdings, LLC | 05/14/18 | 18-11142 | $ 10,000 | $ 500 | 5.0% |
| Simplexity, LLC | 03/16/14 | 14-10569 | $ 10,000 | $ 500 | 5.0% |
| | | | | **Average:** | **2.8%** |
| **Videology, Inc. (as filed, $45 Million purchase)** | 05/10/18 | 18-11120 | $ 45,000.0 | $ 1,350.0 | 3.0% |
| **Videology, Inc. (with Purchase Price Adjutments, as budgeted)** | 05/10/18 | 18-11120 | $ 28,288.0 | $ 1,350.0 | 4.8% |

Source: *Case dockets for District of Delaware cases filed with Stalking Horse Bidder price between $10MM - $50MM and requested Break-up Fee, excluding full Credit Bids by Stalking Horse Bidders; The Deal; Gavin/Solmonese analysis*