IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                   :   Chapter 11
                                                         :
VIDEOLOGY, INC., et al.,[1]                              :   Case No. 18-11120 (BLS)
                                                         :
                                                         :   (Jointly Administered)
              Debtors.                                   :
                                                         :   **Related to Docket No. 39**
---------------------------------------------------------x

## NOTICE OF SALE PROCEDURES, AUCTION DATE AND SALE HEARING

**PLEASE TAKE NOTICE** that on May 14, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts, and (C) Granting Related Relief* [Docket No. 39] (the "Motion").[2]

The Debtors seek, among other things, to sell all or substantially all their assets (the "Purchased Assets") to or the bidder submitting the highest or otherwise best offer for the Purchased Assets (such bidder, the "Successful Bidder"), at an auction free and clear of all liens, claims, encumbrances and other interests pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2018, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving certain of the relief requested in the Motion and the bidding procedures (the "Bidding Procedures") attached to the Bidding Procedures Order, which set the key dates and times related to the Sale of the Purchased Assets. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures. To the extent that there are any inconsistencies between the Bidding Procedures Order (including the Bidding Procedures) and the summary description of its terms and conditions contained in this Notice, the terms of the Bidding Procedures Order shall control.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

Please see the last paragraph of this Notice for information on how to obtain copies of the Bidding Procedures Order and the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, an auction (the "Auction") to sell the Purchased Assets will be conducted on **July 13, 2018, at 10:00 a.m. (Prevailing Eastern Time)** at the offices of Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware, or at such other location as shall be identified in a notice filed with the Bankruptcy Court at least 24 hours before the Auction and served on all parties who may attend the Auction.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors shall file notice of the identity of the Successful Bidder and Back-Up Bidder at the Auction, and the amount of their bids, with the Court by **July 14, 2018, at 5:00 p.m. (prevailing Eastern Time)**. At the same time, the Debtors shall serve such notice by fax or email to all counterparties to executory contracts and unexpired leases with the Debtors and to all creditors who have requested the same in writing and provided their fax number or email address to Debtors' counsel: Cole Schotz P.C., 300 E. Lombard Street, Suite 1450, Baltimore, Maryland 21202, Attn: Irving E. Walker, Esq. (iwalker@coleschotz.com), or Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Patrick J. Reilley, Esq. (preilley@coleschotz.com).

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Purchased Assets to the Successful Bidder (the "Sale Hearing") before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington,6th Floor, Courtroom 1, Delaware 19801, on **July 17, 2018 at 11:00 a.m. (prevailing Eastern Time)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Sale shall be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served **so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on July 2, 2018**, by: (1) the Debtors, 1500 Whetstone Way, Suite 500, Baltimore, MD 21230, Attn: Kenneth Tarpey (ktarpey@videologygroup.com); (2) counsel to the Debtors, Cole Schotz P.C., 300 E. Lombard Street, Suite 1450, Baltimore, MD 21202, Attn: Irving Walker, Esq., (iwalker@coleschotz.com) and 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Patrick J. Reilley, Esq., (preilley@coleschotz.com); (3) financial advisor to the Debtors, Berkeley Research Group, LLC, 2049 Century Park East, Suite 2525, Century City, CA 90067, Attn: Bob Duffy, (bduffy@thinkbrg.com); (4) counsel to the DIP Lender, Arent Fox LLP, 1675 Broadway, New York, New York 10019, Attn: Robert M. Hirsh, Esq. (robert.hirsh@arentfox.com) and Jordana L. Renert, Esq. (jordana.renert@arentfox.com) and Bayard LLP, 600 N. King Street, Suite 400, Wilmington DE 19801, Attn: Justin R. Alberto, Esq. (JAlberto@bayardlaw.com); (5) counsel to the Purchaser, Goodwin Procter LLP, 3 Embarcadero Center, 28th Floor, San Francisco, CA 94111, Attn: Lawrence M. Chu, Esq. (lawchu@goodwinlaw.com), Alessandra L. Simons, Esq. (asimons@goodwinlaw.com) and Gregory Fox, Esq. (gfox@goodwinlaw.com) and Womble Bond Dickinson (US) LP, 222


Delaware Avenue Suite 1501, Wilmington, DE 19801, Attn: Matthew P. Ward, Esq. (Matthew.Ward@wbd-us.com); (6) proposed counsel to the Committee, Cooley LLP, 1114 Avenue of the Americas, 46th Floor, New York, NY 10036, Attn: Seth Van Aalten, Esq. (svanaalten@cooley.com) and Michael Klein, Esq. (mklein@cooley.com), and Whiteford, Taylor & Preston LLC, The Renaissance Centre, Suite 500, 405 North King Street, Wilmington, DE 19801, Attn: Christopher S. Samis, Esq. (csamis@wtplaw.com) and L. Katherine Good, Esq. (kgood@wtplaw.com); and (7) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David Buchbinder, Esq. (David.L.Buchbinder@usdoj.gov). **IF YOU FAIL TO TIMELY OBJECT TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, AFTER THE SALE HEARING THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION AND APPROVE THE SALE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 105(A), 363 AND 365 OF THE BANKRUPTCY CODE ON A FINAL BASIS AND WITHOUT FURTHER NOTICE OR OPPORTUNITY TO BE HEARD.**

**PLEASE TAKE FURTHER NOTICE** that this Notice of Sale Procedures, Auction and Sale Hearing is subject to the full terms and conditions of the Bidding Procedures Order and Bidding Procedures, which Bidding Procedures Order shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Copies of such documents, as well as the Asset Purchase Agreement, and all court filings in these cases, may be obtained free of charge at http://omnimgt.com/videology and may also be viewed during business hours at the Office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, 3rd Floor. Copies of such documents can also be obtained free of charge by making a written request to Pauline Z. Ratkowiak, Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Pauline Z. Ratkowiak, or by e-mail at pratkowiak@coleschotz.com.

*[Remainder of page intentionally left blank]*

Dated: June 6, 2018

                                 **COLE SCHOTZ P.C.**

*/s/ Patrick J. Reilley*

Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Counsel for Debtors and
Debtors in Possession*