## EXHIBIT A

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | 400-410 Michigan Master Tenant, LLC | Lease | Office Lease (400-410 North Michigan Ave., Chicago, IL | 4,721.12 | |
| Videology Inc. | Acxiom Corporation | Data | Master Services Agreement | 117,353.86 | |
| Videology Limited | Acxiom Limited | Data | Data Use Terms and Conditions (UK) and Schedule - Data Use Terms and Conditions (UK) | 0.00 | |
| Videology Inc. | AddThis(Oracle) | Data | Data Licensing Agreement | 3,814.79 | |
| Videology Inc. | Adobe Systems Incorporated | Platform | ADOBE DATA ACCESS AGREEMENT | 16,000.00 | |
| VMT LLC | adsquare GmBH | License | Data Licensing Agreement | 0.00 | |
| Videology Inc. | Adviso Consulting, Inc. | Platform | Pricing Addendum | 0.00 | |
| Videology Inc. | Advocate Real Estate Acquisitions, LLC | Lease | Office Lease Agreement (720 South Montford Ave. Suite 200) | 0.00 | |
| Videology Inc. | AlmondNet(Datanonics) | Other | Profile Order | 0.00 | |
| Videology Inc. | AMNET US | Platform | Videology Platform Service Agreement for Agencies | 16,747.85 | |
| Videology Inc. | Anaplan, Inc. | Other | Anaplan Order Schedule | 0.00 | |
| Videology Inc. | Apple Financial Services | Equipment leases | Master Lease Agreement No. 9800184/ March 5, 2015 | 1,495.36 | |
| Videology Inc. | AT&T Adworks, LLC | Platform | Service Agreement | 0.00 | |
| Videology Inc. | Bankia | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | BlueKai, Inc. (Oracle) | Data | Data Use Agreement | 0.00 | |
| Videology Inc. | Bountiful Cow | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Brain Labs Limited | Platform | PLATFORM SERVICES AGREEMENT | 0.00 | |
| Videology Limited | Broadcasters' Audience Research Board (BARB) | Other | Letter of Consent/ Rate Card and Terms and Conditions | 0.00 | |
| Videology Inc. | Bully Pulpit Interactiv | Platform | Mutual Non-Disclosure and Confidential Agreement | 0.00 | |
| Videology Inc. | Buying Time, LLC. | Platform | VIDEOLOGY® PLATFORM TERMS OF SERVICE | 0.00 | |
| VMT LLC | CACI Limited | License | Licensing Agreement | 0.00 | |
| Videology Inc. | Cadreon LLC | Platform | Videology Platform Service Agreement | 0.00 | |
| Videology Inc. | CBRE CB Richard Ellis C/O Zapco 1500 Investment, L.P. | Lease | Office Lease (1500 4TH Fl. New York, NY10017) | 0.00 | |
| Videology Inc. | Celergo, LLC. | Other | Master Service Level Agreement | 0.00 | |
| Videology Inc. | Charlotte Tilbury | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Chesapeake Paperboard Centre, LLC | Lease | Lease Agreement (1500 Whetstone Way) | 0.00 | |
| Videology Inc. | Chesapeake Paperboard Centre, LLC | Lease | Second Amendment to Lease Agreement (1500 Whetstone Way) | 0.00 | |
| Videology Inc. | Chesapeake Paperboard Centre, LLC | Lease | Parking Rental Agreement (McHenry Row) | 0.00 | |
| Videology Inc. | Chesapeake Paperboard Centre, LLC | Lease | Parking Rental Agreement (McHenry Row-reserved) | 0.00 | |
| Videology Inc. | Citrix Online LLC | License | Master Subscription Agreement | 0.00 | |
| Videology Inc. | CLOUDERA, INC. | License | ENTERPRISE SUBSCRIPTION AGREEMENT | 0.00 | |
| Videology Inc. | Comcast Cable Communications Management LLC | Platform | License and Services Agreement | 0.00 | |
| VMT LLC | comScore, Inc. | Other | Service Order | 0.00 | |
| Videology Inc. | ConAgra Foods RDM, Inc. | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Connect AU | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Core Media Communications SJRQL Ltd. | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Cross Pixel Media, Inc. | License | Data Licensing Agreement | 0.00 | |
| Videology Inc. | DataLogix (Oracle) | License | Channel Partner Agreement | 0.00 | |
| Videology Inc. | De Lage Landen Financial Services, Inc. | Equipment leases | Ricoh MFP Lease - Baltimore | 763.46 | |
| Videology Inc. | Dell Financial Services, LLC. | Lease | Master Lease Agreement | 0.00 | |
| Videology Limited | Digital Envoy | License | Product Electronic Database and License Agreement | 85,192.14 | |
| VMT LLC | DoubleVerify, Inc. | Platform | PRODUCT INTEGRATION AGREEMENT | 35,742.96 | |
| Videology Inc. | Dunnhumby | Other | Collaboration Agreement | 0.00 | |
| Videology Inc. | Eben LLC | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Encore Digital Media Ltd. | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Enradius | Platform | Videology Platform Terms of Service | 0.00 | |
| VMT LLC | Epsilon Data Management- LLC | Other | Master Service Agreement | 112.14 | |
| Videology Inc. | Executive II Limited Partnership | Lease | Lease Agreement (11490 Commerce Park Drive, Reston, Virginia 20191) | 6,076.72 | |
| Videology Inc. | Exelate, Inc. (Oracle) | Data | Global Data Buyer Services Agreement | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | Experian Marketing Solutions, Inc. | Other | Statenent of Work and Service Agreement | 0.00 | |
| VMT LLC | Eyeota, LTD | License | Data Licensing Agreement | 0.00 | |
| Videology Inc. | Fairetail BVBA | Platform | VIDEOLOGY® PLATFORM TERMS OF SERVICE | 0.00 | |
| Videology Limited | FixOne Netherlands B.V. Mapp | Data | Data Access Agreement | 0.00 | |
| Videology Inc. | Foursquare (Fixed) | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Fox Networks Group, Inc. | Platform | MASTER LICENSE AND SERVICES AGREEMENT | 0.00 | |
| Videology Inc. | Gamut Media | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | GC Leasing - Grenke | Equipment leases | Leasing Contract No. 151-000050/ Jun 8, 2015 | 0.00 | |
| Videology Inc. | GE Capital | Equipment leases | Lease Agreement #7961846001/ May 14, 2015 | 0.00 | |
| Videology Inc. | GE Capital | Equipment leases | Equipment/Payment Change Amendment #7956524-001/ Sept 28, 2015 | 0.00 | |
| Videology Inc. | GE Capital | Equipment leases | Agreement No. 7964855001/ June 3, 2015 | 0.00 | |
| Videology Inc. | GFK (Mediamark) Custom Research LLC | Other | Syndicated Product Subscription Agreeneent | 43,334.00 | |
| VMT LLC | Gigales SA(DataXpand) | Other | Data Licensing Agreement | 0.00 | |
