IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VIDEOLOGY, INC., *et al.*,[1] | Case No. 18-11120 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF PUBLICATION OF NOTICE OF BID DEADLINE, AUCTION AND SALE APPROVAL HEARING IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS**

This Affidavit of Publication includes the sworn statement verifying that the *Notice of Bid Deadline, Auction and Sale Approval Hearing in Connection With Sale of Substantially All of Debtors' Assets* was published in the worldwide edition of *The Financial Times* on June 11, 2018, attached hereto as **Exhibit A**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

57731/0003-15990385v1