**EXHIBIT A**

57731/0003-15990385v1

**AFFIDAVIT OF PUBLICATION**

**IN THE MATTER OF:** *Videology, Inc.*

**STATE OF NEW YORK**

**ss:**

**COUNTY OF NEW YORK**

I, Hania Owsinski, being duly sworn, herby certify that (a) I am the Account Planner, US Advertising of FT Publications, Inc. Publisher of the FINANCIAL TIMES, a daily newspaper published and of general circulation worldwide including the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in THE FINANCIAL TIMES ON THE 11th DAY OF June 2018.

HANIA OWSINSKI, ACCOUNT PLANNER, **US ADVERTISING:**

**SWORN TO ME BEFORE THIS:**

11th day of June, 2018.

**NOTARY PUBLIC**

NICOLE ELEZA SCHWARTZ
Notary Public, State of New York
Registration #02SC6325918
Qualified in New York County
Commission Expires June 8, 2019

# Oil groups stand by bets on out-of-favour plastics

Petrochemicals drive is expected to pay off even if more products are banned

ANJLI RAVAL — LONDON
ED CROOKS — NEW YORK

Some of the world's biggest energy companies say a backlash against plastics will not derail the industry's big bet on petrochemicals, as traditional oil groups seek new revenue sources amid expectations of a shift away from fossil fuels.

Companies from Royal Dutch Shell to Saudi Aramco are funnelling billions of dollars into petrochemicals complexes as they bank on growing demand for the materials used to make items such as plastic packaging, washing detergent and home insulation.

But a public outcry in Europe over plastic pollution in oceans has led to measures to tackle waste, including a ban on single-use cutlery and straws.

John Abbott, downstream director at Shell, who oversees the company's refining, marketing and petrochemicals divisions, said even if all one-time use plastics were eliminated globally it would only reduce demand for chemicals by 3-4 per cent.

"Is it an important issue? Yes. Is it a societal issue? Yes. Do we need to address it? Absolutely. But it's not going to significantly impact our view of the supply and demand fundamentals of chemicals," he said in an interview.

Mr Abbott said that while single-use plastics would "inevitably" be banned, proper waste management was just as important for preventing marine debris.

BP said in its annual energy outlook published in February that mounting environmental concerns over plastic pollution and any knock-on impact on petrochemicals demand could trim 2m barrels a day off oil consumption by 2040 — or 2 per cent of current demand.

Crude is refined into naphtha and other oils, which are then put through petrochemical crackers to produce the basic building blocks for making plastics. But plastics are also made using natural gas liquids as a feedstock.

Industry and petrochemicals used 17.4m barrels a day of oil in 2016, and this is expected to rise more than 35 per cent by 2040 should governments continue their current energy policies, the International Energy Agency said in its annual oil outlook.

"Single-use plastics could peak as early as the early 2020s, but plastics for other use will continue," said Stephen Zinger at consultancy Wood Mackenzie.

'Single-use plastics could peak as early as the early 2020s, but plastics for other use will continue'

"There are a tremendous amount of objects that use plastics that are not going to be disrupted."

Dario Scaffardi, chief executive at Italian refiner Saras, echoed these views at a conference in London last week, saying the oil used to make single-use plastics is "not material at all".

Pedro Antonio Merino Garcia, head of research at Spanish energy major Repsol, said even if petrochemicals demand growth slows as government policies, such as those towards plastics, take effect, "the underlying trend should continue for many, many years."

Financials. Community lenders

# Small US banks push for further deregulation

Share prices have outpaced those of larger peers since Dodd-Frank rollback began

BEN MCLANNAHAN — NEW YORK
BARNEY JOPSON — WASHINGTON

WELLS FARGO
WELLS FARGO

"All's not Wells," said a billboard by the entrance to the Lincoln tunnel in Weehawken, New Jersey, in full view of cars and buses heading into Manhattan.

The ad was put there by Doug Kennedy, president and chief executive of Peapack-Gladstone Bank, who wants the world to know that his \$4.3bn-in-assets lender has none of the toxic, sales-obsessed culture that led to a series of scandals at the \$1.9tn-in-assets Wells Fargo.

These are bullish times for small US banks. As well as the opportunity to exploit public anger at their largest peers, they are also among the beneficiaries of the deregulatory wave in Washington. President Donald Trump last month signed a new law aimed at lightening the load on thousands of small and mid-sized banks that were swept up in the crackdown on huge lenders in the wake of the financial crisis.

Shares in smaller banks have been boosted as a result, with the Russell 2000 banks index outperforming the S&P banks by about 10 percentage points since the turn of the year.

But Mr Kennedy — who went to Peapack-Gladstone after a career at sector goliaths Capital One, Bank of America and NatWest — says he wants to see lawmakers go further in providing more targeted relief for smaller banks such as his, which has 27 branches across central New Jersey and Pennsylvania.

The new law, he says, "is a good first step: it acknowledges that community banks actually fulfil a very meaningful role in communities, and that not all banks are created equally".

The Economic Growth, Regulatory Relief, and Consumer Protection Act contains a number of provisions related to capital, mortgage lending and data collection, mostly targeted at banks deemed too small to present a serious risk to the US financial system. Mr Trump said it was high time to give a break to "neighbourhood banks" trying to navigate "Dodd-Frank's brutal maze of costly regulations".

