**EXHIBIT A**

57731/0003-15990389v1

**EXHIBIT A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, June 11, 2018** the following legal advertisement – **In re: VIDEOLOGY, INC.,** *et al.* – was published in the national edition of **USA TODAY**.

*[signature]*
Principal Clerk of USA TODAY
June 11, 2018

This _11th_ day of _June_ month _2018_ year.

*[signature: Robin Sue Purcell]*
Notary Public
Commission expires
31 october 2019

*[Notary seal: ROBIN SUE PURCELL, NOTARY PUBLIC, MY COMMISSION NUMBER 7630258, COMMONWEALTH OF VIRGINIA]*

DIGITAL DOLLARS

# Read fine print to avoid a bad Amazon shopping trip

**Marc Saltzman**
USA TODAY

For most Amazon shoppers, the experience probably is a seamless one: You search for a product, perhaps read reviews and see related items, and if you're an Amazon Prime member, you'll likely have it delivered quickly.

It should be that simple — especially when Amazon's $178 billion in annual sales rank the company as the largest Internet retailer and marketplace in the world.

Alas, shopping on Amazon doesn't always go smoothly. You may have heard of a Georgia woman recently charged $7,455 to have three cartons of toilet paper delivered (she eventually was refunded). Or a Montana mom who, when trying to return a T-shirt that was too small was asked to send a picture of her as proof to the Amazon third-party seller. Sheesh.

The following are a few ways to reduce the odds of a bad shopping experience on Amazon — especially among third-party sellers, companies that use Amazon's site as a sales platform and now account for about 52% of all sales. Nearly a quarter of all third-party sales are from global sellers, according to Amazon, which means your seller could be an overseas company.

Difficulty getting refunds from third-party sellers has been at the heart of recent stories about shopping on Amazon gone bad. Consider these tips to avoid any hassles:

### Look for 'Shipped by Amazon'

"Read the fine print," suggests Michelle Madhok, a New York-based online shopping expert and founder of SHEfinds.com. "I'd recommend only buying things that are shipped by Amazon," because third-party seller disputes are becoming an "increasing problem," Madhok says.

Some third-party sellers ship their products to Amazon's fulfillment centers and let Amazon take care of the shipping and packing, a service called Fulfilled by Amazon. Others ship from their own warehouses and generally aren't Prime eligible and can take much longer.

Madhok advises looking for products that say, "Ships from and sold by Amazon.com."

Based on Madhok's experience, third-party seller issues include long delivery times and low-quality items, especially from China.

"I saw a great price on a fancy brand of candles I wanted, but they weren't any good," she said. Madhok says she complained to Amazon and got her money back.

"I also bought a Halloween costume that said in small print delivery would take 6 or 8 weeks, so I canceled it."

But you might not want to return items too many times, because it could lead to a ban by Amazon, according to a recent report in *The Wall Street Journal*. That said, Amazon responded in a statement that it is rare for a customer to receive a ban for abusing its service for a long period of time.

### Counterfeit concerns

A report from the Government Accountability Office revealed many products purchased from third-party sellers on five major e-commerce sites, including Amazon, not only were counterfeit but potentially harmful to your health. Some knock-off cosmetics were found to contain poisonous substances such as mercury or cyanide, toys and other items contained lead, and unofficial iPhone adaptors may be more prone to fire or causing electrocution.



Amazon shipping horror stories put the onus on the shopper to be careful when buying.
MARK LENNIHAN/AP



Research what customers and critics are saying about the products at Amazon — and elsewhere — and look for reviews of third-party sellers or their products. AMAZON

Madhok says some third-party sellers "scam" Amazon by closing down and opening up under another name after they're paid by Amazon.

"Customers will have money refunded, yes, but it's deceptive," she says.

### Read the return policy

Before you buy, read what the third-party seller offers by way of returns or refunds.

Amazon says it offers an A-Z Guarantee, which guarantees "purchases from third-party sellers when payment is made via the Amazon.com website." Customers who pay for purchases from an Amazon seller via the Amazon.com website are eligible to receive up to $2,500 of the purchase price, including shipping charges.

"If customers have concerns or feedback about their purchase, we encourage them to contact Customer Service," Amazon says.

Third-party sellers must either provide a return address within the United States, provide a prepaid return label or offer a full refund without requesting the item be returned, it said.

### Do your homework

But it's up to you to look closely before you buy to see if it's coming from Amazon or a third-party seller — even if it's a "Sponsored" item. If it is a third-party seller, such as Xiaxue or iFunda, you can click on the name of the company, which links to a small bio and might say if they're overseas (Amazon says companies do not need to disclose their locations).

It's also recommended to read the reviews from previous customers — before you buy — though Madhok cautions many are written by employees or friends of these overseas companies. Therefore, watch out for overzealous comments, often with spelling and punctuation errors.

To complicate matters, Amazon shut down its Customer Discussion forums last October, eliminating one outlet for shoppers to ask questions and receive feedback from other Amazon users. Instead, you can read and post reviews on the individual product page or pose a question in the Q&A area.

Shoppers should look elsewhere for reviews of third-party sellers or their products. Use a search engine such as Google to type in a query, or turn to friends, family and colleagues over social media. You can also read reviews of products at other shopping sites.

For example, the Q18S smartwatch Amazon sells through third-party sellers also is available on, say, Wish.com, or other online retailers and marketplaces.

### Additional buyer protection

"Always shop with a credit card that offers good purchase protection," Madhok advises, "even though Amazon is good about refunding money if there's a dispute."

Having this extra layer of protection, and peace of mind, is important, regardless of where you shop online.

## LEGAL MONDAY

For advertising information: 1.800.872.3433  www.marketplace.usatoday.com

[Two legal notices: "IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE" — NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING; and NOTICE OF BID DEADLINE, AUCTION AND SALE APPROVAL HEARING IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS. Detailed text illegible.]

**For more information on how to place your advertisement in Legal Monday, contact a sales representative at:**

**1-800-872-3433**
Toll-free in the U.S. only