UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| …………………………………………x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 18-11120 (BLS) |
| **VIDEOLOGY, INC.,** *et al.* | : | |
| | : | Objection Deadline: July 2, 2018 |
| Debtors. | : | |
| | : | |
| …………………………………………....x | | |

**OBJECTION BY SNOWFLAKE COMPUTING, INC.
TO PROPOSED CURE AMOUNT**

This Objection to Proposed Cure Amount ("Cure Amount Objection") is submitted on behalf of Snowflake Computing Inc, a Delaware corporation ("Snowflake") regarding the provision of Snowflake's data warehouse service (the "Service") which is currently being procured from Snowflake by Videology, Inc., one of the above-referenced Debtors herein, pursuant to a Master SaaS Agreement having an effective date of March 8, 2017, including multiple Order Forms ("Agreement").

The Debtors have asserted in their "NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED" (Docket# 183) ("Notice") filed herein on June 8, 2018 that the proposed cure amount necessary to cure defaults under the Agreement between Snowflake and Videology, Inc. is $44,093.50.  Snowflake hereby objects to the proposed cure amount.

The total arrearage under the Agreement for pre-petition claims as of the date of this Cure Amount Objection should be $181,140.25.   This amount represents the unpaid pre-petition issued invoices payable by Videology, Inc. under the Agreement.

Copies of the outstanding pre-petition invoices (#INV-10703, Dated 12/13/2017; #INV-11172, Dated 2/28/2018 & #INV-11331, Dated 3/13/2018) are attached hereto as Exhibit A.

Snowflake reserves its right to amend this Cure Amount Objection to the extent that: 1) any further post-petition unpaid invoices are due and payable at the time of the assumption and assignment of the Agreement; 2) any other monetary defaults exist under the Agreement at the time of the assumption and assignment of the Agreement, and; 3) it incurs attorneys' fees in connection with this bankruptcy case with respect to the assumption and assignment of the Agreement.

This Cure Amount Objection applies to the cure amount only.  Snowflake reserves its right to submit further objections to the assumption and assignment of the Agreement pursuant to the terms and schedule set forth in the Notice.

Dated:  June 25, 2018                        Respectfully submitted,

                                                        Greene Radovsky Maloney Share & Hennigh LLP


                                       By:       /s/ Edward Tredinnick
                                                      Edward J. Tredinnick
                                         Attorneys for Snowflake Computing, Inc.
                                         Four Embarcadero Center, Suite 4000
                                         San Francisco, CA  94111
                                         Phone:  415-981-1400
                                         Fax:  415-777-4961
                                         E-mail:  etredinnick@greeneradovsky.com

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, Four Embarcadero Center, Suite 4000, San Francisco, California 94111. On June 25, 2018, I served the following document(s) by the method indicated below:

**OBJECTION BY SNOWFLAKE COMPUTING, INC. TO PROPOSED CURE AMOUNT**

☐ by transmitting via facsimile on this date from fax number (415) 777-4961 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Addressed to the parties on the attached Service List

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 25, 2018 at San Francisco, California.

/s/Violet Rajkumar
Violet Rajkumar

**SERVICE LIST**

United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

Videology, Inc.
1500 Wetstone Way, Suite 500
Baltimore, MD 21320
Attn: Daniel J. Smith (dsmith@videologybroup.com)

Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Attn: Irving E. Walker, Esq. (iwalker@coleschotz.com)

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Attn: Patrick J. Reilley, Esq., (preilley@coleschotz.com);

Goodwin Procter LLP
3 Embarcadero Center, 28th Floor
San Francisco, CA 94111
Attn: Lawrence M. Chu, Esq. (lawchu@goodwinlaw.com)
Alessandra L. Simons, Esq. (asimons@goodwinlaw.com)
Gregory Fox, Esq. (gfox@goodwinlaw.com)

Womble Bond Dickinson (US) LP
 222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Attn: Matthew P. Ward, Esq. (Matthew.Ward@wbd-us.com)

Arent Fox LLP
1675 Broadway, New York, New York 10019
Attn: Robert M. Hirsh, Esq. (robert.hirsh@arentfox.com)
Jordana L. Renert, Esq. (jordana.renert@arentfox.com)

Bayard LLP
600 N. King Street, Suite 400
Wilmington, DE 19801
Attn: Justin R. Alberto, Esq. (JAlberto@bayardlaw.com)

Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Attn: Seth Van Aalten, Esq. (svanaalten@cooley.com)
Michael Klein, Esq. (mklein@cooley.com)

Whiteford, Taylor & Preston LLC
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801
Attn: Christopher S. Samis, Esq. (csamis@wtplaw.com)
L. Katherine Good, Esq. (kgood@wtplaw.com)

Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn: David Buchbinder, Esq. (David.L.Buchbinder@usdoj.gov).