# **EXHIBIT A**

 snowflake

# INVOICE

Snowflake Computing, Inc.
101 S. Ellsworth Avenue, Suite 350
(844) 766-9355
accountsreceivable@snowflake.net

DATE: 12/13/2017
INVOICE # INV-10703

TO    Videology, Inc.
      1500 Whetstone Way, Suite 500
      Baltimore, MD 21230

| PURCHASE ORDER | PAYMENT TERMS | DUE DATE |
|---|---|---|
|  | Net 30 | 01/12/2018 |

| SERVICE | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Capacity Purchase - Quarterly**<br>Quarterly Capacity - Q3 (12/12/17-3/11/18) | 1 | $47,046.75 | $47,046.75 |

* Taxable Service

| | |
|---|---|
| CURRENT CHARGES | $47,046.75 |
| PAYMENTS | ($2,953.25) |
| **TOTAL AMOUNT DUE**    USD | **$44,093.50** |

| REMIT CHECKS TO: | WIRE/ACH DETAILS: | CREDIT CARD: |
|---|---|---|
| Snowflake Computing, Inc.<br>Attn: A/R<br>101 S. Ellsworth Ave, Suite 350<br>San Mateo, CA 94401 | Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA 95054<br><br>ABA/Routing: 121140399<br>Account #: 3301246174<br>Account Name: Snowflake Computing, Inc.<br>SWIFT Code: SVBKUS6S | We accept Visa, Mastercard, Discover, and American Express for invoices under $10k.<br><br>Please contact the AR Department at accountsreceivable@snowflake.net if you wish to pay by credit card. |

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Identification Number and Certification** | requester. Do not<br>send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Snowflake Computing, Inc

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

**Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

101 S. Ellsworth Ave, Suite 350

**6** City, state, and ZIP code

San Mateo, CA 94401

Requester's name and address (optional)

**7** List account number(s) here (optional)

**Part I** | **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number: __ __ __ - __ __ - __ __ __ __

Employer identification number: 4 6 - 0 6 3 6 3 7 4

**Part II** | **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | Signature of U.S. person ▶ *[signature]* DocuSigned by: AA78FC0FDAAF4F4... | Date ▶ January 19, 2017

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)
• Form 1099-DIV (dividends, including those from stocks or mutual funds)
• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
• Form 1099-S (proceeds from real estate transactions)
• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
• Form 1099-C (canceled debt)
• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)

| REMIT CHECKS TO: | WIRE/ACH DETAILS: | CREDIT CARD: |
|---|---|---|
| Snowflake Computing, Inc.<br>Attn: A/R<br>101 S. Ellsworth Ave, Suite 350<br>San Mateo, CA 94401 | Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA 95054<br><br>ABA/Routing: 121140399<br>Account #: 3301246174<br>Account Name: Snowflake Computing, Inc.<br>SWIFT Code: SVBKUS6S | We accept Visa, Mastercard, Discover, and American Express for invoices under $10k.<br><br>Please contact the AR Department at accountsreceivable@snowflake.net if you wish to pay by credit card. |

 snowflake

# INVOICE

Snowflake Computing, Inc.
100 S Ellsworth Ave, Suite 100
San Mateo, CA 94401
(844) 766-9355
accountsreceivable@snowflake.net

DATE: 02/28/2018
INVOICE # INV-11172

TO   Videology, Inc.
1500 Whetstone Way, Suite 500
Baltimore, MD 21230

| PURCHASE ORDER | PAYMENT TERMS | DUE DATE |
|---|---|---|
| | Net 45 | 04/14/2018 |

| SERVICE | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Additional Capacity - Service through 06/11/18** | 1 | $90,000.00 | $90,000.00 |

| | | |
|---|---|---|
| * Taxable Service | CURRENT CHARGES | $90,000.00 |
| | **TOTAL AMOUNT DUE**  USD | **$90,000.00** |

| REMIT CHECKS TO: | WIRE/ACH DETAILS: | CREDIT CARD: |
|---|---|---|
| Snowflake Computing, Inc.<br>Attn: A/R<br>100 S Ellsworth Ave, Suite 100<br>San Mateo, CA 94401 | Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA 95054<br><br>ABA/Routing: 121140399<br>Account #: 3301246174<br>Account Name: Snowflake Computing, Inc.<br>SWIFT Code: SVBKUS6S | We accept Visa, Mastercard, Discover, and American Express for invoices under $10k.<br><br>Please contact the AR Department at accountsreceivable@snowflake.net if you wish to pay by credit card. |

