IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

…………………………………………….. x
| | |
|---|---|
| In Re: : | Chapter 11 |
| : | |
| VIDEOLOGY, INC., *et al.*, : | Case No. 18-11120 (BLS) |
| : | |
| Debtors. : | Objection Deadline: July 2, 2018 |

…………………………………………….. x

### OBJECTION BY EXECUTIVE II LIMITED PARTNERSHIP TO PROPOSED CURE AMOUNT (Dkt. No. 183)

This Objection to Proposed Cure Amount ("Cure Amount Objection") is submitted on behalf of Executive II Limited Partnership, a Virginia limited partnership ("Executive II"), concerning the Lease Agreement dated July 17, 2014, as amended by Lease Amendment No. 1 dated January 23rd, 2015 (collectively, the "Lease"), by and between Executive II, as landlord, and Videology, Inc., one of the Debtors in this case, as tenant, for premises consisting of approximately 6,749 square feet of rentable area located at 11490 Commerce Park Drive, Suite 400, Reston, Virginia 20191.

1.  The Debtors have asserted in their "Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned ("Docket #183) ("Notice") filed on June 8, 2018, that the proposed cure amount necessary to cure defaults under the Lease is $6,076.72. Executive II disputes and hereby objects to the proposed cure amount.

2.  The total arrearage under the Lease for pre-petition and post-petition claims as of the date of this Cure Amount Objection (i.e., June 29, 2018) should be $37,189.78. This amount represents the unpaid pre-petition and post-petition rent and additional rent payable by Videology, Inc., which has accrued under the Lease for the period from May 1, 2018 through

June 30, 2018.  Copies of the invoices reflecting these past due amounts (Statement dated 05/14/2018 and Statement dated 06/21/2018, are attached hereto as **Exhibit A.**

      3.      Additionally, assuming that no further payments are received by Videology prior to July 1, 2018, the total rent arrearage under the Lease will increase by the amount of $17,709.42, representing rent which will accrue under the Lease for the month of July, 2018. <u>Thus, the total cure amount as of July 1, 2018 will be $54,899.20</u>[1].  A copy of an advance invoice dated July 1, 2018 is attached hereto as **Exhibit B**.

      4.      Executive II reserves its right to amend this Cure Amount Objection to the extent that:

      a.      Any further post-petition, unpaid rent arrearages become due and payable at the time of the assumption and assignment of the Lease;

      b.      Any other monetary defaults exist under the Lease at the time of the assumption and assignment of the Lease; and

      c.      Executive II incurs attorneys' fees in connection with this bankruptcy case with respect to the assumption and assignment of the Lease and/or the determination of the cure amount.

      5.      This Cure Amount Objection applies only to the cure amount.  Executive II reserves the right to submit further objections to the assumption and assignment of the Lease pursuant to the terms and schedules set forth in the Notice.

---

[1] No payments under the lease have been received post petition.

| | |
|---|---|
| Dated: *28 June 2018*<br>Wilmington, Delaware | **CIARDI CIARDI & ASTIN**<br><br>*/s/ John D. McLaughlin, Jr.*<br>_____<br>Daniel K. Astin (No. 4068)<br>John D. McLaughlin, Jr. (No. 4123)<br>Joseph J. McMahon, Jr. (No. 4819)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 384-9545<br>Fax: (302) 658-1300<br>E-mail: jmclaughlin@ciardilaw.com<br><br>-and –<br><br>**REES BROOME, PC**<br>R.A. Hurley, Esquire<br>1900 Gallows Road, Suite 700<br>Tysons Corner, VA 22182<br>Tel. (703) 790-1911<br>Fax. (703) 848-2530<br>RHurley@reesbroome.com<br><br>*Counsel to Executive II Limited Partnership* |