# Exhibit A

# Statement

**EXECUTIVE II LP**
**c/o CREA LLC**
10401 Connecticut Avenue
Suite 100
Kensington, MD 20895

**TO:**

Videology, Inc
Accounts Payable
NorthAmerica-AP@videologygroup

PAST DUE

| Billing Period | Statement Date |
|---|---|
| 05/01/18 - 05/14/18 | 05/14/18 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| EXECUTIVE | 400 | Commercial O | 55 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 0.00 | 18,594.89 | 0.00 | 18,594.89 |

| Last Payment | Amount Enclosed |
|---|---|
| 04/09/18  $16,774.15   EFT | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| 05/01/18 | | Base Rent | | 17,709.42 |
| 05/14/18 | | Late Charge | Late charges 5-18 | 885.47 |

| | |
|---|---|
| Sub Total | 18,594.89 |
| Unapplied Credits | 0.00 |
| Balance Due | 18,594.89 |

**Comments**

# Statement

**EXECUTIVE II LP**
**c/o CREA LLC**
10401 Connecticut Avenue
Suite 100
Kensington, MD 20895

**TO:**
Videology, Inc
Accounts Payable
NorthAmerica-AP@videologygroup.com

PAST DUE

| Billing Period | Statement Date |
|---|---|
| 05/01/18 - 06/21/18 | 06/21/18 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| EXECUTIVE | 400 | Commercial Offi | 55 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 0.00 | 37,189.78 | 0.00 | 37,189.78 |

| Last Payment | Amount Enclosed |
|---|---|
| 04/09/18  $16,774.15   EFT | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| 05/01/18 | | Base Rent | | 17,709.42 |
| 05/14/18 | | Late Charge | Late charges 5-18 | 885.47 |
| 06/01/18 | | Base Rent | | 17,709.42 |
| 06/12/18 | | Late Charge | Late Charges 6-2018 | 885.47 |

| | |
|---|---|
| Sub Total | 37,189.78 |
| Unapplied Credits | 0.00 |
| Balance Due | 37,189.78 |

**Comments**

Statement - 8.5x11    06/21/18 10:43 AM    Page 1    rentmanager.com - property management systems   rev.12.371