# Exhibit B

# Invoice

**EXECUTIVE II LP**
**c/o CREA LLC**
10401 Connecticut Avenue
Suite 100
Kensington, MD 20895

TO:

Videology, Inc
Accounts Payable
NorthAmerica-AP@videologygroup.com

| Billing Period | | Statement Date |
|---|---|---|
| 07/01/2018 | 07/31/2018 | 07/01/2018 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| EXECUTIVE | 400 | Commercial O | 55 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 37,189.78 | 17,709.42 | 0.00 | 54,899.20 |

| Last Payment | Amount Enclosed |
|---|---|
| 04/09/18  $16,774.15  EFT | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 37,189.78 |
| 07/01/18 | | Base Rent | 17,709.42 |
| | | Sub Total | 54,899.20 |
| | | Unapplied Credits | 0.00 |
| | | Balance Due | 54,899.20 |

**Please remit payment to:**

**EXECUTIVE II LP**
**c/o CREA LLC**
10401 Connecticut Avenue
Suite 100
Kensington, MD 20895

Statement - 8.5x11   06/19/18 10:15 AM   Page 1   rentmanager.com - property management systems rev.12.371