IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-11120-BLS |
| | ) | |
| VIDEOLOGY, INC., *et.al.* | ) | Chapter 11 |
|     Debtors, | ) | |
| | | (Jointly Administered) |

## LIVERAMP, INC.'S OBJECTION TO PROPOSED CURE AMOUNT

LiveRamp Inc. ("LiveRamp"), by and through its attorneys, and for its Objection to Proposed Cure Amount, states:

1.  LiveRamp provides certain data services and products to Videology, Inc. pursuant to a certain Master Service Agreement dated effective October 2, 2017. The Master Client Agreement with related attachments and schedules is collectively, the "Assumed Contract".

2.  Debtors have asserted in their "NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED", [Doc. No. 183] ("Notice") filed herein on June 8, 2018, that the proposed cure amount necessary to cure prepetition defaults and pay amounts accrued under the Assumed Contract between LiveRamp and Videology, Inc. is $191,000.00. Said amount is also the amount listed on the Schedule E/F of Videology, Inc. as a "Nonpriority Unsecured Claim" as of the petition filing date of May 10, 2018 ("Petition Date").

3.  Pursuant to 11 U.S.C. § 365(b)(1) the Assumed Contract can only be assumed if, "**at the time of assumption**", the debtor, amount other things, "cures, or provides adequate assurance that the trustee will promptly cure, such default …".The cure amount set forth in the Notice does not include all prepetition defaults or include obligations accruing under the Assumed Contract post-petition.

4. The outstanding amount of pre-petition invoices issued to Vidoeology, Inc as of May 10, 2018 ("Petition Date') with respect to the Assumed Contract total $198,000.00. Copies of the outstanding invoices issued pre-petition are attached hereto as **Exhibit A**.

5. LiveRamp objects to the proposed cure amount to the extent it does not include: 1) any pre-petition unpaid invoices that are due and payable at the time of the assumption and assignment of the Assumed Contract; 2) any post-petition unpaid invoices that are due and payable at the time of the assumption and assignment of the Assumed Contract; and, 3) any other monetary defaults that exist under the Assumed Contract at the time of the assumption and assignment of the Assumed Contract.

6. Axiom reserves the right to amend this objection or to submit further objections to the assumption and assignment of the Assumed Contract pursuant to applicable bankruptcy law and the terms and schedule set forth in the Notice.

WHEREFORE, LiveRamp Inc. prays that the proposed cure amount be adjusted to include all outstanding pre-petition invoices, post-petitions invoices and other outstanding monetary obligations due and payable pursuant to the terms of the Assumed Contract at the time of assignment and assumption, and for all other just and proper relief.

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8830
ssmith@mwlaw.com

By: /s/ Stan D. Smith
    Stan D. Smith (AR Bar No. 90117)

*Attorneys for LiveRamp, Inc.*