# EXHIBIT A

| Company | Customer | Transaction ID | Transaction Type | Transaction Date | Due Date | On-Account Payments | Balance in Company Currency | Transaction Currency |
|---|---|---|---|---|---|---|---|---|
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00158174 | Invoice | 5/31/2017 | 8/14/2017 | - | 12,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00162025 | Invoice | 6/30/2017 | 9/13/2017 | - | 12,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00166304 | Invoice | 7/31/2017 | 10/14/2017 | - | 12,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00170354 | Invoice | 8/31/2017 | 11/14/2017 | - | 12,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00171414 | Invoice | 9/13/2017 | 11/27/2017 | - | 7,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00174702 | Invoice | 9/30/2017 | 12/14/2017 | - | 12,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00178799 | Invoice | 10/31/2017 | 1/14/2018 | - | 17,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00182405 | Invoice | 11/30/2017 | 2/13/2018 | - | 17,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00186108 | Invoice | 12/31/2017 | 3/16/2018 | - | 17,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00190082 | Invoice | 1/31/2018 | 4/16/2018 | - | 15,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00194189 | Invoice | 2/28/2018 | 5/14/2018 | - | 25,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00198722 | Invoice | 3/31/2018 | 6/14/2018 | 0.00 | 20,000.00 | USD |
| C0035 LiveRamp, Inc. | L432838 C07529 VIDEOLOGY INC | 00211611 | Invoice | 4/30/2018 | 7/14/2018 | 0.00 | 20,000.00 | USD |
| | | | | | | - | **198,000.00** | |



**INVOICE**

**Invoice Number:** 00158174
**Invoice Date:** May 31, 2017
**Due Date:** Aug 14, 2017
**Payment Terms:** Net 75
**Purchase Order #:**
**Job ID:**

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing              @ Billing@LiveRamp.com

**Reference:**
MONTHLY CROSS-DEVICE USAGE FEE

| Line No. | Sales Item | Service Period | | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 5/1/17 | 5/31/17 | | 1.00 | Each | $12,000.0000000 | $12,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 | |

| | |
|---|---:|
| SUBTOTAL | $12,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$12,000.00** |

Page Number:    1 / 1



**INVOICE**

Invoice Number:  00162025
Invoice Date:    Jun 30, 2017
Due Date:        Sep 13, 2017
Payment Terms:   Net 75
Purchase Order #:
Job ID:

**Bill To:**  C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing          @ Billing@LiveRamp.com

**Reference:**
MONTHLY CROSS-DEVICE USAGE FEE

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 6/1/17   6/30/17 | | 1.00 | Each | $12,000.0000000 | $12,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | $0.00 | |

SUBTOTAL         $12,000.00

TOTAL TAXES      $0.00

**TOTAL AMOUNT DUE:**      $12,000.00

Page Number:   1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00166304 |
| Invoice Date: | Jul 31, 2017 |
| Due Date: | Oct 14, 2017 |
| Payment Terms: | Net 75 |
| Purchase Order #: | |
| Job ID: | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing       @ Billing@LiveRamp.com

**Reference:**
MONTHLY CROSS-DEVICE USAGE FEE

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 7/1/17   7/31/17 | | 1.00 | Each | $12,000.000000 | $12,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 |

|  |  |
|---|---|
| SUBTOTAL | $12,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$12,000.00** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00170354 |
| Invoice Date: | Aug 31, 2017 |
| Due Date: | Nov 14, 2017 |
| Payment Terms: | Net 75 |
| Purchase Order #: | |
| Job ID: | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing         @ Billing@LiveRamp.com

**Reference:**
MONTHLY CROSS-DEVICE USAGE FEE

| Line No. | Sales Item | Service Period | | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 8/1/17 | 8/31/17 | | 1.00 | Each | $12,000.000000 | $12,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $12,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$12,000.00** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00171414 |
| Invoice Date: | Sep 13, 2017 |
| Due Date: | Nov 27, 2017 |
| Payment Terms: | Net 75 |
| Purchase Order #: | |
| Job ID: | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:

Billing        @ Billing@LiveRamp.com

**Reference:**
SCHEDULE NO. 2 - DATA STORE BUYER LICENSE

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 23067 DATA STORE | 7/1/17   12/31/17 | | 1.00 | Each | $7,000.000000 | $7,000.00 |
| | Third Party Data Provider: Skydeo - one-time, upfront fee of $7,000.00 | 1500 WHETSTONE WAY NO 500 | | | | $0.00 | |
| | MD Sales Tax 0% | BALTIMORE, MD 21230 United States of America | | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | $7,000.00 |
| | TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | | **$7,000.00** |

Page Number:    1 / 1



**INVOICE**

**Invoice Number:** 00174702
**Invoice Date:** Sep 30, 2017
**Due Date:** Dec 14, 2017
**Payment Terms:** Net 75
**Purchase Order #:**
**Job ID:**

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing        @ Billing@LiveRamp.com

**Reference:**
MONTHLY CROSS-DEVICE USAGE FEE

| Line No. | Sales Item | Service Period | | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 9/1/17 | 9/30/17 | | 1.00 | Each | $12,000.000000 | $12,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 | |

SUBTOTAL  $12,000.00

TOTAL TAXES  $0.00

**TOTAL AMOUNT DUE:**  $12,000.00

Page Number:  1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00178799 |
| Invoice Date: | Oct 31, 2017 |
| Due Date: | Jan 14, 2018 |
| Payment Terms: | Net 75 |
| Purchase Order #: | |
| Job ID: | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing       @ Billing@LiveRamp.com

