# EXHIBIT A

| Company | Customer | Transaction ID | Transaction Type | Transaction Date | Due Date | On-Account Payments | Balance in Company Currency | Transaction Currency |
|---|---|---|---|---|---|---|---|---|
| C0051 Acxiom Limited | VIDEOLOGY LTD | GBR51002700 | Invoice | 5/15/2017 | 6/14/2017 | - | 13,733.17 | GBP |
| C0051 Acxiom Limited | VIDEOLOGY LTD | GBR51002789 | Invoice | 6/19/2017 | 7/19/2017 | - | 7,178.02 | GBP |
| C0051 Acxiom Limited | VIDEOLOGY LTD | GBR51003383 | Invoice | 12/22/2017 | 1/21/2018 | - | 8,835.25 | GBP |
| C0051 Acxiom Limited | VIDEOLOGY LTD | GBR51003464 | Invoice | 2/1/2018 | 3/3/2018 | - | 6,585.11 | GBP |
| C0051 Acxiom Limited | VIDEOLOGY LTD | GBR51003470 | Invoice | 2/19/2018 | 3/21/2018 | - | 11,678.26 | GBP |
| C0051 Acxiom Limited | VIDEOLOGY LTD | GBR51003581 | Invoice | 3/22/2018 | 4/21/2018 | - | 12,304.94 | GBP |
| C0051 Acxiom Limited | VIDEOLOGY LTD | GBR51004463 | Invoice | 4/18/2018 | 5/18/2018 | - | 11,370.22 | GBP |
| C0051 Acxiom Limited | VIDEOLOGY LTD | PYMNT-00038845 | Payment | 5/9/2018 | | 3,260.94 | (3,260.94) | GBP |
| | | | | | | 3,260.94 | 68,424.03 | |

# acxiom.

| | |
|---|---|
| **INVOICE N°:** | **GBR51002700** |
| Invoice Date: | **15/05/2017** |

**Acxiom Limited**
17 Hatfields
London
SE1 8DJ
United Kingdom

Attn:

**VIDEOLOGY LTD**
NOAHÆS YARD
10 YORK WAY
LONDON
N1 9AA
United Kingdom

| Payment Terms | Net 30 |
|---|---|
| Due Date | 14/06/2017 |

| | | | |
|---|---|---|---|
| **Billing Contact:** | acxiomuk_ar@acxiom.com | **Customer Order Number:** | |
| **Sales Person:** | Geoff Wappett | **Order Date:** | |
| **PO Number:** | 82130 | **Delivery Date:** | 15/05/2017 |
| **Account Number:** | C00640 | | |

**Notes:**

Segment 001 - CDI Services (38,147,699)
Videology/Axciom UK Social Grade Monthly Usage - April - UK  Volume: 38,147,699 impressions served @  0.30/ 000 =  11,441.31 plus VAT

| Code | Description | Quantity | Rate | | Total | VAT% |
|---|---|---|---|---|---|---|
| 520531 | CDI Services | 38147699 | 0.30 | CPM | 11,444.31  GBP | 20.00% |

| | | |
|---|---|---|
| Sub-Total: | | 11,444.31  GBP |
| VAT: | 20.00% | 2,288.86  GBP |
| Total Invoice: | | 13,733.17  GBP |

Made payable to the above address only.

**Sterling payments only accepted by BACS into HSBC Bank:**

Account: 40096873

Sort Code: 40-11-60

Acxiom's standard terms and conditions apply to the services and/or products that this invoice relates to unless Acxiom and your organisation have both signed different terms and conditions in which case they apply instead.

