# EXHIBIT A

| Company | Customer | Transaction ID | Transaction Type | Transaction Date | Due Date | On-Account Payments | Balance in Company Currency | Transaction Currency |
|---|---|---|---|---|---|---|---|---|
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00166038 | Invoice | 8/4/2017 | 9/3/2017 | - | 18,265.97 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00169397 | Invoice | 8/30/2017 | 9/29/2017 | - | 6,443.74 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00172913 | Invoice | 9/25/2017 | 10/25/2017 | - | 29,253.66 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00178919 | Invoice | 10/31/2017 | 11/30/2017 | - | 319.99 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00182670 | Invoice | 12/4/2017 | 1/3/2018 | - | 19,670.39 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00183948 | Invoice | 12/19/2017 | 1/18/2018 | - | 9,976.07 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00190480 | Invoice | 2/5/2018 | 3/7/2018 | - | 8,863.00 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00193745 | Invoice | 2/28/2018 | 3/30/2018 | - | 4,233.71 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00198150 | Invoice | 3/30/2018 | 4/29/2018 | - | 15,339.17 | USD |
| C0001 Acxiom Corporation | F7588 VIDEOLOGY DSP | 00210679 | Invoice | 4/30/2018 | 5/30/2018 | - | 17,658.55 | USD |
| | | | | | | | **130,024.25** | |



**INVOICE**

**Invoice Number:** 00166038
**Invoice Date:** Aug 4, 2017
**Due Date:** Sep 3, 2017
**Payment Terms:** Net 30
**Purchase Order #:** JUNE 2017  USAGE
**Job ID:**

**Bill To:**  F7588
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0001 Acxiom Corporation
4090 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis    @ Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 67002 ANALYTIC PRODUCTS ACXIOM DMP IB ONLINE | | | 1.00 | Each | $1,031.670000 | $1,031.67 |
| | ACXIOM | 301 DAVE WARD DR CONWAY, AR 72032 | | | $0.00 | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT 3RD PARTY SYSTEM | | | 1.00 | Each | $768.420000 | $768.42 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | | $0.00 | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 3 | 71402 IB ONLINE PERSONICX 3RD PARTY SYSTEM | | | 1.00 | Each | $350.880000 | $350.88 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | | $0.00 | | |
| | AR Sales Tax 0% | United States of America | | | | | |

**INVOICE**

VIDEOLOGY DSP

Invoice Number:   00166038

1500 WHETSTONE WAY
STE 500

Invoice Date:   Aug 4, 2017

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 4 | 23067 DATA STORE | | | 1.00 | Each | $16,115.000000 | $16,115.00 |
| | LIVERAMP | | | | | | |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $18,265.97 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $18,265.97 |



**INVOICE**

**Invoice Number:**  00169397
**Invoice Date:**  Aug 30, 2017
**Due Date:**  Sep 29, 2017
**Payment Terms:**  Net 30
**Purchase Order #:**  JULY 2017  USAGE
**Job ID:**

**Bill To:**  **F7588**
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0001 Acxiom Corporation
4090 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis    @  Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 67002 ANALYTIC PRODUCTS ACXIOM DMP IB ONLINE | | | 1.00 | Each | $167.840000 | $167.84 |
| | ACXIOM | 301 DAVE WARD DR CONWAY, AR 72032 | | | $0.00 | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT 3RD PARTY SYSTEM | | | 1.00 | Each | $790.690000 | $790.69 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | | $0.00 | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 3 | 71402 IB ONLINE PERSONICX 3RD PARTY SYSTEM | | | 1.00 | Each | $0.200000 | $0.20 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | | $0.00 | | |
| | AR Sales Tax 0% | United States of America | | | | | |

Bill To:    F7588

**INVOICE**

VIDEOLOGY DSP

Invoice Number:    00169397

1500 WHETSTONE WAY
STE 500

Invoice Date:    Aug 30, 2017

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 4 | 23067 DATA STORE | | | 1.00 | Each | $5,485.010000 | $5,485.01 |
| | LIVERAMP | | | | | | |
| | AR Sales Tax 0% | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | $0.00 | | | |

