**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
In re:
: Chapter 11
:
: Case No. 18-11120 (BLS)
VIDEOLOGY, INC., *et al.*,[1]
:
: (Jointly Administered)
Debtors. : **Sale Objection Deadline: July 2, 2018 at 4:00 p.m.**
: **Related to Docket Nos. 39 and 183**
------------------------------------------------------------x

**AMENDED NOTICE TO COUNTERPARTIES TO EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**
**THAT MAY BE ASSUMED AND ASSIGNED**

You are receiving this amended notice (the "Amended Notice") because you may be a counterparty to a contract or lease[2] with Videology, Inc. or one or more of its affiliated debtors. You should carefully review this Amended Notice and the attached Exhibit A to determine if your contract(s) or lease(s) are being assumed and assigned by one or more of the Debtors, as your rights may be affected by the transactions described herein.

**PLEASE TAKE NOTICE** that on May 14, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing,(E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts, and (C) Granting Related Relief* [Docket No. 39] (the "Motion").[3]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on Exhibit A, shall constitute an admission by the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease capable of assumption, that any Debtors have any liability thereunder, or that such Executory Contract or Unexpired Lease is necessarily a binding and enforceable agreement. Further, the Debtors expressly reserve the right to (a) reject any Executory Contract or Unexpired Lease set forth on Exhibit A and (b) contest any Cure Amount or proof of claim asserted in connection with the assumption of any Executory Contract or Unexpired Lease.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2018, the Court entered an Order (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures requested in the Motion and attached to the Bidding Procedures Order, which governs (i) the bidding process for the sale of all or substantially all of the assets (the "Purchased Assets") of the Debtors and (ii) procedures for the assumption and assignment of certain of the Debtors' executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that the Motion also seeks Court approval of the sale (the "Sale") of the Purchased Assets to a Successful Bidder free and clear of all liens, claims, interests and encumbrances pursuant to sections 105(a) and 363 of the Bankruptcy Code, including the assumption by the Debtors and assignment to such applicable purchaser of certain executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code (the "Assumed Contracts").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, an auction (the "Auction") to sell the Purchased Assets will be conducted **on July 13, 2018, at 10:00 a.m. (prevailing Eastern Time)** at the offices of Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware, or at such other location as shall be identified in a notice filed with the Bankruptcy Court at least 24 hours before the Auction and served on all parties who may attend the Auction.

**PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing (the "Sale Hearing") to approve the Sale and authorize the assumption and assignment of the Assumed Contracts will be held on **July 17, 2018 at 11:00 a.m. (prevailing Eastern Time)**, before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, on June 8, 2018, the Debtors filed the Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned [Docket No. 183] (the "Cure Notice"). The Debtors may potentially assume and assign one or more executory contracts or unexpired leases described on **Exhibit A** attached to this Amended Notice to Purchaser or the Successful Bidder, as may be applicable, pursuant to section 365 of the Bankruptcy Code. The Purchaser or Qualified Bidder who becomes a Successful Bidder reserves the right to remove a contract or lease from the list of Assumed Contracts at any time before the Auction and reserves the right to supplement the list of Assumed Contracts. The Amended Notice was revised to modify certain cure amounts, including reducing the cure amount (the "Reduced Cure Contracts") and to add certain omitted contracts (the "Previously Omitted Contracts" and together with the Reduced Cure Contracts, the "Amended Contracts") that were not included in the Cure Notice filed on June 8, 2018. A blackline comparing the Amended Cure Amount to the original Cure Amount is attached hereto as **Exhibit B**. Any counterparty to an Amended Contract will have until **July 12, 2018 at 4:00 p.m. (EST)** to object to the Cure Amount or the assumption. A summary of changes made to the Amended Cure Amount is attached hereto as **Exhibit B**.

2

**PLEASE TAKE FURTHER NOTICE** that, except for the Amended Contracts, if you disagree with the Amended Notice shown for the Assumed Contract(s) on **Exhibit A** to which you are a party, you must file in writing with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, an objection ("Objection") on or before **July 2, 2018 at 4:00 p.m. (prevailing Eastern Time)**. Any Objection must set forth the specific default or defaults alleged and set forth any cure amount as alleged by you. If a contract or lease is assumed and assigned pursuant to a Court order approving same, then unless you properly file and serve an Objection, you will receive at the time of the closing of the sale (or as soon as reasonably practicable thereafter), the Cure Amount set forth herein, if any. Any non-Debtor party to an Assumed Contract that fails to timely file and serve an Objection shall be forever barred from asserting that a Cure Amount is owed in an amount in excess of the amount, if any, set forth in the attached **Exhibit A,** absent order of the Court to the contrary.

