# **EXHIBIT A**

*Amended Cure Amounts*

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| VMT LLC | 140Bets Inc dba All Screen | Inventory | Master Services Agreement | $1,020.48 | |
| Videology Inc. | 33 Across | Publisher | | $285.21 | |
| VMT LLC | 3Interactive | Inventory | Master Services Agreement | $324,059.88 | |
| Videology, Inc. | 400-410 Michigan Master Tenant, LLC | Lease | Office Lease (400-410 North Michigan Ave., Chicago, IL | $1,068.11 | |
| Videology Media Technologies, LLC | 495 Communications | Publisher | Master Services Agreement | $529,644.40 | |
| Videology Inc. | 65 Twenty | Publisher | | $992.17 | |
| Videology Inc. | 90min.com | Publisher | | $0.00 | |
| Videology Inc. | Acxiom - UK | Publisher | | $0.00 | |
| Videology Inc. | Acxiom Corporation | Data | Master Services Agreement | $117,353.86 | |
| Videology Limited | Acxiom Limited | Data | Data Use Terms and Conditions (UK) and Schedule - Data Use Terms and Conditions (UK) | $68,792.76 | |
| Videology Inc. | Ad Colony | Publisher | | $38,282.93 | |
| VMT LLC | Ad Forge Corporation | Inventory | Global Master Services Agreement | $81.48 | |
| VMT LLC | Ad Karma LLC | Inventory | Master Services Agreement | $1,173,303.58 | |
| Videology Media Technologies, LLC | Ad.net, Inc. | Publisher | Global Master Services Agreement | $189,011.11 | |
| Videology Inc. | Ad2One | Publisher | | $19,309.89 | |
| Videology, Inc. | AdapTV | Publisher | Adap.tv Marketplace & Real Time Bidding for Advertisers | $1,521,781.53 | |
| Videology Inc. | AddThis(Oracle) | Data | Data Licensing Agreement | $3,814.79 | |
| Videology Inc. | Adforce | Publisher | | $17,218.53 | |
| VMT LLC | Adklip LLC | Inventory | Global Master Services Agreement | $54.67 | |
| Videology Media Technologies, LLC | Adman | Publisher | Global master Services agreement | $85,707.25 | |
| Videology Inc. | Adobe Systems Incorporated | Platform | ADOBE DATA ACCESS AGREEMENT | $16,000.00 | |
| VMT LLC | AdRise Inc | Inventory | Global Master Services Agreement | $105,437.50 | |
| VMT LLC | adsquare GmbH | License | Data Licensing Agreement | $0.00 | |
| Videology Inc. | Adswerve | Other | | $250.00 | |
| Videology Inc. | Advertiser Perceptions Inc. | | | $0.00 | |
| Videology Inc. | Advertiser Perceptions Inc. | Other | | $0.00 | |
| Videology Inc. | Adviso Consulting, Inc. | Platform | Pricing Addendum | $0.00 | |
| Videology Inc. | Advocate Real Estate Acquisitions, LLC | Lease | Office Lease Agreement (720 South Montford Ave. Suite 200) | $0.00 | |
| VMT LLC | AerServ LLC | Inventory | Master Services Agreement | $50,547.78 | |
| VMT LLC | Air Media | Inventory | Master Services Agreement | $143.41 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology, Inc. | Akamai Technologies, Inc | Other | Akamai Service Order Form ID 166762 and attached Terms & Conditions, related Addendum ID 209811, and related addenda and Service Order Forms | $23,920.80 | |
| Videology Inc. | Alastair Ray d/b/a Ray Media | Publisher | | $1,287.15 | |
| Videology Inc. | Alivebox - Advanced Design S.A. | | Web Design | $0.00 | |
| Videology Inc. | Alivebox - Advanced Design S.A. | Other | | $0.00 | |
| Videology Inc. | AllScreen | Publisher | | $1,020.48 | |
| Videology Inc. | AlmondNet(Dataonics) | Other | Profile Order | $0.00 | |
| VMT LLC | Altitude Digital Inc | Inventory | Master Services Agreement | $7,947.94 | |
| Videology, Inc. | Amazon Web Services, Inc. (AWS) | Other | AWS Customer Agreement, as amended by AWS Data Transfer Private Pricing Program Addendum | $607,697.09 | |
| Videology Inc. | American Express VID Corp Program | Other | | $6,578.92 | |
| Videology Inc. | AMNET Group, Inc. | Platform | Videology Platform Services Agreement for Agencies | $430,080.83 | |
| Videology Inc. | AMNET US | Platform | Videology Platform Service Agreement for Agencies | $16,747.85 | |
| Videology Inc. | Anaplan, Inc. | Other | Anaplan Order Schedule | $0.00 | |
| Videology Inc. | Angel Springs Limited (Waterlogic) | Publisher | | $357.47 | |
| VMT LLC | Answer Media LLC | Inventory | Global Master Services Agreement | $702.12 | |
| Videology Inc. | Antevenio | Publisher | | $0.00 | |
| VMT LLC | AOL Advertising Inc | Inventory | Advertising Services Agreement | $249,669.00 | |
| VMT LLC | Apester Inc | Inventory | Global Master Services Agreement | $120.28 | |
| VMT LLC | App This LLC | Inventory | Global Master Services Agreement | $26,198.88 | |
| Videology Inc. | Apple Financial Services | Equipment leases | Master Lease Agreement No. 9800184/ March 5, 2015 | $1,495.36 | |
| Videology Inc. | Aryaka | | | $0.00 | |
| VMT LLC | Ascend Video LLC | Inventory | Exhibit B-1 Form of Ad Inventory Insertion Order | $565,116.16 | |
| Videology Inc. | AT&T Adworks, LLC | Platform | Service Agreement | $0.00 | |
| Videology Inc. | Atrium - centro de negocios | Publisher | | $6,267.63 | |
| Videology Inc. | Aunia | Publisher | | $196,121.44 | |
| Videology Ltd. | AXA PPP Healthcare Ltd (UK private health) | Other | Service contract (Business Health Select) | $0.00 | |
| Videology Inc. | Axicom Limited | Publisher | | $12,227.95 | |
| Videology Inc. | Bankia | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Barons Media | Publisher | | $363,160.83 | |
| VMT LLC | Beach Front Media | Inventory | Master Services Agreement | $1,058,590.32 | |
| Videology Inc. | Bell Media | Publisher | | $150,052.51 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology, Inc. | Berkshire Associates Inc | Other | Human Resources consulting | $1,522.50 | |
| Videology Inc. | Berkshire Associates Inc. | Other | | $1,522.50 | |
| Videology Media Technologies, LLC | Blu Tonic | Inventory | Master Services Agreement & amendments | $102,700.49 | |
| VMT LLC | Blue Martian LLC | Inventory | Global Master Services Agreement | $168,246.26 | |
| VMT LLC | Blue Rooster Media Inc | Inventory | Global Master Services Agreement | $263.60 | |
| VMT LLC | Blue Water Ads LLC | Inventory | Global Master Services Agreement | $10.17 | |
| Videology Inc. | BlueKai, Inc. (Oracle) | Data | Data Use Agreement | $240,030.14 | |
| Videology Inc. | Bolo Brothers Creative | | (Video production comp) | $0.00 | |
| Videology Inc. | Bolo Brothers Creative | Other | | $0.00 | |
| Videology Inc. | Bountiful Cow | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Box Plus | Publisher | Agreement | $121,032.26 | |
| Videology Inc. | Brain Labs Limited | Platform | PLATFORM SERVICES AGREEMENT | $0.00 | |
| Videology Inc. | Brainient | Publisher | | $6,552.31 | |
| Videology Inc. | Brightcove Inc. | Software | | $16,575.00 | |
| Videology Inc. | Brightroll | Publisher | | $58,160.47 | |
| Videology Inc. | BrightRoll/Yahoo Inc. | Publisher | | $0.00 | |
| Videology Limited | Broadcasters' Audience Research Board (BARB) | Other | Letter of Consent/ Rate Card and Terms and Conditions | $0.00 | |
| Videology Inc. | BT - British Telecommunications | Publisher | | $0.00 | |
