IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| VIDEOLOGY, INC., *et al.*,[1] | : | Case No. 18-11120 (BLS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket No. 183 |
| _____ | : | |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
TRION INTERACTIVE TO NOTICE TO COUNTERPARTIES
TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF
THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED**

Trion Interactive (**"Trion"**), by and through its undersigned counsel, files the following limited objection and reservation of rights to the Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May Be Assumed and Assigned [Docket No. 183] (the **"Cure Notice"**)[2] filed by the above-captioned debtors and debtors-in-possession (collectively, **"Debtors"**), and states as follows:

## BACKGROUND

1. On May 10, 2018 (the **"Petition Date"**), each of Debtors filed a voluntary petition for Chapter 11 relief in the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**).

2. Prior to the Petition Date, Trion entered into a Global Master Services Agreement dated February 2, 2015 (together with all addendums and exhibits, the **"Trion Contract"**) with

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191); Collider Media, Inc. (8602); Videology Media Technologies, LLC (6243); LucidMedia Networks, Inc. (8566); and Videology, Ltd, a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Cure Notice.

21120536v.1

Videology Media Technologies, LLC, Videology Media Technologies, B.V., and Videology Media Technologies PTE Ltd. (collectively, **"VMT"**).

3. On May 14, 2018, the Debtors filed Debtors' Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts, and (C) Granting Related Relief [Docket No. 39] (the **"Sale Motion"**).

4. On June 8, 2018, Debtors filed the Cure Notice, which designates a contract between Videology Inc. and Trion for possible assumption and assignment and sets forth a proposed cure amount of $17,458.12 (the **"Proposed Cure Amount"**) in connection therewith. The Cure Notice describes the contract as follows:

| **Debtor** | **Counter Party** | **Contract Type** | **Contract Title** | **Proposed Cure Amount** |
|---|---|---|---|---|
| Videology Inc. | Trion NEED CONTRACT | Inventory | [Blank] | $17,458.12 |

### LIMITED OBJECTION

5. Trion files this limited objection to the Cure Notice, first, because the Proposed Cure Amount referenced therein is understated and, second, to provide additional information about the Trion Contract so that prospective purchasers can determine whether to designate the contract for assumption and assignment. The Trion Contract is marked "VMT Confidential." As such, Trion has not attached a copy of the Trion Contract hereto. However, Trion will provide a

copy of the Trion Contract to Debtors' counsel so that they may, in their discretion, provide it to prospective purchasers or other interested parties upon request. Trion also notes that the Debtor counterparty to the Trion Contract is Videology Media Technologies, LLC, not Videology Inc. as indicated in the Cure Notice.

6. Under Section 365(b)(1) of the Bankruptcy Code, a contract may be assumed as an executory contract only if the debtor, at the time of such assumption, cures outstanding defaults or provides adequate assurance that they will be promptly cured. Trion's records reflect an overdue balance of $85,657.97[3] in connection with the Trion Contract. Copies of Trion's account statement and supporting invoices are attached as Exhibit **"A"** hereto.

7. Consequently, the Proposed Cure Amount does not satisfy the requirement under Section 365(b)(1) of the Bankruptcy Code that Debtors fully cure all monetary defaults in order to assume the Trion Contract. As a result of the foregoing, Trion hereby objects to the Proposed Cure Amount. Any assumption of the Trion Contract must be conditioned upon full payment of the outstanding balance of $85,657.97.[4]

## **RESERVATION OF RIGHTS**

8. Trion reserves the right to supplement and/or amend this limited objection and to introduce evidence at any hearing related to the Sale Motion and/or the Cure Notice and this limited objection.

---

[3] Per the terms of the Trion Contract (net 90), $85,084.07 is presently overdue, and $573.90 will become overdue on July 18, 2018.
[4] Although Trion previously notified VMT that the Trion Contract was being terminated as a result of VMT's payment defaults, it would be willing to reinstate the Trion Contract if the full cure amount of $85,657.97 is paid.

-4-

**WHEREFORE**, Trion respectfully requests that this Honorable Court condition the assumption and assignment of the Trion Contract on the full payment of the correct cure amount of $85,657.97 and provide such further relief as this court deems just and proper.

| | |
|---|---|
| Dated: July 2, 2018 | **WHITE AND WILLIAMS LLP** |
| | By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
600 N. King Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 467-4520
Fax:  (302) 467-4550
casarinom@whiteandwilliams.com |
| | - and - |
| | Amy E. Vulpio
PA ID No. 84477
1650 Market Street, Suite 1800
Philadelphia, PA  19103
Telephone:  (215) 864-6250
Fax:  (215) 789-7550
vulpioa@whiteandwilliams.com |
| | *Attorneys for Trion Interactive* |