EXHIBIT "A"

# Statement

Trion Interactive
110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

| Date |
| --- |
| 4/20/2018 |

| To: |
| --- |
| Videology<br>Amy Mastiano, Kevin Maloy, Sarah Powell |

| Amount Due | Amount Enc. |
| --- | --- |
| $85,657.97 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 06/01/2017 | INV #2749. Orig. Amount $10,481.39. | 7,694.91 | 7,694.91 |
| 07/01/2017 | INV #2784. Orig. Amount $4,932.55. | 4,932.55 | 12,627.46 |
| 08/01/2017 | INV #2817. Orig. Amount $35,154.70. | 35,154.70 | 47,782.16 |
| 09/01/2017 | INV #2854. Orig. Amount $16,290.01. | 16,290.01 | 64,072.17 |
| 10/01/2017 | INV #2895. Orig. Amount $3,378.32. | 3,378.32 | 67,450.49 |
| 11/01/2017 | INV #2922. Orig. Amount $4,527.20. | 4,527.20 | 71,977.69 |
| 12/01/2017 | INV #2960. Orig. Amount $3,457.43. | 3,457.43 | 75,435.12 |
| 01/01/2018 | INV #2985. Orig. Amount $1,919.29. | 1,919.29 | 77,354.41 |
| 02/01/2018 | INV #3004. Orig. Amount $2,055.94. | 2,055.94 | 79,410.35 |
| 03/01/2018 | INV #3022. Orig. Amount $1,867.10. | 1,867.10 | 81,277.45 |
| 04/01/2018 | INV #3050. Orig. Amount $3,806.62. | 3,806.62 | 85,084.07 |
| 04/19/2018 | INV #3056. Orig. Amount $573.90. | 573.90 | 85,657.97 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 4,380.52 | 1,867.10 | 2,055.94 | 77,354.41 | $85,657.97 |



# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2017 | 2749 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # | |
|---|---|---|---|
| Net 90 | 8/30/2017 | | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| May 2017 Programmatic Video | | | | |
| Group M PBU | 1,992,792 | | | 9,963.96 |
| Videology Marketplace | 151,724 | | | 517.43 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| | |
|---|---|
| Total | $10,481.39 |
| Payments/Credits | -$2,786.48 |
| Balance Due | $7,694.91 |



# Invoice

| Date | Invoice # |
|---|---|
| 7/1/2017 | 2784 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # |
|---|---|---|
| Net 90 | 9/29/2017 | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| June 2017 Programmatic Video | | | | |
| Group M PBU | 601,409 | | | 3,007.05 |
| Videology Marketplace | 420,727 | | | 1,925.50 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| | |
|---|---|
| Total | $4,932.55 |
| Payments/Credits | $0.00 |
| Balance Due | $4,932.55 |



# Invoice

| Date | Invoice # |
|---|---|
| 8/1/2017 | 2817 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # | |
|---|---|---|---|
| Net 90 | 10/30/2017 | | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| July 2017 Programmatic Video | | | | |
| Group M PBU | 6,954,494 | | | 34,772.47 |
| Videology Marketplace | 127,303 | | | 382.23 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| | |
|---|---|
| Total | $35,154.70 |
| Payments/Credits | $0.00 |
| Balance Due | $35,154.70 |



# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2017 | 2854 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| | Terms | Due Date | Account # | |
|---|---|---|---|---|
| | Net 90 | 11/30/2017 | | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| August 2017 Programmatic Video | | | | |
| Group M PBU | 3,074,962 | | | 15,374.81 |
| Videology Marketplace | 305,015 | | | 915.20 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| Total | $16,290.01 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $16,290.01 |



# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2017 | 2895 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # |
|---|---|---|
| Net 90 | 12/30/2017 | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| September 2017 Programmatic Video | | | | |
| Group M PBU | 602,293 | | | 3,011.47 |
| Videology Marketplace | 122,263 | | | 366.85 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| Total | $3,378.32 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $3,378.32 |



# TrionInteractive

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2017 | 2922 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| | Terms | Due Date | Account # |
|---|---|---|---|
| | Net 90 | 1/30/2018 | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| October 2017 Programmatic Video | | | | |
| Group M PBU | 348,733 | | | 1,743.67 |
| Videology Marketplace | 927,689 | | | 2,783.53 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| | |
|---|---|
| Total | $4,527.20 |
| Payments/Credits | $0.00 |
| Balance Due | $4,527.20 |



# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2017 | 2960 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| | Terms | Due Date | Account # | |
|---|---|---|---|---|
| | Net 90 | 3/1/2018 | | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| November 2017 Programmatic Video | | | | |
| Group M PBU | 419,983 | | | 2,099.92 |
| Videology Marketplace | 452,428 | | | 1,357.51 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| Total | $3,457.43 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $3,457.43 |



# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2018 | 2985 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043
347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # | |
|---|---|---|---|
| Net 90 | 4/1/2018 | | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| December 2017 Programmatic Video | | | | |
| Group M PBU | 63,826 | | | 319.13 |
| Videology | 533,297 | | | 1,600.16 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| | |
|---|---|
| Total | $1,919.29 |
| Payments/Credits | $0.00 |
| Balance Due | $1,919.29 |



# Invoice

| Date | Invoice # |
|---|---|
| 2/1/2018 | 3004 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # |
|---|---|---|
| Net 90 | 5/2/2018 | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| January 2018 Programmatic Video Videology Marketplace | 685,198 | | | 2,055.94 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| | |
|---|---|
| Total | $2,055.94 |
| Payments/Credits | $0.00 |
| Balance Due | $2,055.94 |

# Statement

Trion Interactive
110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

| Date |
| --- |
| 4/20/2018 |

| To: |
| --- |
| Videology<br>Amy Mastiano, Kevin Maloy, Sarah Powell |

| Amount Due | Amount Enc. |
| --- | --- |
| $85,657.97 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 06/01/2017 | INV #2749. Orig. Amount $10,481.39. | 7,694.91 | 7,694.91 |
| 07/01/2017 | INV #2784. Orig. Amount $4,932.55. | 4,932.55 | 12,627.46 |
| 08/01/2017 | INV #2817. Orig. Amount $35,154.70. | 35,154.70 | 47,782.16 |
| 09/01/2017 | INV #2854. Orig. Amount $16,290.01. | 16,290.01 | 64,072.17 |
| 10/01/2017 | INV #2895. Orig. Amount $3,378.32. | 3,378.32 | 67,450.49 |
| 11/01/2017 | INV #2922. Orig. Amount $4,527.20. | 4,527.20 | 71,977.69 |
| 12/01/2017 | INV #2960. Orig. Amount $3,457.43. | 3,457.43 | 75,435.12 |
| 01/01/2018 | INV #2985. Orig. Amount $1,919.29. | 1,919.29 | 77,354.41 |
| 02/01/2018 | INV #3004. Orig. Amount $2,055.94. | 2,055.94 | 79,410.35 |
| 03/01/2018 | INV #3022. Orig. Amount $1,867.10. | 1,867.10 | 81,277.45 |
| 04/01/2018 | INV #3050. Orig. Amount $3,806.62. | 3,806.62 | 85,084.07 |
| 04/19/2018 | INV #3056. Orig. Amount $573.90. | 573.90 | 85,657.97 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 4,380.52 | 1,867.10 | 2,055.94 | 77,354.41 | $85,657.97 |



# Invoice

| Date | Invoice # |
|---|---|
| 2/1/2018 | 3004 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # |
|---|---|---|
| Net 90 | 5/2/2018 | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| January 2018 Programmatic Video Videology Marketplace | 685,198 | | | 2,055.94 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| Total | $2,055.94 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $2,055.94 |



# Invoice

| Date | Invoice # |
|---|---|
| 3/1/2018 | 3022 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # |
|---|---|---|
| Net 90 | 5/30/2018 | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| February 2018 Programmatic Video | 622,263 | | | 1,867.10 |

Wire Information
Bank Name: TD Bank  Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| Total | $1,867.10 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $1,867.10 |



# Invoice

| Date | Invoice # |
|---|---|
| 4/1/2018 | 3050 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # | |
|---|---|---|---|
| Net 90 | 6/30/2018 | | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| Videology Marketplace March 2018 Programmatic Video | 1,268,661 | | | 3,806.62 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| | |
|---|---|
| Total | $3,806.62 |
| Payments/Credits | $0.00 |
| Balance Due | $3,806.62 |



# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2018 | 3056 |

110 Kresson-Gibbsboro Rd.
Suite #7
Voorhees, NJ 08043

347-410-8400

accounting@trioninteractive.com

**Bill To**

Videology
Amy Mastiano, Kevin Maloy, Sarah Powell

| Terms | Due Date | Account # |
|---|---|---|
| Net 90 | 7/18/2018 | |

| Description | Qty | CPM | CPC | Amount |
|---|---|---|---|---|
| April 2018 Programmatic Video | 191,269 | $3.00 | | 573.90 |

Wire Information
Bank Name: TD Bank Branch: Hammonton
ABA: 031201360
Account Number: 4247277026
SWF (for international transfers, must be in US $): NRTHUS33XXX
Address: 97 S White Horse Pike, Hammonton, NJ 08037

| | |
|---|---|
| Total | $573.90 |
| Payments/Credits | $0.00 |
| Balance Due | $573.90 |