IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| VIDEOLOGY, INC., *et al.*,[1] ) | Case No. 18-11120 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**OBJECTION OF FREEWHEEL MEDIA INC. TO THE CURE
AMOUNT PROPOSED IN THE DEBTORS' NOTICE TO
COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED
LEASES OF THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED**

FreeWheel Media Inc. ("FreeWheel"), a creditor and party-in-interest herein, by and through its undersigned counsel, hereby submits this *Objection of FreeWheel Media Inc. to the Cure Amount Proposed in the Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May Be Assumed and Assigned* (the "Objection"). In support of this Objection, FreeWheel states the following:

**Background**

1. FreeWheel is a counterparty to that certain Global Master Services Agreement dated November 5, 2014 (the "Master Services Agreement"), an executory contract with Debtor Videology Media Technologies, LLC ("VMT") pursuant to which FreeWheel provides, among other things, advertising technology and platform services to VMT.

2. On May 14, 2018, VMT and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court. Thereafter, upon motion of the Debtors, this Court entered the *Order (A) Approving*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

*"Stalking Horse" Asset Purchase Agreement; (B) Approving Procedures in Connection with the Sale of All or Substantially all of the Debtors' Assets; (C) Scheduling the Related Auction and Hearing to Consider Approval of Sale; (D) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (E) Approving the Form and Manner of Notice Thereof; (F) Approving Breakup Fee and Expense Reimbursement; and (G) Granting Related Relief* [Docket No. 164] (the "Bid Procedures Order")

3. In accordance with the Bid Procedures Order, on June 8, 2018, the Debtors filed and served the *Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May Be Assumed and Assigned* [Docket No. 183] (the "Assumption, Assignment, and Cure Notice"). In the Assumption, Assignment, and Cure Notice, the Debtors propose a cure amount of $10,001.00 be paid to FreeWheel and $2,770.66 to StickyADS.tv, Freewheel's predecessor in interest.

## Objection to Assumption, Assignment, and Cure Notice

4. As shown in the accounting summary attached hereto as Exhibit A, as of June 30, 2018, VMT owed the sum of $120,261.89 to FreeWheel. Additional amounts will become due owing because FreeWheel continues to provide advertising services under the Master Services Agreement with VMT on a daily basis.

5. Pursuant to section 365(a)(1) of the Bankruptcy Code, VMT cannot assume and assign its contract with FreeWheel without curing all prepetition defaults and paying the full $120,261.89 due and owing to FreeWheel as of June 30, 2018, plus all additional amounts that become due and owing between June 30, 2018 and closing on the proposed sale.

For the foregoing reasons and any additional reasons stated at a hearing on this matter, the Debtors should be required to pay a cure in the amount of at least $120,261.89 (plus

all amounts that become due and owing between June 30, 2018, and closing on the sale) in connection with the proposed assumption and assignment of the Master Services Agreement.

Dated: July 2, 2018

>  */s/ Matthew G. Summers*
>  Matthew G. Summers (No. 5533)
>  Ballard Spahr LLP
>  919 North Market Street, 11th Floor
>  Wilmington, Delaware 19801
>  Telephone: (302) 252-4428
>  Facsimile: (410) 361-8930
>  E-mail: summersm@ballardspahr.com
>
>  *Counsel for FreeWheel Media Inc.*

## **EXHIBIT A**

|  | **April 2018** | **May 2018** | **June 2018** |
|---|---:|---:|---:|
| Videology US | $42,166.32 | $28,142.35 | $37,372.50 |
| Videology EU | $3,508.23 | $0.10 | $6.38 |
| Videology APAC | $994.71 | $4,971.64 | $3,099.68 |
| **Total** | **$46,669.25** | **$33,114.08** | **$40,478.56** |

DMEAST #34824552 v1