## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VIDEOLOGY, INC., et. al.[1] | ) Case No. 18-11120 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### DECLARATION OF KEVIN RAMIREZ IN SUPPORT OF THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF SALESFORCE.COM, INC. TO THE POSSIBLE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

I, Kevin Ramirez, declare as follows:

1.      I am the AR Analyst-Write-offs for salesforce.com, inc. ("**Salesforce**") and I am authorized to execute this Declaration on behalf of Salesforce.  If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.[2]

2.      Salesforce is a Delaware corporation and, among other activities, it provides on-demand customer relationship management and software application services (collectively, the "**Salesforce Services**") to Salesforce's business customers. (individually, a "**Salesforce Customer**" and, collectively, "**Salesforce Customers**").

3.      This declaration is filed in support of the *Limited Objection and Reservation of Rights of Salesforce.Com, Inc. to the Possible Assumption and Assignment of Executory Contracts* (the "**Cure Amount Objection**") filed by Salesforce with respect to the possible

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales.

[2] Capitalized terms used in this Declaration, but which are not defined herein, shall have the meanings ascribed to them in the Cure Amount Objection filed concurrently herewith.

W:\S04841\1133\Cure Objection\DEC Supp Ltd Obj  ROR v3.docx

- 1 -      Declaration of Kevin Ramirez In Support of Limited Objection and Reservation of Rights of Salesforce.Com, Inc. To the Possible Assumption and Assignment of Executory Contracts

assumption by the Debtors of those certain executory contract to which the Creditors are a counterparty (as hereinafter identified).

## MAINTENANCE OF BUSINESS RECORDS

4.     In my official capacity, I have personal knowledge of the method by which Salesforce maintains permanent records of its transactions (individually, a **"Transaction"** and, collectively, the **"Transactions"**) with its customers and, thereupon, I declare and state that Salesforce maintains permanent records of all Transactions in a computerized accounting system.  All amounts due and owing to Salesforce with respect to any Transaction with a Salesforce Customer including, but not limited to, payments related to the Salesforce Services, taxes, interest owed with respect to any Salesforce Service or agreement, fees, and other charges (individually, an **"Obligation"** and, collectively, the **"Obligations")**, are entered in this accounting system at, or near, the time such Obligations are incurred.  Likewise, all payments made by a Salesforce Customer with respect to any Obligation or Transaction, and all other credits and debits related to any Obligation or Transaction, are entered in this accounting system at, or near, the time such payment is received and/or such credit or debit is made or incurred.  Each such entry is made in the regular course of business by employees of Salesforce who process these payments, receipts, credits, and debits.   If necessary, Salesforce can print hard copies of all entries.

5.     I have personal knowledge of the manner by which Salesforce maintains records of its written contracts, statements of work, schedules and any other documents related to such contracts, and all amendments to any contract, statement of work, schedule, and/or any other document (individually, a **"Salesforce Agreement"** and, collectively, the **"Salesforce Agreements")** with its Customers.  As a regular part of its business, Salesforce maintains permanent records of the Salesforce Agreements and these records are compiled at the time, or near the time, that a Salesforce Agreement is received or processed.

- 2 -     Declaration of Kevin Ramirez In Support of Limited Objection
and Reservation of Rights of Salesforce.Com, Inc. To the
Possible Assumption and Assignment of Executory Contracts

## SALESFORCE CONTRACT

6.    I have personally reviewed Salesforce 's records relating to the Debtors,

including the Transactions, the Obligations and the Salesforce Agreements, and I am

personally familiar with Debtors' account with Salesforce.

7.    On December 30, 2015, Videology, Inc. entered into those certain Order

Forms listed below (the **"Orders"**) whereby (a) the Videology, Inc. ordered Salesforce

Services and became obligated to pay the aggregate full contract amount for such

services, and Salesforce became obligated to provide these services.

| Order No. | Order Date | Term |
|---|---|---|
| Q-01540983 | 1/2/2018 | 1/2/18 to 12/31/18 |
| Q-00393232 | 12/30/15 (yearly auto-renew) | 1/1/18 to 12/31/18 |
| Q-01002630 | 1/31/2017 | 1/31/17 to 1/30/20 |

8.    The terms and conditions applicable to the Salesforce Services that are

subject to the Salesforce Orders are set forth in the *Master Subscription Agreement*, dated

December 28, 2012, by and between Debtor and Salesforce, (the **"MSA"**, and the MSA,

together with the Salesforce Orders, constitute the **"Salesforce Contract"**).   A copy of the

Salesforce Contract is not attached hereto due to the confidentiality provisions of the

Salesforce Contract.   However, a copy may be made available to the Debtors and the

Committee in the event any response is filed to this Cure Amount Objection.

