IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| VIDEOLOGY, INC., et. al.[1] | ) Case No. 18-11120 (BLS) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF JERRY JACEK IN SUPPORT OF THE LIMITED CURE AMOUNT OBJECTION AND RESERVATION OF RIGHTS OF OATH INC. AND OATH HOLDINGS INC. TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

I, Jerry Jacek, declare as follows:

1. I am the Senior Manager, Credit & Collections, for Oath Holdings Inc. (hereinafter "**Oath Holdings**"), a Delaware corporation with offices located at 701 First Avenue, Sunnyvale, California, 94089, and for Oath Inc., ("**Oath Inc.**"), a Delaware corporation with offices located at 701 First Avenue, Sunnyvale, California, 94089. I am authorized to execute this declaration on behalf of Oath Holdings and Oath Inc. (hereinafter, collectively referred to as "**OATH**") and, if called to testify, I would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.

2. This declaration is filed in support of the *Limited Cure Amount Objection and Reservation of Rights of Oath Inc. And Oath Holdings Inc. to the Possible Assumption and Assignment of Executory Contracts* (the "**Cure Amount Objection**") filed by Oath with

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

respect to the possible assumption by the Debtors of those certain executory contracts to which the Creditors are a counterparty (as hereinafter identified).

## OATH GROUP CORPORATE STRUCTURE

3.       In May 2015, Verizon Communications Inc. ("Verizon") made a tender offer to acquire the outstanding shares of common stock of AOL (f/k/a AOL Inc. and f/k/a American Online). In June 2015, a wholly owned subsidiary of Verizon accepted payment for all validly tendered shares and merged with AOL, with AOL being the surviving entity and becoming a wholly owned subsidiary of Verizon. In June 2017, Yahoo! Inc.'s operating business was transferred to Yahoo Holdings, Inc., a wholly owned subsidiary of Verizon. Following these transactions with AOL and Yahoo! Inc. (the "Acquisitions"), the resulting entities were organized as various direct and indirect subsidiaries of Verizon as follows:

    3.1. <u>Oath Holdings Inc.</u> Oath Holdings Inc. (f/k/a Yahoo Holdings, Inc. f/k/a Yahoo! Inc.) is a wholly-owned subsidiary of Verizon, and it is the parent of Oath (UK) Limited (formerly, AOL (UK) Ltd.) ("Oath UK") (collectively, the "Oath Holdings Companies"); and

    3.2. <u>Oath Inc.</u> Oath Inc. is wholly-owned subsidiary of Verizon, and (a) it is the corporate parent of Oath (Americas) Inc., a Maryland corporation ("Oath (Americas)"), and (b) Adap.tv, Inc., a Delaware corporation ("Adap.tv"). Oath (Americas) is the parent of (i) Millennial Media LLC, the successor in interest of Nexage, LLC f/k/a Nexage Inc., a Delaware entity and an indirect subsidiary of Oath Inc., ("Millennial Media"), and (ii) Brightroll, Inc., a Delaware corporation and an indirect subsidiary of Oath Inc. ("Brightroll"); . These entities are collectively referred to herein as the "Oath Inc. Companies".

W YD042 558 Cure Objection DEC Supp Ltd Obj ROR v5 docx

- 2 -    Declaration of Jerry Jacek In Support of Cure Objection and Reservation of Rights of Oath Re Assumption of Executory Contracts

## MAINTENANCE OF BUSINESS RECORDS

4. In my official capacity, I have personal knowledge that following the Acquisitions, the credit and collection functions for the Oath Holdings Companies and Oath Inc. Companies have been integrated and, accordingly, OATH is responsible for the credit and collection activities hereinafter described.

5. In my official capacity, I have personal knowledge of the method by which OATH maintains permanent records of its transactions (individually, a "Transaction" and, collectively, the "Transactions") with its customers and, thereupon, I declare and state that OATH maintains permanent records of all Transactions in a computerized accounting system. All amounts due and owing to OATH with respect to any Transaction with an OATH Customer including, but not limited to, payments related to services provided by the Oath Holding Companies and/or the Oath Inc. Companies (collectively, the "Services"), taxes, interest owed with respect to any Services or agreement, fees, and other charges (individually, an "Obligation" and, collectively, the "Obligations"), are entered in this accounting system at, or near, the time such Obligations are incurred. Likewise, all payments made by an OATH Customer with respect to any Obligation or Transaction, and all other credits and debits related to any Obligation or Transaction, are entered in this accounting system at, or near, the time such payment is received and/or such credit or debit is made or incurred. Each such entry is made in the regular course of business by employees of OATH who process these payments, receipts, credits, and debits. If necessary, OATH can print hard copies of all entries.

