## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIDEOLOGY, INC., *et al.*,[1] | ) | Case No. 18-11120 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: 7/3/2018 at 4:00 p.m.** |
| | ) | **(extended by agreement of the parties)** |

### OBJECTION OF SPOTX, INC. TO THE CURE AMOUNT
### PROPOSED IN THE DEBTORS' NOTICE TO COUNTERPARTIES
### TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF
### THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED

SpotX, Inc. ((formerly known as SpotXchange, Inc.) "SpotX"), a creditor and party-in-interest herein, by and through its undersigned counsel, hereby submits this Objection (the "Objection") to the cure amount proposed by the above-captioned debtors ("Debtors"). In support of this Objection, SpotX states the following:

### Background

1.     SpotX is counterparty to that certain Insertion Order, dated December 22, 2011, between SpotX and TidalTV, Inc., as predecessor-in-interest to one or more of the Debtors (the "IO"), an executory contract pursuant to which SpotX provides advertising technology and related services to Videology, Inc., Videology Limited and other Debtors.

2.     On May 14, 2018, Videology Inc. and certain of its affiliates filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in this Court. Thereafter, upon motion of the Debtors, this Court entered an *Order (A) Approving "Stalking Horse" Asset Purchase Agreement; (B) Approving Procedures in Connection with the Sale of All or Substantially All of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore MD 21230.

*the Debtors' Assets; (C) Scheduling the Related Auction and Hearing to Consider Approval of Sale; (D) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (E) Approving the From and Manner of Notice Thereof; (F) Approving the Breakup Fee and Expense Reimbursement; and (G) Granting Related Relief* [Docket No. 164] (the "Bid Procedures Order").

3.      In accordance with the Bid Procedures Order, on June 8, 2018, the Debtors filed and served the *Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned* [Docket No. 183] (the "Assumption, Assignment, and Cure Notice"). In the Assumption, Assignment and Cure Notice, the Debtors propose a cure amount of $1,042,429.66 to be paid to SpotX.

## Objection to Assumption, Assignment, and Cure Notice

4.      As shown in the accounting summary attached hereto as Exhibit A, as of June 30, 2018, the Debtors collectively owed the sum of $3,200,617.48 to SpotX.  Additional amounts may become due and owing because SpotX continues to provide advertising services under the IO on a daily basis.

5.      Pursuant to Section 365(a)(1) of the Bankruptcy Code, Debtors cannot assume and assign the contracts with SpotX without curing all prepetition defaults and paying the full $3,200,617.48 due and owing to SpotX as of June 30, 2018, plus all additional amounts that become due and owing between June 30, 2018 and closing of the proposed sale.

WHEREFORE, for the foregoing reasons and any additional reasons stated at a hearing on this matter, the Debtors should be required to pay a cure in the amount of at least $3,200,617.48 (plus all amounts that become due and owing between June 30, 2018 and the closing of the sale) in connection with the proposed assumption and assignment of the IO.

Dated: July 3, 2018

**MANNING GROSS + MASSENBURG LLP**

*/s/ Marc J. Phillips*

Marc J. Phillips (No. 4445)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 657-2100
Facsimile: (302) 657-2104
Email: mphillips@mgmlaw.com

*Attorneys for SpotX, Inc.*