# EXHIBIT A

| Account Name | Account | Document Num | Document Type | Document Date | Amount |
|---|---|---|---|---|---|
| Videology EU | 5000000203 | 3500003061 | Invoice | 10/31/2017 | $429,458.75 |
| Videology EU | 5000000203 | 3500003340 | Invoice | 11/30/2017 | $256,630.27 |
| Videology EU | 5000000203 | 3500003655 | Invoice | 12/31/2017 | $346,303.89 |
| Videology EU | 5000000203 | 3500000031 | Invoice | 1/1/2018 | $29,839.32 |
| Videology US | 5000000201 | 3500000275 | Invoice | 1/31/2018 | $146,565.16 |
| Videology EU | 5000000203 | 3500000277 | Invoice | 1/31/2018 | $363,816.58 |
| Videology EU | 5000000203 | 1400000549 | Partially Paid Invoice | 2/16/2018 | $15,912.35 |
| Videology EU | 5000000203 | 1400000553 | Partially Paid Invoice | 2/20/2018 | $161,529.65 |
| Videology US | 5000000201 | 3500000517 | Invoice | 2/28/2018 | $255,377.01 |
| Videology EU | 5000000203 | 3500000516 | Invoice | 2/28/2018 | $378,906.92 |
| Videology EU | 5000000203 | 3500000634 | Invoice | 3/31/2018 | $480,152.41 |
| Videology APAC | 5000000202 | 1400001183 | Partially Paid Invoice | 4/24/2018 | $54,769.72 |
| Videology US | 5000000201 | 1400001250 | Partially Paid Invoice | 4/30/2018 | $188,644.50 |
| Videology US | 5000000201 | 3500000870 | Invoice | 4/30/2018 | $83,455.35 |
| Videology APAC | 5000000202 | 3500000868 | Invoice | 4/30/2018 | $57,216.11 |
| Videology EU | 5000000203 | 3500000869 | Invoice | 4/30/2018 | $123,972.28 |
| Videology US | 5000000201 | 1400001314 | Unapplied Cash | 5/4/2018 | $(150,000.00) |
| Videology EU | 5000000203 | 1400001366 | Unapplied Cash | 5/4/2018 | $(468.69) |
| Videology EU | 5000000203 | 1400001367 | Unapplied Cash | 5/4/2018 | $(1,087.03) |
| Videology EU | 5000000203 | 1400001368 | Unapplied Cash | 5/4/2018 | $(2,239.56) |
| Videology EU | 5000000203 | 1400001369 | Unapplied Cash | 5/4/2018 | $(2,587.42) |
| Videology EU | 5000000203 | 1400001370 | Unapplied Cash | 5/4/2018 | $(22,769.18) |
| Videology EU | 5000000203 | 1400001371 | Unapplied Cash | 5/4/2018 | $(64,772.55) |
| Videology US | 5000000201 | 3500001046 | Invoice | 5/14/2018 | $22,277.37 |
| Videology APAC | 5000000202 | 3500001044 | Invoice | 5/14/2018 | $45,678.03 |
| Videology EU | 5000000203 | 3500001045 | Invoice | 5/14/2018 | $4,036.24 |
|  |  |  |  |  | $3,200,617.48 |

Summary:

| | | |
|---|---|---|
| | Videology US | $546,319.39 |
| | Videology EU | $2,496,634.23 |
| | Videology APAC | $157,664.86 |
| | | $3,200,617.48 |