IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

………………………………………………….. x
| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| VIDEOLOGY, INC., *et al.*, | : | Case No. 18-11120 (BLS) |
| | : | |
| Debtors. | : | Objection Deadline: July 12, 2018 |

………………………………………………….. x

**AMENDED OBJECTION BY EXECUTIVE II LIMITED
PARTNERSHIP TO AMENDED PROPOSED CURE AMOUNT (Docket No. 265)**

This Objection to Amended Proposed Cure Amount ("Amended Cure Amount Objection")(Docket No. 265) is submitted on behalf of Executive II Limited Partnership, a Virginia limited partnership ("Executive II"), concerning the Lease Agreement dated July 17, 2014, as amended by Lease Amendment No. 1 dated January 23rd, 2015 (collectively, the "Lease"), by and between Executive II, as landlord, and Videology, Inc., one of the Debtors in this case, as tenant, for premises consisting of approximately 6,749 square feet of rentable area located at 11490 Commerce Park Drive, Suite 400, Reston, Virginia 20191.

1. The Debtors have asserted in their "Amended Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned (Docket No. 265) (the "Amended Notice") filed on June 28, 2018, that the amended proposed cure amount necessary to cure defaults under the Lease is $5,141.45. Executive II disputes and hereby objects to the amended proposed cure amount.

2. The total arrearage under the Lease for pre-petition and post-petition claims as of the date of this Amended Cure Amount Objection (i.e., July 5, 2018) should be $54,899.20. This amount represents the unpaid pre-petition and post-petition rent payable by Videology, Inc., which has accrued under the Lease for the period from May 1, 2018 through July 1, 2018. Copies of the

invoices reflecting these past due amounts (Statements dated May 14, 2018, June 21, 2018, and July 1, 2018) are attached hereto as **Exhibit A**.

3. Additionally, assuming that no further payments are received from Videology prior to July 12, 2018, the total rent arrearages under the Lease will increase by the amount of $885.47, representing late fees which will accrue under the Lease for July, 2018 rent.  <u>Thus, the total cure amount as of July 12, 2018 will be $55,784.67.</u>

4. Executive II reserves its right to amend this Amended Cure Amount Objection to the extent that:

   a. Any further post-petition, unpaid rent arrearages become due and payable at the time of the assumption and assignment of the Lease;

   b. Any other monetary defaults exist under the Lease at the time of the assumption and assignment of the Lease; and

   c. Executive II incurs attorneys' fees in connection with this bankruptcy case with respect to the assumption and assignment of the Lease and/or the determination of the cure amount.

5. This Amended Cure Amount Objection applies only to the cure amount. Executive II reserves the right to submit further objections to the assumption and assignment of the Lease pursuant to the terms and schedules set forth in the Amended Notice.

Dated: *5 July 2018*  
Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
_____

Daniel K. Astin (No. 4068)  
John D. McLaughlin, Jr. (No. 4123)  
Joseph J. McMahon, Jr. (No. 4819)  
1204 N. King Street  
Wilmington, Delaware 19801  
Tel: (302) 384-9545  
Fax: (302) 658-1300  
E-mail: jmclaughlin@ciardilaw.com

-and –

**REES BROOME, PC**  
R.A. Hurley, Esquire  
1900 Gallows Road, Suite 700  
Tysons Corner, VA 22182  
Tel. (703) 790-1911  
Fax. (703) 848-2530  
RHurley@reesbroome.com

*Counsel to Executive II Limited Partnership*