# Exhibit A

**EXECUTIVE II LP**
**c/o CREA LLC**
10401 Connecticut Avenue
Suite 100
Kensington, MD 20895

# Statement

| Billing Period | Statement Date |
|---|---|
| 05/01/18 – 05/14/18 | 05/14/18 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| EXECUTIVE | 400 | Commercial O | 55 |

TO:

Videology, Inc
Accounts Payable
NorthAmerica-AP@videologygroup

**PAST DUE**

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 0.00 | 18,594.89 | 0.00 | 18,594.89 |

| Last Payment | | Amount Enclosed |
|---|---|---|
| 04/09/18 $16,774.15 EFT | | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| 05/01/18 | | Base Rent | | 17,709.42 |
| 05/14/18 | | Late Charge | Late charges 5-18 | 885.47 |

| | |
|---|---|
| Sub Total | 18,594.89 |
| Unapplied Credits | 0.00 |
| Balance Due | 18,594.89 |

| Comments |
|---|
| |

**EXECUTIVE II LP**
*c/o* **CREA LLC**
10401 Connecticut Avenue
Suite 100
Kensington, MD 20895

# Statement

| Billing Period | Statement Date |
|---|---|
| 05/01/18 - 06/21/18 | 06/21/18 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| EXECUTIVE | 400 | ommercial Offi | 55 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 0.00 | 37,189.78 | 0.00 | 37,189.78 |

| Last Payment | | | Amount Enclosed |
|---|---|---|---|
| 04/09/18 | $16,774.15 | EFT | |

**TO:**

Videology, Inc
Accounts Payable
NorthAmerica-AP@videologygroup

PAST DUE

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| 05/01/18 | | Base Rent | | 17,709.42 |
| 05/14/18 | | Late Charge | Late charges 5-18 | 885.47 |
| 06/01/18 | | Base Rent | | 17,709.42 |
| 06/12/18 | | Late Charge | Late Charges 6-2018 | 885.47 |

| | Amount |
|---|---|
| Sub Total | 37,189.78 |
| Unapplied Credits | 0.00 |
| Balance Due | 37,189.78 |

| Comments |
|---|
| |

**EXECUTIVE II LP**
**c/o CREA LLC**
10401 Connecticut Avenue
Suite 100
Kensington, MD 20895

# Invoice

| Billing Period | | Statement Date |
|---|---|---|
| 07/01/2018 | 07/31/2018 | 07/01/2018 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| EXECUTIVE | 400 | Commercial O | 55 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 37,189.78 | 17,709.42 | 0.00 | 54,899.20 |

| Last Payment | | Amount Enclosed |
|---|---|---|
| 04/09/18  $16,774.15  EFT | | |

**TO:**

Videology, Inc
Accounts Payable
NorthAmerica-AP@videologygroup.com

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 37,189.78 |
| 07/01/18 | | Base Rent | 17,709.42 |

| | |
|---|---|
| Sub Total | 54,899.20 |
| Unapplied Credits | 0.00 |
| Balance Due | 54,899.20 |

| Please remit payment to: |
|---|
| **EXECUTIVE II LP**<br>**c/o CREA LLC**<br>10401 Connecticut Avenue<br>Suite 100<br>Kensington, MD 20895 |