# **EXHIBIT A**

ME1 27576797v.1



1100 Glendon Ave, Suite 1200
Los Angeles, CA 90024
Phone 310-556-4440  Fax 310-556-4441

INVOICE #20180115VIDL
January 15, 2018

**INVOICE**

**TO:**
Videology

| DESCRIPTION | AMOUNT |
|---|---|
| Spend during December 2017 | $10,728.39 |
| TOTAL | $10,728.39 |

Wiring Information: Account Name: Ad.net, Inc.
Account Number: 0713602605
Bank Name: Wells Fargo
Bank Address: 1800 Avenue of the Stars Los Angeles CA 90067
Wire Routing Number: 121000248
ACH Routing Number: 121042882
SWIFT: WFBIUS6S
If you have any questions, contact:
Caryn Bookman Wernecke
310-556-4440 x12



1100 Glendon Ave, Suite 1200
Los Angeles, CA 90024
Phone 310-556-4440  Fax 310-556-4441

INVOICE #20180216VIDL
February 16, 2018

**INVOICE**

**TO:**
Videology

| DESCRIPTION | AMOUNT |
|---|---|
| Spend during January 2018 | $12,691.99 |
| TOTAL | $12,691.99 |

Wiring Information: Account
Name: Ad.net, Inc.
Account Number: 0713602605
Bank Name: Wells Fargo
Bank Address: 1800 Avenue of the Stars Los Angeles CA 90067
Wire Routing Number: 121000248
ACH Routing Number: 121042882
SWIFT: WFBIUS6S
If you have any questions, contact:
Caryn Bookman Wernecke
310-556-4440 x12



1100 Glendon Ave, Suite 1200
Los Angeles, CA 90024
Phone 310-556-4440  Fax 310-556-4441

**INVOICE**

INVOICE #20180320VIDL
March 20, 2018

**TO:**
Videology

| DESCRIPTION | AMOUNT |
|---|---|
| Spend during February 2018 | $18,463.35 |
| TOTAL | $18,463.35 |

Wiring Information: Account
Name: Ad.net, Inc.
Account Number: 0713602605
Bank Name: Wells Fargo
Bank Address: 1800 Avenue of the Stars Los Angeles CA 90067
Wire Routing Number: 121000248
ACH Routing Number: 121042882
SWIFT: WFBIUS6S
If you have any questions, contact:
Caryn Bookman Wernecke
310-556-4440 x12



1100 Glendon Ave, Suite 1200
Los Angeles, CA 90024
Phone 310-556-4440  Fax 310-556-4441

INVOICE #20180415VIDL
April 15, 2018

**INVOICE**

**TO:**
Videology

| DESCRIPTION | AMOUNT |
|---|---:|
| Spend during March 2018 | $57,652.35 |
| TOTAL | $57,652.35 |

Wiring Information: Account
Name: Ad.net, Inc.
Account Number: 0713602605
Bank Name: Wells Fargo
Bank Address: 1800 Avenue of the Stars Los Angeles CA 90067
Wire Routing Number: 121000248
ACH Routing Number: 121042882
SWIFT: WFBIUS6S
If you have any questions, contact:
Caryn Bookman Wernecke
310-556-4440 x12



1100 Glendon Ave, Suite 1200  
Los Angeles, CA 90024  
Phone 310-556-4440  Fax 310-556-4441

INVOICE #20180515VIDL  
May 15, 2018

**INVOICE**

**TO:**  
Videology

| DESCRIPTION | AMOUNT |
|---|---|
| Spend during April 2018 | $73,169.51 |
| TOTAL | $73,169.51 |

Wiring Information: Account Name: Ad.net, Inc.  
Account Number: 0713602605  
Bank Name: Wells Fargo  
Bank Address: 1800 Avenue of the Stars Los Angeles CA 90067  
Wire Routing Number: 121000248  
ACH Routing Number: 121042882  
SWIFT: WFBIUS6S  
If you have any questions, contact:  
Caryn Bookman Wernecke  
310-556-4440 x12



1100 Glendon Ave, Suite 1200
Los Angeles, CA 90024
Phone 310-556-4440  Fax 310-556-4441

**INVOICE**

INVOICE #20180605VIDL
June 5, 2018

**TO:**
Videology

| DESCRIPTION | AMOUNT |
|---|---:|
| Spend during 5/1/2018 – 5/9/2018 | $16,305.51 |
| TOTAL | $16,305.51 |

Wiring Information: Account
Name: Ad.net, Inc.
Account Number: 0713602605
Bank Name: Wells Fargo
Bank Address: 1800 Avenue of the Stars Los Angeles CA 90067
Wire Routing Number: 121000248
ACH Routing Number: 121042882
SWIFT: WFBIUS6S
If you have any questions, contact:
Caryn Bookman Wernecke
310-556-4440 x12



