DocuSign Envelope ID: 21001776-279B-46B7-8953-70D0FAC0FAA1

THE BOX PLUS NETWORK

FILED
2018 JUL -6 AM 9:26
CLERK
U.S. BANKRUPTCY COUR
DISTRICT OF DELAWARE

United States Bankruptcy Court
for the District of Delaware
824 Market Street
Wilmington
Delaware
19801

25 June 2018

Dear Sirs

**RE: VIDEOLOGY, INC., ET AL., DEBTORS – NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED - CASE NO. 18-11120 (BLS) – FILED 06/08/18 (DOC 183)**

**CURE AMOUNT OBJECTION**

We, The Box Plus Network Limited ("Box Plus") of Francis House, 11 Francis Street, London SW1P 1DE (a company incorporated in England and Wales under company number 02643552), hereby write to object to the Cure Amount shown for the Assumed Contract(s) on Exhibit A to which Box Plus are party.

Box Plus object to the following Cure Amount:

Debtor: Videology Inc
Counterparty: Box Plus
Contract Type: Publisher
**Cure Amount: 4,226.38**

Box Plus confirm the Cure Amount should be as follows:

Debtor: Videology Inc
Counterparty: Box Plus
Contract Type: Publisher
**Cure Amount: 70,509.66**

Please see Appendix 1 to this letter for evidence to support the revised Cure Amount comprising of:

1. Invoice dated 31 January 2018 for the amount of £14,823.33
2. Invoice dated 23 February 2018 for the amount of £13,244.32
3. Invoice dated 18 April 2018 for the amount of £8,407.99
4. Screengrab of the dashboard for February 2018 for the amount of £19,792.94
5. Screengrab of the dashboard for March 2018 for the amount of £14,241.03
6. Email dated 13 April evidencing Box chasing its debt with Videology, Inc.

DocuSign Envelope ID: 21001776-279B-46B7-8953-70D0FAC0FAA1

Please contact Annette Carponen, Business Affairs Manager Email: acarponen@boxplus.com Tel: +44(0)207 306 8025 for any further details or information.

Yours sincerely

DocuSigned by:

1A17666A35EF4E7...

Matt Rennie

**The Box Plus Network Limited**

APPENDIX 1

# Invoice

The Box Plus Network Limited
Finance Department
124 Horseferry Road
London SW1P 2TX

Tel: 020 7306 5533
VAT Reg No: GB 911 3877 27
Company Reg No: 02643552

THE BOX PLUS NETWORK

ATTN: ACCOUNTS PAYABLE
VIDEOLOGY MEDIA TECHNOLOGIES B.V.
BARBARA STROZZILAN 201
AMSTERDAM
1083 HN
NETHERLANDS

Invoice No: 80003151
Date: 31-JAN-18
Your Ref:
Our Ref:

Account No: 27504
Customer VAT Reg. No:
Currency: GBP

Page 1 of 1

NOVEMBER IMPRESSIONS

| Item Description | Qty | Unit Price | Value |
|---|---|---|---|
| NOVEMBER IMPRESSIONS: VOD SPLIT AFTER COMMISSION | 1 | £2,037.14 | £2,037.14 |
| NOVEMBER IMPRESSIONS: STREAMING SPLIT AFTER COMMISSION | 1 | £12,786.19 | £12,786.19 |

In the event of a query on this document please contact:
Veronika Vajsova
Tel: 020 7306 8648
Vvajsova@channel4.co.uk

| | |
|---|---|
| Net | £14,823.33 |
| VAT@0% | £0.00 |
| Total | £14,823.33 |

Cheques should be made payable to The Box Plus Network Limited

Bank details for Credit Transfer:
Barclays Bank PLC, Media Banking Centre, PO Box 4WA, 27 Soho Square, London W1D 3QR

All payments

# Invoice

The Box Plus Network Limited
Finance Department
124 Horseferry Road
London SW1P 2TX