| Videology Inc. | Gorilla National Media | Platform | Terms and Conditions Governing Participation in the GroupM Private Marketplace | 0.00 | |
| Videology Inc. | Greenlight Digital Ltd | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Limited | GroupM | Platform | Terms and Conditions for the Provision of Digital Media Campaigns | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Limited | GroupM B.V. | Platform | Advertising Insertion Order | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | GroupM, Worldwide, Inc. | Platform | Alliance Agreement | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | Harvest Digital | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Highland RI 211, LLC, a Texas LLC | Lease | Office Lease Agreement Termination | 0.00 | |
| Videology Inc. | Indeed, Inc. | Platform | Indeed Prime Insertion Order | 146.16 | |
| VMT LLC | INTEGRAL AD SCIENCE, INC. | Platform | MASTER SERVICES AGREEMENT | 5,194.70 | |
| Videology Inc. | InVision | Platform | Order Form | 0.00 | |
| Videology Inc. | Involved Media, Inc. | Platform | Videology Platform Terms of Service | 484.50 | |
| Videology Inc. | Iquanti, Inc. | Platform | Pricing Addendum | 0.00 | |
| Videology Inc. | John Ayling and Associates Ltd | Platform | PLATFORM SERVICES AGREEMENT | 0.00 | |
| Videology Inc. | JumpCloud Inc. | Platform | Special Pricing Form | 9,744.00 | |
| Videology Inc. | Kinetic Sequence, LLC | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | KMB Group (I-Behavior) | Data | Data License Agreement | 0.00 | |
| Videology Inc. | Krush Technologies LLC | Platform | Platform Services Agreement | 145.49 | |
| Videology Inc. | Krux Digital | Data | Data Access Agreement | 0.00 | |
| Videology Inc. | LinkedIn | Platform | LINKEDIN SUBSCRIPTION AGREEMENT | 0.00 | |
| Videology Inc. | LiveRamp | Data | Master Client Agreement | 191,000.00 | |
| Videology Inc. | LOOKER DATA SCIENCES, INC. | | SUBSCRIPTION LICENSE AND SERVICES AGREEMENT | 50,000.04 | |
| Videology Inc. | Loopio , Inc. | Platform | Videology Invoice | 0.00 | |
| Videology Inc. | Lotame | Data | Data License and Use Agreement | 353,086.47 | |
| Videology Limited | Mastercard Europe SA | Data | Statement of Work | 120,159.76 | |
| Videology Inc. | Media Two | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | MG Media | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Microsoft | License | Enterprise Agreement | 0.00 | |
| Videology Inc. | Midasplayer Advertising Limited | Platform | VIDEOLOGY® PLATFORM TERMS OF SERVICE | 0.00 | |
| Videology Inc. | Mindshare Media Ireland Limited | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Mixpo, Inc. | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | MLCworks | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | NBCUniversal Media, LLC. | Platform | Advertising Insertion Order | 0.00 | |
| Videology Inc. | NBCUniversal Media, LLC. | Platform | TRIAL AGREEMENT | 0.00 | |
| Videology Inc. | NC Ventures  LLC dba Nielson Catalina Solutions | Data | Platform Provider Access Agreement | 1,325.92 | |
| Videology Inc. | NetSuite | Platform | Subscription Services Agreement | 0.00 | |
| Videology Inc. | Neustar, Inc. | Data | Master Services Agreement | 39,936.16 | |
| Videology Inc. | New Relic | Platform | Software License Agreement | 10,608.00 | |
| Videology Inc. | Nielsen - Net Ratings LLC | Data | Nielsen Online Campaign Ratings (OCR) Agreement Platform | 0.00 | Parties are in the process of reconciling the amounts. |
| VMT LLC | NinthDecimal Inc. | Data | NinthDecimal Location Conversion Index (LCI) Channel Partner Provision Agreement | 0.00 | |
| Videology Inc. | NinthDecimal, Inc. | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | NLogic, Inc. | Data | NLogic Terms of Service | 11,128.42 | |
| Videology Inc. | Numeris | Data | License Agreement | 0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Limited | Omnicom Group, Inc. | Platform | Videology Service Master Services Agreement for Agencies | 0.00 | |
| Videology Limited | Omnicom Media Group UK Ltd. | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Onesource Water | Equipment leases | Rental Agreement / March 26, 2015 | 0.00 | |
| Videology Inc. | OneTrust | Platform | End User License Agreement | 0.00 | |
| Videology Inc. | Oracle | | | 0.00 | |
| Videology Limited | Paragon Document Solutions Ltd | Equipment leases | Sales Order & Service Agreement/ Feb 5, 2015 | 0.00 | |
| Videology Limited | Paragon Document Solutions Ltd | Equipment leases | | 0.00 | |
| Videology Limited | Paragon Document Solutions Ltd | Equipment leases | Sales Order & Service Agreement/ Aug 3, 2015 | 0.00 | |
| Videology Inc. | Phillips Headquarters, LLC | Lease | Parking Lease Agreement (1215 E. Fort Ave.) | 0.00 | |
| Videology Inc. | Pitney Bowes Global Financial Services | Equipment leases | | 1,626.55 | |
| Videology Inc. | PR Newswire Services | Platform | Distribution Services Agreement | 249.00 | |
| Videology Inc. | Quest Software | Platform | License Agreement | 404.72 | |
| Videology Inc. | Rassling Cats Software | Platform | Master Services Agreement | 12,780.00 | |
| Videology Limited | Regus | Lease | Office Lease Agreement (12600 Hill Country Blv., Suite 238, Bee Cave TX 78738) | 2,660.21 | |
| Videology Inc. | Regus | Lease | Office Lease (London | 0.00 | |
| Videology Inc. | Rentrak | Data | Master Data License Agreement | 30,000.00 | |
| Videology Inc. | Rise Interactive Media & Analytics LLC | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | salesforce.com, inc. | Platform | Master Services Agreement | 0.00 | |
| VMT LLC | Share This Inc | Data | Data License Agreement | 0.00 | |
| Videology Inc. | Sigstr | Platform | Software License Agreement | 2,999.00 | |
| Videology Limited | Sky Video Inventory | Platform | Agreement | 0.00 | |
| Videology Inc. | Smartsheet | Platform | Software License Agreement | 0.00 | |
| Videology Inc. | Snowflake Computing, Inc. | Platform | Master SaaS Agreement | 44,093.50 | |
| Videology Inc. | Solium Plan Managers | Platform | Software License Agreement | 0.00 | |