Mr Kennedy is hardly alone in arguing Congress should not stop there. Blaine Luetkemeyer, a Republican who chairs the House subcommittee on financial institutions and consumer credit, has promised that the House will push for further rollbacks to laws he believes are hobbling the 5,000 or so banks that support much of the grassroots growth in the world's largest economy. "It's important that we start taking some of the straw off the camel's back, and we in the House have a lot of little bills that will [do] that," he said, at a community-bank symposium last month.

The chances of further legislative concessions seem slim, for now. House conservatives were forced to ditch their hopes of giving the recent bill a more pro-bank slant, recognising that shifting it to the right would immediately jeopardise its chances of passing the Senate. This November's midterm congressional elections could kill off any chance of further deregulation if Democrats seize control of one or both chambers.

But even without action by Congress, regulators have enough power to make life easier for banks big and small. The US's three federal bank regulators, which are led by the Federal Reserve and boast a growing contingent of Trump appointees, are exploring ways to loosen some rules they wrote to flesh out Dodd-Frank. Bankers say they are also taking a softer approach in their day-to-day supervision.

Ed Mills, Washington-based policy analyst at Raymond James, the financial services firm, says it is already a stark change from the Fed leadership of Janet Yellen and the central bank's former regulatory chief Daniel Tarullo. "We're taking a big step back from where we were under Yellen and Tarullo, when the US was the leader in establishing bank rules," he said. "Now we'll be the leader in walking them back."

Virginia Varela, chief executive of Golden Pacific Bank in Sacramento, hopes that the recent bill "opens the window" for further measures to lighten the load. She complains that her Sacramento-based bank — with only \$125m in assets and 38 employees — is subject to a lot of the same restrictions that apply to much bigger lenders.

She has two full-time employees, for example, who are required to "act like police dogs", monitoring transactions for possible money-laundering violations under the 1970 Bank Secrecy Act. And during the three-branch bank's latest examination by the Office of the Comptroller of the Currency, one of the most powerful agencies in the country, 13 examiners were on site, poring over the portfolio.

"It's a lot to handle," said Ms Varela, a former regulator for the Federal Reserve in Washington and San Francisco. "If they applied the same scope of review to Wells Fargo or Bank of America there'd be thousands of examiners crawling all over them."

Hundreds of community banks have pulled down the shutters in recent years. Without significant relief on the regulatory front, said Ms Varela, a lot more banks her size could be forced out of business.

"It's not like the hardware stores going away because of Home Depot," she said. "It's not because of a lack of customers; it's because of the regulatory burden."

'It's not because of a lack of customers; it's because of the regulatory burden'
Virginia Varela, Golden Pacific

**10x**
Outperformance of Russell 2000 banks index against S&P rivals this year

**\$4.3bn**
Peapack Gladstone assets compared with \$1.9tn for Wells Fargo

Peapack-Gladstone Bank's chief wants the world to know that the lender has none of the toxic culture that led to scandals at Wells Fargo

## Legal Notices

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: VIDEOLOGY, INC., et al.,[1] Debtors. ) Chapter 11 ) Case No. 18-11120 (BLS) ) (Jointly Administered)

NOTICE OF BID DEADLINE, AUCTION AND SALE APPROVAL HEARING IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. [illegible]
2. [illegible]
3. [illegible]
4. [illegible]
5. [illegible]

[illegible]

## Businesses For Sale

TRANSFER – INSURANCE PORTFOLIO

SUPPLEMENTARY PENSIONS

The Federal Pension Service of Belgium wants to transfer its entire insurance portfolio supplementary pensions (defined contribution scheme).

This activity is regulated by the Belgian Royal Decree no. 69.

Applications are possible until the 20th of July.

Interested parties can find all the information & the conditions by visiting the link below:

https://drive.google.com/drive/folders/1OFhulQRbw8CIV3XOeraVS_RyldHyjOaq?usp=sharing

Businesses For Sale

Business for Sale, Business Opportunities, Business Services, Business Wanted, Franchises

Classified Business Advertising

FT
CONNECT WITH INFORMED INVESTORS
The FT Managed Funds and Share Service sections are a powerful way to promote your brand, communicate with your clients and attract new institutional & retail investors.
Connect with the FT's highly affluent audience
Managed Funds & Asset Management
Lawrence Omolo
lawrence.omolo@ft.com
+44 (0) 20 7873 3093
Investor Relations & IPO's
Jessica Llewelyn
jessica.llewelyn@ft.com
+44 (0) 20 7873 4012

fastFT
Market-moving news and views, 24 hours a day
fastFT is our groundbreaking interactive news service. Updated around the clock, it delivers breaking news and comment on the events that define your decisions.
fastFT goes beyond the headlines to provide context and opinion in quick, authoritative reports from a global network of journalists.
• Get market-moving news as it happens, 24 hours a day Monday to Friday
• Keep your finger on the pulse as events unfold
• Stay informed with short, sharp updates on what's important
The FT has always been your foremost news source – and now it's your fastest, too.
For instant news and comment visit