DocuSign Envelope ID: CAD34316-0007-4C33-95EE-61198F1B9807

| Form **W-9**<br>(Rev. November 2017)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Snowflake Computing, Inc

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☑ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

100 S. Ellsworth Ave, Suite 100

**6** City, state, and ZIP code

San Mateo, CA 94401

Requester's name and address (optional)

**7** List account number(s) here (optional)

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number

4 6 – 0 6 3 6 3 7 4

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ *[DocuSigned by: signature]* | Date ▶ February 12, 2018

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)

| REMIT CHECKS TO: | WIRE/ACH DETAILS: | CREDIT CARD: |
|---|---|---|
| Snowflake Computing, Inc.<br>Attn: A/R<br>100 S Ellsworth Ave, Suite 100<br>San Mateo, CA 94401 | Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA 95054<br><br>ABA/Routing: 121140399<br>Account #: 3301246174<br>Account Name: Snowflake Computing, Inc.<br>SWIFT Code: SVBKUS6S | We accept Visa, Mastercard, Discover, and American Express for invoices under $10k.<br><br>Please contact the AR Department at accountsreceivable@snowflake.net if you wish to pay by credit card. |

 snowflake

# INVOICE

Snowflake Computing, Inc.
100 S Ellsworth Ave, Suite 100
San Mateo, CA 94401
(844) 766-9355
accountsreceivable@snowflake.net

DATE: 03/13/2018
INVOICE # INV-11331

TO    Videology, Inc.
       1500 Whetstone Way, Suite 500
       Baltimore, MD 21230

| PURCHASE ORDER | PAYMENT TERMS | DUE DATE |
|---|---|---|
| | Net 30 | 04/12/2018 |

| SERVICE | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Capacity Purchase - Quarterly**<br>Quarterly Capacity - Q4 (3/12/18-6/11/18) | 1 | $47,046.75 | $47,046.75 |

| | | | |
|---|---|---|---|
| * Taxable Service | | CURRENT CHARGES | $47,046.75 |
| | | **TOTAL AMOUNT DUE**   USD | **$47,046.75** |

| REMIT CHECKS TO: | WIRE/ACH DETAILS: | CREDIT CARD: |
|---|---|---|
| Snowflake Computing, Inc.<br>Attn: A/R<br>100 S Ellsworth Ave, Suite 100<br>San Mateo, CA 94401 | Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA 95054<br><br>ABA/Routing: 121140399<br>Account #: 3301246174<br>Account Name: Snowflake Computing, Inc.<br>SWIFT Code: SVBKUS6S | We accept Visa, Mastercard, Discover, and American Express for invoices under $10k.<br><br>Please contact the AR Department at accountsreceivable@snowflake.net if you wish to pay by credit card. |

DocuSign Envelope ID: CAD34316-0007-4C33-95EE-61198F1B9807

| Form **W-9**<br>(Rev. November 2017)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Snowflake Computing, Inc

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

100 S. Ellsworth Ave, Suite 100

**6** City, state, and ZIP code

San Mateo, CA 94401

**7** List account number(s) here (optional)

Requester's name and address (optional)

---

**Part I     Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

or

Employer identification number

[4][6] – [0][6][3][6][3][7][4]

---

**Part II     Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign<br>Here | Signature of<br>U.S. person ▶ *[signature]* | Date ▶ February 12, 2018 |
|---|---|---|

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                                   Form **W-9** (Rev. 11-2017)

---

| REMIT CHECKS TO: | WIRE/ACH DETAILS: | CREDIT CARD: |
|---|---|---|
| Snowflake Computing, Inc.<br>Attn: A/R<br>100 S Ellsworth Ave, Suite 100<br>San Mateo, CA 94401 | Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA 95054<br><br>ABA/Routing: 121140399<br>Account #: 3301246174<br>Account Name: Snowflake Computing, Inc.<br>SWIFT Code: SVBKUS6S | We accept Visa, Mastercard, Discover, and American Express for invoices under $10k.<br><br>Please contact the AR Department at accountsreceivable@snowflake.net if you wish to pay by credit card. |