**Reference:**
SCHEDULE A STATEMENT OF WORK FOR IDENTITYLINK FOR PLATFORMS

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 10/1/17   10/31/17 | | 1.00 | Each | $12,000.000000 | $12,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | $0.00 | |
| 2 | 23071 LIVERAMP FIXED FEE | 10/1/17   10/31/17 | | 1.00 | Each | $5,000.000000 | $5,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $17,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$17,000.00** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00182405 |
| **Invoice Date:** | Nov 30, 2017 |
| **Due Date:** | Feb 13, 2018 |
| **Payment Terms:** | Net 75 |
| **Purchase Order #:** | |
| **Job ID:** | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:

Billing     @ Billing@LiveRamp.com

**Reference:**
SCHEDULE A STATEMENT OF WORK FOR IDENTITYLINK FOR PLATFORMS

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 11/1/17  11/30/17 | | 1.00 | Each | $12,000.000000 | $12,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | $0.00 | |
| 2 | 23071 LIVERAMP FIXED FEE | 11/1/17  11/30/17 | | 1.00 | Each | $5,000.000000 | $5,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $17,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$17,000.00** |

Page Number:     1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00186108 |
| Invoice Date: | Dec 31, 2017 |
| Due Date: | Mar 16, 2018 |
| Payment Terms: | Net 75 |
| Purchase Order #: | |
| Job ID: | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing      @ Billing@LiveRamp.com

**Reference:**
SCHEDULE A STATEMENT OF WORK FOR IDENTITYLINK FOR PLATFORMS

| Line No. | Sales Item | Service Period | | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 12/1/17 | 12/31/17 | | 1.00 | Each | $12,000.000000 | $12,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 | |
| 2 | 23071 LIVERAMP FIXED FEE | 12/1/17 | 12/31/17 | | 1.00 | Each | $5,000.000000 | $5,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $17,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$17,000.00** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00190082 |
| Invoice Date: | Jan 31, 2018 |
| Due Date: | Apr 16, 2018 |
| Payment Terms: | Net 75 |
| Purchase Order #: | |
| Job ID: | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:

Billing        @ Billing@LiveRamp.com

**Reference:**
SCHEDULE A STATEMENT OF WORK FOR IDENTITYLINK FOR PLATFORMS

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 1/1/18   1/31/18 | | 1.00 | Each | $15,000.0000000 | $15,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 |

| | |
|---|---:|
| SUBTOTAL | $15,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$15,000.00** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00194189 |
| Invoice Date: | Feb 28, 2018 |
| Due Date: | May 14, 2018 |
| Payment Terms: | Net 75 |
| Purchase Order #: | |
| Job ID: | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing           @ Billing@LiveRamp.com

**Reference:**
SCHEDULE A STATEMENT OF WORK FOR IDENTITYLINK FOR PLATFORMS

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 1/1/18   1/31/18 | | 1.00 | Each | $5,000.000000 | $5,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | $0.00 | |
| 2 | 23071 LIVERAMP FIXED FEE | 2/1/18   2/28/18 | | 1.00 | Each | $15,000.000000 | $15,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | $0.00 | |
| 3 | 23071 LIVERAMP FIXED FEE | 2/1/18   2/28/18 | | 1.00 | Each | $5,000.000000 | $5,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | $0.00 | |

SUBTOTAL $25,000.00

Page Number:   1 / 2

# INVOICE

| | |
|---|---|
| Bill To: C07529  VIDEOLOGY INC | Invoice Number: 00194189 |
| 1500 WHETSTONE WAY NO 500  BALTIMORE, MD 21230 | Invoice Date: Feb 28, 2018 |

|  |  |
|---|---|
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$25,000.00** |



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00198722 |
| Invoice Date: | Mar 31, 2018 |
| Due Date: | Jun 14, 2018 |
| Payment Terms: | Net 75 |
| Purchase Order #: | |
| Job ID: | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:

Billing  @ Billing@LiveRamp.com

**Reference:**
SCHEDULE A STATEMENT OF WORK FOR IDENTITYLINK FOR PLATFORMS

| Line No. | Sales Item | Service Period | | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 3/1/18 | 3/31/18 | | 1.00 | Each | $15,000.000000 | $15,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 | |
| 2 | 23071 LIVERAMP FIXED FEE | 3/1/18 | 3/31/18 | | 1.00 | Each | $5,000.000000 | $5,000.00 |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $20,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$20,000.00** |

Page Number:  1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00211611 |
| **Invoice Date:** | Apr 30, 2018 |
| **Due Date:** | Jul 14, 2018 |
| **Payment Terms:** | Net 75 |
| **Purchase Order #:** | |
| **Job ID:** | |

**Bill To:** C07529
VIDEOLOGY INC
ACCOUNTS PAYABLE
1500 WHETSTONE WAY NO 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0035 LiveRamp, Inc.
4057 Collection Center Dr.
Chicago, IL 60693
United States of America

For Billing Questions, please contact:
Billing          @ Billing@LiveRamp.com

**Reference:**
SCHEDULE A STATEMENT OF WORK FOR IDENTITYLINK FOR PLATFORMS

| Line # | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 23071 LIVERAMP FIXED FEE | 4/1/18   4/30/18 | | 1.00 | Each | $15,000.000000 | $15,000.00 |
| | | | | | $0.00 | | |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | |
| 2 | 23071 LIVERAMP FIXED FEE | 4/1/18   4/30/18 | | 1.00 | Each | $5,000.000000 | $5,000.00 |
| | | | | | $0.00 | | |
| | MD Sales Tax 0% | 1500 WHETSTONE WAY NO 500 BALTIMORE, MD 21230 United States of America | | | | | |

| | |
|---|---|
| SUBTOTAL | $20,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$20,000.00** |

Page Number:     1 / 1