Page  1  of  1

Acxiom Limited
Registered in England N°: 01182318

VAT Registration Nbr:    UK 659 9714 70

Tel:  +44 (0)20 7526 5100

finance_uk@acxiom.com
http://www.acxiom.co.uk

# acxiom.

| | |
|---|---|
| **INVOICE N°:** | **GBR51002789** |
| Invoice Date: | 19/06/2017 |

**Acxiom Limited**
17 Hatfields
London
SE1 8DJ
United Kingdom

Attn:

**VIDEOLOGY LTD**
NOAH/ES YARD
10 YORK WAY
LONDON
N1 9AA
United Kingdom

| Payment Terms | Net 30 |
|---|---|
| Due Date | 19/07/2017 |

| | | | |
|---|---|---|---|
| **Billing Contact:** | acxiomuk_ar@acxiom.com | **Customer Order Number:** | |
| **Sales Person:** | Geoff Wappett | **Order Date:** | |
| **PO Number:** | 82256 | **Delivery Date:** | 19/06/2017 |
| **Account Number:** | C00640 | | |

### Notes:

Segment 001 - CDI Services
Videology/Axciom UK Social Grade Monthly Usage - May - UK  13,906,875 impressions @  0.30  27,758,523 impressions @  0.24  =  10,834.11* Less 4,852.43 (the agreed difference to split) =  5,981.68

| Code | Description | Quantity | Rate | Total | VAT% |
|---|---|---|---|---|---|
| 52032 | CDI Services | 1 | 5,981.68 | 5,981.68  GBP | 20.00% |

| | | |
|---|---|---|
| **Sub-Total:** | | 5,981.68  GBP |
| **VAT:** | 20.00% | 1,196.34  GBP |
| **Total Invoice:** | | 7,178.02  GBP |

Made payable to the above address only.

**Sterling payments only accepted by BACS into HSBC Bank:**

Account: 40096873

Sort Code: 40-11-60

Acxiom's standard terms and conditions apply to the services and/or products that this invoice relates to unless Acxiom and your organisation have both signed different terms and conditions in which case they apply instead.

Page  1  of  1

Acxiom Limited
Registered in England N°: 01182318

VAT Registration Nbr:   UK 659 9714 70

Tel:  +44  (0)20 7526 5100

finance_uk@acxiom.com
http://www.acxiom.co.uk

**acxiom.**

| | |
|---|---|
| **INVOICE N°:** | **GBR51003383** |
| Invoice Date: | **22/12/2017** |

Acxiom Limited
17 Hatfields
London
SE1 8DJ
United Kingdom

Attn:

VIDEOLOGY LTD
NOAHÆS YARD
10 YORK WAY
LONDON
N1 9AA
United Kingdom

| Payment Terms | Net 30 |
|---|---|
| Due Date | 21/01/2018 |

| | | | |
|---|---|---|---|
| **Billing Contact:** | acxiomuk_ar@acxiom.com | **Customer Order Number:** | |
| **Sales Person:** | Geoff Wappett | **Order Date:** | |
| **PO Number:** | 82830 | **Delivery Date:** | 22/12/2017 |
| **Account Number:** | C00640 | | |

### Notes:

Segment 002 - Bespoke Analytics Project
Videology/Axciom UK Social Grade Monthly Usage - Nov - UK  24,542,364 impressions served @  0.30/ 000 =  7362.71

| Code | Description | Quantity | Rate | Total | VAT% |
|---|---|---|---|---|---|
| 52003 | Bespoke Analytics Project | 1 | 7,362.71 | 7,362.71  GBP | 20.00% |

| | | |
|---|---|---|
| **Sub-Total:** | | 7,362.71  GBP |
| **VAT:** | 20.00% | 1,472.54  GBP |
| **Total Invoice:** | | 8,835.25  GBP |

Made payable to the above address only.

**Sterling payments only accepted by BACS into HSBC Bank:**

Account: 40096873

Sort Code: 40-11-60

Acxiom's standard terms and conditions apply to the services and/or products that this invoice relates to unless Acxiom and your organisation have both signed different terms and conditions in which case they apply instead.