SUBTOTAL                                        $6,443.74

TOTAL TAXES                                     $0.00

TOTAL AMOUNT DUE:                               $6,443.74



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00172913 |
| **Invoice Date:** | Sep 25, 2017 |
| **Due Date:** | Oct 25, 2017 |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | AUG 2017  USAGE |
| **Job ID:** | |

**Bill To:**   **F7588**
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**

C0001 Acxiom Corporation
4057 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis    @ Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 67002 ANALYTIC PRODUCTS ACXIOM DMP IB ONLINE | | | 1.00 | Each | $7.470000 | $7.47 |
| | ACXIOM | | | | | | |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT 3RD PARTY SYSTEM | | | 1.00 | Each | $227.140000 | $227.14 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 3 | 67002 ANALYTIC PRODUCTS ACXIOM DMP IB ONLINE | | | 1.00 | Each | $1,781.050000 | $1,781.05 |
| | CROSSIX | | | | | | |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |

Page Number:    1 / 2

INVOICE

Bill To:  F7588     VIDEOLOGY DSP

Invoice Number:  00172913

1500 WHETSTONE WAY
STE 500

Invoice Date:    Sep 25, 2017

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 4 | 23067 DATA STORE | | | 1.00 | Each | $27,238.000000 | $27,238.00 |
| | LIVERAMP | | | | | | |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $29,253.66 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $29,253.66 |

Page Number:    2 / 2



**INVOICE**

**Invoice Number:** 00178919
**Invoice Date:** Oct 31, 2017
**Due Date:** Nov 30, 2017
**Payment Terms:** Net 30
**Purchase Order #:** SEPT 2017 USAGE
**Job ID:**

**Bill To:** F7588
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0001 Acxiom Corporation
4057 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis    @ Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT - (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 67002 ANALYTIC PRODUCTS ACXIOM DMP IB ONLINE | | | 1.00 | Each | $303.160000 | $303.16 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | $0.00 | | | |
| | AR Sales Tax 0% | | | | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT 3RD PARTY SYSTEM | | | 1.00 | Each | $16.830000 | $16.83 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | $0.00 | | | |
| | AR Sales Tax 0% | | | | | | |

SUBTOTAL $319.99

TOTAL TAXES $0.00

**TOTAL AMOUNT DUE:** $319.99

Page Number: 1 / 1



**INVOICE**

**Invoice Number:** 00182670
**Invoice Date:** Dec 4, 2017
**Due Date:** Jan 3, 2018
**Payment Terms:** Net 30
**Purchase Order #:** OCT 2017  USAGE
**Job ID:**

Bill To:   **F7588**
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0001 Acxiom Corporation
4057 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis      @  Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 67002 ANALYTIC PRODUCTS<br>ACXIOM DMP IB ONLINE | | | 1.00 | Each | $1.650000 | $1.65 |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of America | | $0.00 | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT<br>3RD PARTY SYSTEM | | | 1.00 | Each | $226.290000 | $226.29 |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of America | | $0.00 | | | |
| 3 | 23067 DATA STORE | | | 1.00 | Each | $19,464.430000 | $19,464.43 |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of America | | $0.00 | | | |

SUBTOTAL        $19,692.37

Page Number:     1 / 2

INVOICE

Bill To:  F7588

VIDEOLOGY DSP

Invoice Number:  00182670

1500 WHETSTONE WAY
STE 500

Invoice Date:    Dec 4, 2017

TOTAL TAXES                        $0.00

**TOTAL AMOUNT DUE:**              $19,692.37



**INVOICE**

**Invoice Number:**  00183948
**Invoice Date:**  Dec 19, 2017
**Due Date:**  Jan 18, 2018
**Payment Terms:**  Net 30
**Purchase Order #:** NOV  2017  USAGE
**Job ID:**