**PLEASE TAKE FURTHER NOTICE** that**,** except for Previously Omitted Contracts, if you have any other objection to the Debtors' assumption and assignment of the Assumed Contract to which you may be a party, you also must file that objection in writing no later than (a) if the Assumed Contract is being assumed and assigned to the Purchaser (a "Purchaser Assumption Objection"), **July 2, 2018 at 4:00 p.m. (prevailing Eastern Time)** or (b) if the Assumed Contract is being assumed and assigned to a Successful Bidder, other than the Purchaser (a "Successful Bidder Assumption Objection" and together with a Purchase Assumption Objection, "Assumption Objections"), **July 16, 2018 at 4:00 p.m.** (the "Successful Bidder Assumption Objection Deadline"). Any non-Debtor party to an executory contract or unexpired lease that fails to timely object to the assumption or assignment and provision of adequate assurance of future performance shall be forever barred from raising any such objection, absent order of the Court to the contrary. Assumption Objections may be resolved by the Court at the Sale Hearing, or at a separate hearing either before or after the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that any Objection or Assumption Objection you may file must be served so as to be received by the following parties by the applicable objection deadline date and time: (1) the Debtors, 1500 Whetstone Way, Suite 500, Baltimore, MD 21230 (Attn: Daniel J. Smith), dsmith@videologygroup.com; (2) counsel for the Debtors, Cole Schotz P.C., 300 E. Lombard Street, Suite 1450, Baltimore, Maryland 21202 (Attn: Irving E. Walker, Esq.), iwalker@coleschotz.com and 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: Patrick J. Reilley, Esq.), preilley@coleschotz.com; (3) counsel to the Purchaser, Goodwin Procter LLP, 3 Embarcadero Center, 28th Floor, San Francisco, CA 94111 Attn: Lawrence M. Chu, Esq. (lawchu@goodwinlaw.com), Alessandra L. Simons, Esq. (asimons@goodwinlaw.com) and Gregory Fox, Esq. (gfox@goodwinlaw.com) and Womble Bond Dickinson (US) LP, 222 Delaware Avenue Suite 1501, Wilmington, DE 19801 Attn: Matthew P. Ward, Esq. (Matthew.Ward@wbd-us.com); (4) counsel to the DIP Lender, Arent Fox LLP, 1675 Broadway, New York, New York 10019 Attn: Robert M. Hirsh, Esq. (robert.hirsh@arentfox.com) and Jordana L. Renert, Esq. (jordana.renert@arentfox.com) and Bayard LLP, 600 N. King Street, Suite 400, Wilmington DE 19801 Attn: Justin R. Alberto, Esq. (JAlberto@bayardlaw.com) (5) proposed counsel to the Committee, Cooley LLP, 1114 Avenue of the Americas, 46th Floor, New York, NY 10036, Attn: Seth Van Aalten, Esq. (svanaalten@cooley.com) and Michael Klein, Esq. (mklein@cooley.com), and Whiteford,