| Videology Inc. | BT Sport | Publisher | | $3,916.59 | |
| Videology Inc. | BUILDING CLEANING SERVICES, INC. | Other | | $735.00 | |
| Videology Inc. | Bully Pulpit Interactiv | Platform | Mutual Non-Disclosure and Confidential Agreement | $0.00 | |
| Videology Inc. | Buying Time, LLC. | Platform | VIDEOLOGY® PLATFORM TERMS OF SERVICE | $0.00 | |
| VMT LLC | CACI Limited | License | Licensing Agreement | $0.00 | |
| Videology Inc. | Cadreon LLC | Platform | Videology Platform Service Agreement | $0.00 | |
| Videology Inc. | Carefirst | Other | Group Contract Application | $128,600.48 | |
| Videology Inc. | Casale - Index Exchange | Publisher | | $126,446.60 | |
| Videology Media Technologies, LLC | Casale Media, Inc - Index Exchange | Publisher | Global Master Services Agreement | $126,446.60 | |
| Videology Inc. | CBRE CB Richard Ellis C/O Zapco 1500 Investment, L.P. | Lease | Office Lease (1500 4TH Fl. New York, NY10017) | $0.00 | |
| VMT LLC | CBS Radio Inc | Inventory | Master Services Agreement | $2,151.71 | |
| VMT LLC | CBS Television Distribution | Inventory | Global Master Services Agreement | $0.00 | |
| VMT LLC | CCI / Daisuki Inc | Inventory | Global Master Services Agreement | $0.00 | |
| Videology Inc. | Celergo, LLC. | Other | Master Service Level Agreement | $0.00 | |
| Videology Inc. | Centric Business Systems | | | $2,424.01 | |
| Videology Inc. | Centric Business Systems | Other | | $2,424.01 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | CenturyLink | | | $0.00 | |
| Videology Inc. | Channel4 | Publisher | | $0.00 | |
| Videology Inc. | Charlotte Tilbury | Publisher | | $0.00 | |
| Videology Inc. | Charlotte Tilbury | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Chesapeake Paperboard Centre, LLC | Lease | Lease Agreement (1500 Whetstone Way) | $34,951.45 | |
| Videology Inc. | Chesapeake Paperboard Centre, LLC | Lease | Second Amendment to Lease Agreement (1500 Whetstone Way) | $0.00 | |
| Videology Inc. | Chesapeake Paperboard Centre, LLC | Lease | Parking Rental Agreement (McHenry Row) | $0.00 | |
| Videology Inc. | Chesapeake Paperboard Centre, LLC | Lease | Parking Rental Agreement (McHenry Row-reserved) | $0.00 | |
| Videology Ltd. | Cigna Life Insurance Company of Europe S.A.-N.V., UK Branch (UK Dental) | Other | Agreement Re Cigna Corporate DentaCare Plan | $0.00 | |
| Videology Inc. | Citrix Online LLC | License | Master Subscription Agreement | $0.00 | |
| Videology Inc. | Clearview Consulting, Inc. | | | $12,665.00 | |
| Videology Inc. | Clearview Consulting, Inc. | Other | | $12,665.00 | |
| Videology Inc. | Clement, Paul | Employees w/ severance | | $0.00 | |
| Videology Inc. | Cloud Direct f/k/a iHotdesk Ltd | Publisher | | $1,158.44 | |
| Videology Inc. | CLOUDERA, INC. | License | ENTERPRISE SUBSCRIPTION AGREEMENT | $0.00 | |
| VMT LLC | Clubhouse Media | Inventory | Global Master Services Agreement | $224,663.87 | |
| Videology Inc. | CMS Keyholding | Publisher | | $51.49 | |
| Videology Inc. | CNA Insurance | | (Insurance com) | $0.00 | |
| Videology Inc. | CNA Insurance | Other | | $0.00 | |
| Videology Inc. | CNN | Publisher | | $113.42 | |
| Videology, Inc. | Coherent Solutions, Inc. | Other | Master Services Agreement and related SOWs | $146,911.00 | |
| Videology Inc. | Comcast | Publisher | | $0.00 | |
| Videology Inc. | Comcast Cable Communications Management LLC | Platform | License and Services Agreement | $0.00 | |
| VMT LLC | comScore, Inc. | Other | Service Order | $0.00 | |
| Videology Media Technologies, LLC | comScore, Inc. (1) | Data | Service Order | $60,000.00 | |
| Videology, Inc. | comScore, Inc. (2) | Data | Services Agreement & SOWs | $596,451.62 | |
| Videology, Inc. | ConAgra Foods RDM, Inc. | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology, Inc. | Concur Technologies, Inc. | Other | Business Services Agreement & related Sales Orders | | |
| Videology Inc. | Condenast | Publisher | | $736.92 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | Connect AU | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Connecting On Purpose | Publisher | | $10,768.08 | |
| Videology Inc. | Contently | | | $0.00 | |
| Videology Inc. | Contently | Other | | $0.00 | |
| VMT LLC | Convert Media | Inventory | Global Master Services Agreement | $0.00 | |
| Videology Inc. | Core Media Communications SJRQL Ltd. | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | Corus Entertainment - MatchBuy - KAO | Publisher | | $13,275.98 | |
| Videology Inc. | Corus PMP | Publisher | | $48,644.30 | |
| VMT LLC | Crackle Inc , Sony | Inventory | Master Services Agreement | $245,052.97 | |
| VMT LLC | Crackle, Inc, You Tube | Inventory | Master Services Agreement | $0.00 | |
| Videology Inc. | Cross Pixel Media, Inc. | License | Data Licensing Agreement | $0.00 | |
| VMT LLC | Crystal Graphics - Power Show.com | Inventory | Global Master Services Agreement | $197.68 | |
| Videology Ltd. | Daily Mail | Publisher | Videology Video Platform Services Agreement | $370,320.28 | |
| Videology Inc. | Dailymotion | Publisher | | $3,764.75 | |
| VMT LLC | Dashbid Media Inc | Inventory | Global Master Services Agreement | $180,060.83 | |
| Videology Inc. | DataLogix (Oracle) | License | Channel Partner Agreement | $0.00 | |
| Videology Inc. | De Lage Landen Financial Services, Inc. | Equipment leases | Ricoh MFP Lease - Baltimore | $763.46 | |
| Videology Inc. | DecisionWise Inc | Inventory | Agreement (360 -degree feedback services) | $0.00 | |
| Videology Inc. | DecisionWise, Inc. | Other | | $0.00 | |
| Videology, Inc. | Dell Financial Services, LLC | Equipment leases | Master Lease Agreements No. 001-6708910-500, 501, 502, 503, 504 | $47,172.60 | |
| Videology Inc. | Dell Financial Services, LLC. | Lease | Master Lease Agreement | $0.00 | |
| VMT LLC | DelPlaya Media Inc | Inventory | Global Master Services Agreement | $154,633.39 | |
| Videology Ltd. | Denecroft Estats Limited | Lease | Office Lease (Noah's Yard, 10 York Way, London N1 9AA | $0.00 | |
| Videology Inc. | Dennis Publishing | Publisher | | $4,197.82 | |
| Videology Inc. | DevEire | Inventory | Master Service Agreement | $167,880.00 | |
| Videology Inc. | Digital Advertising Alliance | Inventory | Participation Agreement | $8,000.00 | |
| Videology Ltd. | Digital Envoy - UK | Publisher | Electronic Database and License Agreement- UK | $66,059.57 | |
| Videology Ltd. | Digital Envoy, Inc. | License | Product Electronic Database and License Agreement | $70,715.49 | |
| Videology Inc. | Digital Find | Publisher | | $14,480.47 | |
| Videology Inc. | Digitize | Publisher | | $122,981.60 | |
| VMT LLC | Directv LLC | Inventory | Master Services Agreement | $508,866.05 | |
| Videology, Inc. | Discovery Benefits, Inc. (DBI) | Other | Administrative Services Agreements | $927.95 | |