## BANKRUPTCY CASE

9.    Based upon information and belief, I am informed that, on May 10, 2018

(the **"Petition Date"**), Videology, Inc., and each of the above-captioned debtors

(collectively, the **"Debtors"**) filed their individual, voluntary petitions in the above-

captioned Court seeking relief under Chapter 11 of title 11 of the United States Code (the

**"Bankruptcy Code"**).

10.    Based on information and belief, I am informed that, on May 14, 2018, the

- 3 -    Declaration of Kevin Ramirez In Support of Limited Objection
and Reservation of Rights of Salesforce.Com, Inc. To the
Possible Assumption and Assignment of Executory Contracts

Debtors filed their motion (the "**Sale Motion**")[3] seeking, among other things, sale of certain assets (the "**Sale**") and the assumption and assignment of certain executory contracts and unexpired leases in conjunction with the Sale.

11.    Based on information and belief, I am informed that, on June 5, 2018, the Court entered its order (the "**Sale Procedure Order**")[4] approving certain procedures governing, among other things, the assumption and assignment of executory contracts and unexpired leases and determining the amounts that must be cured with respect to each executory contract or unexpired lease to be assumed.

12.    Based upon information and belief, I am informed that, on June 8, 2018, the Debtors filed their notice (the "**Cure Notice**")[5] identifying the executory contracts and unexpired leases (individually, an "**Assumed Contract**" and, collectively, the "**Assumed Contracts**") that the Debtors may assume and assign pursuant to the pending Sale, and the monetary default (the "**Debtors' Cure Amount**") with respect to each Assumed Contract that it contends must be cured as a condition of assuming a specific Assumed Contract. Among other Assumed Contracts, the Cure Notice identifies the following executory contract and related Cure Amount:

| Debtor | Counterparty | Contract Type | Description/Title | Cure Amount |
|---|---|---|---|---|
| Videology, Inc. | salesforce.com, inc.. | Platform | Master Service Agreement | 0.00 |

---

[3] *See Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts, and (C) Granting Related Relief* [ECF 39].

[4] *See Order (A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief* [ECF 164]

[5] *See Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned* [ECF 183].

- 4 -    Declaration of Kevin Ramirez In Support of Limited Objection and Reservation of Rights of Salesforce.Com, Inc. To the Possible Assumption and Assignment of Executory Contracts

## CURE AMOUNT

13.     Based upon my review of Salesforce's books and records pertinent to the Debtors' account, I declare and state that, as of the date of this declaration, (a) the Debtors (including, without limitation, Videology, Inc.) have failed to pay all Fees due and owing pursuant to the Salesforce Contract, and (b) more specifically, as of this date, not less than **US$ 83,152.50 (the "Salesforce Cure Amount")** is due and owing to Salesforce pursuant to the Salesforce Contract.   A summary of the Salesforce Cure Amount is set forth below. Copies of the Invoices are not attached hereto due to the confidentiality provisions contained within the Salesforce Contract.  However, copies may be made available to the Debtors upon request.

14.     Based upon my review of Salesforce's books and records pertinent to the Debtors' account, I declare and state that, from and after the date of this declaration, an additional amount of **US$ 78,055.50** will become due and owing for the Salesforce Services to be provided through the end of the term of the Salesforce Contract.

| Invoice No. | Date | Service Period | Balance | Pre-petition | Post-petition (Accrued) | Remaining Exposure |
|---|---|---|---|---|---|---|
| 12034438 | 1/2/2018 | 1/2/18 to 3/31/18 | $ 297.00 | $ 297.00 | | |
| 12359948 | 3/2/2018 | 4/1/18 to 6/30/18 | $ 4,800.00 | $ 2,057.14 | $ 2,742.86 | |
| 12817752 | 6/1/2018 | 7/1/18 to 9/30/18 | $ 4,800.00 | | $ 4,800.00 | |
| 12027484 | 1/1/2018 | 1/31/18 to 1/30/19 | $ 73,255.50 | $ 19,869.30 | $ 53,386.20 | |
| | | | $ 83,152.50 | $ 22,223.44 | $ 60,929.06 | $  - |

| Invoice No. | Date | Service Period | Balance | Pre-petition | Post-petition (Accrued) | Remaining Exposure |
|---|---|---|---|---|---|---|
| 12911788 | 6/22/2018 | 10/1/18 to 12/31/18 | $ 4,800.00 | | | $ 4,800.00 |
| 12911811 | 6/22/2018 | 1/31/19 to 1/30/20 | $ 73,255.50 | | | $ 73,255.50 |
| | | | $ 78,055.50 | $  - | $  - | $ 78,055.50 |

W:\S04\04\1133\Cure Objection\DEC Supp Ltd Obj  ROR v3.docx

- 5 -     Declaration of Kevin Ramirez In Support of Limited Objection and Reservation of Rights of Salesforce.Com, Inc. To the Possible Assumption and Assignment of Executory Contracts

I declare under penalty of perjury that the foregoing is true and correct. Executed this **28** day of June 2018 at San Francisco, California

Kevin Ramirez
**Kevin Ramirez**

W:\S048\U133\Cure Objection\DEC Supp Ltd Obj  ROR v3.docx

- 6 -    Declaration of Kevin Ramirez In Support of Limited Objection
and Reservation of Rights of Salesforce.Com, Inc. To the
Possible Assumption and Assignment of Executory Contracts