6. In my official capacity, I have personal knowledge of the manner by which OATH maintains records of its written contracts, statements of work, schedules and any other documents related to such contracts, and all amendments to any contract, statement of work, schedule, and/or any other document (individually, a "OATH Agreement" and,

W YD042 551 Cure Objection DEC Supp Ltd Obj ROR v5.docx

- 3 -

Declaration of Jerry Jacek In Support of Cure Objection and Reservation of Rights of Oath Re Assumption of Executory Contracts

collectively, the "OATH Agreements") with its Customers. As a regular part of its business, OATH maintains permanent records of the OATH Agreements and these records are compiled at the time, or near the time, that an OATH Agreement is received or processed.

## INTEGRATED CREDIT AND COLLECTION OPERATIONS

7. In my official capacity, I have personal knowledge that (A) OATH issues invoices for OATH Agreements to which Oath Holding Companies and the Oath Inc. Companies are parties, (b) OATH is the holder of the claims and rights arising from, in connection with, and/or related to OATH Agreements and (c) handles collection of the amounts due and owing as evidenced by the OATH Invoices (individually, an "A/R" and, collectively, the "A/Rs") for (I) the Oath Holding Companies (including, without limitation, AOL UK) and (II) the Oath Inc. Companies (including, without limitation, Oath Americas, Millennial Media and Brightroll).

## OATH CONTRACTS

8. I have personally reviewed OATH's records relating to the Debtors, including the Transactions, the Obligations and the OATH Agreements, and I am personally familiar with Debtors' account with OATH.

9. On March 18, 2014, Adap.tv and Videology, Inc. entered into that certain *Adap.tv Marketplace and Real-time Bidding Agreement for Advertisers*, as amended, (the "Adap.tv Agreement") whereby (a) Videology, Inc. ordered Services from Adap.tv and became obligated to pay for the Services, and Adap.tv became obligated to provide the Services.

10. On March 13, 2014, AOL (UK) Limited and Videology, Limited entered into that certain *Advertising Services Agreement* (the "AOL UK Agreement") whereby (a) Videology Limited ordered Services from AOL (UK) Limited and became obligated to

W:\Y0042 558 Cure Objection DEC Supp Ltd Obj ROR v5.docx

- 4 -

Declaration of Jerry Jacek In Support of Cure Objection and Reservation of Rights of Oath Re Assumption of Executory Contracts

pay for the Services, and AOL (UK) Limited became obligated to provide the Services.

11. On September 26, 2014, Millennial Media and Videology Media Technologies, LLC and certain related entities entered into that certain *Nexage Real Time Exchange Buyer Agreement* (the "MM Agreement") whereby (a) Videology Media Technologies LLC ordered Services from Millennial Media and became obligated to pay for the Services, and Millennial Media became obligated to provide the Services.

12. On July 23, 2013, Brightroll and Videology, Inc. entered into that certain *Brightroll Advertising Buyer Agreement* (the "Brightroll Agreement") whereby (a) Videology, Inc. ordered Services from Brightroll and became obligated to pay for the Services, and Brightroll became obligated to provide the Services.

13. On November 3, 2015, Oath Holdings Inc. (f/k/a Yahoo Holdings, Inc. f/k/a Yahoo! Inc. and Videology, Inc. entered into that certain Insertion Order No. O-384816 (the "Yahoo Agreement") whereby (a) Videology, Inc. ordered Services from Yahoo Holdings, Inc. and became obligated to pay for the Services, and Yahoo Holdings, Inc. became obligated to provide the Services.

14. Copies of the Adap.tv Agreement, MM Agreement, the Brightroll Agreement, the Yahoo Agreement (collectively, the "Oath Inc. Contracts") and the AOL UK Limited Agreement (collectively, the OATH Contracts") are not attached hereto due to the confidentiality provisions of such contracts. However, subject to entry of a protective order if appropriate, a copy an OATH Contract will be made available to the Debtors (and such other Persons as the Court may designate) upon request.