1100 Glendon Ave, Suite 1200
Los Angeles, CA 90024
Phone 310-556-4440  Fax 310-556-4441

**INVOICE**

INVOICE #20180605VIDL2
June 5, 2018

**TO:**
Videology

| DESCRIPTION | AMOUNT |
|---|---:|
| Spend during 5/10/18 – 5/31/18 | $21,923.67 |
| TOTAL | $21,923.67 |

Wiring Information: Account Name: Ad.net, Inc.
Account Number: 0713602605
Bank Name: Wells Fargo
Bank Address: 1800 Avenue of the Stars Los Angeles CA 90067
Wire Routing Number: 121000248
ACH Routing Number: 121042882
SWIFT: WFBIUS6S
If you have any questions, contact:
Caryn Bookman Wernecke
310-556-4440 x12



1100 Glendon Ave, Suite 1200
Los Angeles, CA 90024
Phone 310-556-4440  Fax 310-556-4441

INVOICE #20180703VIDE
July 3, 2018

# INVOICE

**TO:**
Videology

| DESCRIPTION | AMOUNT |
|---|---:|
| Spend during 6/1/18 – 6/14/18 | $1,300.21 |
| TOTAL | $1,300.21 |

Wiring Information: Account
Name: Ad.net, Inc.
Account Number: 0713602605
Bank Name: Wells Fargo
Bank Address: 1800 Avenue of the Stars Los Angeles CA 90067
Wire Routing Number: 121000248
ACH Routing Number: 121042882
SWIFT: WFBIUS6S
If you have any questions, contact:
Caryn Bookman Wernecke
310-556-4440 x12

# Humiston, Shannon

| | |
|---|---|
| **From:** | Jacqueline Lagratta <jlagratta@videologygroup.com> |
| **Sent:** | Thursday, June 07, 2018 4:16 PM |
| **To:** | Augusto Sosa |
| **Cc:** | Laura Morrison; Caryn Wernecke |
| **Subject:** | RE: Platform Bug - Impacted "Ad.net Mobile Web 1" |

Confirmed.

| | |
|---|---|
| **Jacqueline Lagratta**<br>Manager, Media Partnerships | **Videology**<br>1500 Whetstone Way, Suite 500<br>Baltimore, MD 21230<br>443-873-2670 |

*Get Our Insights in Your Inbox*

**From:** Augusto Sosa [mailto:augusto@ad.net]
**Sent:** Thursday, June 07, 2018 4:07 PM
**To:** Jacqueline Lagratta
**Cc:** Laura Morrison ; Caryn Wernecke
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"

Hi Jacqueline,

For accounting purposes, please confirm the numbers below are correct. Fyi, these are the same numbers you sent earlier. Thanks!

| Total (Videology UI) | Adjusted Total | Les 4.61% Audit Factor |
|---|---|---|
| $ 11,246.87 | n/a | $ 10,728.39 |
| $ 13,305.37 | n/a | $ 12,691.99 |
| $ 19,355.65 | n/a | $ 18,463.35 |
| $ 60,438.57 | n/a | $ 57,652.35 |
| $ 65,037.04 | $ 76,705.64 | $ 73,169.51 |
| $ 10,932.95 | $ 17,093.52 | $ 16,305.51 |
| $ 180,316.45 | | $ 189,011.11 |

| May 1-9 Breakout | | |
|---|---|---|
| $ 10,932.95 | Platform Total | |
| $ (6,555.00) | Less Incorrect Mobile Web Total | |
| $ 4,377.95 | Remaining | |
| $ 12,715.57 | Plus Correct Mobile Web Total | |
| $ 17,093.52 | Adjusted May 1-9 Total | |

Best regards,

**Augusto Sosa**
Senior Account Manager, Media Operations

e: augusto@ad.net
t: 310.556.4440 Ext. 36
skype: augustososa1



CONFIDENTIALITY NOTICE
This communication (and/or the documents accompanying it) may contain confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Sent:** Thursday, June 7, 2018 11:59 AM
**To:** Augusto Sosa <augusto@ad.net>
**Cc:** Laura Morrison <laura@ad.net>; Caryn Wernecke <caryn@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"

No problem.
I did see your email. To be completely transparent I am pretty bogged down with pre and post filing finance tasks at the moment. And on top of that we aren't in need of any additional inventory at this time. However, I should have time to dig into your email early next week so look for a response then!
Thanks,
Jacqueline

| **Jacqueline Lagratta**<br>Manager, Media Partnerships | **Videology**<br>1500 Whetstone Way, Suite 500<br>Baltimore, MD 21230<br>443-873-2670 |

*Get Our Insights in Your Inbox*

**From:** Augusto Sosa [mailto:augusto@ad.net]
**Sent:** Thursday, June 07, 2018 2:56 PM
**To:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Cc:** Laura Morrison <laura@ad.net>; Caryn Wernecke <caryn@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"

Hi Jacqueline,
Thanks for sending over the numbers! I appreciate the quick turnaround.
On another note, did you see my email earlier this week about the drop in fill on the MW tag? How can we scale it back up? Also, about refreshing the current tags as well as trying some IA and CTV?