Tel: 020 7306 5533
VAT Reg No: GB 911 3877 27
Company Reg No: 02643552

THE BOX PLUS NETWORK

ATTN: ACCOUNTS PAYABLE
VIDEOLOGY MEDIA TECHNOLOGIES B.V.
BARBARA STROZZILAN 201
AMSTERDAM
1083 HN
NETHERLANDS

| | |
|---|---|
| Invoice No: | 80003157 |
| Date: | 23-FEB-18 |
| Your Ref: | |
| Our Ref: | |
| | Page 1 of 1 |

| Account No: | Customer VAT Reg. No: | Currency: |
|---|---|---|
| 27504 | | GBP |

DECEMBER-17 IMPRESSIONS

| Item Description | Qty | Unit Price | Value |
|---|---|---|---|
| DECEMBER IMPRESSIONS: VOD SPLIT AFTER COMMISSION | 1 | £1,358.27 | £1,358.27 |
| DECEMBER IMPRESSIONS: STREAMING SPLIT AFTER COMMISSION | 1 | £11,886.05 | £11,886.05 |

In the event of a query on this document please contact:
Veronika Vajsova
Tel: 020 7306 8648
Vvajsova@channel4.co.uk

| | |
|---|---|
| Net | £13,244.32 |
| VAT@0% | £0.00 |
| Total | £13,244.32 |

Cheques should be made payable to The Box Plus Network Limited

Bank details for Credit Transfer:
Barclays Bank PLC, Media Banking Centre, PO Box 4WA, 27 Soho Square, London W1D 3QR

# Invoice

The Box Plus Network Limited
Finance Department
124 Horseferry Road
London SW1P 2TX

Tel: 020 7306 5533
VAT Reg No: GB 911 3877 27
Company Reg No: 02643552

THE BOX PLUS NETWORK

ATTN: ACCOUNTS PAYABLE
VIDEOLOGY MEDIA TECHNOLOGIES B.V.
BARBARA STROZZILAN 201
AMSTERDAM
1083 HN
NETHERLANDS

| | |
|---|---|
| Invoice No: | 80003207 |
| Date: | 18-APR-18 |
| Your Ref: | |
| Our Ref: | |
| | Page 1 of 1 |

| Account No: | Customer VAT Reg. No: | Currency: |
|---|---|---|
| 27504 | | GBP |

JANUARY 2018 IMPRESSIONS

| Item Description | Qty | Unit Price | Value |
|---|---|---|---|
| VOD SPLIT AFTER COMMISSION | 1 | £607.48 | £607.48 |
| STREAMING SPLIT AFTER COMMISSION | 1 | £7,800.51 | £7,800.51 |

In the event of a query on this document please contact:
Veronika Vajsova
Tel: 020 7306 8648
Vvajsova@channel4.co.uk

| | |
|---|---|
| Net | £8,407.99 |
| VAT@0% | £0.00 |
| Total | £8,407.99 |

Cheques should be made payable to The Box Plus Network Limited

Bank details for Credit Transfer:
Barclays Bank PLC, Media Banking Centre, PO Box 4WA, 27 Soho Square, London W1D 3QR

INVENTORY ▾ Dashboard Workspace Reporting Ad Approval

DBrown@boxplus.c

Topline Data Available Up To 21/06/2018 07:00 UTC

| 6,224,026 | 831,519 | 0.00 | 97.35 | GBP17.13 | GBP14,241.03 |
|---|---|---|---|---|---|

**Details** Custom Date Range (by Month)

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM Uk - Box Plus tag 1 Mobile | [illegible]26 | 0 | 0.00 | 0.00 | GBP0.00 | GBP0.00 |
| VMM Uk - Box Plus tag 2 Mobile | [illegible]02 | 0 | 0.00 | 0.00 | GBP0.00 | GBP0.00 |
| VMM Uk - Box Plus tag 3 Mobile | [illegible]26 | 0 | 0.00 | 0.00 | GBP0.00 | GBP0.00 |
| VMM Uk - Box Plus tag 4 Mobile | [illegible]02 | 0 | 0.00 | 0.00 | GBP0.00 | GBP0.00 |
| VMM Uk - Box Plus tag 1 Desktop | [illegible] | [illegible]456 | 0.00 | [illegible] | [illegible] | [illegible]GBP189.12 |
| VMM Uk - Box Plus tag 2 Desktop | [illegible] | [illegible]4,987 | [illegible] | [illegible] | [illegible] | GBP99.74 |
| VMM Uk - Box Plus tag 3 Desktop | [illegible] | 2,055 | 0.00 | [illegible] | [illegible] | GBP41.10 |
| VMM Uk - Box Plus tag 4 Desktop | [illegible] | [illegible]6 | 0.00 | [illegible] | [illegible] | [illegible]7.33 |
| VMM Uk - Box Plus Tag 1 CTV | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM Uk - Box Plus tag 2 CTV | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM Uk - Box Plus tag 3 CTV | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM Uk - Box Plus tag 4 CTV | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM Uk - Box Plus Tag 1 CTV VOD | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM Uk - Box Plus tag 2 CTV VOD | [illegible] | 0 | 0.00 | 0.00 | GBP0.00 | GBP0.00 |