| Videology Inc. | Space | Platform | VIDEOLOGY® PLATFORM TERMS OF SERVICE | 0.00 | |
| Videology Inc. | Spotinst | Platform | Software License Agreement | 0.00 | |
| Videology Inc. | STAQ | Platform | Software License Agreement | 24,000.00 | |
| Videology Inc. | Stream Companies, Inc | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Symphony Health Solutions Corporation | Data | Master Services and License Agreement | 0.00 | |
| Videology Inc. | Targetopia, a TARGET CONNECTION S.L. corporation | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Tegna | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | The Exchange Lab | Platform | Advertising Insertion Order | 0.00 | |
| Videology Inc. | The Nielsen Company (US) | Data | Nielsen Service Agreement | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | The Ultimate Software Group, Inc. | Platform | Master Subscription Agreement | 0.00 | |
| Videology Inc. | The Village Communications | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Limited | Time, Inc. (UK) Ltd. | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Limited | Toolplay Internet Reklam Hizm. Tic. A.S. | Platform | Amended and Restated Platform Services Agreement | 0.00 | |
| Videology Inc. | Tractor Supply Co | Platform | Videology Platform Terms of Service | 0.00 | |
| VMT LLC | TRU OPTIK | Data | Master Service Agreement | 15,483.82 | |
| Videology Inc. | Unique Digital | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Varick Media Management LLC | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Viacom International Inc. | Platform | MASTER LICENSE AND SERVICES AGREEMENT | 0.00 | |
| Videology Inc. | Vidoomy Spain | Platform | Videology Platform Terms of Service | 0.00 | |
| Videology Inc. | Vivaki Inc. | Platform | Restated and Amended Gloabl Terms of Service | 0.00 | |
| Videology Inc. | Weborama S.A. | Data | Data License and Partnership Agreement | 0.00 | |
| Videology Inc. | Wells Fargo Financial Svcs | Equipment leases | | 9,302.00 | |
| Videology Inc. | Wistia | Platform | Software License Agreement | 0.00 | |
| Videology Limited | Xaxis UK | Platform | Data Sync Agreement | 0.00 | |
| Videology Inc. | Xaxis US LLC | Platform | Data Sync Agreement | 0.00 | |
| Videology Inc. | Xaxis, Inc. | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Yellow Hammer | Platform | Videology Platform Terms of Service | 313,088.88 | |
| Videology Inc. | You Earned It! | Platform | Software License Agreement | 0.00 | |
| Videology Inc. | Zigt Media Backoffice B.V. | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Saas Consulting Group | Other | Master Services Agreement (Consulting) | 0.00 | |
| Videology Inc. | Safe Harbors Business Travels, Inc. | Other | Travel Management Services Agreement | 0.00 | |
| Videology Inc. | Sherwood Partners, Inc. | Other | Engagement Letter (Consulting and Advisory services) | 0.00 | |
| Videology Inc. | Sloane & Company | Other | Engagement Letter (Strategic Communications Support) | 0.00 | |
| Videology Inc. | Teksystems, Inc. | Other | Services Agreement for Staffing and Recruitment | 38,640.00 | |
| Videology Inc. | Thomson Reuters | License | Order Form (Practical Law subscription) | 6,276.77 | |
| Videology Inc. | TMF Group | Other | Master Services Agreement (Corporate Governance Services) | 6,225.64 | |
| Videology Inc. | TS Creative | Other | Independent Contractor - Creative Services | 0.00 | |
| Videology Inc. | Travelers Casualty Ins. Co. of America | Other | Insurance - Technology Office Pac/General Commercial Insurance | 0.00 | |
| Collider | Travelers Casualty Ins. Co. of America | Other | Insurance - Technology Office Pac/General Commercial Insurance | 0.00 | |
| VMT LLC | Travelers Casualty Ins. Co. of America | Other | Insurance - Technology Office Pac/General Commercial Insurance | 0.00 | |
| Lucid | Travelers Casualty Ins. Co. of America | Other | Insurance - Technology Office Pac/General Commercial Insurance | 0.00 | |
| Videology Inc. | World Travel, Inc. | Other | Agreement (Provision of Travel Agency Services) | 570.00 | |
| Videology Inc. | Zayo Group, LLC | Other | Internet Services Order | 4,140.08 | |
| VMT LLC | AOL Advertising Inc | Inventory | Advertising Services Agreement | 0.00 | |
| VMT LLC | Blue Water Ads LLC | Inventory | Global Master Services Agreement | 10.17 | |
| VMT LLC | CBS Radio Inc | Inventory | Master Services Agreement | 2,151.71 | |
| VMT LLC | Blu Tonic   ALL AMENDMENTS IN FILE NO ORIGINAL CONTRACT TO GET ASSIGNMENT LANGUAGE OR RENEWAL | Inventory | ONLY AMENDMENTS ARE IN FILES | 102,700.49 | |
| VMT LLC | Fox TV dba SCPI Inc | Inventory | Global Master Services Agreement | 0.00 | |
| Videology Inc. | Freewheel | Inventory | Master Supply Agreement | 10,001.00 | |
| VMT LLC | Ascend Video LLC | Inventory | Exhibit B-1 Form of Ad Inventory Insertion Order | 565,116.16 | |
| VMT LLC | Discovery Communications LLC | Inventory | Inventory Purchase Contract | 0.00 | |
| VMT LLC | Publishers Clearing House LLC | Inventory | Global Master Services Agreement | 15,251.74 | |
| VMT LLC | Pub Matic Inc | Inventory | Public Demand Service Order | 27.81 | |
| VMT LLC | Tribune Broadcasting Company LLC | Inventory | Global Master Services Agreement | 2,867.55 | |
| VMT LLC | Q1 Media Inc | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Vungle | Inventory | Global Master Services Agreement | 3,276.28 | |
| VMT LLC | Crackle Inc , Sony | Inventory | Master Services Agreement | 0.00 | |
| VMT LLC | Crackle, Inc, You Tube | Inventory | Master Services Agreement | 0.00 | |
| VMT LLC | Zedo Inc | Inventory | Global Master Services Agreement | 83,153.35 | |
| VMT LLC | Tremor Video Inc ; Tremor Video Limited | Inventory | Real Time Bidding Platform Agreement | 0.00 | |
| VMT LLC | Intergi LLC | Inventory | Inventory Purchase Contract DAN NEEDS TO SIGN CONTRACT | 6.43 | |
| VMT LLC | Kitara   NOT SIGNED | | | 197,400.68 | |
| VMT LLC | 3Interactive | Inventory | Master Services Agreement | 324,059.88 | |
| VMT LLC | Ad Karma LLC | Inventory | Master Services Agreement | 1,173,303.58 | |