Page  1  of  1

Acxiom Limited
Registered in England N°: 01182318

VAT Registration Nbr:    UK 659 9714 70

Tel:  +44  (0)20 7526 5100

finance_uk@acxiom.com

http://www.acxiom.co.uk

# acxiom

| | |
|---|---|
| **INVOICE N°:** | **GBR51003464** |
| Invoice Date: | 01/02/2018 |

**Acxiom Limited**
17 Hatfields
London
SE1 8DJ
United Kingdom

Attn:   Catherine Hallam

challam@videologygroup.com

**VIDEOLOGY LTD**
NOAHÆS YARD
10 YORK WAY
LONDON
N1 9AA
United Kingdom

| Payment Terms | Net 30 |
|---|---|
| Due Date | 03/03/2018 |

| | | | |
|---|---|---|---|
| **Billing Contact:** | acxiomuk_ar@acxiom.com | **Customer Order Number:** | |
| **Sales Person:** | | **Order Date:** | |
| **PO Number:** | 82951 | **Delivery Date:** | 01/02/2018 |
| **Account Number:** | C00640 | | |

## Notes:

Segment 002 - Bespoke Analytics Project
Videology/Axciom UK Social Grade Monthly Usage - Dec 2017 - UK  18,291,982 impressions @ £0.30/ 000 = £5,487.59

| Code | Description | Quantity | Rate | Total | VAT% |
|---|---|---|---|---|---|
| 52003 | Bespoke Analytics Project | 1 | 5,487.59 | 5,487.59  GBP | 20.00% |

| | | |
|---|---|---|
| Sub-Total: | | 5,487.59  GBP |
| VAT: | 20.00% | 1,097.52  GBP |
| Total Invoice: | | 6,585.11  GBP |

Made payable to the above address only.

**Sterling payments only accepted by BACS into HSBC Bank:**

Account: 40096873
Sort Code: 40-11-60

Acxiom's standard terms and conditions apply to the services and/or products that this invoice relates to unless Acxiom and your organisation have both signed different terms and conditions in which case they apply instead.



| | |
|---|---|
| **INVOICE N°:** | **GBR51003470** |
| Invoice Date: | **19/02/2018** |

**Acxiom Limited**
17 Hatfields
London
SE1 8DJ
United Kingdom

Attn:   Catherine Hallam

challam@videologygroup.com

**VIDEOLOGY LTD**
NOAH'ÆS YARD
10 YORK WAY
LONDON
N1 9AA
United Kingdom

| Payment Terms | Net 30 |
|---|---|
| Due Date | 21/03/2018 |

| | | | |
|---|---|---|---|
| **Billing Contact:** | acxiomuk_ar@acxiom.com | **Customer Order Number:** | |
| **Sales Person:** | | **Order Date:** | |
| **PO Number:** | 82986 | **Delivery Date:** | 19/02/2018 |
| **Account Number:** | C00640 | | |

**Notes:**

Segment 002 - Bespoke Analytics Project
Videology/Axciom UK Social Grade Monthly Usage - Jan 2018- UK  32,439,595 impressions @ £0.30/000 = £9,731.88

| Code | Description | Quantity | Rate | Total | VAT% |
|---|---|---|---|---|---|
| 52003 | Bespoke Analytics Project | 1 | 9,731.88 | 9,731.88  GBP | 20.00% |

| | | |
|---|---|---|
| Sub-Total: | | 9,731.88  GBP |
| VAT: | 20.00% | 1,946.38  GBP |
| Total Invoice: | | 11,678.26  GBP |

Made payable to the above address only.

**Sterling payments only accepted by BACS into HSBC Bank:**

Account: 40096873
Sort Code: 40-11-60

Acxiom's standard terms and conditions apply to the services and/or products that this invoice relates to unless Acxiom and your organisation have both signed different terms and conditions in which case they apply instead.