**Bill To:**  **F7588**
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0001 Acxiom Corporation
4057 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis     @ Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 68001 IB ONLINE ENHANCEMENT 3RD PARTY SYSTEM | | | 1.00 | Each | $945.630000 | $945.63 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | $0.00 | | | |
| | AR Sales Tax 0% | | | | | | |
| 2 | 71402 IB ONLINE PERSONICX 3RD PARTY SYSTEM | | | 1.00 | Each | $3.440000 | $3.44 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | $0.00 | | | |
| | AR Sales Tax 0% | | | | | | |
| 3 | 23067 DATA STORE | | | 1.00 | Each | $9,027.000000 | $9,027.00 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | $0.00 | | | |
| | AR Sales Tax 0% | | | | | | |

SUBTOTAL                    $9,976.07

Page Number:     1 / 2

Bill To:  F7588

VIDEOLOGY DSP

Invoice Number:  00183948

1500 WHETSTONE WAY
STE 500

Invoice Date:    Dec 19, 2017

TOTAL TAXES                     $0.00

**TOTAL AMOUNT DUE:**                     $9,976.07



**INVOICE**

**Invoice Number:**  00190480
**Invoice Date:**  Feb 5, 2018
**Due Date:**  Mar 7, 2018
**Payment Terms:**  Net 30
**Purchase Order #:** DEC 2017  USAGE
**Job ID:**

**Bill To:**  **F7588**
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0001 Acxiom Corporation
4057 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis  @  Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 67002 ANALYTIC PRODUCTS ACXIOM DMP IB ONLINE | | | 1.00 | Each | $587.600000 | $587.60 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT 3RD PARTY SYSTEM | | | 1.00 | Each | $462.780000 | $462.78 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 3 | 71402 IB ONLINE PERSONICX 3RD PARTY SYSTEM | | | 1.00 | Each | $3.760000 | $3.76 |
| | | 301 DAVE WARD DR CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |

**INVOICE**

Bill To:   F7588        VIDEOLOGY DSP                                    Invoice Number:   00190480

1500 WHETSTONE WAY
STE 500                                                                        Invoice Date:      Feb 5, 2018

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 4 | 23067 DATA STORE | | | 1.00 | Each | $7,808.860000 | $7,808.86 |
| | AR Sales Tax 0% | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | $0.00 | | | |

|  |  |
|---|---|
| SUBTOTAL | $8,863.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $8,863.00 |



**INVOICE**

**Invoice Number:** 00193745
**Invoice Date:** Feb 28, 2018
**Due Date:** Mar 30, 2018
**Payment Terms:** Net 30
**Purchase Order #:** JAN 2018  USAGE
**Job ID:**

Bill To:  **F7588**
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0001 Acxiom Corporation
4057 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis      @  Diane.Davis@acxiom.com

**Reference:**
VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 67002 ANALYTIC PRODUCTS<br>ACXIOM DMP IB ONLINE | | | 1.00 | Each | $303.010000 | $303.01 |
| | | 301 DAVE WARD DR<br>CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT<br>3RD PARTY SYSTEM | | | 1.00 | Each | $152.790000 | $152.79 |
| | | 301 DAVE WARD DR<br>CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 3 | 71402 IB ONLINE PERSONICX 3RD<br>PARTY SYSTEM | | | 1.00 | Each | $0.890000 | $0.89 |
| | | 301 DAVE WARD DR<br>CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |

Page Number:      1 / 2

Bill To:   F7588

VIDEOLOGY DSP

Invoice Number:   00193745

1500 WHETSTONE WAY
STE 500

Invoice Date:   Feb 28, 2018

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 4 | 23067 DATA STORE | | | 1.00 | Each | $3,777.020000 | $3,777.02 |
| | AR Sales Tax 0% | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | $0.00 | | | |

SUBTOTAL                                $4,233.71

TOTAL TAXES                                  $0.00

**TOTAL AMOUNT DUE:**                $4,233.71



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00198150 |
| **Invoice Date:** | Mar 30, 2018 |
| **Due Date:** | Apr 29, 2018 |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | FEB 2018  USAGE |
| **Job ID:** | |