Taylor & Preston LLC, The Renaissance Centre, Suite 500, 405 North King Street, Wilmington, DE 19801, Attn: Christopher S. Samis, Esq. (csamis@wtplaw.com) and L. Katherine Good, Esq. (kgood@wtplaw.com); and (5) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 Attn: David Buchbinder, Esq. (David.L.Buchbinder@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that if you have an objection to the Sale, **other than** an Assumption Objection, such objection (a "Sale Objection") shall be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd floor, Wilmington, Delaware 19801 and served **so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on July 2, 2018,** be served upon: (1) the Debtors, 1500 Whetstone Way, Suite 500, Baltimore, MD 21230, Attn: Kenneth Tarpey (ktarpey@videologygroup.com); (2) counsel to the Debtors, Cole Schotz P.C., 300 E. Lombard Street, Suite 1450, Baltimore, MD 21202, Attn: Irving Walker, Esq., (iwalker@coleschotz.com) and 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Patrick J. Reilley, Esq., (preilley@coleschotz.com); (3) financial advisor to the Debtors, Berkeley Research Group, LLC, 2049 Century Park East, Suite 2525, Century City, CA 90067, Attn: Bob Duffy, (bduffy@thinkbrg.com); (4) counsel to the DIP Lender, Arent Fox LLP, 1675 Broadway, New York, New York 10019 Attn: Robert M. Hirsh, Esq. (robert.hirsh@arentfox.com) and Jordana L. Renert, Esq. (jordana.renert@arentfox.com) and Bayard LLP, 600 N. King Street, Suite 400, Wilmington DE 19801 Attn: Justin R. Alberto, Esq. (JAlberto@bayardlaw.com); (5) counsel to the Purchaser, Goodwin Procter LLP, 3 Embarcadero Center, 28th Floor, San Francisco, CA 94111 Attn: Lawrence M. Chu, Esq. (lawchu@goodwinlaw.com), Alessandra L. Simons, Esq. (asimons@goodwinlaw.com) and Gregory Fox, Esq. (gfox@goodwinlaw.com) and Womble Bond Dickinson (US) LP, 222 Delaware Avenue Suite 1501, Wilmington, DE 19801 Attn: Matthew P. Ward, Esq. (Matthew.Ward@wbd-us.com); (6) proposed counsel to the Committee, Cooley LLP, 1114 Avenue of the Americas, 46th Floor, New York, NY 10036, Attn: Seth Van Aalten, Esq. (svanaalten@cooley.com) and Michael Klein, Esq. (mklein@cooley.com), and Whiteford, Taylor & Preston LLC, The Renaissance Centre, Suite 500, 405 North King Street, Wilmington, DE 19801, Attn: Christopher S. Samis, Esq. (csamis@wtplaw.com) and L. Katherine Good, Esq. (kgood@wtplaw.com); and (7) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David Buchbinder, Esq. (David.L.Buchbinder@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that, in the event that the Debtors and the non-Debtors parties cannot resolve the Cure Amount, the Debtors shall segregate any disputed Cure Amounts pending the resolution of any such disputes by the Court or mutual agreement of the parties with the express written consent of the Purchaser. In the event that a dispute regarding the Cure Amount with respect to an Assumed Contract (such contract, a "Disputed Contract") is determined by an order (the "Disputed Contract Order") of the Bankruptcy Court after closing of the sale, the Purchaser or Successful Bidder, as applicable, shall have the option to designated the Disputed Contract as an Excluded Contract, in which case Purchaser shall not be responsible for the assumption of the Disputed Contract or payment of the Cure Amount; provided, however, that if Purchaser does not designate such Disputed Contract as an Excluded Contract within thirty (30) days after the date of the Disputed Contract Order, such Disputed Contract shall automatically be deemed to be an Assumed Contract.

57731/0003-16023100v4

**PLEASE TAKE FURTHER NOTICE** that, except to the extent otherwise provided in the Purchase Agreement with the Successful Bidder, or any order approving the sale entered by the Bankruptcy Court, pursuant to section 365(k) of the Bankruptcy Code, the Debtors and the Debtors' estates shall be relieved of all liability accruing or arising after the effective date of assumption and assignment of the Assumed Contracts.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall obligate the Debtors to assume any Assumed Contracts or to pay any Cure Amount.[4]

**PLEASE TAKE FURTHER NOTICE** that the Motion, Bidding Procedures Order and Bidding Procedures, Asset Purchase Agreement and other documents relating to the sale and assumption and assignment of executory contracts and unexpired leases, and other court filings in these cases, may be obtained free of charge at http://omnimgt.com/videology and may also be viewed during business hours at the Office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, 3rd Floor.  Copies of such documents can also be obtained free of charge by making a written request to Pauline Z. Ratkowiak, Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Pauline Z. Ratkowiak, or by e-mail at pratkowiak@coleschotz.com.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITH NO FURTHER NOTICE.

ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSUMED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

---

[4] "Assumed Contracts" are those Contracts and Leases that the Debtors believe may be assumed and assigned as part of the orderly transfer of the Purchased Assets; however, the Purchaser or the Successful Bidder, as may be applicable, may choose to exclude certain of the Debtors' contracts or leases from the list of Assumed Contracts as part of their Qualifying Bid, causing such contracts and leases not to be assumed by the Debtors.

Dated: June 28, 2018

         **COLE SCHOTZ P.C.**

         */s/ Patrick J. Reilley*
         Patrick J. Reilley (No. 4451)
         G. David Dean (No. 6403)
         500 Delaware Avenue, Suite 1410
         Wilmington, DE 19801
         Telephone: (302) 652-3131
         Facsimile: (302) 652-3117
         preilley@coleschotz.com
         ddean@coleschotz.com

         - and -

         Irving E. Walker
         300 E. Lombard Street, Suite 1450
         Baltimore, MD  21202
         Telephone: (410) 230-0660
         Facsimile: (410) 528-9400
         iwalker@coleschotz.com

         *Counsel for Debtors and*
         *Debtors in Possession*