| VMT LLC | Discovery Communications LLC | Inventory | Inventory Purchase Contract | $7,854.37 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| VMT LLC | DMG / DSNR Media Group Ltd | Inventory | Global Master Services Agreement | $0.00 | |
| Videology Inc. | DNS Backup Solution | | | $0.00 | |
| VMT LLC | DoubleVerify, Inc. | Platform | PRODUCT INTEGRATION AGREEMENT | $38,413.59 | |
| Videology, Inc. | Dunnhumby | Other | Collaboration Agreement | $0.00 | |
| Videology Inc. | Dynamic Network Services (DYN) | Other | | $0.00 | |
| Videology Inc. | Eben LLC | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Edenred - Spain | Other | | $5,228.28 | |
| VMT LLC | Electric Sheep LTD | Inventory | Global Master Services Agreement | $77.58 | |
| Videology Inc. | Emarketer, Inc. | Inventory | Subscription Agreement Signature Page | $30,000.00 | |
| Videology Inc. | eMarketer, Inc. | Other | | $30,000.00 | |
| Videology Inc. | Encore Digital Media Ltd. | Platform | Platform Services Agreement | $0.00 | |
| VMT LLC | engage:BDR | Inventory | Global Master Services Agreement | $84,537.75 | |
| Videology Inc. | E-Novative Media | Publisher | | $19,331.46 | |
| Videology Inc. | Enradius | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Entertainment Daily | Publisher | | $5,243.49 | |
| VMT LLC | Epsilon Data Management- LLC | Other | Master Service Agreement | $401.95 | |
| Videology Inc. | Ethical Wiki | | | $0.00 | |
| Videology Inc. | Ethical Wiki | Other | | $0.00 | |
| Videology Inc. | Executive II Limited Partnership | Lease | Lease Agreement (11490 Commerce Park Drive, Reston, Virginia 20191) | $5,141.45 | |
| Videology, Inc. | Exelate, Inc. (Nielsen) | Data | Global Data Buyer Services Agreement | $517,696.73 | |
| Videology Inc. | Experian Marketing Solutions, Inc. | Other | Statenent of Work and Service Agreement | $0.00 | |
| Videology Inc. | Extreme Reach, Inc | | | $600.00 | |
| Videology Inc. | Eyeota UK | Publisher | | $0.00 | |
| VMT LLC | Eyeota, LTD | License | Data Licensing Agreement | $0.00 | |
| Videology Inc. | EyeRB Media - Instream - PC | Publisher | | $0.00 | |
| Videology Inc. | Fairetail BVBA | Platform | VIDEOLOGY® PLATFORM TERMS OF SERVICE | $0.00 | |
| Videology Inc. | Falk | Publisher | | $2,980.46 | |
| Videology Inc. | Fandom | Publisher | | $4,436.01 | |
| Videology Inc. | Fidelity Security Life Insurance Comp / Avesis | Other | Agreement (Vision Care & Life Insurance) | $0.00 | |
| Videology Inc. | FilmOn TV | Publisher | | $2,207.35 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Ltd. | Finecast Holdings Limited fka Xaxis UK | Platform | Media Buying Agreement | | Parties are in the process of reconciling the amounts. |
| Videology Limited | FixOne Netherlands B.V. Mapp | Data | Data Access Agreement | $0.00 | |
| Videology Inc. | Flashtalking | | | $0.00 | |
| Videology Inc. | Flashtalking | Other | | $0.00 | |
| Videology Inc. | Foodify | | | $2,566.63 | |
| Videology Inc. | Foodify | Other | | $2,566.63 | |
| Videology Inc. | Forrester Research Inc. | Other | | $0.00 | |
| Videology Inc. | Forrester Research, Inc | | | $0.00 | |
| Videology Inc. | FortyCloud | | | $0.00 | |
| Videology Inc. | Foursquare (Fixed) | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Fox Networks Group, Inc. | Platform | MASTER LICENSE AND SERVICES AGREEMENT | $0.00 | |
| VMT LLC | Fox TV dba SCPI Inc | Inventory | Global Master Services Agreement | $442.95 | |
| Videology Inc. | Freewheel | Inventory | Master Supply Agreement | $0.00 | |
| Videology Inc. | Fruidel | Publisher | | $2,562.91 | |
| Videology Inc. | Fundraising Management Group, LLC | Other | Amended & Restated Consulting Agreement | $14,713.00 | |
| Videology Inc. | GABBCON Inc | | | $0.00 | |
| Videology Inc. | GABBCON, Inc. | Other | | $0.00 | |
| Videology Inc. | Gameloft | Publisher | | $0.00 | |
| Videology, Inc. | GAMS Development Corporation | Other | End User License Agreement | $22,272.00 | |
| Videology Inc. | Gamut Media | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Gaskamp, Brent | Employees w/ severance | | $0.00 | |
| Videology Inc. | GC Leasing - Grenke | Equipment leases | Leasing Contract No. 151-000050/ Jun 8, 2015 | $0.00 | |
| Videology Inc. | GCA Savvian Corporation, fka AMPLIA Corp.- VID-FOUND GCA Savvian Corp | Other | Agreement letter  (Advisors) | $55,264.27 | |
| Videology Inc. | GCA Technovation formally AMPLIA Corporation - VID Inc | Other | | $55,264.27 | |
| Videology Inc. | GE Capital | Equipment leases | Lease Agreement #7961846001/ May 14, 2015 | $0.00 | |
| Videology Inc. | GE Capital | Equipment leases | Equipment/Payment Change Amendment #7956524-001/ Sept 28, 2015 | $0.00 | |
| Videology Inc. | GE Capital | Equipment leases | Agreement No. 7964855001/ June 3, 2015 | $0.00 | |
| Videology Inc. | Genesis Media | Inventory | Inventory Purchase Contract | $716.04 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | GFK (Mediamark) Custom Research LLC | Other | Syndicated Product Subscription Agreement | $43,334.00 | |
| Videology Inc. | Gfk Mediamark Research & Intelligence | | Amendment to Subscription Agreement | $43,334.00 | |
| VMT LLC | Gigales SA(DataXpand) | Other | Data Licensing Agreement | $5,256.08 | |
| Videology Inc. | Global Radio | Publisher | | $253,429.84 | |
| Videology Inc. | Global Tax Network | | | $0.00 | |
| Videology Inc. | Global Tax Network | Other | | $0.00 | |
| Videology, Inc. | Google Inc. (AdExchange) | Publisher | Google Ad Exchange Services Agreement | $342,784.94 | |
| Videology Inc. | Google Sites | Publisher | | $109,727.37 | |
| Videology Inc. | Gorilla National Media | Platform | Terms and Conditions Governing Participation in the GroupM Private Marketplace | $0.00 | |
| Videology Inc. | Gourmet Ads | Publisher | | $19.64 | |
| Videology Inc. | Grand Cascade Lodge | | | $0.00 | |
| Videology Inc. | Grand Cascade Lodge | Other | | $0.00 | |
| Videology Inc. | Green TV | Publisher | | $35.25 | |
| Videology Inc. | Greenlight Digital Ltd | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Limited | GroupM | Platform | Terms and Conditions for the Provision of Digital Media Campaigns | -- | Parties are in the process of reconciling the amounts. |
| Videology Ltd. | GroupM B.V. | Platform | Advertising Insertion Order (Open IO) standard terms | -- | Parties are in the process of reconciling the amounts. |
| Videology Inc. | GroupM Canada, Inc. (PMP) | Platform | | -- | Parties are in the process of reconciling the amounts. |
| Videology, Inc. | GroupM Canada, Inc. (VMS) | Platform | GroupM canada & Xaxis canada affiliate agreement to Groupm alliance agreement | -- | Parties are in the process of reconciling the amounts. |
| Videology Inc. | GroupM NL B.V. | Platform | | -- | Parties are in the process of reconciling the amounts. |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|--------|---------------|---------------|----------------|-------------|-------|