## BANKRUPTCY CASE

15. Based upon information and belief, I am informed that, on May 10, 2018 (the "Petition Date"), the Debtors filed their individual, voluntary petitions in the above-captioned Court seeking relief under Chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code").

16. Based on information and belief, I am informed that, on May 14, 2018, the Debtors filed their motion seeking, among other things, sale of certain assets and the assumption of certain executory contracts and unexpired leases (the "Sale Motion").[2]

17. Based on information and belief, I am informed that, on June 5, 2018, the Court entered its order approving certain procedures governing, among other things, the assumption and assignment of executory contracts and unexpired leases and determining the amounts that must be cured with respect to each executory contract or unexpired lease to be assumed (the "Sale Procedure Order").[3]

18. Based upon information and belief, I am informed that, on June 8, 2018, the Debtors filed their initial notice (the "Cure Notice")[4] that identifies (i) the executory contracts and unexpired leases (individually, an "Assumed Contract" and, collectively, the "Assumed Contracts") that it may assume and assign in conjunction with the pending Sale and (ii) the monetary defaults (the "Cure Amounts") with respect to such contracts and leases that it contends must be cured as a condition of assuming a specific Assumed Contract. On June 28, 2018, the Debtors filed an amendment to the Cure Notice (the "Amended Cure Notice")[5] that identified certain Assumed Contracts more specifically and,

---

[2] *See Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts, and (C) Granting Related Relief* [ECF 39].

[3] *See Order (A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief* [ECF 164]

[4] *See Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned* [ECF 183].

[5] *See Amended Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be*

in some instances, different Cure Amounts for certain Assumed Contracts. The Amended Cure Notice identifies the following Assumed Contracts and related Cure Amounts.

| Debtor | Counterparty (Oath) | Contract Type | Contract Title | Original Cure Notice [ECF 183] - Amount | Amended Cure Notice [ECF 265] - Amount |
|---|---|---|---|---|---|
| VMT LLC | AOL ADVERTISING INC | Inventory | Advertising Services Agreement | | $294,296.96 |
| VIDEOLOGY INC | ADAPTV | Publisher | Adap.tv Marketplace & Real Time Bidding for Advertisers | $1,521,781.53 | $1,521,781.53 |
| VIDEOLOGY INC | BRIGHTROLL | Publisher | | $ - | $58,160.47 |
| VIDEOLOGY INC | BRIGHTROLL/YAHOO INC. | Publisher | | $ - | $ - |
| VIDEOLOGY INC | YAHOO | Publisher | | $ 294,296.96 | |
| VIDEOLOGY INC | YAHOO Japan Corporation | Platform | Master License and Services Agreement & related agreements side letters | | $ - |
| VIDEOLOGY INC | YAHOO Japan Corporation | Publisher | | | $273,942.38 |

## CURE AMOUNT

19. Based upon my review of OATH's books and records pertinent to the Debtors' account, I declare and state that (a) the Debtors (including, without limitation, Videology, Inc.) have failed to pay all amount due and owing for services provided to the Debtors pursuant to the Oath Contract, and (b) more specifically, as of this date, not less than (A) **US$ 1,723,451.38** is due and owing, but unpaid, pursuant to the Oath Inc. Contracts and (B) **GBP 252,000.75** is due and owing, but unpaid pursuant to the AOL UK Agreement (collectively, the "Oath Cure Amount") is due and owing to OATH pursuant to the OATH Contracts. A summary of the OATH Cure Amount is attached hereto as Exhibit A and incorporated herein as if fully set forth, and copies of the Invoices are attached here to as Exhibit B and incorporated herein as if fully set forth.

---

*Assumed and Assigned* [ECF 265].

W YD042 558 Cure Objection DEC Supp Ltd Obj ROR v5.docx

- 7 -   Declaration of Jerry Jacek In Support of Cure Objection and Reservation of Rights of Oath Re Assumption of Executory Contracts

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June 2018 at Omaha, Nebraska.

_____
Jerry Jacek

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June 2018 at Omaha, Nebraska.

_____
Jerry Jacek

W:\Y0042.558 Cure Objection DEC Supp Ltd Obj ROR v5 docx

- 8 -

Declaration of Jerry Jacek In Support of Cure Objection and Reservation of Rights of Oath Re Assumption of Executory Contracts