Best regards,

**Augusto Sosa**
Senior Account Manager, Media Operations

e: augusto@ad.net
t: 310.556.4440 Ext. 36
skype: augustososa1



CONFIDENTIALITY NOTICE
This communication (and/or the documents accompanying it) may contain confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received it in error, please advise the

sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Sent:** Thursday, June 7, 2018 11:30 AM
**To:** Augusto Sosa <augusto@ad.net>
**Cc:** Laura Morrison <laura@ad.net>; Caryn Wernecke <caryn@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"

Attaching my edits!
Thanks

| | |
|---|---|
| **Jacqueline Lagratta**<br>Manager, Media Partnerships | Videology<br>1500 Whetstone Way, Suite 500<br>Baltimore, MD 21230<br>443-873-2670 |

*Get Our Insights in Your Inbox*

**From:** Augusto Sosa [mailto:augusto@ad.net]
**Sent:** Thursday, June 07, 2018 2:12 PM
**To:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Cc:** Laura Morrison <laura@ad.net>; Caryn Wernecke <caryn@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"

Hi Jacqueline,
Since you're unable to manually adjust the CPM in the UI, could you please confirm the monthly totals attached? You'll notice a monthly breakdown stemming back from Nov 2017 – May 9, 2018, would be great to get confirmation that our numbers match yours.
Thanks for your help with this!

Best regards,

**Augusto Sosa**
Senior Account Manager, Media Operations

e: augusto@ad.net
t: 310.556.4440 Ext. 36
skype: augustososa1



CONFIDENTIALITY NOTICE
This communication (and/or the documents accompanying it) may contain confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Sent:** Thursday, June 7, 2018 5:49 AM
**To:** Augusto Sosa <augusto@ad.net>
**Cc:** Laura Morrison <laura@ad.net>; Caryn Wernecke <caryn@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"

Hi Augusto,

We were unable to make the May adjustments directly in the UI so I submitted a manual adjustment to our Finance team. We had to split up the month for pre-filing and post-filing so keep in mind this adjustment only impacts May 1-9 revenue. The adjusted net payout for the mobile web placement should reflect $12,715.57. Right now in the platform you should see $6,555.00 for May 1-9. So expect the payment for that placement to be $12,715.57 less the 4.61% audit factor.

And as for April we haven't had any issues so the payout should be correct. When you are looking at the roll-up you just need to be sure to remove the current days data since it wont be completely up-to-date until the following day. But as far as I see the CPM is correct in the platform for this placement.

| Date | Placement | Total Requests | |
|---|---|---|---|
| Average | | 17,860,056 | 49 |
| 6/1/2018 EST | Ad.net Mobile Web 1 | 29,205,636 | 113 |
| 6/2/2018 EST | Ad.net Mobile Web 1 | 20,596,380 | 96 |
| 6/3/2018 EST | Ad.net Mobile Web 1 | 22,795,198 | 51 |
| 6/4/2018 EST | Ad.net Mobile Web 1 | 18,832,618 | 32 |
| 6/5/2018 EST | Ad.net Mobile Web 1 | 16,480,308 | 30 |
| 6/6/2018 EST | Ad.net Mobile Web 1 | 14,328,068 | 19 |
| 6/7/2018 EST | Ad.net Mobile Web 1 | 2,782,185 | 2 |

Thanks,
Jacqueline

**Jacqueline Lagratta**
Manager, Media Partnerships

Videology
1500 Whetstone Way, Suite 500
Baltimore, MD 21230
443-873-2670

Get Our Insights in Your Inbox

**From:** Augusto Sosa [mailto:augusto@ad.net]
**Sent:** Wednesday, June 06, 2018 6:34 PM
**To:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Cc:** Laura Morrison <laura@ad.net>; Caryn Wernecke <caryn@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"
**Importance:** High

Hi Jacqueline,

Now that May is over, could you please make the manual adjustment to the mobile web CPM in the UI so our totals are reflected correctly?

Also, I noticed the mobile web CPM for April is still incorrect. Could you please make the manual adjustment for April too?

Looking forward to your response.