INVENTORY ▾ Dashboard Workspace Reporting Ad Approval DBrown@boxplus

Topline Data Available Up To 21/06/2018 07:00 UTC

| 5.565.258 | 1,151,208 | 0.00 | 95.66 | GBP17.19 | GBP19,792.94 |
|---|---|---|---|---|---|

**Details** Custom Date Range (by Month)

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| Average | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM UK - Box Plus tag 1 Mobile | ??,?33 | 31 | 0.00 | [illegible] | [illegible] | GBP0.40 |
| VMM UK - Box Plus tag 2 Mobile | ??,?32 | 2 | 0.00 | [illegible] | [illegible] | GBP0.03 |
| VMM UK - Box Plus tag 3 Mobile | ??,?43 | 0 | 0.00 | 0.00 | GBP0.00 | GBP0.00 |
| VMM UK - Box Plus tag 4 Mobile | ??,?27 | 0 | 0.00 | 0.00 | GBP0.00 | GBP0.00 |
| VMM UK - Box Plus tag 1 Desktop | [illegible] | ??,739 | 0.00 | [illegible] | [illegible] | GBP?14.79 |
| VMM UK - Box Plus tag 2 Desktop | [illegible] | ?,961 | [illegible] | [illegible] | [illegible] | GBP239.23 |
| VMM UK - Box Plus tag 3 Desktop | [illegible] | ?,667 | 0.00 | [illegible] | [illegible] | GBP231.15 |
| VMM UK - Box Plus tag 4 Desktop | [illegible] | ??,?08 | 0.00 | [illegible] | [illegible] | GBP?08.17 |
| VMM UK - Box Plus Tag 1 CTV | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM UK - Box Plus tag 2 CTV | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM UK - Box Plus tag 3 CTV | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM UK - Box Plus tag 4 CTV | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM UK - Box Plus Tag 1 CTV VOD | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | [illegible] |
| VMM UK - Box Plus tag 2 CTV VOD | [illegible] | 500 | 0.00 | [illegible] | [illegible] | GBP8.50 |

**Annette Carponen**

**Subject:** FW: Missing self-bill reports for The Box Plus

**Annette Carponen,** Business Affairs Manager, The Box Plus Network Limited, PHONE: 020 7306 3025

**WWW.BEBOXMUSIC.COM** **WWW.BOXPLUS.COM**

**From:** Anthony Lilleyman
**Sent:** 19 June 2018 15:58
**To:** Annette Carponen
**Cc:** Christina Myers
**Subject:** FW: Missing self-bill reports for The Box Plus

**From:** Christopher Williamson
**Sent:** 13 April 2018 10:46
**To:** Benjamin Butcher; EMEA Media Solutions
**Cc:** Christina Myers; Anthony Lilleyman
**Subject:** Missing self-bill reports for The Box Plus

Hi Videology,

I hope you're well.

We've received some self-billing reports for November and December 2017 for The Box Plus but have not received the payments into our account. We have also not received any self-billing reports for January, February and March 2018.

Please can someone help.

Thanks,

Chris

**Chris Williamson**
Digital Advertising Executive
The Box Plus Network

020 7306 8242

BEBOX, THE BOX, BOX UPFRONT, BOX HITS, 4MUSIC, KISS, MAGIC AND KERRANG!
WWW.BEBOXMUSIC.COM | WWW.BOXPLUS.COM