| VMT LLC | Ad Forge Corporation | Inventory | Global Master Services Agreement | 81.48 | |
| VMT LLC | Adklip LLC | Inventory | Global Master Services Agreement | 54.67 | |
| VMT LLC | AdRise Inc | Inventory | Global Master Services Agreement | 105,437.50 | |
| VMT LLC | AerServ LLC | Inventory | Master Services Agreement | 50,547.78 | |
| VMT LLC | Air Media | Inventory | Master Services Agreement | 143.41 | |
| VMT LLC | 140Bets Inc dba All Screen | Inventory | Master Services Agreement | 1,020.48 | |
| VMT LLC | Altitude Digital Inc | Inventory | Master Services Agreement | 7,947.94 | |
| VMT LLC | Answer Media LLC | Inventory | Global Master Services Agreement | 702.12 | |
| VMT LLC | Apester Inc | Inventory | Global Master Services Agreement | 120.28 | |
| VMT LLC | App This LLC | Inventory | Global Master Services Agreement | 26,198.88 | |
| VMT LLC | Beach Front Media | Inventory | Master Services Agreement | 953,426.88 | |
| VMT LLC | Blue Rooster Media Inc | Inventory | Global Master Services Agreement | 263.60 | |
| VMT LLC | Blue Martian LLC | Inventory | Global Master Services Agreement | 168,246.26 | |
| VMT LLC | CBS Television Distribution | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | CCI / Daisuki Inc | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Clubhouse Media | Inventory | Global Master Services Agreement | 224,663.87 | |
| VMT LLC | Convert Media | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Crystal Graphics - Power Show.com | Inventory | Global Master Services Agreement | 197.68 | |
| VMT LLC | Dashbid Media Inc | Inventory | Global Master Services Agreement | 180,060.83 | |
| VMT LLC | Directv LLC | Inventory | Master Services Agreement | 508,866.05 | |
| VMT LLC | DMG / DSNR Media Group Ltd | Inventory | Global Master Services Agreement | 0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| VMT LLC | Electric Sheep LTD | Inventory | Global Master Services Agreement | 77.58 | |
| VMT LLC | engage:BDR | Inventory | Global Master Services Agreement | 84,537.75 | |
| Videology Inc. | Genesis Media | Inventory | Inventory Purchase Contract | 716.04 | |
| VMT LLC | DelPlaya Media Inc | Inventory | Global Master Services Agreement | 154,633.39 | |
| VMT LLC | Hooked Media Group | Inventory | Global Master Services Agreement | 414.51 | |
| VMT LLC | Infinite-Ads.com INC | Inventory | Global Master Services Agreement | 486.51 | |
| VMT LLC | InTango Ltd | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | iNvolved Media Inc | Inventory | Global Master Services Agreement | 484.50 | |
| VMT LLC | Kitara Media LLC | Inventory | Global Master Services Agreement | 197,400.68 | |
| VMT LLC | Krush Technologies LLC | Inventory | Global Master Services Agreement | 145.49 | |
| VMT LLC | Kumma Ltd | Inventory | Global Master Services Agreement | 43,833.44 | |
| VMT LLC | LHP Media Group | Inventory | Global Master Services Agreement | 660,944.51 | |
| VMT LLC | Lin Digital | Inventory | Master Services Agreement | 288,846.45 | |
| VMT LLC | Likqid Media Inc | Inventory | Global Master Services Agreement | 215,916.23 | |
| VMT LLC | Match Flow Media | Inventory | Global Master Services Agreement | 57.82 | |
| VMT LLC | Motomy Media Ltd | Inventory | Global Master Services Agreement | 2,060.86 | |
| VMT LLC | Media 122 | Inventory | Global Master Services Agreement | 150,691.32 | |
| VMT LLC | moLOGIQ Inc | Inventory | Global Master Services Agreement | 108.42 | |
| VMT LLC | Opera Mediaworks | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Mobile Theory Inc | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Mobile Fuse | Inventory | Global Master Services Agreement | 16.64 | |
| VMT LLC | Media Convergence Group dba Newsy | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Nova Roll LLC | Inventory | Global Master Services Agreement | 666.81 | |
| Videology Inc. | Own Digital LLC * | Inventory | Inventory Purchase Contract | 0.00 | |
| VMT LLC | Optimatic Media Inc | Inventory | Master Services Agreement | 628,185.50 | |
| VMT LLC | Positive Mobile Holdings Ltd | Inventory | Global Master Services Agreement | 408,960.44 | |
| Videology Inc. | Real Media Group * | Inventory | Inventory Purchase Contract | 1,310.83 | |
| VMT LLC | Right This Minute LLC | Inventory | Global Master Services Agreement | 3,694.11 | |
| VMT LLC | ROI Media Consultants | Inventory | Global Master Services Agreement | 161.66 | |
| Videology Inc. | Screen Media Ventures, LLC | Inventory | Inventory Purchase Contract | 0.00 | |
| VMT LLC | McCann Disciplines LTD UNDER SEKINDO FILE | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Seracast Digital LLC | Inventory | Global Master Services Agreement | 28,131.92 | |
| Videology Inc. | Sinclair Television Group LLC | Inventory | Inventory Purchase Contract | 31,402.97 | |
| VMT LLC | SlimCut Media | Inventory | Global Master Services Agreement | 65.16 | |
| VMT LLC | Sony Pictures Television | Inventory | Master Services Agreement | 195.26 | |
| VMT LLC | Source Knowledge Inc | Inventory | Inventory Insertion Order | 3.84 | |
| Videology Inc. | Sports New Media | Inventory | Inventory Purchase Contract | 0.00 | |
| VMT LLC | Stitch Video Inc | Inventory | Global Master Services Agreement | 74,619.61 | |
| VMT LLC | Surfer NETWORK | Inventory | Global Master Services Agreement | 303.45 | |
| VMT LLC | Taptica International Ltd | Inventory | Global Master Services Agreement | 0.36 | |
| VMT LLC | Teads Technology SAS | Inventory | Global Master Services Agreement | 0.00 | |
| Videology Inc. | Telegraph Medea Group | Inventory | Inventory Purchase Contract | 522.76 | |
| VMT LLC | The Turf Agency | Inventory | Global Master Services Agreement | 168,000.00 | |
| VMT LLC | Tout Inc | Inventory | Global Master Services Agreement | 45,752.09 | |
| VMT LLC | Thryve Media LLC | Inventory | Global Master Services Agreement | 12,332.86 | |
| Videology Inc. | Trion  NEED CONTRACT | Inventory | | 17,458.12 | |
| VMT LLC | Vdopia Inc | Inventory | Global Master Services Agreement | 497,515.00 | |
| VMT LLC | Velis Media LTD | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Vertamedia LLC | Inventory | Global Master Services Agreement | 133.40 | |