# acxiom.

| | |
|---|---|
| **INVOICE N°:** | **GBR51003581** |
| Invoice Date: | 22/03/2018 |

**Acxiom Limited**
17 Hatfields
London
SE1 8DJ
United Kingdom

Attn:   Catherine Hallam

challam@videologygroup.com

**VIDEOLOGY LTD**
NOAHÆS YARD
10 YORK WAY
LONDON
N1 9AA
United Kingdom

| Payment Terms | Net 30 |
|---|---|
| Due Date | 21/04/2018 |

| | | | |
|---|---|---|---|
| **Billing Contact:** | acxiomuk_ar@acxiom.com | **Customer Order Number:** | |
| **Sales Person:** | | **Order Date:** | |
| **PO Number:** | 83096 | **Delivery Date:** | 22/03/2018 |
| **Account Number:** | C00640 | | |

**Notes:**

Segment 002 - Bespoke Analytics Project
Videology/Axciom UK Social Grade Monthly Usage - Feb 2018- UK  34,180,390 impressions @ £0.30/000 = £10,254.12

| Code | Description | Quantity | Rate | Total | VAT% |
|---|---|---|---|---|---|
| 52003 | Bespoke Analytics Project | 1 | 10,254.12 | 10,254.12  GBP | 20.00% |

| | | |
|---|---|---|
| Sub-Total: | | 10,254.12  GBP |
| VAT: | 20.00% | 2,050.82  GBP |
| Total Invoice: | | 12,304.94  GBP |

Made payable to the above address only.

**Sterling payments only accepted by BACS into HSBC Bank:**

Account: 40096873
Sort Code: 40-11-60

Acxiom's standard terms and conditions apply to the services and/or products that this invoice relates to unless Acxiom and your organisation have both signed different terms and conditions in which case they apply instead.

Page  1  of  1

Acxiom Limited
Registered in England N°: 01182318

VAT Registration Nbr:   UK 659 9714 70

Tel:  +44  (0)20 7526 5100

finance_uk@acxiom.com
http://www.acxiom.co.uk

# acxiom.

**INVOICE N°:** **GBR51004463**

Invoice Date: **18/04/2018**

**Acxiom Limited**
17 Hatfields
London
SE1 8DJ
United Kingdom

**Attn:** Catherine Hallam

challam@videologygroup.com

**VIDEOLOGY LTD**
NOAH×S YARD
10 YORK WAY
LONDON
N1 9AA
United Kingdom

| Payment Terms | Net 30 |
|---|---|
| Due Date | 18/05/2018 |

| | | | | |
|---|---|---|---|---|
| **Billing Contact:** | acxiomuk_ar@acxiom.com | | **Customer Order Number:** | |
| **Sales Person:** | Geoff Wappett | | **Order Date:** | |
| **PO Number:** | 83166 | | **Delivery Date:** | 18/04/2018 |
| **Account Number:** | C00640 | | | |

**Notes:**

Segment 002 - Bespoke Analytics Project
Videology/Axciom UK Social Grade Monthly Usage - March 2018- UK  31,583,930 impressions @ £0.30/000 = £9475.18

| Code | Description | Quantity | Rate | Total | VAT% |
|---|---|---|---|---|---|
| 52003 | Bespoke Analytics Project | 1 | 9,475.18 | 9,475.18  GBP | 20.00% |

| Sub-Total: | | 9,475.18  GBP |
|---|---|---|
| VAT: | 20.00% | 1,895.04  GBP |
| Total Invoice: | | 11,370.22  GBP |

Made payable to the above address only.

**Sterling payments only accepted by BACS into HSBC Bank:**

Account: 40096873
Sort Code: 40-11-60

Acxiom's standard terms and conditions apply to the services and/or products that this invoice relates to unless Acxiom and your organisation have both signed different terms and conditions in which case they apply instead.

Acxiom Limited
Registered in England N°: 01182318

VAT Registration Nbr:  UK 659 9714 70

Tel:  +44  (0)20 7526 5100

finance_uk@acxiom.com
http://www.acxiom.co.uk