**Bill To:** **F7588**
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**

C0001 Acxiom Corporation
4057 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis    @ Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 67002 ANALYTIC PRODUCTS<br>ACXIOM DMP IB ONLINE | | | 1.00 | Each | $96.370000 | $96.37 |
| | | 301 DAVE WARD DR<br>CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT<br>3RD PARTY SYSTEM | | | 1.00 | Each | $197.770000 | $197.77 |
| | | 301 DAVE WARD DR<br>CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |
| 3 | 71402 IB ONLINE PERSONICX 3RD<br>PARTY SYSTEM | | | 1.00 | Each | $2.250000 | $2.25 |
| | | 301 DAVE WARD DR<br>CONWAY, AR 72032 | | $0.00 | | | |
| | AR Sales Tax 0% | United States of America | | | | | |

Page Number:    1 / 2

Bill To:   F7588          VIDEOLOGY DSP

Invoice Number:   00198150

1500 WHETSTONE WAY
STE 500

Invoice Date:     Mar 30, 2018

| Line No. | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 4 | 23067 DATA STORE | | | 1.00 | Each | $15,042.780000 | $15,042.78 |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of America | | | | $0.00 | |

SUBTOTAL                    $15,339.17

TOTAL TAXES                 $0.00

**TOTAL AMOUNT DUE:**       $15,339.17



**INVOICE**

**Invoice Number:**   00210679
**Invoice Date:**   Apr 30, 2018
**Due Date:**   May 30, 2018
**Payment Terms:**   Net 30
**Purchase Order #:**   MARCH 2018  USAGE
**Job ID:**

**Bill To:**   **F7588**
VIDEOLOGY DSP
LIZZIE CEBULA
1500 WHETSTONE WAY
STE 500
BALTIMORE, MD 21230
United States of America

**Please Remit To:**
C0001 Acxiom Corporation
4057 Collection Center Dr.
Chicago, IL 60693

For Billing Questions, please contact:

Diane Davis    @  Diane.Davis@acxiom.com

**Reference:**

VIDEOLOGY, INC  - LEGAL ID 18412 [159039] CONTRACT-ONLINE DATA
SERVICE AGREEMENT -  (HAROLD J-Retail CPG) 1/30/2015

| Line # | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|--------|-----------|----------------|--------|----------|-----|-------------|------------|
| 1 | 67002 ANALYTIC PRODUCTS<br>ACXIOM DMP IB ONLINE | | | 1.00 | Each | $8,575.580000 | $8,575.58 |
| | | | | | $0.00 | | |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of<br>America | | | | | |
| 2 | 68001 IB ONLINE ENHANCEMENT<br>3RD PARTY SYSTEM | | | 1.00 | Each | $518.370000 | $518.37 |
| | | | | | $0.00 | | |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of<br>America | | | | | |
| 3 | 71402 IB ONLINE PERSONICX<br>3RD PARTY SYSTEM | | | 1.00 | Each | $2.330000 | $2.33 |
| | | | | | $0.00 | | |
| | AR Sales Tax 0% | 301 DAVE WARD DR<br>CONWAY, AR 72032<br>United States of<br>America | | | | | |

Page Number:    1 / 2

Bill To:  F7588          VIDEOLOGY DSP

Invoice Number:   00210679

1500 WHETSTONE WAY
STE 500

Invoice Date:    Apr 30, 2018

| Line # | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 4 | 23067 DATA STORE | | | 1.00 | Each | $8,562.270000 | $8,562.27 |
| | | | | | $0.00 | | |
| | AR Sales Tax 0% | 301 DAVE WARD DR CONWAY, AR 72032 United States of America | | | | | |

SUBTOTAL          $17,658.55

TOTAL TAXES           $0.00

**TOTAL AMOUNT DUE:**          $17,658.55

Page Number:     2 / 2