| Videology Ltd. | GroupM UK Ltd. (Digital campaigns) | Platform | Terms and Conditions for the Provision of Digital Media Campaigns | -- | Parties are in the process of reconciling the amounts. |
| Videology Ltd. | GroupM UK Ltd. (media management platform) | Platform | GroupM UK & Videology:  Media management & media buying | -- | Parties are in the process of reconciling the amounts. |
| Videology, Inc. | GroupM Worldwide, Inc. | Platform | Alliance Agreement | -- | Parties are in the process of reconciling the amounts. |
| Videology Inc. | Grupo Doña Ana S.L | Publisher | | $103.98 | |
| Videology, Inc. | Gurobi Optimization, Inc | Software | Quote | $33,600.00 | |
| Videology Inc. | Haley, Kevin | Employees w/ severance | | $0.00 | |
| Videology Inc. | Half Full Venture SL | Other | | $0.00 | |
| Videology Inc. | Half Full Venture SL dba AV. Aragon N 2, 46021 Valencia Espania | | | $0.00 | |
| Videology Inc. | Harvest Digital | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Hat Creek Enteprises, Inc. | Other | Consulting Agreement | $14,713.00 | |
| Videology Inc. | Headway Digital North America LLC | Other | | $300.00 | |
| Videology Inc. | Headway Digital North America, LLC (Marketing Co) | | | $300.00 | |
| Videology Inc. | Hearst | Publisher | | $7,997.43 | |
| Videology Inc. | Hearst TV | Publisher | | $269.29 | |
| Videology Inc. | Hello Magazine | Publisher | | $122.83 | |
| Videology Inc. | Henry (Butch) Murphy | Publisher | | $0.00 | |
| Videology Inc. | Henry (Butch) Murphy | Other | | $0.00 | |
| Videology Inc. | Highland Resources Inc. | Other | | $0.00 | |
| Videology Inc. | Highland Resources Inc. (Resential and Office spaces) | | | $0.00 | |
| Videology Inc. | Highland RI 211, LLC, a Texas LLC | Lease | Office Lease Agreement Termination | $0.00 | |
| Videology Inc. | HiMedia | Publisher | | $0.16 | |
| VMT LLC | Hooked Media Group | Inventory | Global Master Services Agreement | $414.51 | |
| Videology Inc. | IAB | Other | | $27,000.00 | |
| Videology Inc. | IAB - Canada | | | $0.00 | |
| Videology Inc. | IAB - Canada | Other | | $0.00 | |
| Videology Inc. | IDC Research | Other | | $0.00 | |
| Videology Inc. | IDC Research (IDC comp) | | | $0.00 | |
| Videology Inc. | Imagini Europe/VisualDNA (200) | Publisher | | $0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | IMG Technologies Inc | other | Agreement letter | $0.00 | |
| Videology Inc. | IMG Technologies Inc | Other | | $0.00 | |
| Videology Inc. | Improve Digital | Publisher | | $0.13 | |
| Videology Inc. | Indeed, Inc. | Platform | Indeed Prime Insertion Order | $146.16 | |
| Videology Inc. | Independent | Publisher | | $37,727.93 | |
| VMT LLC | Infinite-Ads.com INC | Inventory | Global Master Services Agreement | $486.51 | |
| Videology Inc. | Inneractive | Publisher | | $0.00 | |
| Videology Ltd. | Innovid Inc. | Publisher | Innovid Inroll Preferred Network & Partner Agreement | $307,259.54 | |
| Videology Inc. | Innovid Inc. | Other | | $72,960.73 | |
| Videology Inc. | Intacct | Other | | $0.00 | |
| VMT LLC | InTango Ltd | Inventory | Global Master Services Agreement | $0.00 | |
| VMT LLC | INTEGRAL AD SCIENCE, INC. | Platform | MASTER SERVICES AGREEMENT | $5,194.70 | |
| VMT LLC | Intergi LLC | Inventory | Inventory Purchase Contract DAN NEEDS TO SIGN CONTRACT | $6.43 | |
| Videology Inc. | InVision | Platform | Order Form | $0.00 | |
| VMT LLC | iNvolved Media Inc | Inventory | Global Master Services Agreement | $484.50 | |
| Videology Inc. | Involved Media, Inc. | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Iquanti, Inc. | Platform | Pricing Addendum | $0.00 | |
| Videology Inc. | Iron Mountain | Other | Storage Agreement | $266.30 | |
| Videology Inc. | Iron Mountain | Other | | $266.30 | |
| Videology Inc. | Jaffe Blend | Other | | $0.00 | |
| Videology Inc. | JaffeBlend (nothing to report) | | Invoice and Marketing Activites | $0.00 | |
| Videology Inc. | Jamboretz, Ryan | Employees w/ severance | | $0.00 | |
| Videology Inc. | Jason Hahn | Other | Independent Contractor/ Freelance Agreement | $0.00 | |
| Videology Inc. | Jason Hahn | Other | | $0.00 | |
| Videology Inc. | John Ayling and Associates Ltd | Platform | PLATFORM SERVICES AGREEMENT | $0.00 | |
| Videology Inc. | JPS25,LLC | Other | | $0.00 | |
| Videology Inc. | JumpCloud Inc. | Platform | Special Pricing Form | $9,744.00 | |
| Videology Inc. | Kantar Retail America Inc. | | | $0.00 | |
| Videology Inc. | Kantar Retail America Inc. | Other | | $0.00 | |
| Videology Inc. | Kinetic Sequence, LLC | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | King | Publisher | | $385.56 | |
| VMT LLC | Kitara   NOT SIGNED | | | $0.00 | |
| VMT LLC | Kitara Media LLC | Inventory | Global Master Services Agreement | $197,400.68 | |
| Videology Inc. | KMB Group (I-Behavior) | Data | Data License Agreement | $6,134.23 | |
| Videology Inc. | Krush Technologies LLC | Platform | Platform Services Agreement | $145.49 | |
| VMT LLC | Krush Technologies LLC | Inventory | Global Master Services Agreement | $145.49 | |
| Videology Inc. | Krux Digital | Data | Data Access Agreement | $0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| VMT LLC | Kumma Ltd | Inventory | Global Master Services Agreement | $43,833.44 | |
| Videology Inc. | LatinON | Publisher | | $82.66 | |
| Videology Inc. | Laudis Consultor | Other | | $909.98 | |
| VMT LLC | LHP Media Group | Inventory | Global Master Services Agreement | $660,944.51 | |
| Videology Inc. | LightHouse Media Group | Other | | $0.00 | |
| VMT LLC | Lin Digital | Inventory | Master Services Agreement | $288,846.45 | |
| Videology Inc. | LinkedIn | Platform | LINKEDIN SUBSCRIPTION AGREEMENT | $0.00 | |
| Videology Media Technologies, LLC | Liquid Media Inc. (LQED) | Publisher | Global Master Services Agreement | $215,916.23 | |
| Videology Inc. | Liverail | Publisher | | $137.20 | |
| Videology Inc. | LiveRamp | Data | Master Client Agreement | $191,000.00 | |
| Videology Inc. | LKQD Media | Publisher | | $215,916.23 | |
| Videology Inc. | Lo70s | Publisher | | $0.00 | |
| Videology, Inc. | Looker Data Science, Inc. | Other | SUBSCRIPTION LICENSE AND SERVICES AGREEMENT | $50,000.04 | |
| Videology Inc. | Loopio , Inc. | Platform | Videology Invoice | $0.00 | |
| Videology, Inc. | Lotame Solutions, Inc. | Data | Data License and Use Agreement | $386,943.80 | |
| Videology Inc. | Macleod, Scott | Employees w/ severance | | $0.00 | |
| Videology Inc. | Make It Pop Creations | Other | | $0.00 | |
| Videology Inc. | Mason & Carter, Inc. | Other | | $0.00 | |
| Videology Limited | Mastercard Europe SA | Data | Statement of Work | $274,633.87 | |
| VMT LLC | Match Flow Media | Inventory | Global Master Services Agreement | $57.82 | |
| Videology Inc. | Matthew Korbon | Other | | $0.00 | |
| Videology Inc. | Matthew M. Allegre dba Bentley Michaels | Other | | $0.00 | |
| VMT LLC | MAUDAU Ltd dba Video Jam TV | Inventory | Global Master Services Agreement | $0.00 | |
| Videology Inc. | McAfee | Other | | $0.00 | |