Best regards,

**Augusto Sosa**
Senior Account Manager, Media Operations

4

e: augusto@ad.net
t: 310.556.4440 Ext. 36
skype: augustososa1



CONFIDENTIALITY NOTICE
This communication (and/or the documents accompanying it) may contain confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** Augusto Sosa
**Sent:** Tuesday, May 15, 2018 11:41 AM
**To:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Cc:** Laura Morrison <laura@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"
Hi Jacqueline,
Thanks for your feedback and clarification. It makes sense as to why I'm seeing the avg net CPM when I run the data for the entire month. I ran a report for the last 7 days and do see the avg net CPM correct at $3. ☺
Looking forward to your manual adjustment at the end of this month so make sure our numbers are lining up. Thanks for your help on this!

Best regards,

**Augusto Sosa**
Senior Account Manager, Media Operations

e: augusto@ad.net
t: 310.556.4440 Ext. 36
skype: augustososa1



CONFIDENTIALITY NOTICE
This communication (and/or the documents accompanying it) may contain confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Sent:** Tuesday, May 15, 2018 8:23 AM
**To:** Augusto Sosa <augusto@ad.net>
**Cc:** Laura Morrison <laura@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"
Hi Augusto,

If you are looking at month to date data the average net CPM is going to remain incorrect until we move into next month. I believe I noted in my initial email but the platform bug persisted through the first 3.5 days of this month. If you narrow down to the last 7 days you shouldn't see issues. So I will plan to do another manual adjustment at the end of this month for the first 3.5 days of May and then we should be squared away.

Thank you,
Jacqueline

| | |
|---|---|
| **Jacqueline Lagratta** <br> Manager, Media Partnerships | Videology <br> 1500 Whetstone Way, Suite 500 <br> Baltimore, MD 21230 <br> 443-873-2670 |

Get Our Insights in Your Inbox

**From:** Augusto Sosa [mailto:augusto@ad.net]
**Sent:** Monday, May 14, 2018 1:55 PM
**To:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Cc:** Laura Morrison <laura@ad.net>
**Subject:** RE: Platform Bug - Impacted "Ad.net Mobile Web 1"

Hi Jacqueline,

Thanks for making me aware of this issue.

Btw, I noticed that the CPM for the MW tag is still incorrect in your platform which is causing us to see a discrepancy on the net revenue. The CPM for the MW tag should be $3, your platform is showing $2.02, is there a way to adjust this on your end?

| Placement | Total Requests | Impressions |
|---|---|---|
| Average | 127,742,053 | 1,587,850 |
| Ad.net Prime 1 | 37,928,099 | 45,538 |
| Ad.net Prime | 106,970,018 | 628,928 |
| Ad.net Open | 8,484,966 | 2,590 |
| Ad.net Mobile Web 1 | 357,585,130 | 5,674,344 |

ⓘ *The figures and statistics reported above are not final and may be adjusted by an audit factor of 4.61% to account for statistical or

Best regards,

**Augusto Sosa**
Senior Account Manager, Media Operations

e: augusto@ad.net
t: 310.556.4440 Ext. 36
skype: augustososa1



CONFIDENTIALITY NOTICE

This communication (and/or the documents accompanying it) may contain confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** Jacqueline Lagratta <jlagratta@videologygroup.com>
**Sent:** Monday, May 7, 2018 9:23 AM
**To:** Augusto Sosa <augusto@ad.net>
**Subject:** Platform Bug - Impacted "Ad.net Mobile Web 1"

Hi Augusto,

I just wanted to make you aware that we recently found a bug in our platform that was defaulting the floor price to $0.00 between 4/26 and 4/30 for certain tag-based RTB placements. So the floor prices are set accordingly but the bug impacted month-end stats that rolled into the platform. I will say that since the month already closed we are unable to go back into the platform and actually adjust the stats to make the platform numbers accurate but I did submit a month-end adjustment for your live tag and you will be paid out the correct amount. The updated payment amount for April for this specific tag is listed below.

**Ad.net Mobile Web 1**
Total Impressions Impacted: 3,875,759
Total Net Revenue: $74,333.11
Total Gross Revenue: $87,450.72

Please note this bug also impacted the first three days of May. I am waiting to get a bit more information on if we will be able to re-run numbers directly in the platform or if we will need to do out of platform month end adjustments. But either way I will keep you posted and give you advance notice of adjustment amounts.

Best,
Jacqueline

| | |
|---|---|
| **Jacqueline Lagratta** Manager, Media Partnerships | **Videology** 1500 Whetstone Way, Suite 500 Baltimore, MD 21230 443-873-2670 |

Get Our Insights in Your Inbox

**This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email.**



**This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email.**

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email. This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email.**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email. This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email.**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email. This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email.**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email. This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email.**

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email. This email is intended only for the use of the individual(s) to whom it is addressed. If you have received this communication in error, please immediately notify the sender and delete the original email.**

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.