| VMT LLC | Vexigo Ltd | Inventory | Global Master Services Agreement | 1,584.99 | |
| VMT LLC | Vidazoo Ltd | Inventory | Global Master Services Agreement | 45,415.36 | |
| VMT LLC | MAUDAU Ltd dba Video Jam TV | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Video Mize | Inventory | Global Master Services Agreement | 0.00 | |
| VMT LLC | Video Tela | Inventory | Global Master Services Agreement | 341.74 | |
| VMT LLC | Vidillion Inc | Inventory | Global Master Services Agreement | 59,634.75 | |
| VMT LLC | Vicki Inc | Inventory | Global Master Services Agreement | 17,015.29 | |
| VMT LLC | Viralize SRL | Inventory | Global Master Services Agreement | 16,671.76 | |
| Videology Inc. | The Weather Channel LLC | Inventory | Advertising Network Agreement | 0.00 | |
| VMT LLC | Yashi | Inventory | Global Master Services Agreement | 46,664.74 | |
| VMT LLC | Yellowhammer Media Group | Inventory | Global Master Services Agreement | 313,088.88 | |
| VMT LLC | Zephyr Digital Inc | Inventory | Global Master Services Agreement | 1,010.40 | |
| VMT LLC | OV Guide.com, Inc | Inventory | Global Master Services Agreement | 6,274.02 | |
| Videology Inc. | AMNET Group, Inc. | Platform | Videology Platform Services Agreement for Agencies | 16,747.85 | |
| Videology Inc. | Omnicom Media Groupe SAS | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Omnicom Media Groupe S.L. | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Starcom MediaVest Inc. | Platform | | 0.00 | |
| Videology Inc. | Xaxis Sweden | Platform | Affiliate Adopting Agreement | 0.00 | |
| Videology Inc. | Xaxis Austria | Platform | Affiliate Adopting Agreement | 0.00 | |
| Videology Inc. | Xaxis US / Yaxis Inc. | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | Xaxis Norway | Platform | Affiliate Adopting Agreement | 0.00 | |
| Videology Inc. | Xaxis Canada | Platform | Affiliate Adopting Agreement | 0.00 | |
| Videology Inc. | Xaxis UK (Data Sync) | Platform | Data Sync Agreement | 0.00 | |
| Videology Inc. | Xaxis Digital UK (Media Buying) | Platform | Media Buying Agreement | 0.00 | |
| Videology Inc. | Xaxis Belgium | Platform | Affiliate Adopting Agreement | 0.00 | |
| Videology Inc. | Xaxis Finland | Platform | Affiliate Adopting Agreement | 0.00 | |
| Videology Inc. | GroupM UK Ltd. (Digital campaigns) | Platform | | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | GroupM UK Ltd. (media management platform) | Platform | | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | GroupM Canada, Inc. (PMP) | Platform | | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | GroupM Canada, Inc. (VMS) | Platform | | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | Mindshare Media Ireland Limited t/a GroupM Ireland | Platform | Platform Services Agreement | 0.00 | |
| Videology Inc. | GroupM NL B.V. | Platform | | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | Gfk Mediamark Research & Intelligence | | Amendment to Subscription Agreement | 43,334.00 | |
| Videology Inc. | Coherent Solutions | | Consulting Services | 122,303.00 | |
| Videology Inc. | DecisionWise Inc | Inventory | Agreement (360 -degree feedback services) | 0.00 | |
| Videology Inc. | DevEire | Inventory | Master Service Agreement | 167,880.00 | |
| Videology Inc. | Digital Advertising Alliance | Inventory | Participation Agreement | 8,000.00 | |
| Videology Inc. | Emarketer, Inc. | Inventory | Subscription Agreement Signature Page | 30,000.00 | |
| Videology Inc. | GAMS Development Corporation | Other | End User License Agreement (NOT SIGNED) | 22,272.00 | |
| Videology Inc. | GCA Savvian Corporation, fka AMPLIA Corp.- VID-FOUND GCA Savvian Corp | Other | Agreement letter  (Advisors) | 54,135.43 | |
| Videology Inc. | IMG Technologies Inc | other | Agreement letter | 0.00 | |
| Videology Inc. | Innovid, Inc. | Other | Innovid Iroll Preferred Network and Publisher Agreement | 72,960.73 | |
| Videology Inc. | Iron Mountain | Other | Storage Agreement | 266.30 | |
| Videology Inc. | Jason Hahn | Other | Independent Contractor/ Freelance Agreement | 0.00 | |
| Videology Inc. | Advertiser Perceptions Inc. | | | 0.00 | |
| Videology Inc. | Alivebox - Advanced Design S.A. | | Web Design | 0.00 | |
| Videology Inc. | Berkshire Associates Inc | | (Human Resources consulting) | 1,522.50 | |
| Videology Inc. | Bolo Brothers Creative | | (Video production comp) | 0.00 | |
| Videology Inc. | Centric Business Systems | | | 2,424.01 | |
| Videology Inc. | Clearview Consulting, Inc. | | | 12,665.00 | |
| Videology Inc. | CNA Insurance | | (Insurance com) | 0.00 | |
| Videology Inc. | Contently | | | 0.00 | |
| Videology Inc. | De Lage Landen Financial Services Inc. | | | 763.46 | |
| Videology Inc. | Edenred - Spain | | | 5,228.28 | |
| Videology Inc. | Ethical Wiki | | | 0.00 | |
| Videology Inc. | Extreme Reach, Inc | | | 600.00 | |
| Videology Inc. | Flashtalking | | | 0.00 | |
| Videology Inc. | Foodify | | | 2,566.63 | |
| Videology Inc. | Forrester Research, Inc | | | 0.00 | |
| Videology Inc. | Fundraising Management Group, LLC | | | 0.00 | |
| Videology Inc. | GABBCON Inc | | | 0.00 | |
| Videology Inc. | Global Tax Network | | | 0.00 | |
| Videology Inc. | Grand Cascade Lodge | | | 0.00 | |
| Videology Inc. | Gurobi Optimization, Inc | | | 33,600.00 | |
| Videology Inc. | Half Full Venture SL dba AV. Aragon N 2, 46021 Valencia Espania | | | 0.00 | |
| Videology Inc. | Headway Digital North America, LLC (Marketing Co) | | | 300.00 | |
| Videology Inc. | Henry (Butch) Murphy | | | 0.00 | |
| Videology Inc. | Highland Resources Inc. (Resential and Office spaces) | | | 0.00 | |
| Videology Inc. | IAB - Canada | | | 0.00 | |
| Videology Inc. | IDC Research (IDC comp) | | | 0.00 | |
| Videology Inc. | JaffeBlend (nothing to report) | | Invoice and Marketing Activites | 0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | Kantar Retail America Inc. | | | 0.00 | |
| Videology Inc. | Sravanapudi, Ajay | Employees w/ severance | | 0.00 | |
| Videology Inc. | Haley, Kevin | Employees w/ severance | | 0.00 | |