| Videology Media Technologies, LLC | McCann Disciplines Ltd | Inventory | Global Master Services Agreement | $0.00 | |
| VMT LLC | McCann Disciplines LTD UNDER SEKINDO FILE | Inventory | Global Master Services Agreement | $0.00 | |
| Videology Inc. | McMahon, Thomas | Employees w/ severance | | $0.00 | |
| VMT LLC | Media 122 | Inventory | Global Master Services Agreement | $150,691.32 | |
| VMT LLC | Media Convergence Group dba Newsy | Inventory | Global Master Services Agreement | $99.96 | |
| Videology Inc. | Media Two | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | MediaBrix - Mobile Video - Canada | Publisher | | $44,434.25 | |
| Videology Inc. | Mediahuis | Publisher | | $3,538.91 | |
| Videology Inc. | MediaLink, LLC - US | Other | | $35,000.00 | |
| Videology Inc. | Meme Video | Publisher | | $0.00 | |
| Videology Inc. | Mercer | Other | | $0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology, Inc. | Mercer Health & Benefits LLC & related signatory Mercer affiliates | Other | Master Services Agreement & all active SOWs | $0.00 | |
| Videology Ltd. | Mercer Limited for Aegon Elect Pension (UK) | Other | Engagement letter for Elect Pension Scheme & related T&Cs | $0.00 | |
| Videology Inc. | Merrill Communications | Other | | $2,439.94 | |
| Videology Inc. | Met Photo Inc | Other | | $1,065.68 | |
| Videology Inc. | MG Media | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Microsoft | License | Enterprise Agreement | $0.00 | |
| Videology Inc. | Microstrategy Services Corporation | Other | | $0.00 | |
| Videology Inc. | Microstrategy Services Corporation | Other | | $0.00 | |
| Videology, Inc. | Microstrategy Services Corporation | Other | Master Application Service Provider, Software License and Services Agreement Contract No. 295684 | $0.00 | |
| Videology, Inc. | Microstrategy Services Corporation | Other | Microstrategy Perennial Education Pass Agreement Microstrategy Contract No. 295484 | $0.00 | |
| Videology, Inc. | Microstrategy Services Corporation | Other | Microstrategy End User License Agreement (EULA) Contract No. 295484 | $0.00 | |
| Videology Inc. | Midasplayer Advertising Limited | Platform | VIDEOLOGY® PLATFORM TERMS OF SERVICE | $0.00 | |
| Videology Inc. | Miller's Minuteman Press | Other | | $0.00 | |
| Videology Inc. | Mindshare Media Ireland Limited | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | Mindshare Media Ireland Limited t/a GroupM Ireland | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | Mixpo, Inc. | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | MLCworks | Platform | Videology Platform Terms of Service | $0.00 | |
| VMT LLC | Mobile Fuse | Inventory | Global Master Services Agreement | $16.64 | |
| VMT LLC | Mobile Theory Inc | Inventory | Global Master Services Agreement | $0.00 | |
| Videology Inc. | Mobsta | Publisher | | $37,414.13 | |
| VMT LLC | moLOGIQ Inc | Inventory | Global Master Services Agreement | $108.42 | |
| VMT LLC | Motomy Media Ltd | Inventory | Global Master Services Agreement | $2,060.86 | |
| Videology Inc. | Mutual of Omaha | Other | | $563.83 | |
| Videology Inc. | NAB | Other | | $0.00 | |
| Videology Inc. | Natrajan, Anand | Employees w/ severance | | $0.00 | |
| Videology Inc. | Navex Global f/k/a Network Inc. | Other | | $0.00 | |
| Videology Inc. | NBCUniversal Media, LLC. | Platform | Advertising Insertion Order | $0.00 | |
| Videology Inc. | NBCUniversal Media, LLC. | Platform | TRIAL AGREEMENT | $0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|--------|---------------|---------------|----------------|-------------|-------|
| Videology, Inc. | NC Ventures  LLC | Data | Platform Provider Access Agreement | $1,325.92 | |
| Videology Inc. | NC Ventures  LLC dba Nielson Catalina Solutions | Data | Platform Provider Access Agreement | $1,325.92 | |
| Videology Inc. | Neo Facto LP | Other | | $0.00 | |
| Videology Inc. | Netsertive Inc. f/k/a Mixpo | Other | | $9,760.63 | |
| Videology Inc. | NetSuite | Platform | Subscription Services Agreement | $0.00 | |
| Videology Inc. | Neustar, Inc. | Data | Master Services Agreement | $39,936.16 | |
| Videology, Inc. | New Relic, Inc. | Software | Stand Alone Order & Purchase Order Form | $10,608.00 | |
| Videology Inc. | New York Times | Publisher | | $19.91 | |
| Videology Inc. | NewBay Media LLC | Other | | $12,500.00 | |
| Videology Inc. | News Ireland | Publisher | | $60.01 | |
| Videology Inc. | Newsy | Publisher | | $22,311.40 | |
| Videology Inc. | Nexage - AOL | Publisher | | $0.00 | |
| Videology Inc. | Nielsen - Net Ratings LLC | Data | Nielsen Online Campaign Ratings (OCR) Agreement Platform | -- | Parties are in the process of reconciling the amounts. |
| VMT LLC | NinthDecimal Inc. | Data | NinthDecimal Location Conversion Index (LCI) Channel Partner Provision Agreement | $0.00 | |
| Videology Inc. | NinthDecimal, Inc. | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | NLogic, Inc. | Data | NLogic Terms of Service | $11,128.42 | |
| VMT LLC | Nova Roll LLC | Inventory | Global Master Services Agreement | $666.81 | |
| Videology, Inc. | Numeris | Data | License Agreement | $0.00 | |
| Videology Inc. | Oanda | | | $0.00 | |
| Videology Inc. | OboxMedia - Video - Canada | Publisher | | $0.00 | |
| Videology Limited | Omnicom Group, Inc. | Platform | Videology Service Master Services Agreement for Agencies | $0.00 | |
| Videology, Inc. | Omnicom Media Group Holdings, Inc. | Platform | Videology Service Master Services Agreement for Agencies | $0.00 | |
| Videology Ltd. | Omnicom Media Group UK Ltd. | Platform | Affiliate Addendum to PSA | $0.00 | |
| Videology Inc. | Omnicom Media Groupe S.L. | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | Omnicom Media Groupe S.L. Spain | Platform | Affiliate Addendum to PSA | $0.00 | |
| Videology Inc. | Omnicom Media Groupe SAS | Platform | Platform Services Agreement | $0.00 | |
| Videology Ltd. | Omnicom Media Groupe SAS France | Platform | Affiliate Addendum to PSA | $0.00 | |
| Videology, Inc. | Onesource Water | Equipment leases | Rental Agreement #102320 | $0.00 | |
| Videology Inc. | Onesource Water | Other | | $0.00 | |
| Videology Inc. | OneTrust | Platform | End User License Agreement | $0.00 | |
| Videology Inc. | OpenX | Publisher | | $176,324.34 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Media Technologies, LLC | OpenX Technologies, inc. | Publisher | OpenX Ad Exchange Supply Agreement | $176,324.34 | |
| VMT LLC | Opera Mediaworks | Inventory | Global Master Services Agreement | $2,813.22 | |
| Videology Inc. | Oprah.com | Publisher | | $0.00 | |
| VMT LLC | Optimatic Media Inc | Inventory | Master Services Agreement | $628,185.50 | |
| Videology Inc. | Oracle | | | $41,250.00 | |
| Videology Inc. | Outrigger Media, Inc | Other | | $0.00 | |
| VMT LLC | OV Guide.com, Inc | Inventory | Global Master Services Agreement | $6,274.02 | |