| Videology Inc. | Jamboretz, Ryan | Employees w/ severance | | 0.00 | |
| Videology Inc. | Macleod, Scott | Employees w/ severance | | 0.00 | |
| Videology Inc. | Tarpey, Ken | Employees w/ severance | | 0.00 | |
| Videology Inc. | Smith, Daniel | Employees w/ severance | | 0.00 | |
| Videology Inc. | Gaskamp, Brent | Employees w/ severance | | 0.00 | |
| Videology Inc. | Clement, Paul | Employees w/ severance | | 0.00 | |
| Videology Inc. | Rosati, Brian | Employees w/ severance | | 0.00 | |
| Videology Inc. | Natrajan, Anand | Employees w/ severance | | 0.00 | |
| Videology Inc. | McMahon, Thomas | Employees w/ severance | | 0.00 | |
| Videology Inc. | 33 Across | Publisher | | 285.21 | |
| Videology Inc. | 495 Communications | Publisher | | 529,644.40 | |
| Videology Inc. | 65 Twenty | Publisher | | 992.17 | |
| Videology Inc. | 90min.com | Publisher | | 0.00 | |
| Videology Inc. | Acxiom - UK | Publisher | | 0.00 | |
| Videology Inc. | Ad Colony | Publisher | | 38,282.93 | |
| Videology Inc. | Ad.net | Publisher | | 184,707.30 | |
| Videology Inc. | Ad2One | Publisher | | 19,544.03 | |
| Videology Inc. | AdapTV | Publisher | | 1,521,781.53 | |
| Videology Inc. | Adforce | Publisher | | 17,218.53 | |
| Videology Inc. | Adman | Publisher | | 85,707.25 | |
| Videology Inc. | Alastair Ray d/b/a Ray Media | Publisher | | 1,287.15 | |
| Videology Inc. | AllScreen | Publisher | | 1,020.48 | |
| Videology Inc. | Angel Springs Limited (Waterlogic) | Publisher | | 357.47 | |
| Videology Inc. | Antevenio | Publisher | | 0.00 | |
| Videology Inc. | Atrium - centro de negocios | Publisher | | 6,267.63 | |
| Videology Inc. | Aunia | Publisher | | 196,121.44 | |
| Videology Inc. | Axicom Limited | Publisher | | 12,227.95 | |
| Videology Inc. | Barons Media | Publisher | | 363,160.83 | |
| Videology Inc. | Bell Media | Publisher | | 15,466.23 | |
| Videology Inc. | Bell Media - Guaranteed - GroupM Only | Publisher | | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | Box Plus | Publisher | | 4,226.38 | |
| Videology Inc. | Brainient | Publisher | | 6,552.31 | |
| Videology Inc. | Brightroll | Publisher | | 0.00 | |
| Videology Inc. | BrightRoll/Yahoo Inc. | Publisher | | 0.00 | |
| Videology Inc. | BT - British Telecommunications | Publisher | | 3,916.59 | |
| Videology Inc. | BT Sport | Publisher | | 21,313.12 | |
| Videology Inc. | Casale - Index Exchange | Publisher | | 126,446.60 | |
| Videology Inc. | Channel4 | Publisher | | 0.00 | |
| Videology Inc. | Charlotte Tilbury | Publisher | | 0.00 | |
| Videology Inc. | Cloud Direct f/k/a iHotdesk Ltd | Publisher | | 1,158.44 | |
| Videology Inc. | CMS Keyholding | Publisher | | 51.49 | |
| Videology Inc. | CNN | Publisher | | 113.42 | |
| Videology Inc. | Comcast | Publisher | | 0.00 | |
| Videology Inc. | Condenast | Publisher | | 736.92 | |
| Videology Inc. | Connecting On Purpose | Publisher | | 10,768.08 | |
| Videology Inc. | Corus Entertainment - MatchBuy - KAO | Publisher | | 13,275.98 | |
| Videology Inc. | Corus PMP | Publisher | | 2,378.03 | |
| Videology Inc. | Cue Digital Properties - GroupM Only - PMP - Instream | Publisher | | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | Daily Mail | Publisher | | 370,320.28 | |
| Videology Inc. | Dailymotion | Publisher | | 1,149.94 | |
| Videology Inc. | Dennis Publishing | Publisher | | 4,197.82 | |
| Videology Inc. | Digital Envoy - UK | Publisher | | 85,192.14 | |
| Videology Inc. | Digital Find | Publisher | | 14,480.47 | |
| Videology Inc. | Digitize | Publisher | | 122,981.60 | |
| Videology Inc. | Edenred - Spain | Publisher | | 5,228.28 | |
| Videology Inc. | E-Novative Media | Publisher | | 19,331.46 | |
| Videology Inc. | Entertainment Daily | Publisher | | 5,243.49 | |
| Videology Inc. | Exelate UK | Publisher | | 0.00 | Parties are in the process of reconciling the amounts. |
| Videology Inc. | Eyeota UK | Publisher | | 0.00 | |
| Videology Inc. | EyeRB Media - Instream - PC | Publisher | | 0.00 | |
| Videology Inc. | Falk | Publisher | | 2,980.46 | |
| Videology Inc. | Fandom | Publisher | | 4,436.01 | |
| Videology Inc. | FilmOn TV | Publisher | | 2,207.35 | |
| Videology Inc. | Finecast | Publisher | | 14,568,442.10 | |
| Videology Inc. | Fruidel | Publisher | | 2,562.91 | |
| Videology Inc. | Gameloft | Publisher | | 3,542.54 | |
| Videology Inc. | Global Radio | Publisher | | 253,429.84 | |
| Videology Inc. | Google Adx | Publisher | | 235,766.15 | |
| Videology Inc. | Google Sites | Publisher | | 109,727.37 | |
| Videology Inc. | Gourmet Ads | Publisher | | 19.64 | |
| Videology Inc. | Green TV | Publisher | | 35.25 | |
| Videology Inc. | Grupo Doña Ana S.L | Publisher | | 103.98 | |
| Videology Inc. | Hearst | Publisher | | 7,997.43 | |
| Videology Inc. | Hearst TV | Publisher | | 269.29 | |
| Videology Inc. | Hello Magazine | Publisher | | 122.83 | |
| Videology Inc. | HiMedia | Publisher | | 0.16 | |
| Videology Inc. | Imagini Europe/VisualDNA (200) | Publisher | | 0.00 | |
| Videology Inc. | Improve Digital | Publisher | | 0.13 | |
| Videology Inc. | Independent | Publisher | | 37,727.93 | |
| Videology Inc. | Inneractive | Publisher | | 0.00 | |
| Videology Inc. | Innovid - 200 | Publisher | | 200,656.47 | |
| Videology Inc. | King | Publisher | | 385.56 | |
| Videology Inc. | LatinON | Publisher | | 82.66 | |
| Videology Inc. | Liverail | Publisher | | 137.20 | |
| Videology Inc. | LKQD Media | Publisher | | 215,916.23 | |
| Videology Inc. | Lo70s | Publisher | | 0.00 | |
| Videology Inc. | MediaBrix - Mobile Video - Canada | Publisher | | 44,434.25 | |
| Videology Inc. | Mediahuis | Publisher | | 3,538.91 | |
| Videology Inc. | Meme Video | Publisher | | 0.00 | |
| Videology Inc. | Mobsta | Publisher | | 37,414.13 | |
| Videology Inc. | New York Times | Publisher | | 19.91 | |
| Videology Inc. | News Ireland | Publisher | | 60.01 | |
| Videology Inc. | Newsy | Publisher | | 99.96 | |
| Videology Inc. | Nexage - AOL | Publisher | | 0.00 | |
| Videology Inc. | OboxMedia - Video - Canada | Publisher | | 0.00 | |
| Videology Inc. | OpenX | Publisher | | 176,324.34 | |