| Videology Inc. | Own Digital LLC * | Inventory | Inventory Purchase Contract | $0.00 | |
| Videology Inc. | Pager Duty | Other | | $0.00 | |
| Videology Inc. | PagerDuty | Other | | $0.00 | |
| VIdeology Inc. | Paragon Digital Services Pte Ltd | Other | Master Services Agreement | $22,714.11 | |
| Videology Limited | Paragon Document Solutions Ltd | Equipment leases | Sales Order & Service Agreement/ Feb 5, 2015 | $0.00 | |
| Videology Limited | Paragon Document Solutions Ltd | Equipment leases | | $0.00 | |
| Videology Limited | Paragon Document Solutions Ltd | Equipment leases | Sales Order & Service Agreement/ Aug 3, 2015 | $0.00 | |
| Videology Inc. | Park Place Technologies | Other | | $0.00 | |
| Videology Inc. | Pathmatics, Inc. | Other | | $2,500.00 | |
| Videology Inc. | Peakbit LLC | Other | | $0.00 | |
| Videology Inc. | Pelmorex | Publisher | | $7,707.81 | |
| Videology Inc. | Perform | Publisher | | $1,018,087.35 | |
| Videology Media Technologies, LLC | Perform Sporting News LLC | Publisher | Master Services Agreement | $1,018,087.35 | |
| Videology Inc. | Phillips Headquarters, LLC | Lease | Parking Lease Agreement (1215 E. Fort Ave.) | $0.00 | |
| Videology Inc. | PI Midlantic - Praendex Midlantic | Other | | $0.00 | |
| Videology, Inc. | Pingdom | Software | Quote & Order Form | $0.00 | |
| Videology, Inc. | Pitney Bowes Global Financial Services | Equipment leases | Lease Renewal Agreement | $1,626.55 | |
| Videology Inc. | Plainfields Tag A&E (Xaxis Pays Pub) | Publisher | | $0.00 | |
| Videology Inc. | Plainsfield Media - Videology Clears | Publisher | | $0.00 | |
| VMT LLC | Positive Mobile Holdings Ltd | Inventory | Global Master Services Agreement | $408,960.44 | |
| Videology, Inc. | PR Newswire Services | Platform | Distribution Services Agreement | $249.00 | |
| Videology Inc. | PriceWaterhouseCoopers LLP | Other | | $69,000.00 | |
| Videology Inc. | Prisa | Publisher | | $127,940.68 | |
| Videology Inc. | ProActive | Publisher | | $6,513.33 | |
| Videology Media Technologies, LLC | Pub Matic Inc | Inventory | Public Demand Service Order | $27.81 | |
| Videology Inc. | Publicidad | Publisher | | $9,548.16 | |
| VMT LLC | Publishers Clearing House LLC | Inventory | Global Master Services Agreement | $15,251.74 | |
| Videology Media Technologies, LLC | PulsePoint | Publisher | master services Agreement | $83,246.17 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | Pure | Publisher | | $0.00 | |
| VMT LLC | Q1 Media Inc | Inventory | Global Master Services Agreement | $0.00 | |
| Videology Inc. | Quality Building Services Corp. | Other | | $573.86 | |
| Videology Inc. | Qualtrics LLC | Other | | $0.00 | |
| Videology Inc. | Qualys Inc. | Other | | $0.00 | |
| Videology Inc. | Quebecor - Instream - Direct | Publisher | | $6,154.00 | |
| Videology Inc. | Quest Software | Platform | License Agreement | $404.72 | |
| Videology Inc. | R3 Continuum LLC | Other | | $0.00 | |
| Videology, Inc. | Rackspace US, Inc. | Other | Term Renewal Agreement & related Service Orders & Hosting Agreement | $24,809.21 | |
| Videology, Inc. | Randstad Technologies | Other | Services Agreement (Job contract) | $0.00 | |
| Videology Inc. | Randstad Technologies  dba Randstad Professionals LP- US (job postings) | Other | Services Agreement (Job contract) | $0.00 | |
| Videology Inc. | Rassling Cats Software | Platform | Master Services Agreement | $12,780.00 | |
| Videology Inc. | Real Media Group * | Inventory | Inventory Purchase Contract | $1,310.83 | |
| Videology Ltd. | Regus | Lease | Office Lease Agreement (12600 Hill Country Blv., Suite 238, Bee Cave TX 78738) | $677.27 | |
| Videology Inc. | Regus | Lease | Office Lease (London | $0.00 | |
| Videology Inc. | Reliance Standard Life Insurance Co. | Other | | $0.00 | |
| Videology Inc. | Rentokil Initial UK Limited (Rentokil-DD, Initial-Wire) | Publisher | | $1,227.81 | |
| Videology Inc. | Rentrak | Data | Master Data License Agreement | $30,000.00 | |
| Videology, Inc. | Rentrak (now ComScore Inc.) | Data | Master Data License Agreement | $30,000.00 | |
| Videology Inc. | Right Management Inc. | Other | | $2,000.00 | |
| VMT LLC | Right This Minute LLC | Inventory | Global Master Services Agreement | $3,694.11 | |
| Videology Inc. | Rise Interactive Media & Analytics LLC | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | Robert Half International | Other | | $7,191.00 | |
| Videology Inc. | Rogers - Matchbuy - KAO | Publisher | | $16,796.62 | |
| VMT LLC | ROI Media Consultants | Inventory | Global Master Services Agreement | $161.66 | |
| Videology Inc. | Rosati, Brian | Employees w/ severance | | $0.00 | |
| Videology Ltd. | RTE Commercial Enterprises Ltd | Publisher | Video on Demand Inventory T&Cs | $380,071.38 | |
| Videology Inc. | Rubicon | Publisher | | $658.47 | |
| Videology Inc. | Rubicon Exchange - US | Publisher | | $618,464.17 | |
| Videology Inc. | Saas Consulting Group | Other | Master Services Agreement (Consulting) | $0.00 | |
| Videology Inc. | SaaS Consulting Group | Other | | $0.00 | |
| Videology Inc. | Safe Harbors Business Travels, Inc. | Other | Travel Management Services Agreement | $0.00 | |
| Videology Inc. | Safe Harbors Business Travels, Inc. | Other | | $0.00 | |
| Videology Inc. | salesforce.com, inc. | Platform | Master Services Agreement | $0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | Sanitas | Other | | $0.00 | |
| Videology Inc. | SBS | Publisher | | $181.05 | |
| Videology Inc. | Scalar Group Inc. | Other | | $0.00 | |
| Videology Inc. | Screen Media Ventures, LLC | Inventory | Inventory Purchase Contract | $0.00 | |
| Videology Inc. | Section: Media Ltd | Publisher | | $9,573.20 | |
| Videology Inc. | Security & Energy Technologies Corp. | Other | | $0.00 | |
| Videology Inc. | Sekindo | Publisher | | $136,126.83 | |
| Videology Inc. | Sentry | | | $0.00 | |
| VMT LLC | Seracast Digital LLC | Inventory | Global Master Services Agreement | $28,131.92 | |
| VMT LLC | Share This Inc | Data | Data License Agreement | $0.00 | |
| Videology Inc. | Sherwood Partners, Inc. | Other | Engagement Letter (Consulting and Advisory services) | $0.00 | |
| Videology Inc. | Sherwood Partners, Inc. | Other | | $0.00 | |
| Videology Inc. | Sigstr | Platform | Software License Agreement | $2,999.00 | |
| Videology Inc. | SilkRoad | Other | | $0.00 | |
| Videology Inc. | Sinclair Television Group LLC | Inventory | Inventory Purchase Contract | $31,402.97 | |
| Videology Ltd. | Sky UK LLC | Platform | Videology Platform Services Media Management | $599,664.46 | |
| Videology Ltd. | Sky UK LLC (AdSmart) | Publisher | Sky Video Inventory (Adsmart) Agreement | $4,190,991.23 | |
| Videology Limited | Sky Video Inventory | Platform | Agreement | $0.00 | |
| Videology Ltd. | SkyNet | Publisher | Inventory Purchase Contract | $44,365.69 | |
| VMT LLC | SlimCut Media | Inventory | Global Master Services Agreement | $68.04 | |