| Videology Inc. | Oprah.com | Publisher | | 0.00 | |
| Videology Inc. | Paragon Digital Services Pte Ltd | Publisher | | 26,553.06 | |
| Videology Inc. | Pelmorex | Publisher | | 7,707.81 | |
| Videology Inc. | Perform | Publisher | | 1,018,087.35 | |
| Videology Inc. | Plainfields Tag A&E (Xaxis Pays Pub) | Publisher | | 0.00 | |
| Videology Inc. | Plainsfield Media - Videology Clears | Publisher | | 0.00 | |
| Videology Inc. | Prisa | Publisher | | 127,940.68 | |
| Videology Inc. | ProActive | Publisher | | 6,513.33 | |
| Videology Inc. | Publicidad | Publisher | | 9,548.16 | |
| Videology Inc. | PulsePoint | Publisher | | 83,246.17 | |
| Videology Inc. | Pure | Publisher | | 0.00 | |
| Videology Inc. | Quebecor - Instream - Direct | Publisher | | 5,926.70 | |
| Videology Inc. | Rentokil Initial UK Limited (Rentokil-DD, Initial-Wire) | Publisher | | 1,227.81 | |
| Videology Inc. | Rogers - Matchbuy - KAO | Publisher | | 16,796.62 | |
| Videology Inc. | RTE | Publisher | | 380,071.38 | |
| Videology Inc. | Rubicon | Publisher | | 658.47 | |
| Videology Inc. | Rubicon Exchange - US | Publisher | | 618,464.17 | |
| Videology Inc. | SBS | Publisher | | 181.05 | |
| Videology Inc. | Section:Media Ltd | Publisher | | 9,573.20 | |
| Videology Inc. | Sekindo | Publisher | | 136,126.83 | |
| Videology Inc. | Sky | Publisher | | 599,664.46 | |
| Videology Inc. | Sky AdSmart | Publisher | | 4,190,991.23 | |
| Videology Inc. | SkyNet | Publisher | | 44,365.69 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | Smartclip | Publisher | | 1,045,089.62 | |
| Videology Inc. | SmartyContent | Publisher | | 92,565.35 | |
| Videology Inc. | Snap Inc | Publisher | | 0.00 | |
| Videology Inc. | Spark Foundry | Publisher | | 28,583.68 | |
| Videology Inc. | Spilgames | Publisher | | 13,017.14 | |
| Videology Inc. | Sports New Media | Publisher | | 796.14 | |
| Videology Inc. | Spotify | Publisher | | 44,283.34 | |
| Videology Inc. | Spotx | Publisher | | 586,048.92 | |
| Videology Inc. | SpotXchange | Publisher | | 456,380.74 | |
| Videology Inc. | Spy Alarms | Publisher | | 597.72 | |
| Videology Inc. | Sticky | Publisher | | 2,770.66 | |
| Videology Inc. | STV | Publisher | | 71,181.66 | |
| Videology Inc. | TG4 | Publisher | | 10,808.99 | |
| Videology Inc. | Third Presence | Publisher | | 11,518.68 | |
| Videology Inc. | TMF Group - Spain | Publisher | | 6,225.64 | |
| Videology Inc. | TV3 | Publisher | | 220,463.15 | |
| Videology Inc. | Unidad Editorial | Publisher | | 1,206.68 | |
| Videology Inc. | UTV | Publisher | | 0.04 | |
| Videology Inc. | V Interactions | Publisher | | 1,168.54 | |
| Videology Inc. | Vdopia | Publisher | | 497,515.00 | |
| Videology Inc. | Venatus | Publisher | | 8,463.85 | |
| Videology Inc. | Vevo | Publisher | | 76,537.58 | |
| Videology Inc. | Videoflare | Publisher | | 263.95 | |
| Videology Inc. | VideoJam.tv (Mandau Ltd) | Publisher | | 0.00 | |
| Videology Inc. | VidZone | Publisher | | 84.11 | |
| Videology Inc. | VInteractions - Instream - French - Canada | Publisher | | 1,700.28 | |
| Videology Inc. | Virgin Media | Publisher | | 12,464.28 | |
| Videology Inc. | Washington Post Company | Publisher | | 0.00 | |
| Videology Inc. | Weather Network | Publisher | | 2,145.85 | |
| Videology Inc. | WEB3 LTD | Publisher | | 82.74 | |
| Videology Inc. | Xaxis | Publisher | | 169,795.94 | |
| Videology Inc. | XMP Accent Health Digital Out of Home Video Inventory | Publisher | | 450.69 | |
| Videology Inc. | Yahoo | Publisher | | 294,296.96 | |
| Videology Inc. | YG Digital/RR Discovery | Publisher | | 45,031.62 | |
| Videology Inc. | Yume | Publisher | | 37,877.05 | |
| Videology Inc. | Yupptv | Publisher | | 4,810.01 | |
| Videology Inc. | Akamai Technologies, Inc | Other | | 21,362.71 | |
| Videology Inc. | Amazon AWS | Other | | 474,605.26 | |
| Videology Inc. | Aryaka | | | 0.00 | |
| Videology Inc. | Brightcove Inc. | Software | | 16,575.00 | |
| Videology Inc. | CenturyLink | | | 0.00 | |
| Videology Inc. | DNS Backup Solution | | | 0.00 | |
| Videology Inc. | Dynamic Network Services (DYN) | Other | | 0.00 | |
| Videology Inc. | FortyCloud | | | 0.00 | |
| Videology Inc. | GAMS Development Corporation | Other | | 22,272.00 | |
| Videology Inc. | Gurobi Optimization, Inc. | Other | | 33,600.00 | |
| Videology Inc. | IAB | Other | | 0.00 | |
| Videology Inc. | McAfee | Other | | 0.00 | |
| Videology Inc. | Microstrategy Services Corporation | Other | | 0.00 | |
| Videology Inc. | Oanda | | | 0.00 | |
| Videology Inc. | Pager Duty | Other | | 0.00 | |
| Videology Inc. | Pingdom | | | 0.00 | |
| Videology Inc. | Rackspace US, Inc. | Other | | 24,809.21 | |
| Videology Inc. | Sentry | | | 0.00 | |
| Videology Inc. | Sun | | | 0.00 | |
| Videology Inc. | American Express VID Corp Program | Other | | 25,648.78 | |
| Videology Inc. | Carefirst | Other | Group Contract Application | 128,600.48 | |
| Videology Inc. | Discovery Benefits, Inc. ("DBI") | Other | Administrative Services Agreements | 927.95 | |
| Videology Inc. | Fidelity Security Life Insurance Comp / Avesis | Other | Agreement (Vision Care & Life Insurance) | 0.00 | |
| Videology Inc. | Randstad Technologies  dba Randstad Professionals LP- US (job postings) | Other | Services Agreement (Job contract) | 0.00 | |
| Videology Inc. | Tech USA, LLC | Other | Services Agreement (Job contract) | 20,125.00 | |
| Videology Inc. | United Healthcare | Other | Group Policy (Health Care) | 0.00 | |
| Videology Inc. | VPI Pet - Veterinary Pet Insuance Company, C/O DMV Insurance Agency, Inc | Other | Group Application  (Pet insurance) | 188.48 | |
| Videology Inc. | Adswerve | Other | | 250.00 | |
| Videology Inc. | Advertiser Perceptions Inc. | Other | | 0.00 | |
| Videology Inc. | Alivebox - Advanced Design S.A. | Other | | 0.00 | |
| Videology Inc. | Berkshire Associates Inc. | Other | | 1,522.50 | |
| Videology Inc. | Bolo Brothers Creative | Other | | 0.00 | |
| Videology Inc. | BUILDING CLEANING SERVICES, INC. | Other | | 735.00 | |
| Videology Inc. | Centric Business Systems | Other | | 2,424.01 | |