| Videology Inc. | Sloane & Company | Other | Engagement Letter (Strategic Communications Support) | $0.00 | |
| Videology Inc. | Sloane & Company | Other | | $0.00 | |
| Videology Ltd. | smartclip Holding AG | Publisher | smartX Platform Demand Side Master Services Agreement | $1,045,089.62 | |
| Videology Inc. | Smartsheet | Platform | Software License Agreement | $0.00 | |
| Videology, Inc. | SmartyContent | Publisher | Agreement | $92,565.35 | |
| Videology Inc. | Smith, Daniel | Employees w/ severance | | $0.00 | |
| Videology Inc. | Snap Inc | Publisher | | $0.00 | |
| Videology Inc. | Snowflake Computing, Inc. | Platform | Master SaaS Agreement | $181,140.55 | |
| Videology Inc. | Solium Plan Managers | Platform | Software License Agreement | $0.00 | |
| VMT LLC | Sony Pictures Television | Inventory | Master Services Agreement | $195.26 | |
| VMT LLC | Source Knowledge Inc | Inventory | Inventory Insertion Order | $3.84 | |
| Videology Inc. | Space | Platform | VIDEOLOGY® PLATFORM TERMS OF SERVICE | $0.00 | |
| Videology Inc. | Spark Foundry | Publisher | | $28,583.68 | |
| Videology Inc. | Spilgames | Publisher | | $13,017.14 | |
| Videology Inc. | Sports New Media | Publisher | | $796.14 | |
| Videology Inc. | Sports New Media | Inventory | Inventory Purchase Contract | $0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | Spotify | Publisher | | $44,283.34 | |
| Videology Media Technologies, LLC | Spotify USA Inc. | Publisher | Global Master Services Agreement | $46,131.45 | |
| Videology, Inc. | Spotinst | Platform | Software License Agreement | $2,475.58 | |
| Videology Inc. | Spotx | Publisher | Agreement | $599,335.22 | |
| Videology Inc. | SpotXchange | Publisher | Agreement | $589,757.78 | |
| Videology Inc. | Spy Alarms | Publisher | | $597.72 | |
| Videology Inc. | Sravanapudi, Ajay | Employees w/ severance | | $0.00 | |
| Videology Inc. | STAQ | Platform | Software License Agreement | $24,000.00 | |
| Videology, Inc. | STAQ, Inc. | Platform | Software License Agreement | $24,000.00 | |
| Videology Inc. | Starcom MediaVest Inc. | Platform | | $0.00 | |
| Videology Inc. | Sticky | Publisher | | $2,770.66 | |
| VMT LLC | Stitch Video Inc | Inventory | Global Master Services Agreement | $74,619.61 | |
| Videology Inc. | Strategy Source | Other | | $0.00 | |
| Videology Inc. | Stream Companies, Inc | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | STV | Publisher | | $71,181.66 | |
| Videology Inc. | Sun | | | $0.00 | |
| VMT LLC | Surfer NETWORK | Inventory | Global Master Services Agreement | $303.45 | |
| Videology, Inc. | Symphony Health Solutions Corporation | Data | Master Services and License Agreement | $0.00 | |
| VMT LLC | Taptica International Ltd | Inventory | Global Master Services Agreement | $0.36 | |
| Videology Inc. | Targetopia, a TARGET CONNECTION S.L. corporation | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | Tarpey, Ken | Employees w/ severance | | $0.00 | |
| Videology Media Technologies, LLC | Teads Technology SAS | Inventory | Global Master Services Agreement | $812,811.41 | |
| Videology Inc. | Tech USA, LLC | Other | Services Agreement (Job contract) | $20,125.00 | |
| Videology Inc. | Tegna | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Teksystems, Inc. | Other | Services Agreement for Staffing and Recruitment | $38,640.00 | |
| Videology Inc. | Teksystems, Inc. | Other | | $38,640.00 | |
| Videology Inc. | Telegraph Medea Group | Inventory | Inventory Purchase Contract | $522.76 | |
| Videology Inc. | TG4 | Publisher | | $10,808.99 | |
| Videology Inc. | The Drum - US | Other | | $0.00 | |
| Videology Inc. | The Exchange Lab | Platform | Advertising Insertion Order | $0.00 | |
| Videology Inc. | The Harry Walker Group | Other | | $0.00 | |
| Videology Inc. | The Millennium Alliance, LLC | Other | | $0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology, Inc. | The Nielsen Company (US) | Data | Master Data & Media Planning License Agreement & all SOWs | -- | Parties are in the process of reconciling the amounts. |
| Videology Media Technologies, LLC | The Rubicon Project (Exchange - US) | Publisher | Rubicon Project Platform Access & Service Agreement | $618,464.17 | |
| VMT LLC | The Turf Agency | Inventory | Global Master Services Agreement | $168,000.00 | |
| Videology, Inc. | The Ultimate / Software Group, Inc. | Platform | Master Subscription Agreement | $0.00 | |
| Videology Inc. | The Ultimate Software Group, Inc. | Platform | Master Subscription Agreement | $0.00 | |
| Videology Inc. | The Village Communications | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | The Weather Channel LLC | Inventory | Advertising Network Agreement | $0.00 | |
| Videology Inc. | Third Presence | Publisher | | $11,518.68 | |
| Videology Inc. | Thomson Reuters | License | Order Form (Practical Law subscription) | $6,276.77 | |
| Videology Inc. | Thomson Reuters | Other | | $6,276.77 | |
| VMT LLC | Thryve Media LLC | Inventory | Global Master Services Agreement | $12,332.86 | |
| Videology Limited | Time, Inc. (UK) Ltd. | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | TMF Group | Other | | $6,225.64 | |
| Videology Inc. | TMF Group | Other | Master Services Agreement (Corporate Governance Services) | $6,225.63 | |
| Videology Inc. | TMF Group - Spain | Publisher | | $6,225.64 | |
| Videology Inc. | TMRW Corp. | Other | | $0.00 | |
| Videology Inc. | Tommy Stalknecht | Other | | $0.00 | |
| Videology Limited | Toolplay Internet Reklam Hizm. Tic. A.S. | Platform | Amended and Restated Platform Services Agreement | $0.00 | |
| VMT LLC | Tout Inc | Inventory | Global Master Services Agreement | $45,752.09 | |
| Videology Inc. | Tractor Supply Co | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | Travelers | Other | | $0.00 | |
| Videology Inc. | Travelers Casualty Ins. Co. of America | Other | Insurance - Technology Office Pac/General Commercial Insurance | $0.00 | |
| Collider | Travelers Casualty Ins. Co. of America | Other | Insurance - Technology Office Pac/General Commercial Insurance | $0.00 | |
| VMT LLC | Travelers Casualty Ins. Co. of America | Other | Insurance - Technology Office Pac/General Commercial Insurance | $0.00 | |
| Lucid | Travelers Casualty Ins. Co. of America | Other | Insurance - Technology Office Pac/General Commercial Insurance | $0.00 | |
| Videology Media Technologies, LLC | Tremor Video Inc & Tremor Video Limited | Inventory | Real Time Bidding Platform Agreement | $728,036.29 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| VMT LLC | Tremor Video Inc ; Tremor Video Limited | Inventory | Real Time Bidding Platform Agreement | $0.00 | |
| VMT LLC | Tribune Broadcasting Company LLC | Inventory | Global Master Services Agreement | $2,867.55 | |
| Videology Inc. | Trion  NEED CONTRACT | Inventory | | $17,458.12 | |
| VMT LLC | TRU OPTIK | Data | Master Service Agreement | $15,483.82 | |
| Videology Inc. | TS Creative | Other | Independent Contractor - Creative Services | $0.00 | |