| Videology Inc. | Clearview Consulting, Inc. | Other | | 12,665.00 | |
| Videology Inc. | CNA Insurance | Other | | 0.00 | |
| Videology Inc. | Contently | Other | | 0.00 | |
| Videology Inc. | De Lage Landen Financial Services, Inc. | Other | | 763.46 | |
| Videology Inc. | DecisionWise, Inc. | Other | | 0.00 | |
| Videology Inc. | DevEire | Other | | 167,880.00 | |
| Videology Inc. | Digital Advertising Alliance | Other | | 8,000.00 | |
| Videology Inc. | Edenred - Spain | Other | | 5,228.28 | |
| Videology Inc. | eMarketer, Inc. | Other | | 30,000.00 | |
| Videology Inc. | Ethical Wiki | Other | | 0.00 | |
| Videology Inc. | Extreme Reach, Inc. | Other | | 600.00 | |
| Videology Inc. | Flashtalking | Other | | 0.00 | |
| Videology Inc. | Foodify | Other | | 2,566.63 | |
| Videology Inc. | Forrester Research Inc. | Other | | 0.00 | |
| Videology Inc. | Fundraising Management Group, LLC | Other | | 0.00 | |
| Videology Inc. | GABBCON, Inc. | Other | | 0.00 | |
| Videology Inc. | GAMS Development Corporation | Other | | 22,272.00 | |
| Videology Inc. | GCA Technovation formally AMPLIA Corporation - VID Inc | Other | | 54,135.43 | |
| Videology Inc. | Global Tax Network | Other | | 0.00 | |
| Videology Inc. | Grand Cascade Lodge | Other | | 0.00 | |
| Videology Inc. | Gurobi Optimization, Inc. | Other | | 33,600.00 | |
| Videology Inc. | Half Full Venture SL | Other | | 0.00 | |
| Videology Inc. | Headway Digital North America LLC | Other | | 300.00 | |
| Videology Inc. | Henry (Butch) Murphy | Other | | 0.00 | |
| Videology Inc. | Highland Resources Inc. | Other | | 0.00 | |
| Videology Inc. | IAB - Canada | Other | | 0.00 | |
| Videology Inc. | IDC Research | Other | | 0.00 | |
| Videology Inc. | IMG Technologies Inc | Other | | 0.00 | |
| Videology Inc. | Innovid Inc. | Other | | 72,960.73 | |
| Videology Inc. | Intacct | Other | | 0.00 | |
| Videology Inc. | Iron Mountain | Other | | 266.30 | |
| Videology Inc. | Jaffe Blend | Other | | 0.00 | |
| Videology Inc. | Jason Hahn | Other | | 0.00 | |
| Videology Inc. | JPS25,LLC | Other | | 0.00 | |
| Videology Inc. | Kantar Retail America Inc. | Other | | 0.00 | |
| Videology Inc. | Laudis Consultor | Other | | 909.98 | |
| Videology Inc. | LightHouse Media Group | Other | | 0.00 | |
| Videology Inc. | Make It Pop Creations | Other | | 0.00 | |
| Videology Inc. | Mason & Carter, Inc. | Other | | 0.00 | |
| Videology Inc. | Matthew Korbon | Other | | 0.00 | |
| Videology Inc. | Matthew M. Allegre dba Bentley Michaels | Other | | 0.00 | |
| Videology Inc. | MediaLink, LLC - US | Other | | 35,000.00 | |
| Videology Inc. | Mercer | Other | | 0.00 | |
| Videology Inc. | Merrill Communications | Other | | 2,439.94 | |
| Videology Inc. | Met Photo Inc | Other | | 1,065.68 | |
| Videology Inc. | Microstrategy Services Corporation | Other | | 0.00 | |
| Videology Inc. | Miller's Minuteman Press | Other | | 0.00 | |
| Videology Inc. | Mutual of Omaha | Other | | 563.83 | |
| Videology Inc. | NAB | Other | | 0.00 | |
| Videology Inc. | Navex Global f/k/a Network Inc. | Other | | 0.00 | |
| Videology Inc. | Neo Facto LP | Other | | 0.00 | |
| Videology Inc. | Netsertive Inc. f/k/a Mixpo | Other | | 9,760.63 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | NewBay Media LLC | Other | | 12,500.00 | |
| Videology Inc. | Onesource Water | Other | | 0.00 | |
| Videology Inc. | Outrigger Media, Inc | Other | | 0.00 | |
| Videology Inc. | PagerDuty | Other | | 0.00 | |
| Videology Inc. | Park Place Technologies | Other | | 0.00 | |
| Videology Inc. | Pathmatics, Inc. | Other | | 2,500.00 | |
| Videology Inc. | Peakbit LLC | Other | | 0.00 | |
| Videology Inc. | PI Midlantic - Praendex Midlantic | Other | | 0.00 | |
| Videology Inc. | Pitney Bowes Global Financial Services | Other | | 1,626.55 | |
| Videology Inc. | PriceWaterhouseCoopers LLP | Other | | 69,000.00 | |
| Videology Inc. | Quality Building Services Corp. | Other | | 573.86 | |
| Videology Inc. | Qualtrics LLC | Other | | 0.00 | |
| Videology Inc. | Qualys Inc. | Other | | 0.00 | |
| Videology Inc. | R3 Continuum LLC | Other | | 0.00 | |
| Videology Inc. | Reliance Standard Life Insurance Co. | Other | | 0.00 | |
| Videology Inc. | Right Management Inc. | Other | | 2,000.00 | |
| Videology Inc. | Robert Half International | Other | | 7,191.00 | |
| Videology Inc. | SaaS Consulting Group | Other | | 0.00 | |
| Videology Inc. | Safe Harbors Business Travels, INC. | Other | | 0.00 | |
| Videology Inc. | Sanitas | Other | | 0.00 | |
| Videology Inc. | Scalar Group Inc. | Other | | 0.00 | |
| Videology Inc. | Security & Energy Technologies Corp. | Other | | 0.00 | |
| Videology Inc. | Sherwood Partners, Inc. | Other | | 0.00 | |
| Videology Inc. | SilkRoad | Other | | 0.00 | |
| Videology Inc. | Sloane & Company | Other | | 0.00 | |
| Videology Inc. | Strategy Source | Other | | 0.00 | |
| Videology Inc. | Teksystems, Inc. | Other | | 38,640.00 | |
| Videology Inc. | The Drum - US | Other | | 0.00 | |
| Videology Inc. | The Harry Walker Group | Other | | 0.00 | |
| Videology Inc. | The Millennium Alliance, LLC | Other | | 0.00 | |
| Videology Inc. | Thomson Reuters | Other | | 6,276.77 | |
| Videology Inc. | TMF Group | Other | | 6,225.64 | |
| Videology Inc. | TMRW Corp. | Other | | 0.00 | |
| Videology Inc. | Tommy Stalknecht | Other | | 0.00 | |
| Videology Inc. | Travelers | Other | | 0.00 | |
| Videology Inc. | Verizon | Other | | 286.00 | |
| Videology Inc. | Verizon Wireless | Other | | 63.24 | |
| Videology Inc. | Video Destination LLC | Other | | 0.00 | |
| Videology Inc. | VideoAmp, Inc. | Other | | 329.94 | |
| Videology Inc. | Waterlogic | Other | | 462.94 | |
| Videology Inc. | WB Mason Co, Inc. | Other | | 4,241.12 | |
| Videology Inc. | Webb Legal Group | Other | | 0.00 | |
| Videology Inc. | Wells Fargo | Other | | 0.00 | |
| Videology Inc. | Wells Fargo - P Card | Other | | 47,158.12 | |
| Videology Inc. | William T. Scherer | Other | | 0.00 | |
| Videology Inc. | World Travel, Inc. | Other | | 570.00 | |
| Videology Inc. | Yasasvini Puligundla | Other | | 0.00 | |
| Videology Inc. | Zayo Group | Other | | 4,140.08 | |