| Videology Inc. | TV3 | Publisher | | $220,463.15 | |
| Videology, Inc. | Ultimate Software Group, Inc. | Software | Master Subscription Agreement | $0.00 | |
| Videology Inc. | Unidad Editorial | Publisher | | $1,206.68 | |
| Videology Inc. | Unique Digital | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | United Healthcare | Other | Group Policy (Health Care) | $0.00 | |
| Videology Ltd. | Unum Limited aka Claims Services Intl Ltd (UK Life Insurance) | Other | Unum Life Assurance Master Plan & Notices of Participation (Co. Reg. 07476031) | $0.00 | |
| Videology Inc. | UTV | Publisher | | $0.04 | |
| Videology Inc. | V Interactions | Publisher | | $1,168.54 | |
| Videology Inc. | Varick Media Management LLC | Platform | Platform Services Agreement | $0.00 | |
| Videology Media Technologies, LLC | Vdopia Inc. | Publisher | Global Master Services Agreement | $516,201.49 | |
| VMT LLC | Velis Media LTD | Inventory | Global Master Services Agreement | $0.00 | |
| Videology Inc. | Venatus | Publisher | | $8,463.85 | |
| Videology Inc. | Verizon | Other | | $286.00 | |
| Videology Inc. | Verizon Wireless | Other | | $63.24 | |
| VMT LLC | Vertamedia LLC | Inventory | Global Master Services Agreement | $133.40 | |
| Videology Inc. | Vevo | Publisher | | $76,537.58 | |
| VMT LLC | Vexigo Ltd | Inventory | Global Master Services Agreement | $1,584.99 | |
| Videology Inc. | Viacom International Inc. | Platform | MASTER LICENSE AND SERVICES AGREEMENT | $0.00 | |
| VMT LLC | Vicki Inc | Inventory | Global Master Services Agreement | $17,015.29 | |
| VMT LLC | Vidazoo Ltd | Inventory | Global Master Services Agreement | $45,415.36 | |
| Videology Inc. | Video Destination LLC | Other | | $0.00 | |
| VMT LLC | Video Mize | Inventory | Global Master Services Agreement | $0.00 | |
| VMT LLC | Video Tela | Inventory | Global Master Services Agreement | $341.74 | |
| Videology Inc. | VideoAmp, Inc. | Other | | $329.94 | |
| Videology Inc. | Videoflare | Publisher | | $263.95 | |
| Videology Inc. | VideoJam.tv (Mandau Ltd) | Publisher | | $0.00 | |
| VMT LLC | Vidillion Inc | Inventory | Global Master Services Agreement | $59,634.75 | |
| Videology Inc. | Vidoomy Spain | Platform | Videology Platform Terms of Service | $0.00 | |
| Videology Inc. | VidZone | Publisher | | $84.11 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Inc. | VInteractions - Instream - French - Canada | Publisher | | $1,700.28 | |
| VMT LLC | Viralize SRL | Inventory | Global Master Services Agreement | $16,671.76 | |
| Videology Inc. | Virgin Media | Publisher | | $12,464.28 | |
| Videology Media Technologies, LLC | VisualDNA | Data | Data License Agreement | | |
| Videology Inc. | Vivaki Inc. | Platform | Restated and Amended Gloabl Terms of Service | $0.00 | |
| Videology, Inc. | Vivaki Inc. dba Publicis | Platform | Restated and Amended Global Terms of Service | $0.00 | |
| Videology, Inc. | VPI Pet - Veterinary Pet Insuance Company | Other | Group Application  (Pet insurance) | $241.20 | |
| Videology Inc. | VPI Pet - Veterinary Pet Insuance Company, C/O DMV Insurance Agency, Inc | Other | Group Application  (Pet insurance) | $188.48 | |
| VMT LLC | Vungle | Inventory | Global Master Services Agreement | $3,276.28 | |
| Videology Inc. | Washington Post Company | Publisher | | $0.00 | |
| Videology Inc. | Waterlogic | Other | | $462.94 | |
| Videology Inc. | WB Mason Co, Inc. | Other | | $4,241.12 | |
| Videology Inc. | Weather Network | Publisher | | $2,145.85 | |
| Videology Inc. | WEB3 LTD | Publisher | | $82.74 | |
| Videology Inc. | Webb Legal Group | Other | | $0.00 | |
| Videology, Inc. | Weborama S.A. | Data | Data License and Partnership Agreement | $1,281.34 | |
| Videology Inc. | Wells Fargo | Other | | $0.00 | |
| Videology Inc. | Wells Fargo - P Card | Other | | $47,158.12 | |
| Videology Inc. | Wells Fargo Financial Svcs | Equipment leases | | $9,957.95 | |
| Videology Inc. | William T. Scherer | Other | | $0.00 | |
| Videology Inc. | Wistia | Platform | Software License Agreement | $0.00 | |
| Videology, Inc. | World Travel, Inc. | Other | Agreement (Provision of Travel Agency Services) | $570.00 | |
| Videology, Inc. | World Travel, Inc. | Other | Agreement (Provision of Travel Agency Services) | $0.00 | |
| Videology Ltd. | Xaxis Austria | Platform | Affiliate Adopting Agreement to Xaxis Inc PSA | $0.00 | |
| Videology Ltd. | Xaxis Belgium | Platform | Affiliate Adopting Agreement to Xaxis Data Sync | $0.00 | |
| Videology, Inc. | Xaxis Canada | Platform | Affiliate Adopting Agreement to Xaxis Data Sync | $0.00 | |
| Videology Inc. | Xaxis Digital UK (Media Buying) | Platform | Media Buying Agreement | $0.00 | |
| Videology Ltd. | Xaxis Finland | Platform | Affiliate Adopting Agreement to Xaxis Inc PSA | $0.00 | |

| Debtor | Counter Party | Contract Type | Contract Title | Cure Amount | Notes |
|---|---|---|---|---|---|
| Videology Ltd. | Xaxis Norway | Platform | Affiliate Adopting Agreement to Xaxis Inc PSA | $0.00 | |
| Videology Ltd. | Xaxis Sweden | Platform | Affiliate Adopting Agreement | $0.00 | |
| Videology Limited | Xaxis UK | Platform | Data Sync Agreement | $0.00 | |
| Videology Ltd. | Xaxis UK (Data Sync) | Platform | Data Sync Agreement | $0.00 | |
| Videology Inc. | Xaxis US / Xaxis Inc. | Platform | Platform Services Agreement | $0.00 | |
| Videology, Inc. | Xaxis US LLC | Platform | Affiliate Adopting Agreement to Xaxis Inc PSA | $0.00 | |
| Videology Inc. | Xaxis, Inc. | Platform | Platform Services Agreement | $0.00 | |
| Videology Inc. | XMP Accent Health Digital Out of Home Video Inventory | Publisher | | $450.69 | |
| Videology, Inc. | Yahoo Japan Corporation | Platform | Master License and Services Agreement & related agreements and side letters | $0.00 | |
| Videology Ltd. | Yahoo! UK Limited | Publisher | Agreement--Advertiser Terms & Conditions | $273,942.38 | |
| Videology Inc. | Yasasvini Puligundla | Other | | $0.00 | |
| VMT LLC | Yashi | Inventory | Global Master Services Agreement | $46,664.74 | |
| VMT LLC | Yellowhammer Media Group | Inventory | Global Master Services Agreement | $313,088.88 | |
| Videology Inc. | YG Digital/RR Discovery | Publisher | | $45,031.62 | |
| Videology, Inc. | You Earned It! | Platform | Software License Agreement | $0.00 | |
| Videology Inc. | Yume | Publisher | | $37,877.05 | |
| Videology Inc. | Yupptv | Publisher | | $4,810.01 | |
| Videology Inc. | Zayo Group | Other | | $4,140.08 | |
| Videology Inc. | Zayo Group, LLC | Other | Internet Services Order | $4,140.08 | |
| VMT LLC | Zedo Inc | Inventory | Global Master Services Agreement | $83,153.35 | |
| Videology Media Technologies, LLC | zeotap GmbH | Data | Data License Agreement | | |
| VMT LLC | Zephyr Digital Inc | Inventory | Global Master Services Agreement | $1,010.40 | |
| Videology Inc. | Zigt Media Backoffice B.V. | Platform | Platform Services Agreement | $0.00 | |