## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VIDEOLOGY, INC., *et al.*, | : | Case No. 18-11120 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR

## VIDEOLOGY, INC.

## Case No: 18-11120

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                        :   Chapter 11
In re:                                  :
                                        :   Case No. 18-11120 (BLS)
VIDEOLOGY, INC., et al.,¹                :
                                        :   (Jointly Administered)
                    Debtors.            :
                                        :
------------------------------------------------------------ x
```

## GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF LIMITATIONS, METHODOGY AND DISCLAIMER REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

**General**

The above-captioned Debtors and Debtors in possession (the "Debtors") are contemporaneously filing these Global Notes (as defined below) as a supplement to and integral part of their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") filed in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Debtors prepared their Schedules and SOFAs pursuant to section 521 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with the assistance of their professionals.  These *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference into, and comprise an integral part of, each of the Schedules and SOFAs, and should be reviewed in connection with any review of the Schedules and SOFAs.

**Reservation of Rights**

The Schedules and SOFAs are unaudited and subject to potential adjustment.  Management has made reasonable efforts to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of the preparation, subsequent information or discovery may result in material changes to one or more of the Schedules and SOFAs; indeed inadvertent errors, omissions or inaccuracies may exist.  Moreover, because the Schedules and SOFAs contain unaudited information, there can be no assurance that these Schedules and SOFAs are wholly accurate and complete.  The Debtors reserve the right to amend and/or supplement any and all of their Schedules and SOFAs from time to time as it deems necessary or appropriate.

In particular, note that the listing of a claim or a contract with the Debtors does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to disclaim or dispute such claim or contract as attributable to the Debtors.  The Debtors reserve the right to remove

---

¹ The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales.  The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

any contract or claim from the Schedules and SOFAs whether by amending the Schedules and SOFAs or in another appropriate filing.  Additionally, the Debtors reserve the right to object to any listed claim on the grounds that, among other things, such claim has already been satisfied.  The Debtors reserve the right to dispute or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification and reserve the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent" and/or "unliquidated, whether by amending the Schedules and SOFAs or in another appropriate filing.

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "unsecured priority" or (iii) on Schedule F as "unsecured nonpriority," does not constitute a waiver of any of the Debtors' right to recharacterize, reclassify, recategorize, or redesignate such claim.  Furthermore, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease nor a waiver of the Debtors' right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

The Debtors may have causes of action or potential causes of action against third-parties which have not been identified in the Schedules and SOFAs.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of set-off, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date (as defined below), in contract or in tort, in law or in equity, or pursuant to any other theory of law  it may have, and neither the Global Notes nor the Schedules nor the SOFAs shall be deemed a waiver of any causes of action or in any way prejudice or impair the assertion of any such causes of action.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

**Description of the Cases and "As of" Information Date**
On May 10, 2018 (the "Petition Date"), the Debtors each filed a petition in the Bankruptcy Court seeking relief under chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case"). The Debtors' cases have been assigned to the Honorable Brendan Linehan Shannon. The Debtors continues to manage and operate their business as Debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Chapter 11 Case.

Except as otherwise noted in the Global Notes or Schedules and SOFAs, all liability information and assets are valued as of the Petition Date.  The information does not reflect post-petition payments and settlements, including, but not limited to, the entry of the *Order Approving Settlement With GroupM Digital UK and Affiliates* and payment of fees and interest to the prepetition lenders. The Debtors have made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and SOFAs accordingly.

**Basis of Presentation**

The Schedules and SOFAs reflect financial information for the Debtors only and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile with any financial statements otherwise prepared and/or distributed by the Debtors.

**Totals**

All totals that are included in the Schedules and SOFAs represent totals of all known amounts included in the Schedules and SOFAs. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, SOFAs and Global Notes may significantly understate the Debtors' liabilities.

**Exclusions**

The Debtors have excluded certain categories of assets and liabilities from the Schedules and SOFAs such as: goodwill and certain other intangible assets; accrued liabilities including, but not limited to, tax accruals; accrued accounts payable; and assets with a net book value of zero. Other non-material assets and liabilities may have also been excluded.

**Currency**

All amounts are reflected in U.S. dollars. With respect to Videology Ltd. and Videology, Inc., certain amounts were converted to U.S. dollars using exchange rates from https://www.exchange-rates.org as of 05/10/2018. The exchange rates were as follows GBP = 1.35180; EUR = 1.19163; AUD = .75318 and CAD = .78299.

**Fair Market Value; Book Value**

It would be prohibitively expensive, unduly burdensome and an inefficient use of Debtors' resources for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and SOFAs reflect net book values for assets as of the dates stated in the Global Notes as reflected in the Debtors' books and records. Amounts ultimately realized may vary from net book value, and such variance may be material. The asset amounts listed do not include material write-downs that may be necessary. Operating cash is presented as bank balances as of the Petition Date, except for cash on hand. Certain other assets, such as intangible assets, are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values.

**Property and Equipment**

Nothing in the Schedules or SOFAs (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues.

**Estimates**

To prepare and file the Schedules in accordance with the deadline established in these Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities as of the Petition Date. The Debtors and their estatesd reserve the right to amend the reported amounts of assets, liabilities, and expenses to reflect changes in those estimates or assumptions.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**Schedule D - Creditors Holding Secured Claims**

Except as otherwise agreed pursuant an order of the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or priority of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D.  The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in any Debtors' Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through set-off rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors and their estates is not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes.

**Schedule E/F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims**

The Debtors believes it has satisfied pre-petition employee claims in the ordinary course pursuant to the *Final Order Under Bankruptcy Code Sections 105(a), 363(b), 363(c), 507(a), and 541 (I) Authorizing Payment of Certain Pre-Petition Employee Obligations, Including Compensation, Benefits, Expense Reimbursements, and Related Obligations, (II) Confirming Right to Continue Employee Benefit Programs on Post-Petition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Pre-Petition Claims Owing to Administrators of, or Third Party Providers Under, Employee Benefit Programs, and (V) Directing Banks to Honor Pre-Petition Checks and Fund Transfers for Authorized Payments (Entered June 1, 2018) [Docket No. 142].*

**Schedule G - Unexpired Leases and Executory Contracts**

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G.  In the ordinary course of business, the Debtors enter into various agreements with customers and publishers.  The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the Debtors and such supplier or provider.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors is a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtors, due to the voluminous number of such contracts, leases and agreements, was unable to list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

Any omission of a co-Debtors or co-obligor in the Schedules does not constitute an admission that such omitted co-Debtors or co-obligor is not obligated or liable under the relevant debt. The Debtors' rights under the Bankruptcy Code and non-bankruptcy law with respect to any omitted co-Debtors or co-obligor are not impaired by the omission. The Debtors also reserve their right to amend the Schedules and SOFAs as necessary and appropriate.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SOFAs

**SOFAs Items 4 and 30 – Insider Payments**

The Debtors have listed on Exhibit 4 payments to current and former members of the Debtors' management team, current and former directors and officers of the Debtors. Notwithstanding their omission, it is possible other payment recipients may be "insiders" as defined in the Bankruptcy Code, and the Debtors fully reserve their rights to assert the same in all cases.

Furthermore, the listing of a party as an insider is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

\*         \*         \*         \*         \*

| Debtor Name | **Videology, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **18-11120** |

| X | Check if this is an amended filing |
|---|---|

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...........................................................................

$119,250.05

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.......................................................................

$49,465,116.98

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*...........................................................................

$49,584,367.03

---

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$11,209,873.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................

$595,163.58

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*..................................

**+** $144,120,408.89

4.    **Total liabilities** ......................................................................................................
Lines 2 + 3a + 3b

$155,925,445.47

Debtor Name      **Videology, Inc.**

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):        **18-11120**

| X | Check if this is an amended filing |

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

|  **All cash of cash equivalents owned or controlled by the debtor** | | | Current value of debtor's interest |
| --- | --- | --- | ---: |
| 2. | **Cash on hand** | | |
| 3. | **Checking, savings, money market, or financial brokerage accounts** | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 | Silicon Valley Bank | | 5920 | $915,782.00 |
| 3.2 | Wells Fargo Canada | | 6707 | $0.00 |
| 3.3 | Wells Fargo Canada | | 6715 | $0.00 |
| 3.4 | Wells Fargo USA | | 6121 | $0.00 |
| 3.5 | Wells Fargo USA | | 6139 | $0.00 |
| 3.6 | Wells Fargo USA | | 6147 | $392,372.63 |
| 3.7 | Wells Fargo USA | | 4121 | $828,124.90 |
| 4. | **Other cash equivalents** | | | |

| 5. | **Total of Part 1** | $2,136,279.53 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and prepayments |
| --- | --- |

Debtor  Videology, Inc.                                        Case Number (if known) 18-11120

6.   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. **Deposits, including security deposits and utility deposits** | | |
| Description, including name of holder of deposit | | |
| 7.1  400-410 Michigan Master Tenant LLC | Chicago - 11/09/2016 | $17,952.10 |
| 7.2  Chesapeake Paperboard Centre, LLC | Baltimore - 02/11/2011 | $32,809.58 |
| 7.3  Evanston Road | Santa Monica - 04/24/2014 | $5,970.60 |
| 7.4  Executive II Ltd. Partnership | Reston - 07/25/2014 | $135,000.00 |
| 7.5  Group 225, Inc. | Detroit - 06/30/2014 | $3,875.00 |
| 7.6  Regus Corporation | Austin - 12/07/2016 | $3,518.40 |
| 8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| Description, including name of holder of prepayment | | |
| 8.1  See Attached Exhibit | | $900,039.67 |

9.   **Total of Part 2**
     Add lines 7 through 8.  Copy the total to line 81.                     **$1,099,165.35**

---

**Part 3:   Accounts Receivable**

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11. **Accounts receivable** | | | | | | |
| 11a. 90 days old or less: | $7,703,177.37 | - | | $0.00 | = | $7,703,177.37 |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | $524,612.64 | - | | $207,788.67 | = | $316,823.97 |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | $14,184,889.16 | - | | $0.00 | = | $14,184,889.16 AR, InterCo - Pt I |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | $17,993,462.64 | - | | $0.00 | = | $17,993,462.64 AR, InterCo - Pt II |
| | face amount | | doubtful or uncollectible accounts | | | |

Debtor  Videology, Inc.                                          Case Number (if known) 18-11120

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    $40,198,353.14

**Part 4:**        Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1  Collider Media, Inc. | 100% | | Unknown |
| 15.2  Lucid Media, Inc. | 100% | | Unknown |
| 15.3  VDGY Holding, B.V. | 100% | | Unknown |
| 15.4  Videology Canada, Inc. | 100% | | Unknown |
| 15.5  Videology Ltd. | 100% | | Unknown |
| 15.6  Videology Media Technologies BV | 100% | | Unknown |
| 15.7  Videology Media Technologies LLC | 100% | | Unknown |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| Describe: | | | |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

**Part 5:**        Inventory, excluding agricultural assets

18. **Does the debtor own any inventory (excluding agricultual assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor  Videology, Inc.                                          Case Number (if known) 18-11120

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No.
    ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.     Book Value $_____     Valuation Method _____     Current Value $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

Debtor  Videology, Inc.                                            Case Number (if known) 18-11120

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops - either planted of harvested**

29. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**
    (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.   Book Value $ _____   Valuation Method _____   Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No.
    ☐ Yes.

Debtor  Videology, Inc.                                      Case Number (if known) 18-11120

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1   See Attached Exhibit | | | $5,762.92 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   See Attached Exhibit | | | $5,342,517.04 |
| 42. **Collectibles** | | | |

42. **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$5,348,279.96** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Debtor  Videology, Inc.                                              Case Number (if known) 18-11120

☑ No.

☐ Yes.

**Part 8:**        **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No.

   ☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No.

   ☐ Yes.

**Part 9:**        **Real property**

Debtor  Videology, Inc.                                    Case Number (if known) 18-11120

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1    See Attached Exhibit                                                    $119,250.05

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| |
|---|
| **$119,250.05** |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☑ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, or trade secrets**

Debtor  Videology, Inc.                                                    Case Number (if known) 18-11120

| | | | |
|---|---|---|---|
| 60.1 | U.S. Patent Registration (Active):<br>Assessing Viewing Quality of Media Objects (4 registrations)<br>I- 9525898 B2 - 12/20/2016<br>II - 9628835 - 04/17/2017<br>III - 9749669 - 8/29/2017<br>IV - 9819980 - 11/14/2017 | $0.00 | $0.00 |
| 60.2 | U.S. Patent Applications (Pending):<br>Method and System for Associating Discrete User Activities<br>on Mobile Devices<br>(14/289559) | $0.00 | $0.00 |
| 60.3 | U.S. Patent Applications (Pending):<br>Method and System for Targeted Advertising Based on<br>Associated Online and Offline User Behaviors<br>(14/289550) | $0.00 | $0.00 |
| 60.4 | U.S. / Canada / E.U. Patent Applications (Pending):<br>Method and System for Recommending Targeted Television<br>Programs Based on Online Behaviors (3)<br>14/289571 (U.S.)<br>2950162 (Canada)<br>15799024.3 (EU) | $0.00 | $0.00 |
| 60.5 | U.S. Patent Applications (Pending):<br>Method and System for Advertisement Conversion<br>Measurement Based on Associated Discrete User Activities<br>(14/289564) | $0.00 | $0.00 |
| 60.6 | U.S. Patent Applications (Pending):<br>Method and System for Online Advertising Based on<br>Dynamic Advertisement Placement<br>(14/576287) | $0.00 | $0.00 |
| 60.7 | U.S. Patent Applications (Pending):<br>List-Based Advertisement Serving<br>(15/264759)<br>(continuation based on abandoned application 13/336081) | $0.00 | $0.00 |
| 60.8 | U.S. Trademark Registrations (Active):<br>VIDEOLOGY (word mark)<br>(4,112,567 - 03/13/2012) | $0.00 | $0.00 |
| 60.9 | U.S. Trademark Registrations (Active):<br>(Design mark/VID logo)<br>(4,229,450 - 10/23/2012) | $0.00 | $0.00 |
| 60.10 | E.U. Trademark Registrations (Active):<br>VIDEOLOGY (word mark)<br>(009693078 - 07/05/2011) | $0.00 | $0.00 |
| 60.11 | E.U. Trademark Registrations (Active):<br>(Design mark/VID logo)<br>(011142411 - 01/23/2013) | $0.00 | $0.00 |
| 60.12 | U.S Common Law (Unregistered) Trademarks (Active):<br>Videology, Inc.<br>DETV | $0.00 | $0.00 |
| 60.13 | U.S Common Law (Unregistered) Trademarks (Active):<br>Videology, Inc.<br>TV Amplifier | $0.00 | $0.00 |
| 60.14 | Copyrights / Trade Secrets & Other Inventions:<br>Videology, Inc. has developed software for their Software as<br>a Service platform ("SaaS") for online advertising to provide<br>their clients with advertising services. | $0.00 | $0.00 |

Debtor  Videology, Inc.                                                        Case Number (if known) 18-11120

| | | |
|---|---|---|
| 60.15 Copyrights / Trade Secrets & Other Inventions: Videology employs software developers who develop other software programs, from time to time, as their business needs dictate, where the resulting software is owned by the company. | $0.00 | $0.00 |
| 60.16 Copyrights / Trade Secrets & Other Inventions: Additionally, Videology has developed and invented certain algorithms, methods, mathematical and scientific formulas, and other proprietary data and software. | $0.00 | $0.00 |

**61.  Internet domain names and websites**

61.1    See Attached Exhibit                                                                                $0.00

**62.  Licenses, franchises, and royalties**

**63.  Customer lists, mailing lists, or other compilations**

63.1    Customer List                                                                                      $0.00

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| |
|---|
| **$0.00** |

**67.  Do your lists or records include personally identifiable information of customers?**

☐ No.
☑ Yes.

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

Debtor  Videology, Inc.                                           Case Number (if known) 18-11120

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71.  **Notes receivable**
    Description (include name of obligor)

|  |  |  |  |
|---|---|---|---|
| _____ - | _____ = |  |  |
| Total face amount | Doubtful or uncollectible amount |  |  |

72.  **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| 72.1  One Maryland Tax Credit | 2017 | $683,039.00 |
|---|---|---|

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**

    **Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**

    **Amount Requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

Debtor  Videology, Inc.                                                    Case Number (if known) 18-11120

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.                                    | $683,039.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,136,279.53 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,099,165.35 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $40,198,353.14 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,348,279.96 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | | $119,250.05 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $683,039.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column. | 91a. $49,465,116.98 | **+** 91b. $119,250.05 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................. | | $49,584,367.03 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-8: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and re**

| Vendor | Descrpition | Amount Remaining |
|---|---|---|
| Adobe Systems Incorporated | Adobe - 50 EchoSign licenses at $320/License for 2018 | $12,668.61 |
| Advertiser Perceptions Inc. | Feb-Dec 2018 (63300/202) | $44,651.89 |
| Aetna Life & Casualty Bermuda LTD | Global Employee Travel Insurance; 8/1/17 - 8/1/2018 (60700/121) | $4,003.35 |
| Baltimore Personal Property | Total Tax 2017/2018 | $4,363.90 |
| Berkeley Research Group | Legal Retainer | $75,000.00 |
| Carefirst | May 2018 - Medical (60700/121) | $85,374.51 |
| Carefirst | May 2018 - Dental (60700/121) | $5,890.35 |
| CNA Insurance | 6/30/17- 6/30/18 | $10,818.13 |
| Cole Schotz - Additional Legal Retainer | Legal Retainer | $127,428.30 |
| ComScore | $350k Contract - VCE & Studies ($175k 2016-2017) | $35,662.24 |
| CWPS | Prepaid Cylance Anti Virus Subscription - to be expensed over remaining 35 months until April 2019 | $16,057.84 |
| eMarketer | 2 year agreement with eMarketer for 70% off list pricing | $19,274.19 |
| GAMS Development | To reclass Invoice 36717 GAMS Development to prepaids (Apr to Oct 2018) | $6,638.44 |
| GFK | Custom TV Data PPD - 15 months Oct 2017-Dec2018 | $22,272.75 |
| Gurobi Optimization, Inc. | To reclass Invoice 4234 Gurobi Optimization to prepaids (4/24/18-4/23/19) | $32,787.10 |
| Ken Pao | Rent paid on Ken Pao's behalf reclassed to wages for tax purposes | $6,284.70 |
| Looker Data Sciences, Inc | Looker analytics tool. 300 licenses for annual term June 1 2017 to May 31st 2018; December 2017 - May 2018 (61725/148) | $5,914.00 |
| Loopio Inc. | To reclass May-Jul 2018 Loopio Inv 2644 to prepaids (61725-305) | $5,588.71 |
| Mason & Carter | Insurance | $5,148.39 |
| Mason & Carter | Insurance | $21,019.04 |
| Mason & Carter | Insurance | $7,676.23 |
| Mason & Carter | Insurance | $11,449.80 |
| Mason & Carter | Insurance | $9,516.13 |
| Microsoft Licensing, GP | Software Licence | $11,998.37 |
| NetSuite | Dec 2017-Nov 2018 Licesnse | $109,335.33 |
| Network Advertising Initiative | Feb 2018-Dec 2018 (61700/126) | $16,864.92 |
| Nielsen - Net Ratings US | Q2'18 Farmer's TV Budget (via the Zenith relationship) | $18,333.34 |
| Pager Duty - Jun '17 - May '18 | June 2017-May 2018 (61725/139) | $1,041.14 |
| Safari Books Online, LLC  - Jun '17 - May '18 | Software Licence | $841.39 |
| Service Rocket - JIRA Service Desk | To reclass portion of Service Rocket Invoice to Prepaids (Mar 2018-Dec 2018) - Atlassian licenses | $42,774.19 |
| Solium Plan Managers | Dec 17 - Oct 18 (61725/124) | $5,515.02 |
| Tradr | Publisher Payment | $68,476.35 |
| Travelers | Workers Comp | $21,100.51 |
| Ultimate Software Group, Inc. | April 2018 - June 2018 | $9,172.49 |
| Wells Fargo MIS - May 17 Computer Software - over 1,000 - ZOOM.US | Zoom Licesnses June 2017- May 2018 | $932.79 |
| Zapco 1500 Investment, L.P. | RE Taxes - 2nd half 2017/2018 (62600/121) | $18,165.23 |
| **Total :** | | **$900,039.67** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 39

## OFFICE FURNITURE

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-39: Office furniture**

| Asset Type | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | |
| Furniture & Fixtures | FAM000083 | 2 HON600 file cabinets | 09/01/08 | 36 | $589.98 | $589.98 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM001372 | 2 conference room tables for Mumbai and Santa Moni | 07/31/17 | 36 | $3,531.24 | $588.54 | $2,942.70 | $392.36 | $2,550.34 |
| Furniture & Fixtures | FAM000084 | Chairs & Tables (NY Office Kitchen) | 09/01/11 | 36 | $1,601.90 | $1,601.90 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000091 | Chairs for NY Office (Furniture Exchange) | 05/01/12 | 36 | $8,410.59 | $8,410.59 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000945 | Chairs for War Room | 11/24/14 | 36 | $2,848.94 | $2,848.94 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM001076 | Conf Room Chairs - Reston Office | 06/08/15 | 36 | $2,705.14 | $2,329.34 | $375.80 | $300.56 | $75.24 |
| Furniture & Fixtures | FAM000095 | Conf Room Flat Screens | 07/01/12 | 36 | $4,895.98 | $4,895.98 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000967 | Deminsional Letters - Videology Logo - Baltimoe Of | 04/23/15 | 36 | $616.17 | $564.96 | $51.21 | $51.21 | $0.00 |
| Furniture & Fixtures | FAM000391 | Echofive | 09/01/13 | 36 | $13,962.00 | $13,962.00 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000390 | Furniture Exchange - Furniture NYC office | 09/01/13 | 36 | $90,690.16 | $90,690.16 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000096 | Game Room - Game Systems, Radios, TVs | 07/01/12 | 36 | $4,871.34 | $4,871.35 | -$0.01 | $0.00 | -$0.01 |
| Furniture & Fixtures | FAM000093 | Game Room - Pool Tables | 07/01/12 | 36 | $2,208.95 | $2,208.95 | -$0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000094 | HDTV & Blue Ray Player | 07/01/12 | 36 | $6,314.01 | $6,314.01 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000085 | Karlstad Loveseat, Chair Cover & Sofa | 09/01/11 | 36 | $2,628.24 | $2,628.24 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000089 | LA Office Furniture | 01/01/12 | 36 | $2,208.65 | $2,208.65 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000092 | MOI Furniture for 2nd Floor | 07/01/12 | 36 | $215,281.28 | $215,281.28 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000086 | MOI Furniture for Balto Office | 08/01/11 | 36 | $175,752.17 | $175,752.17 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000088 | MOI Furniture for Balto Office (extra for additional employees) | 11/01/11 | 36 | $179,955.40 | $179,955.40 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000097 | MOI Game Room Deposit | 07/01/12 | 36 | $1,817.22 | $1,817.22 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000448 | Off. furniture - NYC | 11/01/13 | 36 | $18,138.03 | $18,138.03 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000087 | Refrigerator | 10/01/11 | 36 | $2,395.00 | $2,395.00 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM001211 | To record amex allocation for Aprill bill posted i | 04/28/16 | 36 | $1,448.00 | $844.62 | $603.38 | $160.88 | $442.50 |
| Furniture & Fixtures | FAM000790 | To record Concur USD Apr 14 Pymt - McKee | 04/30/14 | 36 | $3,350.00 | $3,350.00 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000791 | To record Concur USD Apr 14 Pymt - McKee | 04/30/14 | 36 | $1,150.00 | $1,150.00 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000859 | To record Concur USD Aug 14 Pymt - Grealy (Refrige | 08/31/14 | 36 | $833.26 | $833.26 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000843 | To record Concur USD July 14 Pymt - Goodman | 07/31/14 | 36 | $6,028.91 | $6,028.91 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM001007 | To record Concur USD July 15 Pymt - McKee (purchas | 07/08/15 | 36 | $9,250.88 | $7,709.10 | $1,541.78 | $1,027.88 | $513.90 |
| Furniture & Fixtures | FAM000900 | To record Concur USD Nov 14 Pymt - Goodman | 11/30/14 | 36 | $2,684.81 | $2,684.81 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM000901 | To record Concur USD Nov 14 Pymt - Grealy | 11/30/14 | 36 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| Furniture & Fixtures | FAM001285 | Total amount for Baltimore 5th floor receiption de | 08/31/16 | 36 | $5,234.35 | $2,471.80 | $2,762.55 | $581.60 | $2,180.95 |
| Furniture & Fixtures | FAM000968 | Videology Logo Letters | 04/10/15 | 36 | $617.35 | $565.95 | $51.40 | $51.40 | $0.00 |
| | | Total: | | | $772,519.95 | $764,191.14 | $8,328.81 | $2,565.89 | $5,762.92 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 41

## OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM000782 | (10) Dell Latitude E6430u laptops | 03/07/14 | 24 | $19,994.02 | $19,994.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001002 | 10N8T32; Dell Latitude E7450 | 06/29/15 | 36 | $2,225.86 | $1,916.73 | $309.13 | $0.00 | $247.32 | $61.81 |
| Computers & Equipment | FAM001282 | 13' Macbook Pro - Serial #: C02SN1VGFVH4 | 11/30/16 | 36 | $1,563.00 | $607.88 | $955.12 | $0.00 | $173.68 | $781.44 |
| Computers & Equipment | FAM001284 | 13' Macbook Pro - Serial #: C02SN1VHFVH4 | 11/30/16 | 36 | $1,563.00 | $607.88 | $955.12 | $0.00 | $173.68 | $781.44 |
| Computers & Equipment | FAM001272 | 15' Macbook Pro - Serial #: C02SG45FG8WN | 10/31/16 | 36 | $1,839.00 | $766.20 | $1,072.80 | $0.00 | $204.32 | $868.48 |
| Computers & Equipment | FAM001273 | 15' Macbook Pro - Serial #: C02SG45UG8WN | 10/31/16 | 36 | $1,839.00 | $766.20 | $1,072.80 | $0.00 | $204.32 | $868.48 |
| Computers & Equipment | FAM001147 | 2 EX3300 48 port, SFP+10 BG Ethernet Direct Attach | 12/16/15 | 36 | $9,140.65 | $6,347.75 | $2,792.90 | $0.00 | $1,015.64 | $1,777.26 |
| Computers & Equipment | FAM001135 | 2LH4562 Dell Latitude E7450 | 11/12/15 | 36 | $1,829.63 | $1,321.32 | $508.31 | $0.00 | $203.28 | $305.03 |
| Computers & Equipment | FAM001237 | 2nd fl conference room install completed - Baltimo | 06/30/16 | 36 | $10,133.99 | $5,348.50 | $4,785.49 | $0.00 | $1,126.00 | $3,659.49 |
| Computers & Equipment | FAM001003 | 3VVZX52 Dell Precison M3800 | 07/27/15 | 36 | $2,436.98 | $2,030.70 | $406.28 | $0.00 | $270.76 | $135.52 |
| Computers & Equipment | FAM000066 | 4 Fiber Connectors | 06/01/12 | 24 | $2,165.27 | $2,165.27 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000976 | 4QLTQ32; Dell Lattitude E7450 | 05/28/15 | 36 | $1,994.56 | $1,772.80 | $221.76 | $0.00 | $221.76 | $0.00 |
| Computers & Equipment | FAM000977 | 57ZTQ32; Dell Lattitude E7450 | 05/28/15 | 36 | $1,994.56 | $1,772.80 | $221.76 | $0.00 | $221.76 | $0.00 |
| Computers & Equipment | FAM000803 | 6lg4yz1 | 05/07/14 | 24 | $2,207.70 | $2,207.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000978 | 85PSQ32; Dell Lattitude E7450 | 05/28/15 | 36 | $1,994.56 | $1,772.80 | $221.76 | $0.00 | $221.76 | $0.00 |
| Computers & Equipment | FAM000998 | 8SS8T32; Dell Lattitude E7450 | 06/29/15 | 36 | $2,225.86 | $1,916.73 | $309.13 | $0.00 | $247.32 | $61.81 |
| Computers & Equipment | FAM000799 | 97g4yz1 | 05/07/14 | 24 | $2,207.70 | $2,207.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000054 | AC for Server Room (1/3 Dep) | 01/01/12 | 24 | $2,752.33 | $2,752.33 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000055 | AC for Server Room (2/3 Dep) | 01/01/12 | 24 | $5,504.67 | $5,504.67 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000939 | Ajay Sravanapudi AMEX Allocation | 01/31/15 | 36 | $7,787.16 | $7,787.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000886 | Amazon - 4 Samsung C300 Series S22C300H 21.5" Mon | 10/31/14 | 24 | $539.96 | $539.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000885 | Amazon - Logitech Converence Cam C3000e (960-00098 | 10/31/14 | 24 | $823.75 | $823.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000909 | APL*APPLE ONLINE STORE - Serial #C02NP142G3QN | 12/31/14 | 24 | $2,364.86 | $2,364.86 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000841 | APL*APPLE ONLINE STORE 800-676-2775 CA | 07/31/14 | 24 | $2,617.14 | $2,617.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000842 | APL*APPLE ONLINE STORE 800-676-2775 CA | 07/31/14 | 24 | $2,417.00 | $2,417.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM000855 | APL*APPLE ONLINE STORE 800-676-2775 CA | 08/31/14 | 24 | $2,562.02 | $2,562.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000856 | APL*APPLE ONLINE STORE 800-676-2775 CA | 08/31/14 | 24 | $2,692.40 | $2,692.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000915 | APL*APPLE ONLINE STORE 800-676-2775 CA | 01/31/15 | 24 | $2,835.70 | $2,835.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000928 | APL*APPLE ONLINE STORE 800-676-2775 CA | 02/28/15 | 36 | $5,671.40 | $5,513.90 | $157.50 | $0.00 | $157.50 | $0.00 |
| Computers & Equipment | FAM000963 | APL*APPLE ONLINE STORE 800-676-2775 CA | 04/30/15 | 36 | $1,532.76 | $1,405.14 | $127.62 | $0.00 | $127.62 | $0.00 |
| Computers & Equipment | FAM000964 | APL*APPLE ONLINE STORE 800-676-2775 CA | 04/30/15 | 36 | $1,532.76 | $1,405.14 | $127.62 | $0.00 | $127.62 | $0.00 |
| Computers & Equipment | FAM000981 | APL*APPLE ONLINE STORE 800-676-2775 CA | 05/31/15 | 36 | $1,060.00 | $942.08 | $117.92 | $0.00 | $117.92 | $0.00 |
| Computers & Equipment | FAM000982 | APL*APPLE ONLINE STORE 800-676-2775 CA | 05/31/15 | 36 | $1,729.92 | $1,537.60 | $192.32 | $0.00 | $192.32 | $0.00 |
| Computers & Equipment | FAM000983 | APL*APPLE ONLINE STORE 800-676-2775 CA | 05/31/15 | 36 | $8,649.60 | $7,688.64 | $960.96 | $0.00 | $960.96 | $0.00 |
| Computers & Equipment | FAM000832 | APL*APPLE ONLINE STORE 800-676-2775 CA*7244 | 06/30/14 | 24 | $2,463.44 | $2,463.44 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000865 | APL*APPLE ONLINE STORE 800-676-2775 CA*7244 | 09/30/14 | 24 | $2,593.82 | $2,593.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000779 | Apple - SN: C02M31CUFD58 *7244 | 02/28/14 | 24 | $2,516.44 | $2,516.44 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000778 | Apple - SNC02M63REFD58 *7244 | 02/28/14 | 24 | $2,575.80 | $2,575.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000965 | APPLE ONLINE STORE 800-676-2775 CD | 04/30/15 | 36 | $3,541.09 | $3,245.88 | $295.21 | $0.00 | $295.21 | $0.00 |
| Computers & Equipment | FAM000506 | APPLE SN# C02LT3FMFH04 | 12/01/13 | 24 | $2,012.94 | $2,012.94 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000507 | APPLE SN# C02LT4A7FH04 | 12/01/13 | 24 | $2,551.71 | $2,551.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000508 | APPLE SN# C02LT4A7FH04 | 12/01/13 | 24 | $2,012.94 | $2,012.94 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000516 | APPLE SN# C02M2ARUFD57 *7244 | 01/31/14 | 24 | $2,617.14 | $2,617.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000517 | APPLE SN# C02M2AU5FD57 *7244 | 01/31/14 | 24 | $2,617.14 | $2,617.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001222 | April Corp Card-APPLE ONLINE STORE GBP | 04/30/16 | 36 | $3,863.53 | $2,253.72 | $1,609.81 | $0.00 | $429.28 | $1,180.53 |
| Computers & Equipment | FAM000883 | AV Equipment - Baltimore | 10/31/14 | 24 | $2,582.07 | $2,582.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000944 | AV Equipment for Conference Room | 03/13/15 | 36 | $5,089.44 | $4,806.58 | $282.86 | $0.00 | $282.86 | $0.00 |
| Computers & Equipment | FAM000962 | AV Improvements 5th Floor War Room - Equip/Labor/F | 04/29/15 | 36 | $14,374.94 | $13,176.90 | $1,198.04 | $0.00 | $1,198.04 | $0.00 |
| Computers & Equipment | FAM000802 | b8g4yz1 | 05/07/14 | 24 | $2,207.70 | $2,207.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000979 | BZ7WQ32; Dell Lattitude E7450 | 05/28/15 | 36 | $1,994.56 | $1,772.80 | $221.76 | $0.00 | $221.76 | $0.00 |
| Computers & Equipment | FAM000044 | Computers - All US employees per Chris Y | 09/01/11 | 24 | $0.00 | $0.01 | -$0.01 | $0.00 | $0.00 | -$0.01 |

Videology, Inc.
Case No.18-11120
Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM000045 | Computers - All US employees per Chris Y | 09/01/11 | 24 | $0.00 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001271 | CSSD-1641 - MBP 13.3in - Serial # C02SG3B0FVH6 | 09/30/16 | 36 | $1,765.16 | $784.48 | $980.68 | $0.00 | $196.12 | $784.56 |
| Computers & Equipment | FAM001005 | CVS8T32; Dell Latitude E7450 | 06/29/15 | 36 | $2,225.88 | $1,916.73 | $309.15 | $0.00 | $247.32 | $61.83 |
| Computers & Equipment | FAM000783 | DAS - serial # 1YX8H02 | 03/07/14 | 24 | $11,996.45 | $11,996.45 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000971 | DBJVQ32; Dell Lattitude E7450 | 05/28/15 | 36 | $1,994.53 | $1,772.80 | $221.73 | $0.00 | $221.73 | $0.00 |
| Computers & Equipment | FAM000970 | Dell - ST 7TCJP32; Dell Precision M4800 | 04/30/15 | 36 | $2,566.04 | $2,352.24 | $213.80 | $0.00 | $213.80 | $0.00 |
| Computers & Equipment | FAM000082 | Dell Business Credit - 5 Computers | 07/01/13 | 24 | $7,520.81 | $7,520.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000465 | Dell Latitude | 11/01/13 | 24 | $1,977.60 | $1,977.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000467 | Dell Latitude | 11/01/13 | 24 | $1,977.60 | $1,977.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000468 | Dell Latitude | 11/01/13 | 24 | $1,977.60 | $1,977.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000470 | Dell Latitude | 11/01/13 | 24 | $1,977.60 | $1,977.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000471 | Dell Latitude | 11/01/13 | 24 | $1,977.60 | $1,977.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000472 | Dell Latitude | 11/01/13 | 24 | $1,977.60 | $1,977.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000473 | Dell Latitude | 11/01/13 | 24 | $1,977.60 | $1,977.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000474 | Dell Latitude | 11/01/13 | 24 | $1,979.22 | $1,979.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000475 | Dell Latitude | 11/01/13 | 24 | $1,927.00 | $1,927.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000476 | Dell Latitude | 11/01/13 | 24 | $1,927.00 | $1,927.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000478 | Dell Latitude | 11/01/13 | 24 | $1,927.00 | $1,927.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000479 | Dell Latitude | 11/01/13 | 24 | $1,927.00 | $1,927.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000480 | Dell Latitude | 11/01/13 | 24 | $1,927.00 | $1,927.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000481 | Dell Latitude | 11/01/13 | 24 | $1,927.00 | $1,927.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000410 | Dell Latitude 6430u | 10/01/13 | 24 | $1,493.51 | $1,493.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000411 | Dell Latitude 6430u | 10/01/13 | 24 | $1,493.52 | $1,493.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000412 | Dell Latitude 6430u | 10/01/13 | 24 | $1,493.52 | $1,493.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000413 | Dell Latitude 6430u | 10/01/13 | 24 | $1,493.52 | $1,493.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000414 | Dell Latitude 6430u | 10/01/13 | 24 | $1,493.52 | $1,493.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000415 | Dell Latitude 6430u | 10/01/13 | 24 | $1,493.52 | $1,493.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000416 | Dell Latitude 6430u | 10/01/13 | 24 | $1,493.52 | $1,493.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000418 | Dell Latitude 6430u | 10/01/13 | 24 | $1,493.52 | $1,493.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000420 | Dell Latitude 6430u | 10/01/13 | 24 | $1,491.40 | $1,491.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000423 | Dell Latitude 6430u | 10/01/13 | 24 | $1,491.39 | $1,491.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000437 | Dell Latitude 6430u | 10/01/13 | 24 | $1,491.39 | $1,491.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000442 | Dell Latitude 6430u | 11/01/13 | 24 | $1,896.07 | $1,896.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000443 | Dell Latitude 6430u | 11/01/13 | 24 | $1,896.07 | $1,896.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000444 | Dell Latitude 6430u | 11/01/13 | 24 | $1,896.07 | $1,896.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000811 | Dell Lattitude E7440 - ST 1Y5LD12 | 06/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM000821 | Dell Lattitude E7440 - ST 4MF0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000815 | Dell Lattitude E7440 - ST 4W5LD12 | 06/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000825 | Dell Lattitude E7440 - ST 5FF0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000818 | Dell Lattitude E7440 - ST 5Y5LD12 | 06/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000828 | Dell Lattitude E7440 - ST 6MG0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000822 | Dell Lattitude E7440 - ST 8FF0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000816 | Dell Lattitude E7440 - ST 8Z5LD12 | 06/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000826 | Dell Lattitude E7440 - ST 9KG0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000829 | Dell Lattitude E7440 - ST D1H0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000827 | Dell Lattitude E7440 - ST FYG0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000830 | Dell Lattitude E7440 - ST GJF0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000819 | Dell Lattitude E7440 - ST GW5LD12 | 06/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000813 | Dell Lattitude E7440 - ST GX5LD12 | 06/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000817 | Dell Lattitude E7440 - ST GY5LD12 | 06/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000824 | Dell Lattitude E7440 - ST HTG0G12 | 07/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000814 | Dell Lattitude E7440 - ST JZ5LD12 | 06/07/14 | 24 | $1,832.13 | $1,832.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001150 | Dell Precision M3800 #243JD72 | 12/14/15 | 36 | $2,302.58 | $1,599.00 | $703.58 | $0.00 | $255.84 | $447.74 |
| Computers & Equipment | FAM001148 | Dell Precision M3800 #F93JD72 | 12/14/15 | 36 | $2,302.57 | $1,599.00 | $703.57 | $0.00 | $255.84 | $447.73 |
| Computers & Equipment | FAM001149 | Dell Precision M3800 #GR8JD72 | 12/14/15 | 36 | $2,302.58 | $1,599.00 | $703.58 | $0.00 | $255.84 | $447.74 |
| Computers & Equipment | FAM000793 | Dell Precision M4800 - ST 26R8YZ1 | 05/07/14 | 24 | $1,832.12 | $1,832.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000801 | Dell Precision M4800 - ST 57R8YZ1 | 05/07/14 | 24 | $1,832.12 | $1,832.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000794 | Dell Precision M4800 - ST 81WZXZ1 | 05/07/14 | 24 | $1,832.12 | $1,832.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000796 | Dell Precision M4800 - ST 9YQ8YZ1 | 05/07/14 | 24 | $1,832.12 | $1,832.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001133 | EX2200-C compact, fanless switch & 2 uplink ports | 11/12/15 | 36 | $1,667.60 | $1,204.32 | $463.28 | $0.00 | $185.28 | $278.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM001130 | EX3300, 48-port base with 4 uplink ports | 11/12/15 | 36 | $36,933.60 | $26,674.18 | $10,259.42 | $0.00 | $4,103.72 | $6,155.70 |
| Computers & Equipment | FAM000999 | F6JZT32 Dell Precision M3800 | 07/28/15 | 36 | $2,436.98 | $2,030.70 | $406.28 | $0.00 | $270.76 | $135.52 |
| Computers & Equipment | FAM000980 | F8PSQ32; Dell Lattitude E7450 | 05/28/15 | 36 | $1,994.56 | $1,772.80 | $221.76 | $0.00 | $221.76 | $0.00 |
| Computers & Equipment | FAM001088 | Five Dell Latitudes: 23YY162, 2FTX162, HHVY162, DF | 09/20/15 | 36 | $10,039.42 | $7,808.36 | $2,231.06 | $0.00 | $1,115.48 | $1,115.58 |
| Computers & Equipment | FAM001075 | Five Dell Latitudes: 61SLZ52, 8BLLZ52, JZRLZ52, DO | 08/24/15 | 36 | $10,403.22 | $8,380.42 | $2,022.80 | $0.00 | $1,155.92 | $866.88 |
| Computers & Equipment | FAM001001 | GMS8T32; Dell Latitude E7450 | 06/29/15 | 36 | $2,225.86 | $1,916.73 | $309.13 | $0.00 | $247.32 | $61.81 |
| Computers & Equipment | FAM001004 | GQS8T32; Dell Latitude E7450 | 06/29/15 | 36 | $2,225.86 | $1,916.73 | $309.13 | $0.00 | $247.32 | $61.81 |
| Computers & Equipment | FAM000972 | HYB6R32; Dell Lattitude E7450 | 05/28/15 | 36 | $1,994.56 | $1,772.80 | $221.76 | $0.00 | $221.76 | $0.00 |
| Computers & Equipment | FAM001283 | iSAN-1216: (S/N: 16110122) iSCSI SAN 1000, dual co | 11/30/16 | 36 | $12,099.14 | $4,705.26 | $7,393.88 | $0.00 | $1,344.36 | $6,049.52 |
| Computers & Equipment | FAM000975 | J5PSQ32; Dell Lattitude E7450 | 05/28/15 | 36 | $1,994.56 | $1,772.80 | $221.76 | $0.00 | $221.76 | $0.00 |
| Computers & Equipment | FAM000505 | JE Apple reclass | 11/30/13 | 24 | $2,012.94 | $2,012.94 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000797 | jIG4yz1 | 05/07/14 | 24 | $2,207.70 | $2,207.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001259 | Macbook Pro - 15 inch Serial #C0256DVTG8WN | 08/31/16 | 36 | $1,894.17 | $894.54 | $999.63 | $0.00 | $210.48 | $789.15 |
| Computers & Equipment | FAM001258 | Macbook Pro - 15 inch Serial #C02S6ERZG8WN | 08/31/16 | 36 | $1,894.17 | $894.54 | $999.63 | $0.00 | $210.48 | $789.15 |
| Computers & Equipment | FAM001112 | MacBook Pro 13.3 #C02QK3XDFVH8 | 10/20/15 | 36 | $2,715.72 | $2,036.88 | $678.84 | $0.00 | $301.76 | $377.08 |
| Computers & Equipment | FAM001106 | MacBook Pro 13.3/256GB # C02QJ0L8FVH6 | 10/08/15 | 36 | $1,729.92 | $1,297.35 | $432.57 | $0.00 | $192.20 | $240.37 |
| Computers & Equipment | FAM001107 | MacBook Pro 13.3/256GB # C02QJ24JFVH6 | 10/08/15 | 36 | $1,729.92 | $1,297.35 | $432.57 | $0.00 | $192.20 | $240.37 |
| Computers & Equipment | FAM001108 | MacBook Pro 13.3/256GB # C02QJ2SLFVH6. | 10/08/15 | 36 | $1,729.92 | $1,297.35 | $432.57 | $0.00 | $192.20 | $240.37 |
| Computers & Equipment | FAM001110 | MacBook Pro 13.3/256GB #C02QJ2SMFVH6 | 10/08/15 | 36 | $1,729.92 | $1,297.35 | $432.57 | $0.00 | $192.20 | $240.37 |
| Computers & Equipment | FAM001371 | MacBook Pro 13in SN: C02V224PHV2R | 07/31/17 | 36 | $2,191.02 | $365.16 | $1,825.86 | $0.00 | $243.44 | $1,582.42 |
| Computers & Equipment | FAM001370 | MacBook Pro 13in SN: C02V224SHV2R | 07/31/17 | 36 | $2,191.02 | $365.16 | $1,825.86 | $0.00 | $243.44 | $1,582.42 |
| Computers & Equipment | FAM000966 | MacBook Pro 13in w/Retina Display | 04/30/15 | 36 | $2,182.54 | $2,000.79 | $181.75 | $0.00 | $181.75 | $0.00 |
| Computers & Equipment | FAM001298 | Macbook Pro '15 (Serial #: C02ST2R6GTDY) | 12/31/16 | 36 | $2,534.46 | $915.20 | $1,619.26 | $0.00 | $281.60 | $1,337.66 |
| Computers & Equipment | FAM001295 | Macbook Pro '15 (Serial #: C02ST2R7GTDY) | 12/31/16 | 36 | $2,534.46 | $915.20 | $1,619.26 | $0.00 | $281.60 | $1,337.66 |
| Computers & Equipment | FAM001294 | MacBook Pro '15 (Serial #: C02ST9WTGTF1) | 12/31/16 | 36 | $3,217.10 | $1,161.68 | $2,055.42 | $0.00 | $357.44 | $1,697.98 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM001101 | MacBook Pro 15.4/16GB # C02QJ2PPG8WL | 10/08/15 | 36 | $2,025.66 | $1,519.29 | $506.37 | $0.00 | $225.08 | $281.29 |
| Computers & Equipment | FAM001104 | MacBook Pro 15.4/16GB # C02QJ2PRG8WL | 10/08/15 | 36 | $2,025.66 | $1,519.29 | $506.37 | $0.00 | $225.08 | $281.29 |
| Computers & Equipment | FAM001103 | MacBook Pro 15.4/16GB # C02QJ2PSG8WL | 10/08/15 | 36 | $2,025.66 | $1,519.29 | $506.37 | $0.00 | $225.08 | $281.29 |
| Computers & Equipment | FAM001102 | MacBook Pro 15.4/16GB #C02QJ2PNG8WL | 10/08/15 | 36 | $2,025.66 | $1,519.29 | $506.37 | $0.00 | $225.08 | $281.29 |
| Computers & Equipment | FAM001111 | MacBook Pro 15.4/16GB #C02QK39KG8WM | 10/19/15 | 36 | $3,153.50 | $2,365.20 | $788.30 | $0.00 | $350.40 | $437.90 |
| Computers & Equipment | FAM001369 | MacBook Pro 15in SN: C02V10QNHTDF | 07/31/17 | 36 | $2,988.14 | $498.00 | $2,490.14 | $0.00 | $332.00 | $2,158.14 |
| Computers & Equipment | FAM000955 | MacBook Pro 15in w/Retina Display | 04/30/15 | 36 | $2,563.28 | $2,349.60 | $213.68 | $0.00 | $213.68 | $0.00 |
| Computers & Equipment | FAM000956 | MacBook Pro 15in w/Retina Display | 04/30/15 | 36 | $2,563.28 | $2,349.60 | $213.68 | $0.00 | $213.68 | $0.00 |
| Computers & Equipment | FAM000957 | MacBook Pro 15in w/Retina Display | 04/30/15 | 36 | $2,563.28 | $2,349.60 | $213.68 | $0.00 | $213.68 | $0.00 |
| Computers & Equipment | FAM000958 | MacBook Pro 15in w/Retina Display | 04/30/15 | 36 | $2,563.28 | $2,349.60 | $213.68 | $0.00 | $213.68 | $0.00 |
| Computers & Equipment | FAM000959 | MacBook Pro 15in w/Retina Display | 04/30/15 | 36 | $2,563.28 | $2,349.60 | $213.68 | $0.00 | $213.68 | $0.00 |
| Computers & Equipment | FAM000960 | MacBook Pro 15in w/Retina Display | 04/30/15 | 36 | $2,563.28 | $2,349.60 | $213.68 | $0.00 | $213.68 | $0.00 |
| Computers & Equipment | FAM000961 | MacBook Pro 15in w/Retina Display | 04/30/15 | 36 | $2,563.28 | $2,349.60 | $213.68 | $0.00 | $213.68 | $0.00 |
| Computers & Equipment | FAM001297 | MBP 13.3 (SN: C02ST80DFVH4) | 12/31/16 | 36 | $2,055.77 | $742.30 | $1,313.47 | $0.00 | $228.40 | $1,085.07 |
| Computers & Equipment | FAM001296 | MBP 13.3 (SN: C02SV05NFVH4) | 12/31/16 | 36 | $2,055.77 | $742.30 | $1,313.47 | $0.00 | $228.40 | $1,085.07 |
| Computers & Equipment | FAM001210 | Microsoft Surface Pro 4; Surface Pen Tip Kit (4-pac) | 05/13/16 | 36 | $4,714.83 | $2,619.40 | $2,095.43 | $0.00 | $523.88 | $1,571.55 |
| Computers & Equipment | FAM001143 | Mobile Precision 5510 #C576F72 | 12/11/15 | 36 | $2,256.84 | $1,567.25 | $689.59 | $0.00 | $250.76 | $438.83 |
| Computers & Equipment | FAM001151 | Mobile Precision 5510 #GG47F72 | 12/11/15 | 36 | $2,256.83 | $1,567.25 | $689.58 | $0.00 | $250.76 | $438.82 |
| Computers & Equipment | FAM001144 | Mobile Precision 5510 #H176F72 | 12/11/15 | 36 | $2,256.84 | $1,567.25 | $689.59 | $0.00 | $250.76 | $438.83 |
| Computers & Equipment | FAM000866 | Nelson White Systems Inc. | 09/11/14 | 24 | $5,981.24 | $5,981.24 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000986 | Nelson White Systems, Inc.NW15-0624AV Equipment for Conference Room - Reston | 05/31/15 | 36 | $2,088.07 | $1,856.00 | $232.07 | $0.00 | $232.07 | $0.00 |
| Computers & Equipment | FAM000987 | Nelson White Systems, Inc.NW15-0794AV Equipment for Conference Room Reston | 05/31/15 | 36 | $11,235.17 | $9,986.88 | $1,248.29 | $0.00 | $1,248.29 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM000988 | Nelson White Systems, Inc.NW15-0845Installation Labor & Warranty Reston | 05/31/15 | 36 | $5,124.09 | $4,554.88 | $569.21 | $0.00 | $569.21 | $0.00 |
| Computers & Equipment | FAM000069 | Network Hardware | 07/01/12 | 24 | $3,600.00 | $3,600.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000037 | New Servers | 08/01/11 | 24 | $33,615.58 | $33,615.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001046 | Order #1003781303, MBP 13.3/256GB serial C02PR3K1F | 06/01/15 | 36 | $1,729.92 | $1,489.55 | $240.37 | $0.00 | $192.20 | $48.17 |
| Computers & Equipment | FAM001053 | Order #1003816550, (3) - MBP 13.3/256GB serial C02 | 06/10/15 | 36 | $5,189.76 | $4,468.96 | $720.80 | $0.00 | $576.64 | $144.16 |
| Computers & Equipment | FAM001054 | Order #1003816550, MBP 13.3/256GB serial C02PV06CF | 06/11/15 | 36 | $1,729.92 | $1,489.55 | $240.37 | $0.00 | $192.20 | $48.17 |
| Computers & Equipment | FAM001055 | Order #1003816550, MBP 13.3/256GB serial C02PV06DF | 06/11/15 | 36 | $1,729.92 | $1,489.55 | $240.37 | $0.00 | $192.20 | $48.17 |
| Computers & Equipment | FAM001073 | Order #1003833893, MBP 15.4/16GB serial C02PV330G8 | 06/15/15 | 36 | $2,518.56 | $2,168.76 | $349.80 | $0.00 | $279.84 | $69.96 |
| Computers & Equipment | FAM001069 | Order #1003913261, (2)- MBP 13.3/256GB serial C02Q | 07/09/15 | 36 | $3,459.84 | $2,883.30 | $576.54 | $0.00 | $384.44 | $192.10 |
| Computers & Equipment | FAM001070 | Order #1003913261, (2)- MBP 13.3/256GB serial C02Q | 07/09/15 | 36 | $3,459.84 | $2,883.30 | $576.54 | $0.00 | $384.44 | $192.10 |
| Computers & Equipment | FAM001066 | Order #1003913261, (2)- MBP 15.4/16GB serial C02Q1 | 07/17/15 | 36 | $4,642.80 | $3,869.10 | $773.70 | $0.00 | $515.88 | $257.82 |
| Computers & Equipment | FAM001059 | Order #1003913261, (3)- MBP 15.4/16GB serial C02Q1 | 07/17/15 | 36 | $6,964.20 | $5,803.50 | $1,160.70 | $0.00 | $773.80 | $386.90 |
| Computers & Equipment | FAM001071 | Order #1003913261, AppleCare Protection Plan seria | 07/07/15 | 36 | $5,387.00 | $4,489.20 | $897.80 | $0.00 | $598.56 | $299.24 |
| Computers & Equipment | FAM001068 | Order #1003913261, MBP 13.3/256GB serial C02Q2190F | 07/09/15 | 36 | $1,729.92 | $1,441.50 | $288.42 | $0.00 | $192.20 | $96.22 |
| Computers & Equipment | FAM001064 | Order #1003913261, MBP 15.4/16GB serial C02Q13DVG8 | 07/17/15 | 36 | $2,321.40 | $1,934.40 | $387.00 | $0.00 | $257.92 | $129.08 |
| Computers & Equipment | FAM001061 | Order #1003913261, MBP 15.4/16GB serial C02Q13H7G8 | 07/17/15 | 36 | $2,321.40 | $1,934.40 | $387.00 | $0.00 | $257.92 | $129.08 |
| Computers & Equipment | FAM001062 | Order #1003913261, MBP 15.4/16GB serial C02Q22YUG8 | 07/17/15 | 36 | $2,321.40 | $1,934.40 | $387.00 | $0.00 | $257.92 | $129.08 |
| Computers & Equipment | FAM001060 | Order #1003913261, MBP 15.4/16GB serial C02Q230JG8 | 07/17/15 | 36 | $297.00 | $247.50 | $49.50 | $0.00 | $33.00 | $16.50 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM001065 | Order #1003913261, MBP 15.4/16GB serial C02Q230JG8 | 07/17/15 | 36 | $2,024.40 | $1,686.90 | $337.50 | $0.00 | $224.92 | $112.58 |
| Computers & Equipment | FAM001058 | Order #1003913261, MBP 15.4/16GB serial C02Q23STG8 | 07/13/15 | 36 | $2,660.60 | $2,217.30 | $443.30 | $0.00 | $295.64 | $147.66 |
| Computers & Equipment | FAM001063 | Order #1003913261, MBP 15.4/16GB serial C02Q33KTG8 | 07/17/15 | 36 | $2,321.40 | $1,934.40 | $387.00 | $0.00 | $257.92 | $129.08 |
| Computers & Equipment | FAM001047 | Order #1004036070, (1) MBP 15.4/16GB and (1) MBP 1 | 08/17/15 | 36 | $3,755.58 | $3,025.28 | $730.30 | $0.00 | $417.28 | $313.02 |
| Computers & Equipment | FAM001051 | Order #1004036070, AppleCare Protection Plan seria | 08/13/15 | 36 | $1,485.00 | $1,196.25 | $288.75 | $0.00 | $165.00 | $123.75 |
| Computers & Equipment | FAM001052 | Order #1004036070, AppleCare Protection Plan seria | 08/13/15 | 36 | $2,120.00 | $1,707.81 | $412.19 | $0.00 | $235.56 | $176.63 |
| Computers & Equipment | FAM001048 | Order #1004036070, MBP 15.4/16GB serial C02Q7202G8 | 08/17/15 | 36 | $2,025.66 | $1,631.83 | $393.83 | $0.00 | $225.08 | $168.75 |
| Computers & Equipment | FAM001094 | Order# 1004099211 MBP 13.3/256GB C02QC1LUFVH6 | 09/10/15 | 36 | $1,941.92 | $1,510.32 | $431.60 | $0.00 | $215.76 | $215.84 |
| Computers & Equipment | FAM001093 | Order# 1004099211 MBP 13.3/256GB C02QC1MVFVH6 | 09/10/15 | 36 | $1,941.92 | $1,510.32 | $431.60 | $0.00 | $215.76 | $215.84 |
| Computers & Equipment | FAM001091 | Order# 1004099211 MBP 13.3/256GB C02QC2BAFVH6 | 09/10/15 | 36 | $1,941.92 | $1,510.32 | $431.60 | $0.00 | $215.76 | $215.84 |
| Computers & Equipment | FAM001092 | Order# 1004099211 MBP 13.3/256GB C02QC2H7FVH6 | 09/10/15 | 36 | $1,941.92 | $1,510.32 | $431.60 | $0.00 | $215.76 | $215.84 |
| Computers & Equipment | FAM001090 | Order# 1004099211 MBP 13.3/256GB C02QC2H8FVH6 | 09/10/15 | 36 | $1,941.92 | $1,510.32 | $431.60 | $0.00 | $215.76 | $215.84 |
| Computers & Equipment | FAM001089 | Order# 1004157839 MBP 13.3 C02QG0JZFVH8 | 09/21/15 | 36 | $2,872.60 | $2,234.12 | $638.48 | $0.00 | $319.16 | $319.32 |
| Computers & Equipment | FAM001434 | Palo Alto Firewalls Hardware/Software including Support; final 50% of bill payment | 03/31/18 | 36 | $0.00 | $0.00 | $0.00 | $1,158.30 | $64.34 | $1,093.96 |
| Computers & Equipment | FAM001435 | Palo Alto Firewalls Hardware/Software including Support; first 50% of invoice to be paid by 5/11/18 | 03/31/18 | 36 | $0.00 | $0.00 | $0.00 | $1,158.30 | $64.34 | $1,093.96 |
| Computers & Equipment | FAM001086 | Palo Alto Networks - Firewall (2) and shipping cos | 09/03/15 | 36 | $25,514.80 | $19,844.72 | $5,670.08 | $0.00 | $2,834.96 | $2,835.12 |
| Computers & Equipment | FAM001087 | Palo Alto Networks - PA-500 Lab Unit +shipping & t | 09/23/15 | 36 | $4,844.68 | $3,767.96 | $1,076.72 | $0.00 | $538.28 | $538.44 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM001152 | Palo Alto Networks M-100, 4TB RAID storage (8 1TB | 12/04/15 | 36 | $13,340.00 | $9,264.00 | $4,076.00 | $0.00 | $1,482.24 | $2,593.76 |
| Computers & Equipment | FAM001129 | Palo Alto Networks PA-200 & Shipping & Tax | 11/12/15 | 36 | $1,950.00 | $1,408.42 | $541.58 | $0.00 | $216.68 | $324.90 |
| Computers & Equipment | FAM001134 | Palo Alto Networks PA-200 +Shipping & Tax | 11/12/15 | 36 | $2,025.00 | $1,462.50 | $562.50 | $0.00 | $225.00 | $337.50 |
| Computers & Equipment | FAM001132 | Palo Alto Networks PA-3020 +Shipping & Tax | 11/12/15 | 36 | $16,320.00 | $11,786.58 | $4,533.42 | $0.00 | $1,813.32 | $2,720.10 |
| Computers & Equipment | FAM000389 | Paragon Micro | 09/01/13 | 24 | $7,697.54 | $7,697.54 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000884 | Reston Office Network Upgrades | 11/07/14 | 24 | $9,130.84 | $9,130.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000781 | Server | 03/07/14 | 24 | $5,883.40 | $5,883.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000064 | Smart UPS Back Up | 06/01/12 | 24 | $1,529.08 | $1,529.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001344 | To capitalize Dell Mobile Precision 5520 XCTO Base | 04/30/17 | 36 | $1,760.10 | $440.01 | $1,320.09 | $0.00 | $195.56 | $1,124.53 |
| Computers & Equipment | FAM001341 | To capitalize Dell XPS 13 9365 (Serial #14MP1G2) | 04/30/17 | 36 | $1,753.40 | $438.39 | $1,315.01 | $0.00 | $194.84 | $1,120.17 |
| Computers & Equipment | FAM001345 | To capitalize Dell XPS 13 9365 (Serial #1TZY1G2) | 04/30/17 | 36 | $1,753.40 | $438.39 | $1,315.01 | $0.00 | $194.84 | $1,120.17 |
| Computers & Equipment | FAM001342 | To capitalize Dell XPS 13 9365 (Serial #58MR1G2) | 04/30/17 | 36 | $1,753.40 | $438.39 | $1,315.01 | $0.00 | $194.84 | $1,120.17 |
| Computers & Equipment | FAM001343 | To capitalize Dell XPS 13 9365 (Serial #5SZY1G2) | 04/30/17 | 36 | $1,753.40 | $438.39 | $1,315.01 | $0.00 | $194.84 | $1,120.17 |
| Computers & Equipment | FAM001346 | To capitalize Dell XPS 13 9365 (Serial #B0MW1G2) | 04/30/17 | 36 | $1,753.40 | $438.39 | $1,315.01 | $0.00 | $194.84 | $1,120.17 |
| Computers & Equipment | FAM001380 | To expense AMEX - Sravanapudi (SN: C02TV0L6HV2W)- | 07/31/17 | 36 | $3,229.56 | $538.26 | $2,691.30 | $0.00 | $358.84 | $2,332.46 |
| Computers & Equipment | FAM001364 | To reallocate CDW Direct INV #: JGX7854 (38 Polyco | 06/30/17 | 36 | $28,716.15 | $5,583.69 | $23,132.46 | $0.00 | $3,190.68 | $19,941.78 |
| Computers & Equipment | FAM001365 | To reallocate CDW Direct phone purchase to correct | 07/31/17 | 36 | $4,663.11 | $777.18 | $3,885.93 | $0.00 | $518.12 | $3,367.81 |
| Computers & Equipment | FAM001366 | To reallocate CDW Direct phone purchase to correct | 07/31/17 | 36 | $5,977.47 | $996.24 | $4,981.23 | $0.00 | $664.16 | $4,317.07 |
| Computers & Equipment | FAM001367 | To reallocate CDW Direct phone purchase to correct | 07/31/17 | 36 | $1,302.02 | $217.02 | $1,085.00 | $0.00 | $144.68 | $940.32 |
| Computers & Equipment | FAM000917 | To reclassify Apple store charges from Ajay's Amex | 01/31/15 | 24 | $2,835.70 | $2,835.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM001085 | To record amex allocation for bill posted in Augus | 08/31/15 | 36 | $3,519.60 | $2,835.33 | $684.27 | $0.00 | $391.08 | $293.19 |
| Computers & Equipment | FAM000858 | To record Concur USD Aug 14 Pymt - Natrajan (new A | 08/31/14 | 24 | $3,007.22 | $3,007.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000831 | To record Concur USD June 14 Pymt - Pao Apple Comp | 06/30/14 | 24 | $1,486.56 | $1,486.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000033 | Toshiba Cinema 55" 1080p LED-LCD HDTV | 08/01/11 | 24 | $4,467.00 | $4,467.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Computers & Equipment | FAM000789 | Upgrade Network w/Router, Switch, & WIP | 04/10/14 | 24 | $6,434.20 | $6,434.20 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Computers & Equipment | FAM001381 | Wells Fargo MIS - August 2017 Computer Hardware - | 08/31/17 | 36 | $1,092.23 | $151.70 | $940.53 | $0.00 | $121.36 | $819.17 |
| Computers & Equipment | FAM001416 | Wells Fargo MIS - January 2018 Computer Hardware - over 1,000 - APL*APPLE ONLINE STORE (S/N 000010C02W31Y5HV2R) | 01/31/18 | 36 | $0.00 | $0.00 | $0.00 | $2,191.02 | $243.44 | $1,947.58 |
| Computers & Equipment | FAM001250 | Wells Fargo MIS - July 2016-APL*APPLE ONLINE STORE | 07/31/16 | 36 | $5,487.56 | $2,743.74 | $2,743.82 | $0.00 | $609.72 | $2,134.10 |
| Computers & Equipment | FAM001356 | Wells Fargo MIS - Jun 17 Computer Hardware - over | 06/30/17 | 36 | $3,227.74 | $627.62 | $2,600.12 | $0.00 | $358.64 | $2,241.48 |
| Computers & Equipment | FAM001238 | Wells Fargo MIS - June 2016-APL*APPLE ONLINE STORE | 06/30/16 | 36 | $3,247.29 | $1,713.80 | $1,533.49 | $0.00 | $360.80 | $1,172.69 |
| Computers & Equipment | FAM001225 | Wells Fargo MIS PCard ? May 2016-APL*APPLE ONLINE | 05/31/16 | 36 | $2,388.21 | $1,326.80 | $1,061.41 | $0.00 | $265.36 | $796.05 |
| Computers & Equipment | FAM001224 | Wells Fargo MIS PCard ? May 2016-APPLE ONLINE STOR | 05/31/16 | 36 | $6,824.66 | $3,791.40 | $3,033.26 | $0.00 | $758.28 | $2,274.98 |
| Computers & Equipment | FAM001162 | WF Pcard - Finance *4935-APL APPLE ONLINE STORE- | 12/31/15 | 36 | $13,697.95 | $9,512.50 | $4,185.45 | $0.00 | $1,522.00 | $2,663.45 |
| Computers & Equipment | FAM001163 | WF Pcard - Finance *4935-APL APPLE ONLINE STORE-(1 | 12/31/15 | 36 | $2,266.28 | $1,573.75 | $692.53 | $0.00 | $251.80 | $440.73 |
| Computers & Equipment | FAM001145 | WF Pcard - Finance *4935-APL APPLE ONLINE STORE-(2 | 11/30/15 | 36 | $2,955.28 | $2,134.34 | $820.94 | $0.00 | $328.36 | $492.58 |
| Computers & Equipment | FAM001146 | WF Pcard - Finance *4935-APL APPLE ONLINE STORE-(2 | 11/30/15 | 36 | $413.92 | $299.00 | $114.92 | $0.00 | $46.00 | $68.92 |
| Computers & Equipment | FAM001161 | WF Pcard - Finance *4935-APL APPLE ONLINE STORE-Ap | 12/31/15 | 36 | $297.00 | $206.25 | $90.75 | $0.00 | $33.00 | $57.75 |
| Computers & Equipment | FAM001006 | Wireless Access Point | 07/15/15 | 36 | $9,461.72 | $7,884.90 | $1,576.82 | $0.00 | $1,051.32 | $525.50 |
| Computers & Equipment | FAM001136 | XPS 13 (9350) 2677662 | 11/13/15 | 36 | $2,417.24 | $1,745.90 | $671.34 | $0.00 | $268.60 | $402.74 |
| Computers & Equipment | FAM001137 | XPS 13 (9350) 2777662 | 11/13/15 | 36 | $2,417.24 | $1,745.90 | $671.34 | $0.00 | $268.60 | $402.74 |
| Computers & Equipment | FAM001139 | XPS 13 (9350) 5P17662 | 11/13/15 | 36 | $2,417.24 | $1,745.90 | $671.35 | $0.00 | $268.60 | $402.74 |
| Computers & Equipment | FAM001138 | XPS 13 (9350) B577662 | 11/13/15 | 36 | $2,417.24 | $1,745.90 | $671.34 | $0.00 | $268.60 | $402.74 |
| Software - Developed Internally | FAM001154 | Additional Capitalized Internally Developed Softwa | 12/31/14 | 24 | $52,506.57 | $52,506.57 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000435 | Capitalized Internally Developed Software | 09/01/13 | 24 | $334,300.90 | $334,300.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000447 | Capitalized Internally Developed Software | 10/01/13 | 24 | $417,471.09 | $417,471.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000497 | Capitalized Internally Developed Software | 11/01/13 | 24 | $367,133.47 | $367,133.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000513 | Capitalized Internally Developed Software | 12/01/13 | 24 | $353,315.06 | $353,315.06 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000525 | Capitalized Internally Developed Software | 01/31/14 | 24 | $387,653.58 | $387,653.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000707 | Capitalized Internally Developed Software | 02/28/14 | 24 | $384,183.09 | $384,183.09 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000786 | Capitalized Internally Developed Software | 03/31/14 | 24 | $450,130.15 | $450,130.15 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000792 | Capitalized Internally Developed Software | 04/01/14 | 24 | $413,904.07 | $413,904.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000806 | Capitalized Internally Developed Software | 05/31/14 | 24 | $476,827.82 | $476,827.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000833 | Capitalized Internally Developed Software | 06/30/14 | 24 | $362,711.10 | $362,711.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000846 | Capitalized Internally Developed Software | 07/31/14 | 24 | $419,745.29 | $419,745.29 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000860 | Capitalized Internally Developed Software | 08/31/14 | 24 | $434,813.14 | $434,813.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000877 | Capitalized Internally Developed Software | 09/30/14 | 24 | $492,826.09 | $492,826.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000887 | Capitalized Internally Developed Software | 10/31/14 | 24 | $463,530.53 | $463,530.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000902 | Capitalized Internally Developed Software | 11/30/14 | 24 | $440,148.16 | $440,148.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000912 | Capitalized Internally Developed Software | 12/31/14 | 24 | $446,955.82 | $446,955.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000920 | Capitalized Internally Developed Software | 01/31/15 | 24 | $455,669.21 | $455,669.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000934 | Capitalized Internally Developed Software | 02/28/15 | 24 | $461,324.23 | $461,324.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000947 | Capitalized Internally Developed Software | 03/31/15 | 24 | $474,618.98 | $474,618.98 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000954 | Capitalized Internally Developed Software | 04/30/15 | 24 | $456,631.29 | $456,631.29 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000985 | Capitalized Internally Developed Software | 05/31/15 | 24 | $450,885.91 | $450,885.91 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000992 | Capitalized Internally Developed Software | 06/30/15 | 24 | $488,294.83 | $488,294.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001008 | Capitalized Internally Developed Software | 07/31/15 | 24 | $472,702.05 | $472,702.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001078 | Capitalized Internally Developed Software | 08/31/15 | 24 | $454,017.30 | $454,017.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001095 | Capitalized Internally Developed Software | 09/30/15 | 24 | $507,118.47 | $507,118.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001113 | Capitalized Internally Developed Software | 10/31/15 | 24 | $497,111.11 | $497,111.11 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001142 | Capitalized Internally Developed Software | 11/30/15 | 24 | $529,780.18 | $529,780.18 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001153 | Capitalized Internally Developed Software | 12/31/15 | 24 | $488,759.19 | $488,759.19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000845 | Capitalized Internally Developed Software - Adj fo | 07/23/14 | 24 | $31,041.89 | $31,041.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000204 | IDSW 2009 Audit entry - LCG | 12/01/10 | 24 | $81,303.00 | $81,303.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000321 | IDSW Accrual February 2013 - Actual | 03/01/13 | 24 | $195,316.59 | $195,316.59 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000243 | IDSW Adjustment for Incorrect Salary | 11/01/11 | 24 | -$12,182.79 | -$12,182.79 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000172 | IDSW Apr 2009 - Employee Costs | 04/01/09 | 24 | $46,910.00 | $46,910.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000171 | IDSW Apr 2009 - LCG | 04/01/09 | 24 | $14,062.50 | $14,062.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000187 | IDSW Apr 2010 - Employee Costs | 04/01/10 | 24 | $60,729.00 | $60,729.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000213 | IDSW April 2011 - Employee Costs | 04/01/11 | 24 | $60,365.41 | $60,365.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000214 | IDSW April 2011 - LCG | 04/01/11 | 24 | $66,281.56 | $66,281.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000323 | IDSW April 2013 - Actual | 04/01/13 | 24 | $350,307.19 | $350,307.19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000271 | IDSW April2012 - Cybage | 04/01/12 | 24 | $7,165.94 | $7,165.94 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000270 | IDSW April2012 - Employee Costs | 04/01/12 | 24 | $163,217.45 | $163,217.45 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000272 | IDSW April2012 - LCG | 04/01/12 | 24 | $55,695.02 | $55,695.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000273 | IDSW April2012 - Mphasis | 04/01/12 | 24 | $3,657.08 | $3,657.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000269 | IDSW April2012 - No Inc | 04/01/12 | 24 | $8,792.18 | $8,792.18 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000176 | IDSW Aug 2009 - Employee Costs | 08/01/09 | 24 | $47,049.00 | $47,049.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000156 | IDSW August 2008 | 08/01/08 | 24 | $47,254.69 | $47,254.69 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000158 | IDSW August 2008 - add'l | 08/01/08 | 24 | $50,406.26 | $50,406.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000193 | IDSW August 2010 - Employee Costs | 08/01/10 | 24 | $68,336.00 | $68,336.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000195 | IDSW August 2010 - LCG | 08/01/10 | 24 | $78,781.05 | $78,781.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000194 | IDSW August 2010 - NO Inc | 08/01/10 | 24 | $24,732.00 | $24,732.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000228 | IDSW August 2011 - Employee Costs | 08/01/11 | 24 | $98,881.88 | $98,881.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000231 | IDSW August 2011 - GlobalLogic | 08/01/11 | 24 | $12,759.20 | $12,759.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000230 | IDSW August 2011 - LCG | 08/01/11 | 24 | $88,343.75 | $88,343.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000227 | IDSW August 2011 - No Inc | 08/01/11 | 24 | $5,950.00 | $5,950.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000229 | IDSW August 2011 - RapidValue | 08/01/11 | 24 | $13,150.00 | $13,150.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000398 | IDSW August 2013 | 08/01/13 | 24 | $374,530.30 | $374,530.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000292 | IDSW August2012 - Coherent | 08/01/12 | 24 | $26,537.00 | $26,537.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000291 | IDSW August2012 - Cybage | 08/01/12 | 24 | $8,347.32 | $8,347.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000290 | IDSW August2012 - Employee Costs | 08/01/12 | 24 | $200,760.90 | $200,760.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000294 | IDSW August2012 - LCG (added in Sept) | 08/01/12 | 24 | $62,282.73 | $62,282.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000293 | IDSW August2012 - Mphasis | 08/01/12 | 24 | $32,477.70 | $32,477.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000164 | IDSW Dec 2008 - LCG | 12/01/08 | 24 | $17,024.51 | $17,024.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000181 | IDSW Dec 2009 - Consultant Costs | 12/01/09 | 24 | $5,294.00 | $5,294.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000180 | IDSW Dec 2009 - Employee Costs | 12/01/09 | 24 | $47,905.00 | $47,905.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000202 | IDSW December 2010 - Employee Costs | 12/01/10 | 24 | $63,218.00 | $63,218.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000203 | IDSW December 2010 - LCG | 12/01/10 | 24 | $53,184.25 | $53,184.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000251 | IDSW December2011 - Cybage | 12/01/11 | 24 | $3,209.56 | $3,209.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000250 | IDSW December2011 - Employee Costs | 12/01/11 | 24 | $132,098.40 | $132,098.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000253 | IDSW December2011 - GlobalLogic | 12/01/11 | 24 | $5,565.58 | $5,565.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000252 | IDSW December2011 - LCG | 12/01/11 | 24 | $42,785.68 | $42,785.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000249 | IDSW December2011 - No Inc | 12/01/11 | 24 | $3,320.31 | $3,320.32 | -$0.01 | $0.00 | $0.00 | -$0.01 |
| Software - Developed Internally | FAM000310 | IDSW December2012 - Coherent | 12/01/12 | 24 | $26,068.00 | $26,068.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000311 | IDSW December2012 - Cybage | 12/01/12 | 24 | $11,424.50 | $11,424.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000312 | IDSW December2012 - Employee Costs | 12/01/12 | 24 | $220,739.82 | $220,739.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000313 | IDSW December2012 - LCG | 12/01/12 | 24 | $42,262.50 | $42,262.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000314 | IDSW December2012 - Mphasis | 12/01/12 | 24 | $19,931.50 | $19,931.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000168 | IDSW Feb 2009 - Employee Costs | 02/01/09 | 24 | $22,605.00 | $22,605.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000167 | IDSW Feb 2009 - LCG | 02/01/09 | 24 | $24,371.88 | $24,371.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000185 | IDSW Feb 2010 - Consultant Costs | 02/01/10 | 24 | $6,628.00 | $6,628.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000184 | IDSW Feb 2010 - Employee Costs | 02/01/10 | 24 | $52,164.00 | $52,164.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000152 | IDSW February 2008 and April 2008 | 04/01/08 | 24 | $250,295.12 | $250,295.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000207 | IDSW February 2011 - Employee Costs | 02/01/11 | 24 | $75,519.96 | $75,519.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000209 | IDSW February 2011 - LCG | 02/01/11 | 24 | $52,182.50 | $52,182.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000208 | IDSW February 2011 - No Inc | 02/01/11 | 24 | $2,975.00 | $2,975.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000261 | IDSW February2012 - Cybage | 02/01/12 | 24 | $6,759.89 | $6,759.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000260 | IDSW February2012 - Employee Costs | 02/01/12 | 24 | $160,856.32 | $160,856.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000263 | IDSW February2012 - GlobalLogic | 02/01/12 | 24 | $8,145.36 | $8,145.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000262 | IDSW February2012 - LCG | 02/01/12 | 24 | $52,470.55 | $52,470.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000259 | IDSW February2012 - No Inc | 02/01/12 | 24 | $2,496.88 | $2,496.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000151 | IDSW From LLC - Inception to January 2008 | 04/01/10 | 24 | $260,173.99 | $260,173.99 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000166 | IDSW Jan 2009 - Employee Costs | 01/01/09 | 24 | $20,676.00 | $20,676.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000165 | IDSW Jan 2009 - LCG | 01/01/09 | 24 | $30,004.89 | $30,004.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000183 | IDSW Jan 2010 - Consultant Costs | 01/01/10 | 24 | $9,992.00 | $9,992.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000182 | IDSW Jan 2010 - Employee Costs | 01/01/10 | 24 | $50,834.00 | $50,834.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000205 | IDSW January 2011 - Employee Costs | 01/01/11 | 24 | $73,366.00 | $73,366.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000206 | IDSW January 2011 - LCG | 01/01/11 | 24 | $62,137.50 | $62,137.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000256 | IDSW January2012 - Cybage | 01/01/12 | 24 | $3,403.55 | $3,403.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000255 | IDSW January2012 - Employee Costs | 01/01/12 | 24 | $128,651.05 | $128,651.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000258 | IDSW January2012 - GlobalLogic | 01/01/12 | 24 | $5,872.56 | $5,872.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000257 | IDSW January2012 - LCG | 01/01/12 | 24 | $52,768.99 | $52,768.99 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000254 | IDSW January2012 - No Inc | 01/01/12 | 24 | $3,214.06 | $3,214.06 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000315 | IDSW January2013 - Coherent | 01/01/13 | 24 | $27,552.00 | $27,552.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000316 | IDSW January2013 - Cybage | 01/01/13 | 24 | $9,903.93 | $9,903.93 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000317 | IDSW January2013 - Employee Costs | 01/01/13 | 24 | $315,819.39 | $315,819.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000318 | IDSW January2013 - Employee Costs - Corrected | 01/01/13 | 24 | -$69,974.89 | -$69,974.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000319 | IDSW January2013 - LCG | 01/01/13 | 24 | $41,580.00 | $41,580.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000320 | IDSW January2013 - Mphasis | 01/01/13 | 24 | $17,521.00 | $17,521.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000155 | IDSW July 2008 | 07/01/08 | 24 | $16,208.43 | $16,208.43 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000157 | IDSW July 2008 - add'l | 07/01/08 | 24 | $39,385.39 | $39,385.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000175 | IDSW July 2009 - Employee Costs | 07/01/09 | 24 | $51,870.00 | $51,870.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000190 | IDSW July 2010 - Employee Costs | 07/01/10 | 24 | $50,619.00 | $50,619.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000192 | IDSW July 2010 - LCG | 07/01/10 | 24 | $35,456.25 | $35,456.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000191 | IDSW July 2010 - NO Inc | 07/01/10 | 24 | $6,270.00 | $6,270.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000223 | IDSW July 2011 - Employee Costs | 07/01/11 | 24 | $72,753.22 | $72,753.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000226 | IDSW July 2011 - GlobalLogic | 07/01/11 | 24 | $11,417.57 | $11,417.57 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000225 | IDSW July 2011 - LCG | 07/01/11 | 24 | $61,295.31 | $61,295.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000222 | IDSW July 2011 - No Inc | 07/01/11 | 24 | $15,391.38 | $15,391.38 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000224 | IDSW July 2011 - RapidValue | 07/01/11 | 24 | $15,960.00 | $15,960.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000326 | IDSW July 2013 | 07/01/13 | 24 | $331,289.85 | $331,289.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000287 | IDSW July2012 - Coherent | 07/01/12 | 24 | $12,817.50 | $12,817.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000286 | IDSW July2012 - Cybage | 07/01/12 | 24 | $7,607.45 | $7,607.45 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000285 | IDSW July2012 - Employee Costs | 07/01/12 | 24 | $163,865.25 | $163,865.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000288 | IDSW July2012 - LCG | 07/01/12 | 24 | $53,262.31 | $53,262.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000289 | IDSW July2012 - Mphasis | 07/01/12 | 24 | $10,281.31 | $10,281.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000154 | IDSW June 2008 | 06/01/08 | 24 | $104,444.23 | $104,444.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000174 | IDSW June 2009 - Employee Costs | 06/01/09 | 24 | $48,352.00 | $48,352.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000189 | IDSW June 2010 - Employee Costs | 06/01/10 | 24 | $56,746.00 | $56,746.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000219 | IDSW June 2011 - Employee Costs | 06/01/11 | 24 | $75,604.33 | $75,604.33 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000221 | IDSW June 2011 - GlobalLogic | 06/01/11 | 24 | $2,030.26 | $2,030.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000220 | IDSW June 2011 - LCG | 06/01/11 | 24 | $55,647.62 | $55,647.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000218 | IDSW June 2011 - No Inc | 06/01/11 | 24 | $1,275.00 | $1,275.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000325 | IDSW June 2013 | 06/01/13 | 24 | $354,984.59 | $354,984.59 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000282 | IDSW June2012 - Coherent | 06/01/12 | 24 | $12,445.00 | $12,445.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000281 | IDSW June2012 - Cybage | 06/01/12 | 24 | $3,153.74 | $3,153.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000280 | IDSW June2012 - Employee Costs | 06/01/12 | 24 | $181,242.69 | $181,242.69 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000283 | IDSW June2012 - LCG | 06/01/12 | 24 | $51,832.40 | $51,832.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000284 | IDSW June2012 - Mphasis | 06/01/12 | 24 | $12,444.02 | $12,444.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000279 | IDSW June2012 - No Inc | 06/01/12 | 24 | $1,354.69 | $1,354.69 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000170 | IDSW Mar 2009 - Employee Costs | 03/01/09 | 24 | $38,022.00 | $38,022.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000169 | IDSW Mar 2009 - LCG | 03/01/09 | 24 | $24,637.50 | $24,637.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000186 | IDSW Mar 2010 - Employee Costs | 03/01/10 | 24 | $55,738.00 | $55,738.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000210 | IDSW March 2011 - Employee Costs | 03/01/11 | 24 | $66,594.35 | $66,594.35 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000212 | IDSW March 2011 - LCG | 03/01/11 | 24 | $83,378.75 | $83,378.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000211 | IDSW March 2011 - No Inc | 03/01/11 | 24 | $3,017.50 | $3,017.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000322 | IDSW March 2013 - Actual | 03/01/13 | 24 | $223,947.55 | $223,947.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000266 | IDSW March2012 - Cybage | 03/01/12 | 24 | $8,470.91 | $8,470.91 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000265 | IDSW March2012 - Employee Costs | 03/01/12 | 24 | $199,024.30 | $199,024.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000268 | IDSW March2012 - GlobalLogic | 03/01/12 | 24 | $6,062.97 | $6,062.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000267 | IDSW March2012 - LCG | 03/01/12 | 24 | $60,458.04 | $60,458.04 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000264 | IDSW March2012 - No Inc | 03/01/12 | 24 | $5,020.31 | $5,020.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000153 | IDSW May 2008 | 05/01/08 | 24 | $54,257.17 | $54,257.17 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000173 | IDSW May 2009 - Employee Costs | 05/01/09 | 24 | $52,732.00 | $52,732.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000188 | IDSW May 2010 - Employee Costs | 05/01/10 | 24 | $39,362.00 | $39,362.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000216 | IDSW May 2011 - Employee Costs | 05/01/11 | 24 | $75,355.57 | $75,355.57 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000217 | IDSW May 2011 - LCG | 05/01/11 | 24 | $83,419.21 | $83,419.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000215 | IDSW May 2011 - No Inc | 05/01/11 | 24 | $1,806.25 | $1,806.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000324 | IDSW May 2013 | 05/01/13 | 24 | $350,098.89 | $350,098.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000276 | IDSW May2012 - Cybage | 05/01/12 | 24 | $3,721.63 | $3,721.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000275 | IDSW May2012 - Employee Costs | 05/01/12 | 24 | $165,435.67 | $165,435.67 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000277 | IDSW May2012 - LCG | 05/01/12 | 24 | $50,622.51 | $50,622.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000278 | IDSW May2012 - Mphasis | 05/01/12 | 24 | $8,934.96 | $8,934.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000274 | IDSW May2012 - No Inc | 05/01/12 | 24 | $770.31 | $770.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000163 | IDSW Nov 2008 - LCG | 11/01/08 | 24 | $32,700.70 | $32,700.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000162 | IDSW Nov 2008 - No Inc | 11/01/08 | 24 | $17,467.50 | $17,467.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000179 | IDSW Nov 2009 - Employee Costs | 11/01/09 | 24 | $63,027.00 | $63,027.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000200 | IDSW November 2010 - Employee Costs | 11/01/10 | 24 | $72,304.00 | $72,304.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000201 | IDSW November 2010 - LCG | 11/01/10 | 24 | $52,457.90 | $52,457.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000246 | IDSW November 2011 - Cybage | 11/01/11 | 24 | $1,828.53 | $1,828.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000245 | IDSW November 2011 - Employee Costs | 11/01/11 | 24 | $134,348.01 | $134,348.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000248 | IDSW November 2011 - GlobalLogic | 11/01/11 | 24 | $10,635.83 | $10,635.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000247 | IDSW November 2011 - LCG | 11/01/11 | 24 | $82,400.63 | $82,400.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000244 | IDSW November 2011 - No Inc | 11/01/11 | 24 | $8,500.00 | $8,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000308 | IDSW November2012 - Coherent | 11/01/12 | 24 | $26,691.00 | $26,691.01 | -$0.01 | $0.00 | $0.00 | -$0.01 |
| Software - Developed Internally | FAM000307 | IDSW November2012 - Cybage | 11/01/12 | 24 | $3,572.00 | $3,572.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000305 | IDSW November2012 - Employee Costs | 11/01/12 | 24 | $222,814.95 | $222,814.95 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000306 | IDSW November2012 - LCG | 11/01/12 | 24 | $33,652.50 | $33,652.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000309 | IDSW November2012 - Mphasis | 11/01/12 | 24 | $8,692.50 | $8,692.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000161 | IDSW Oct 2008 - LCG | 10/01/08 | 24 | $43,897.69 | $43,897.69 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000160 | IDSW Oct 2008 - No Inc | 10/01/08 | 24 | $101,707.81 | $101,707.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000178 | IDSW Oct 2009 - Employee Costs | 10/01/09 | 24 | $34,763.00 | $34,763.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000198 | IDSW October 2010 - Employee Costs | 10/01/10 | 24 | $82,446.00 | $82,446.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000199 | IDSW October 2010 - LCG | 10/01/10 | 24 | $49,300.40 | $49,300.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000239 | IDSW October 2011 - Cybage | 10/01/11 | 24 | $2,989.51 | $2,989.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000238 | IDSW October 2011 - Employee Costs | 10/01/11 | 24 | $138,775.12 | $138,775.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000242 | IDSW October 2011 - GlobalLogic | 10/01/11 | 24 | $8,950.34 | $8,950.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000240 | IDSW October 2011 - LCG | 10/01/11 | 24 | $85,732.81 | $85,732.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000237 | IDSW October 2011 - No Inc | 10/01/11 | 24 | $8,367.19 | $8,367.19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000241 | IDSW October 2011 - Punwani | 10/01/11 | 24 | $37.30 | $37.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000303 | IDSW October2012 - Coherent | 10/01/12 | 24 | $29,792.00 | $29,792.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000302 | IDSW October2012 - Cybage | 10/01/12 | 24 | $5,695.00 | $5,695.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000300 | IDSW October2012 - Employee Costs | 10/01/12 | 24 | $220,800.67 | $220,800.67 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000301 | IDSW October2012 - LCG | 10/01/12 | 24 | $46,200.00 | $46,200.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000304 | IDSW October2012 - Mphasis | 10/01/12 | 24 | $9,979.00 | $9,979.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000159 | IDSW Sept 2008 | 09/01/08 | 24 | $13,865.62 | $13,865.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000177 | IDSW Sept 2009 - Employee Costs | 09/01/09 | 24 | $52,469.00 | $52,469.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000196 | IDSW September 2010 - Employee Costs | 09/01/10 | 24 | $84,896.00 | $84,896.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000197 | IDSW September 2010 - LCG | 09/01/10 | 24 | $65,304.00 | $65,304.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000233 | IDSW September 2011 - Employee Costs | 09/01/11 | 24 | $87,276.66 | $87,276.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000236 | IDSW September 2011 - GlobalLogic | 09/01/11 | 24 | $4,800.22 | $4,800.22 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM000235 | IDSW September 2011 - LCG | 09/01/11 | 24 | $88,521.88 | $88,521.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000232 | IDSW September 2011 - No Inc | 09/01/11 | 24 | $6,056.25 | $6,056.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000234 | IDSW September 2011 - RapidValue | 09/01/11 | 24 | $5,340.00 | $5,340.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000298 | IDSW September2012 - Coherent | 09/01/12 | 24 | $28,416.50 | $28,416.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000297 | IDSW September2012 - Cybage | 09/01/12 | 24 | $5,935.27 | $5,935.27 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000295 | IDSW September2012 - Employee Costs | 09/01/12 | 24 | $198,967.42 | $198,967.42 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000296 | IDSW September2012 - LCG | 09/01/12 | 24 | $50,268.75 | $50,268.76 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000299 | IDSW September2012 - Mphasis | 09/01/12 | 24 | $16,519.42 | $16,519.42 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM000878 | September Invoice -NetSuite Mid Market Edition | 09/30/14 | 24 | $1,900.80 | $1,900.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001203 | To capitalize AliveBox IDSW (Apr 2016) | 04/30/16 | 24 | $5,376.00 | $4,704.00 | $672.00 | $0.00 | $672.00 | $0.00 |
| Software - Developed Internally | FAM001340 | To capitalize AliveBox IDSW (Apr 2017) | 04/30/17 | 24 | $4,864.00 | $1,824.03 | $3,039.97 | $0.00 | $810.68 | $2,229.29 |
| Software - Developed Internally | FAM001253 | To capitalize AliveBox IDSW (Aug 2016) | 08/31/16 | 24 | $5,888.00 | $4,170.61 | $1,717.39 | $0.00 | $981.32 | $736.07 |
| Software - Developed Internally | FAM001386 | To capitalize AliveBox IDSW (Aug 2017) | 08/31/17 | 24 | $5,593.60 | $1,165.35 | $4,428.25 | $0.00 | $932.28 | $3,495.97 |
| Software - Developed Internally | FAM001306 | To capitalize AliveBox IDSW (Dec 2016) | 12/31/16 | 24 | $5,350.40 | $2,898.09 | $2,452.31 | $0.00 | $891.72 | $1,560.59 |
| Software - Developed Internally | FAM001172 | To capitalize AliveBox IDSW (Feb 2016) | 02/29/16 | 24 | $5,120.00 | $4,906.59 | $213.41 | $0.00 | $213.41 | $0.00 |
| Software - Developed Internally | FAM001320 | To capitalize AliveBox IDSW (Feb 2017) | 02/28/17 | 24 | $4,620.80 | $2,117.83 | $2,502.97 | $0.00 | $770.12 | $1,732.85 |
| Software - Developed Internally | FAM001164 | To capitalize AliveBox IDSW (Jan 2016) | 01/31/16 | 24 | $5,120.00 | $5,120.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001311 | To capitalize AliveBox IDSW (Jan 2017) | 01/31/17 | 24 | $4,864.00 | $2,432.04 | $2,431.96 | $0.00 | $810.68 | $1,621.28 |
| Software - Developed Internally | FAM001246 | To capitalize AliveBox IDSW (Jul 2016) | 07/31/16 | 24 | $5,376.00 | $4,032.00 | $1,344.00 | $0.00 | $896.00 | $448.00 |
| Software - Developed Internally | FAM001375 | To capitalize AliveBox IDSW (July 2017) | 07/31/17 | 24 | $5,107.20 | $1,276.80 | $3,830.40 | $0.00 | $851.20 | $2,979.20 |
| Software - Developed Internally | FAM001232 | To capitalize AliveBox IDSW (Jun 2016) | 06/30/16 | 24 | $5,632.00 | $4,458.73 | $1,173.27 | $0.00 | $938.68 | $234.59 |
| Software - Developed Internally | FAM001363 | To capitalize AliveBox IDSW (June 2017) | 06/30/17 | 24 | $5,350.40 | $1,560.51 | $3,789.89 | $0.00 | $891.72 | $2,898.17 |
| Software - Developed Internally | FAM001192 | To capitalize AliveBox IDSW (Mar 2016) | 03/31/16 | 24 | $5,888.00 | $5,397.26 | $490.74 | $0.00 | $490.74 | $0.00 |
| Software - Developed Internally | FAM001324 | To capitalize AliveBox IDSW (Mar 2017) | 03/31/17 | 24 | $5,593.60 | $2,330.70 | $3,262.90 | $0.00 | $932.28 | $2,330.62 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM001217 | To capitalize AliveBox IDSW AliveBox (May 2016) | 05/31/16 | 24 | $5,376.00 | $4,480.00 | $896.00 | $0.00 | $896.00 | $0.00 |
| Software - Developed Internally | FAM001353 | To capitalize AliveBox IDSW AliveBox (May 2017) | 05/31/17 | 24 | $5,350.40 | $1,783.44 | $3,566.96 | $0.00 | $891.72 | $2,675.24 |
| Software - Developed Internally | FAM001289 | To capitalize AliveBox IDSW AliveBox (Nov 2016) | 11/30/16 | 24 | $4,864.00 | $2,837.38 | $2,026.62 | $0.00 | $810.68 | $1,215.94 |
| Software - Developed Internally | FAM001278 | To capitalize AliveBox IDSW AliveBox (Oct 2016) | 10/31/16 | 24 | $5,107.20 | $3,192.00 | $1,915.20 | $0.00 | $851.20 | $1,064.00 |
| Software - Developed Internally | FAM001260 | To capitalize AliveBox IDSW AliveBox (Sep 2016) | 09/30/16 | 24 | $5,350.40 | $3,566.88 | $1,783.52 | $0.00 | $891.72 | $891.80 |
| Software - Developed Internally | FAM001402 | To capitalize AliveBox IDSW AliveBox (Sept 2017) | 09/30/17 | 24 | $2,880.00 | $480.00 | $2,400.00 | $0.00 | $480.00 | $1,920.00 |
| Software - Developed Internally | FAM001200 | To capitalize Coherent IDSW Coherent (Apr 2016) | 04/30/16 | 24 | $161,816.00 | $141,588.93 | $20,227.07 | $0.00 | $20,227.07 | $0.00 |
| Software - Developed Internally | FAM001339 | To capitalize Coherent IDSW Coherent (Apr 2017) | 04/30/17 | 24 | $127,824.40 | $47,934.18 | $79,890.22 | $0.00 | $21,304.08 | $58,586.14 |
| Software - Developed Internally | FAM001437 | To capitalize Coherent IDSW Coherent (Apr 2018) | 04/30/18 | 24 | $0.00 | $0.00 | $0.00 | $70,072.00 | $2,919.67 | $67,152.33 |
| Software - Developed Internally | FAM001256 | To capitalize Coherent IDSW Coherent (Aug 2016) | 08/31/16 | 24 | $213,124.00 | $150,962.89 | $62,161.11 | $0.00 | $35,520.68 | $26,640.43 |
| Software - Developed Internally | FAM001383 | To capitalize Coherent IDSW Coherent (Aug 2017) | 08/31/17 | 24 | $175,360.70 | $36,533.50 | $138,827.20 | $0.00 | $29,226.80 | $109,600.40 |
| Software - Developed Internally | FAM001305 | To capitalize Coherent IDSW Coherent (Dec 2016) | 12/31/16 | 24 | $153,200.00 | $82,983.29 | $70,216.71 | $0.00 | $25,533.32 | $44,683.39 |
| Software - Developed Internally | FAM001410 | To capitalize Coherent IDSW Coherent (Dec 2017) | 12/31/17 | 24 | $153,383.20 | $6,390.97 | $146,992.23 | $0.00 | $25,563.88 | $121,428.35 |
| Software - Developed Internally | FAM001175 | To capitalize Coherent IDSW Coherent (Feb 2016) | 02/29/16 | 24 | $168,988.00 | $161,946.91 | $7,041.09 | $0.00 | $7,041.09 | $0.00 |
| Software - Developed Internally | FAM001317 | To capitalize Coherent IDSW Coherent (Feb 2017) | 02/28/17 | 24 | $153,079.20 | $70,161.30 | $82,917.90 | $0.00 | $25,513.20 | $57,404.70 |
| Software - Developed Internally | FAM001423 | To capitalize Coherent IDSW Coherent (Feb 2018) | 02/28/18 | 24 | $0.00 | $0.00 | $0.00 | $145,646.40 | $18,205.80 | $127,440.60 |
| Software - Developed Internally | FAM001167 | To capitalize Coherent IDSW Coherent (Jan 2016) | 01/31/16 | 24 | $164,112.00 | $164,112.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001308 | To capitalize Coherent IDSW Coherent (Jan 2017) | 01/31/17 | 24 | $150,776.40 | $75,388.20 | $75,388.20 | $0.00 | $25,129.40 | $50,258.80 |
| Software - Developed Internally | FAM001421 | To capitalize Coherent IDSW Coherent (Jan 2018) | 01/31/18 | 24 | $0.00 | $0.00 | $0.00 | $139,049.60 | $23,174.92 | $115,874.68 |
| Software - Developed Internally | FAM001242 | To capitalize Coherent IDSW Coherent (Jul 2016) | 07/31/16 | 24 | $167,952.00 | $125,964.00 | $41,988.00 | $0.00 | $27,992.00 | $13,996.00 |
| Software - Developed Internally | FAM001378 | To capitalize Coherent IDSW Coherent (July 2017) | 07/31/17 | 24 | $157,107.20 | $39,276.78 | $117,830.42 | $0.00 | $26,184.52 | $91,645.90 |
| Software - Developed Internally | FAM001229 | To capitalize Coherent IDSW Coherent (Jun 2016) | 06/30/16 | 24 | $175,648.00 | $139,054.73 | $36,593.27 | $0.00 | $29,274.68 | $7,318.59 |
| Software - Developed Internally | FAM001362 | To capitalize Coherent IDSW Coherent (June 2017) | 06/30/17 | 24 | $166,648.00 | $48,605.69 | $118,042.31 | $0.00 | $27,774.68 | $90,267.63 |
| Software - Developed Internally | FAM001191 | To capitalize Coherent IDSW Coherent (Mar 2016) | 03/31/16 | 24 | $173,732.00 | $159,254.26 | $14,477.74 | $0.00 | $14,477.74 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM001325 | To capitalize Coherent IDSW Coherent (Mar 2017) | 03/31/17 | 24 | $158,733.60 | $66,139.00 | $92,594.60 | $0.00 | $26,455.60 | $66,139.00 |
| Software - Developed Internally | FAM001429 | To capitalize Coherent IDSW Coherent (Mar 2018) | 03/31/18 | 24 | $0.00 | $0.00 | $0.00 | $146,193.60 | $12,182.80 | $134,010.80 |
| Software - Developed Internally | FAM001213 | To capitalize Coherent IDSW Coherent (May 2016) | 05/31/16 | 24 | $142,700.00 | $118,916.60 | $23,783.40 | $0.00 | $23,783.40 | $0.00 |
| Software - Developed Internally | FAM001349 | To capitalize Coherent IDSW Coherent (May 2017) | 05/31/17 | 24 | $146,877.60 | $48,959.20 | $97,918.40 | $0.00 | $24,479.60 | $73,438.80 |
| Software - Developed Internally | FAM001293 | To capitalize Coherent IDSW Coherent (Nov 2016) | 11/30/16 | 24 | $146,968.80 | $85,731.80 | $61,237.00 | $0.00 | $24,494.80 | $36,742.20 |
| Software - Developed Internally | FAM001403 | To capitalize Coherent IDSW Coherent (Nov 2017) | 11/30/17 | 24 | $153,489.60 | $12,790.80 | $140,698.80 | $0.00 | $25,581.60 | $115,117.20 |
| Software - Developed Internally | FAM001274 | To capitalize Coherent IDSW Coherent (Oct 2016) | 10/31/16 | 24 | $142,743.20 | $89,214.45 | $53,528.75 | $0.00 | $23,790.52 | $29,738.23 |
| Software - Developed Internally | FAM001396 | To capitalize Coherent IDSW Coherent (Oct 2017) | 10/31/17 | 24 | $157,863.40 | $19,732.92 | $138,130.48 | $0.00 | $26,310.56 | $111,819.92 |
| Software - Developed Internally | FAM001265 | To capitalize Coherent IDSW Coherent (Sep 2016) | 09/30/16 | 24 | $166,538.80 | $111,025.92 | $55,512.88 | $0.00 | $27,756.48 | $27,756.40 |
| Software - Developed Internally | FAM001394 | To capitalize Coherent IDSW Coherent (Sept 2017) | 09/30/17 | 24 | $139,084.00 | $23,180.68 | $115,903.32 | $0.00 | $23,180.68 | $92,722.64 |
| Software - Developed Internally | FAM001201 | To capitalize Cybage IDSW Cybage (Apr 2016) | 04/30/16 | 24 | $5,321.76 | $4,656.54 | $665.22 | $0.00 | $665.22 | $0.00 |
| Software - Developed Internally | FAM001334 | To capitalize Cybage IDSW Cybage (Apr 2017) | 04/30/17 | 24 | $5,717.05 | $2,143.89 | $3,573.16 | $0.00 | $952.84 | $2,620.32 |
| Software - Developed Internally | FAM001251 | To capitalize Cybage IDSW Cybage (Aug 2016) | 08/31/16 | 24 | $6,329.60 | $4,483.41 | $1,846.19 | $0.00 | $1,054.92 | $791.27 |
| Software - Developed Internally | FAM001382 | To capitalize Cybage IDSW Cybage (Aug 2017) | 08/31/17 | 24 | $5,517.60 | $1,149.50 | $4,368.10 | $0.00 | $919.60 | $3,448.50 |
| Software - Developed Internally | FAM001303 | To capitalize Cybage IDSW Cybage (Dec 2016) | 12/31/16 | 24 | $5,403.54 | $2,926.95 | $2,476.59 | $0.00 | $900.60 | $1,575.99 |
| Software - Developed Internally | FAM001411 | To capitalize Cybage IDSW Cybage (Dec 2017) | 12/31/17 | 24 | $5,797.11 | $241.55 | $5,555.56 | $0.00 | $966.20 | $4,589.36 |
| Software - Developed Internally | FAM001174 | To capitalize Cybage IDSW Cybage (Feb 2016) | 02/29/16 | 24 | $5,482.86 | $5,254.35 | $228.51 | $0.00 | $228.51 | $0.00 |
| Software - Developed Internally | FAM001318 | To capitalize Cybage IDSW Cybage (Feb 2017) | 02/28/17 | 24 | $6,314.08 | $2,893.99 | $3,420.09 | $0.00 | $1,052.36 | $2,367.73 |
| Software - Developed Internally | FAM001166 | To capitalize Cybage IDSW Cybage (Jan 2016) | 01/31/16 | 24 | $5,395.22 | $5,395.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001309 | To capitalize Cybage IDSW Cybage (Jan 2017) | 01/31/17 | 24 | $5,979.30 | $2,989.68 | $2,989.62 | $0.00 | $996.56 | $1,993.06 |
| Software - Developed Internally | FAM001417 | To capitalize Cybage IDSW Cybage (Jan 2018) | 01/31/18 | 24 | $0.00 | $0.00 | $0.00 | $5,489.67 | $914.96 | $4,574.71 |
| Software - Developed Internally | FAM001244 | To capitalize Cybage IDSW Cybage (Jul 2016) | 07/31/16 | 24 | $6,329.60 | $4,747.14 | $1,582.46 | $0.00 | $1,054.92 | $527.54 |
| Software - Developed Internally | FAM001377 | To capitalize Cybage IDSW Cybage (July 2017) | 07/31/17 | 24 | $6,485.78 | $1,621.44 | $4,864.34 | $0.00 | $1,080.96 | $3,783.38 |
| Software - Developed Internally | FAM001228 | To capitalize Cybage IDSW Cybage (Jun 2016) | 06/30/16 | 24 | $5,125.55 | $4,057.64 | $1,067.91 | $0.00 | $854.24 | $213.67 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM001361 | To capitalize Cybage IDSW Cybage (June 2017) | 06/30/17 | 24 | $6,260.11 | $1,825.88 | $4,434.23 | $0.00 | $1,043.36 | $3,390.87 |
| Software - Developed Internally | FAM001188 | To capitalize Cybage IDSW Cybage (Mar 2016) | 03/31/16 | 24 | $5,293.62 | $4,852.54 | $441.08 | $0.00 | $441.08 | $0.00 |
| Software - Developed Internally | FAM001326 | To capitalize Cybage IDSW Cybage (Mar 2017) | 03/31/17 | 24 | $5,979.30 | $2,491.40 | $3,487.90 | $0.00 | $996.56 | $2,491.34 |
| Software - Developed Internally | FAM001430 | To capitalize Cybage IDSW Cybage (Mar 2018) | 03/31/18 | 24 | $0.00 | $0.00 | $0.00 | $5,772.00 | $481.00 | $5,291.00 |
| Software - Developed Internally | FAM001215 | To capitalize Cybage IDSW Cybage (May 2016) | 05/31/16 | 24 | $5,142.58 | $4,285.40 | $857.18 | $0.00 | $857.18 | $0.00 |
| Software - Developed Internally | FAM001347 | To capitalize Cybage IDSW Cybage (May 2017) | 05/31/17 | 24 | $5,666.39 | $1,888.80 | $3,777.59 | $0.00 | $944.40 | $2,833.19 |
| Software - Developed Internally | FAM001291 | To capitalize Cybage IDSW Cybage (Nov 2016) | 11/30/16 | 24 | $5,273.73 | $3,076.36 | $2,197.37 | $0.00 | $878.96 | $1,318.41 |
| Software - Developed Internally | FAM001405 | To capitalize Cybage IDSW Cybage (Nov 2017) | 11/30/17 | 24 | $5,650.30 | $470.86 | $5,179.44 | $0.00 | $941.72 | $4,237.72 |
| Software - Developed Internally | FAM001276 | To capitalize Cybage IDSW Cybage (Oct 2016) | 10/31/16 | 24 | $4,870.13 | $3,043.80 | $1,826.33 | $0.00 | $811.68 | $1,014.65 |
| Software - Developed Internally | FAM001397 | To capitalize Cybage IDSW Cybage (Oct 2017) | 10/31/17 | 24 | $6,010.23 | $751.29 | $5,258.94 | $0.00 | $1,001.72 | $4,257.22 |
| Software - Developed Internally | FAM001264 | To capitalize Cybage IDSW Cybage (Sep 2016) | 09/30/16 | 24 | $5,307.90 | $3,538.56 | $1,769.34 | $0.00 | $884.64 | $884.70 |
| Software - Developed Internally | FAM001390 | To capitalize Cybage IDSW Cybage (Sept 2017) | 09/30/17 | 24 | $6,629.53 | $1,104.92 | $5,524.61 | $0.00 | $1,104.92 | $4,419.69 |
| Software - Developed Internally | FAM001202 | To capitalize DevEire IDSW DevEire (Apr 2016) | 04/30/16 | 24 | $51,450.00 | $45,018.75 | $6,431.25 | $0.00 | $6,431.25 | $0.00 |
| Software - Developed Internally | FAM001335 | To capitalize DevEire IDSW DevEire (Apr 2017) | 04/30/17 | 24 | $19,425.00 | $7,284.42 | $12,140.58 | $0.00 | $3,237.52 | $8,903.06 |
| Software - Developed Internally | FAM001257 | To capitalize DevEire IDSW DevEire (Aug 2016) | 08/31/16 | 24 | $43,050.00 | $30,493.75 | $12,556.25 | $0.00 | $7,175.00 | $5,381.25 |
| Software - Developed Internally | FAM001385 | To capitalize DevEire IDSW DevEire (Aug 2017) | 08/31/17 | 24 | $35,010.00 | $7,293.75 | $27,716.25 | $0.00 | $5,835.00 | $21,881.25 |
| Software - Developed Internally | FAM001304 | To capitalize DevEire IDSW DevEire (Dec 2016) | 12/31/16 | 24 | $16,870.00 | $9,137.96 | $7,732.04 | $0.00 | $2,811.68 | $4,920.36 |
| Software - Developed Internally | FAM001415 | To capitalize DevEire IDSW DevEire (Dec 2017) | 12/31/17 | 24 | $38,513.50 | $1,604.73 | $36,908.77 | $0.00 | $6,418.92 | $30,489.85 |
| Software - Developed Internally | FAM001173 | To capitalize DevEire IDSW DevEire (Feb 2016) | 02/29/16 | 24 | $52,640.00 | $50,446.59 | $2,193.41 | $0.00 | $2,193.41 | $0.00 |
| Software - Developed Internally | FAM001315 | To capitalize DevEire IDSW DevEire (Feb 2017) | 02/28/17 | 24 | $21,000.00 | $9,625.00 | $11,375.00 | $0.00 | $3,500.00 | $7,875.00 |
| Software - Developed Internally | FAM001424 | To capitalize DevEire IDSW DevEire (Feb 2018) | 02/28/18 | 24 | $0.00 | $0.00 | $0.00 | $44,778.00 | $5,597.25 | $39,180.75 |
| Software - Developed Internally | FAM001165 | To capitalize DevEire IDSW DevEire (Jan 2016) | 01/31/16 | 24 | $49,105.00 | $49,105.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001307 | To capitalize DevEire IDSW DevEire (Jan 2017) | 01/31/17 | 24 | $19,950.00 | $9,975.00 | $9,975.00 | $0.00 | $3,325.00 | $6,650.00 |
| Software - Developed Internally | FAM001422 | To capitalize DevEire IDSW DevEire (Jan 2018) | 01/31/18 | 24 | $0.00 | $0.00 | $0.00 | $48,337.50 | $8,056.24 | $40,281.26 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM001245 | To capitalize DevEire IDSW DevEire (Jul 2016) | 07/31/16 | 24 | $37,275.00 | $27,956.34 | $9,318.66 | $0.00 | $6,212.52 | $3,106.14 |
| Software - Developed Internally | FAM001376 | To capitalize DevEire IDSW DevEire (July 2017) | 07/31/17 | 24 | $29,400.00 | $7,350.00 | $22,050.00 | $0.00 | $4,900.00 | $17,150.00 |
| Software - Developed Internally | FAM001231 | To capitalize DevEire IDSW DevEire (Jun 2016) | 06/30/16 | 24 | $38,640.00 | $30,590.00 | $8,050.00 | $0.00 | $6,440.00 | $1,610.00 |
| Software - Developed Internally | FAM001360 | To capitalize DevEire IDSW DevEire (June 2017) | 06/30/17 | 24 | $28,350.00 | $8,268.75 | $20,081.25 | $0.00 | $4,725.00 | $15,356.25 |
| Software - Developed Internally | FAM001193 | To capitalize DevEire IDSW DevEire (Mar 2016) | 03/31/16 | 24 | $48,965.00 | $44,884.62 | $4,080.38 | $0.00 | $4,080.38 | $0.00 |
| Software - Developed Internally | FAM001327 | To capitalize DevEire IDSW DevEire (Mar 2017) | 03/31/17 | 24 | $19,950.00 | $8,312.50 | $11,637.50 | $0.00 | $3,325.00 | $8,312.50 |
| Software - Developed Internally | FAM001433 | To capitalize DevEire IDSW DevEire (Mar 2018) | 03/31/18 | 24 | $0.00 | $0.00 | $0.00 | $20,710.00 | $1,725.84 | $18,984.16 |
| Software - Developed Internally | FAM001216 | To capitalize DevEire IDSW DevEire (May 2016) | 05/31/16 | 24 | $53,935.00 | $44,945.80 | $8,989.20 | $0.00 | $8,989.20 | $0.00 |
| Software - Developed Internally | FAM001352 | To capitalize DevEire IDSW DevEire (May 2017) | 05/31/17 | 24 | $22,330.00 | $7,443.36 | $14,886.64 | $0.00 | $3,721.68 | $11,164.96 |
| Software - Developed Internally | FAM001290 | To capitalize DevEire IDSW DevEire (Nov 2016) | 11/30/16 | 24 | $17,850.00 | $10,412.50 | $7,437.50 | $0.00 | $2,975.00 | $4,462.50 |
| Software - Developed Internally | FAM001404 | To capitalize DevEire IDSW DevEire (Nov 2017) | 11/30/17 | 24 | $31,990.00 | $2,665.84 | $29,324.16 | $0.00 | $5,331.68 | $23,992.48 |
| Software - Developed Internally | FAM001277 | To capitalize DevEire IDSW DevEire (Oct 2016) | 10/31/16 | 24 | $26,250.00 | $16,406.25 | $9,843.75 | $0.00 | $4,375.00 | $5,468.75 |
| Software - Developed Internally | FAM001398 | To capitalize DevEire IDSW DevEire (Oct 2017) | 10/31/17 | 24 | $46,095.00 | $5,761.89 | $40,333.11 | $0.00 | $7,682.52 | $32,650.59 |
| Software - Developed Internally | FAM001263 | To capitalize DevEire IDSW DevEire (Sep 2016) | 09/30/16 | 24 | $44,100.00 | $29,400.00 | $14,700.00 | $0.00 | $7,350.00 | $7,350.00 |
| Software - Developed Internally | FAM001395 | To capitalize DevEire IDSW DevEire (Sept 2017) | 09/30/17 | 24 | $47,805.00 | $7,967.52 | $39,837.48 | $0.00 | $7,967.52 | $31,869.96 |
| Software - Developed Internally | FAM001206 | To capitalize Enquizit IDSW Enquizit (Apr 2016) | 04/30/16 | 24 | $27,192.65 | $23,793.63 | $3,399.02 | $0.00 | $3,399.02 | $0.00 |
| Software - Developed Internally | FAM001208 | To capitalize Enquizit IDSW Enquizit (Dec 2015) | 12/31/15 | 24 | $35,988.74 | $35,988.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001204 | To capitalize Enquizit IDSW Enquizit (Feb 2016) | 02/29/16 | 24 | $37,685.36 | $36,115.06 | $1,570.30 | $0.00 | $1,570.30 | $0.00 |
| Software - Developed Internally | FAM001209 | To capitalize Enquizit IDSW Enquizit (Jan 2016) | 01/31/16 | 24 | $36,613.76 | $36,613.76 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001220 | To capitalize Enquizit IDSW Enquizit (May 2016) | 05/31/16 | 24 | $16,598.70 | $13,832.20 | $2,766.50 | $0.00 | $2,766.50 | $0.00 |
| Software - Developed Internally | FAM001207 | To capitalize Enquizit IDSW Enquizit (Nov 2015) | 11/30/15 | 24 | $17,101.67 | $17,101.67 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001438 | To capitalize IDSW Internal - Digital (Apr 2018) | 04/30/18 | 24 | $0.00 | $0.00 | $0.00 | $147,819.97 | $6,159.17 | $141,660.80 |
| Software - Developed Internally | FAM001387 | To capitalize IDSW Internal - Digital (Aug 2017) | 08/31/17 | 24 | $235,338.43 | $49,028.85 | $186,309.58 | $0.00 | $39,223.08 | $147,086.50 |
| Software - Developed Internally | FAM001413 | To capitalize IDSW Internal - Digital (Dec 2017) | 12/31/17 | 24 | $225,950.14 | $9,414.59 | $216,535.55 | $0.00 | $37,658.36 | $178,877.19 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM001427 | To capitalize IDSW Internal - Digital (Feb 2018) | 02/28/18 | 24 | $0.00 | $0.00 | $0.00 | $174,592.60 | $21,824.07 | $152,768.53 |
| Software - Developed Internally | FAM001419 | To capitalize IDSW Internal - Digital (Jan 2018) | 01/31/18 | 24 | $0.00 | $0.00 | $0.00 | $217,466.95 | $36,244.48 | $181,222.47 |
| Software - Developed Internally | FAM001374 | To capitalize IDSW Internal - Digital (July 2017) | 07/31/17 | 24 | $251,212.14 | $62,803.02 | $188,409.12 | $0.00 | $41,868.68 | $146,540.44 |
| Software - Developed Internally | FAM001357 | To capitalize IDSW Internal - Digital (June 2017) | 06/30/17 | 24 | $273,586.91 | $79,796.15 | $193,790.76 | $0.00 | $45,597.80 | $148,192.96 |
| Software - Developed Internally | FAM001428 | To capitalize IDSW Internal - Digital (Mar 2018) | 03/31/18 | 24 | $0.00 | $0.00 | $0.00 | $140,664.80 | $11,722.06 | $128,942.74 |
| Software - Developed Internally | FAM001350 | To capitalize IDSW Internal - Digital (May 2017) | 05/31/17 | 24 | $280,118.19 | $93,372.72 | $186,745.47 | $0.00 | $46,686.36 | $140,059.11 |
| Software - Developed Internally | FAM001407 | To capitalize IDSW Internal - Digital (Nov 2017) | 11/30/17 | 24 | $237,312.48 | $19,776.04 | $217,536.44 | $0.00 | $39,552.08 | $177,984.36 |
| Software - Developed Internally | FAM001400 | To capitalize IDSW Internal - Digital (Oct 2017) | 10/31/17 | 24 | $206,488.27 | $25,811.04 | $180,677.23 | $0.00 | $34,414.72 | $146,262.51 |
| Software - Developed Internally | FAM001392 | To capitalize IDSW Internal - Digital (Sept 2017) | 09/30/17 | 24 | $249,608.00 | $41,601.32 | $208,006.68 | $0.00 | $41,601.32 | $166,405.36 |
| Software - Developed Internally | FAM001439 | To capitalize IDSW Internal - TV (Apr 2018) | 04/30/18 | 24 | $0.00 | $0.00 | $0.00 | $33,532.67 | $1,397.19 | $32,135.48 |
| Software - Developed Internally | FAM001388 | To capitalize IDSW Internal - TV (Aug 2017) | 08/31/17 | 24 | $40,685.39 | $8,476.10 | $32,209.29 | $0.00 | $6,780.88 | $25,428.41 |
| Software - Developed Internally | FAM001414 | To capitalize IDSW Internal - TV (Dec 2017) | 12/31/17 | 24 | $32,805.56 | $1,366.90 | $31,438.66 | $0.00 | $5,467.60 | $25,971.06 |
| Software - Developed Internally | FAM001426 | To capitalize IDSW Internal - TV (Feb 2018) | 02/28/18 | 24 | $0.00 | $0.00 | $0.00 | $25,939.53 | $3,242.43 | $22,697.10 |
| Software - Developed Internally | FAM001420 | To capitalize IDSW Internal - TV (Jan 2018) | 01/31/18 | 24 | $0.00 | $0.00 | $0.00 | $32,805.56 | $5,467.60 | $27,337.96 |
| Software - Developed Internally | FAM001373 | To capitalize IDSW Internal - TV (July 2017) | 07/31/17 | 24 | $40,056.80 | $10,014.18 | $30,042.62 | $0.00 | $6,676.12 | $23,366.50 |
| Software - Developed Internally | FAM001358 | To capitalize IDSW Internal - TV (June 2017) | 06/30/17 | 24 | $35,005.31 | $10,209.85 | $24,795.46 | $0.00 | $5,834.20 | $18,961.26 |
| Software - Developed Internally | FAM001432 | To capitalize IDSW Internal - TV (Mar 2018) | 03/31/18 | 24 | $0.00 | $0.00 | $0.00 | $24,299.03 | $2,024.92 | $22,274.11 |
| Software - Developed Internally | FAM001351 | To capitalize IDSW Internal - TV (May 2017) | 05/31/17 | 24 | $31,650.76 | $10,550.24 | $21,100.52 | $0.00 | $5,275.12 | $15,825.40 |
| Software - Developed Internally | FAM001408 | To capitalize IDSW Internal - TV (Nov 2017) | 11/30/17 | 24 | $27,956.05 | $2,329.68 | $25,626.37 | $0.00 | $4,659.36 | $20,967.01 |
| Software - Developed Internally | FAM001401 | To capitalize IDSW Internal - TV (Oct 2017) | 10/31/17 | 24 | $37,688.46 | $4,711.05 | $32,977.41 | $0.00 | $6,281.40 | $26,696.01 |
| Software - Developed Internally | FAM001393 | To capitalize IDSW Internal - TV (Sept 2017) | 09/30/17 | 24 | $32,898.63 | $5,483.12 | $27,415.51 | $0.00 | $5,483.12 | $21,932.39 |
| Software - Developed Internally | FAM001336 | To capitalize Internal IDSW - Digital (Apr 2017) | 04/30/17 | 24 | $282,103.39 | $105,788.79 | $176,314.60 | $0.00 | $47,017.24 | $129,297.36 |
| Software - Developed Internally | FAM001337 | To capitalize Internal IDSW - TV (Apr 2017) | 04/30/17 | 24 | $26,507.73 | $9,940.41 | $16,567.32 | $0.00 | $4,417.96 | $12,149.36 |
| Software - Developed Internally | FAM001199 | To capitalize Internal IDSW Internal (Apr 2016) | 04/30/16 | 24 | $277,991.99 | $243,243.00 | $34,748.99 | $0.00 | $34,748.99 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM001254 | To capitalize Internal IDSW Internal (Aug 2016) | 08/31/16 | 24 | $275,854.59 | $195,396.98 | $80,457.61 | $0.00 | $45,975.76 | $34,481.85 |
| Software - Developed Internally | FAM001302 | To capitalize Internal IDSW Internal (Dec 2016) | 12/31/16 | 24 | $280,431.24 | $151,900.32 | $128,530.92 | $0.00 | $46,738.56 | $81,792.36 |
| Software - Developed Internally | FAM001176 | To capitalize Internal IDSW Internal (Feb 2016) | 02/29/16 | 24 | $288,954.51 | $276,914.71 | $12,039.80 | $0.00 | $12,039.80 | $0.00 |
| Software - Developed Internally | FAM001321 | To capitalize Internal IDSW Internal (Feb 2017) | 02/28/17 | 24 | $279,564.80 | $128,133.83 | $151,430.97 | $0.00 | $46,594.12 | $104,836.85 |
| Software - Developed Internally | FAM001168 | To capitalize Internal IDSW Internal (Jan 2016) | 01/31/16 | 24 | $287,380.30 | $287,380.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001312 | To capitalize Internal IDSW Internal (Jan 2017) | 01/31/17 | 24 | $291,596.14 | $145,798.08 | $145,798.06 | $0.00 | $48,599.36 | $97,198.70 |
| Software - Developed Internally | FAM001247 | To capitalize Internal IDSW Internal (Jul 2016) | 07/31/16 | 24 | $272,561.69 | $204,421.32 | $68,140.37 | $0.00 | $45,426.96 | $22,713.41 |
| Software - Developed Internally | FAM001233 | To capitalize Internal IDSW Internal (Jun 2016) | 06/30/16 | 24 | $279,580.72 | $221,334.80 | $58,245.92 | $0.00 | $46,596.80 | $11,649.12 |
| Software - Developed Internally | FAM001187 | To capitalize Internal IDSW Internal (Mar 2016) | 03/31/16 | 24 | $278,539.25 | $255,327.60 | $23,211.65 | $0.00 | $23,211.65 | $0.00 |
| Software - Developed Internally | FAM001329 | To capitalize Internal IDSW Internal (Mar 2017) | 03/31/17 | 24 | $278,878.05 | $116,199.20 | $162,678.85 | $0.00 | $46,479.68 | $116,199.17 |
| Software - Developed Internally | FAM001218 | To capitalize Internal IDSW Internal (May 2016) | 05/31/16 | 24 | $273,939.01 | $228,282.60 | $45,656.41 | $0.00 | $45,656.41 | $0.00 |
| Software - Developed Internally | FAM001288 | To capitalize Internal IDSW Internal (Nov 2016) | 11/30/16 | 24 | $269,845.74 | $157,409.98 | $112,435.76 | $0.00 | $44,974.28 | $67,461.48 |
| Software - Developed Internally | FAM001279 | To capitalize Internal IDSW Internal (Oct 2016) | 10/31/16 | 24 | $276,308.89 | $172,693.05 | $103,615.84 | $0.00 | $46,051.48 | $57,564.36 |
| Software - Developed Internally | FAM001262 | To capitalize Internal IDSW Internal (Sep 2016) | 09/30/16 | 24 | $277,466.72 | $184,977.76 | $92,488.96 | $0.00 | $46,244.44 | $46,244.52 |
| Software - Developed Internally | FAM001214 | To capitalize Joshworkz IDSW Joshworkz (Apr 2016) | 04/01/16 | 24 | $23,800.00 | $20,825.07 | $2,974.93 | $0.00 | $2,974.93 | $0.00 |
| Software - Developed Internally | FAM001252 | To capitalize Joshworkz IDSW Joshworkz (Aug 2016) | 08/31/16 | 24 | $17,825.00 | $12,626.07 | $5,198.93 | $0.00 | $2,970.84 | $2,228.09 |
| Software - Developed Internally | FAM001196 | To capitalize Joshworkz IDSW Joshworkz (Dec 2015) | 12/31/15 | 24 | $26,376.00 | $26,376.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001300 | To capitalize Joshworkz IDSW Joshworkz (Dec 2016) | 12/31/16 | 24 | $24,985.00 | $13,533.52 | $11,451.48 | $0.00 | $4,164.16 | $7,287.32 |
| Software - Developed Internally | FAM001189 | To capitalize Joshworkz IDSW Joshworkz (Feb 2016) | 02/29/16 | 24 | $22,300.00 | $21,370.91 | $929.09 | $0.00 | $929.09 | $0.00 |
| Software - Developed Internally | FAM001328 | To capitalize Joshworkz IDSW Joshworkz (Feb 2017) | 02/28/17 | 24 | $23,322.50 | $10,689.47 | $12,633.03 | $0.00 | $3,887.08 | $8,745.95 |
| Software - Developed Internally | FAM001190 | To capitalize Joshworkz IDSW Joshworkz (Jan 2016) | 01/31/16 | 24 | $19,925.00 | $19,925.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001319 | To capitalize Joshworkz IDSW Joshworkz (Jan 2017) | 01/31/17 | 24 | $23,370.00 | $11,685.00 | $11,685.00 | $0.00 | $3,895.00 | $7,790.00 |
| Software - Developed Internally | FAM001243 | To capitalize Joshworkz IDSW Joshworkz (Jul 2016) | 07/31/16 | 24 | $16,475.00 | $12,356.28 | $4,118.72 | $0.00 | $2,745.84 | $1,372.88 |
| Software - Developed Internally | FAM001235 | To capitalize Joshworkz IDSW Joshworkz (Jun 2016) | 06/30/16 | 24 | $18,275.00 | $14,467.74 | $3,807.26 | $0.00 | $3,045.84 | $761.42 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM001195 | To capitalize Joshworkz IDSW Joshworkz (Mar 2016) | 03/31/16 | 24 | $22,575.00 | $20,693.86 | $1,881.14 | $0.00 | $1,881.14 | $0.00 |
| Software - Developed Internally | FAM001331 | To capitalize Joshworkz IDSW Joshworkz (Mar 2017) | 03/31/17 | 24 | $8,407.50 | $3,503.10 | $4,904.40 | $0.00 | $1,401.24 | $3,503.16 |
| Software - Developed Internally | FAM001230 | To capitalize Joshworkz IDSW Joshworkz (May 2016) | 05/31/16 | 24 | $22,300.00 | $18,583.40 | $3,716.60 | $0.00 | $3,716.60 | $0.00 |
| Software - Developed Internally | FAM001299 | To capitalize Joshworkz IDSW Joshworkz (Nov 2016) | 11/30/16 | 24 | $25,911.25 | $15,114.96 | $10,796.29 | $0.00 | $4,318.56 | $6,477.73 |
| Software - Developed Internally | FAM001292 | To capitalize Joshworkz IDSW Joshworkz (Oct 2016) | 10/31/16 | 24 | $19,308.75 | $12,067.95 | $7,240.80 | $0.00 | $3,218.12 | $4,022.68 |
| Software - Developed Internally | FAM001275 | To capitalize Joshworkz IDSW Joshworkz (Sep 2016) | 10/31/16 | 24 | $19,475.00 | $12,171.90 | $7,303.10 | $0.00 | $3,245.84 | $4,057.26 |
| Software - Developed Internally | FAM001205 | To capitalize RasslingCats IDSW RasslingCats (Apr | 04/30/16 | 24 | $17,040.00 | $14,910.00 | $2,130.00 | $0.00 | $2,130.00 | $0.00 |
| Software - Developed Internally | FAM001338 | To capitalize RasslingCats IDSW RasslingCats (Apr | 04/30/17 | 24 | $13,851.60 | $5,194.35 | $8,657.25 | $0.00 | $2,308.60 | $6,348.65 |
| Software - Developed Internally | FAM001436 | To capitalize RasslingCats IDSW RasslingCats (Apr 2018) | 04/30/18 | 24 | $0.00 | $0.00 | $0.00 | $2,400.00 | $100.00 | $2,300.00 |
| Software - Developed Internally | FAM001255 | To capitalize RasslingCats IDSW RasslingCats (Aug | 08/31/16 | 24 | $780.00 | $552.50 | $227.50 | $0.00 | $130.00 | $97.50 |
| Software - Developed Internally | FAM001384 | To capitalize RasslingCats IDSW RasslingCats (Aug | 08/31/17 | 24 | $22,740.00 | $4,737.50 | $18,002.50 | $0.00 | $3,790.00 | $14,212.50 |
| Software - Developed Internally | FAM001301 | To capitalize RasslingCats IDSW RasslingCats (Dec | 12/31/16 | 24 | $8,151.60 | $4,415.45 | $3,736.15 | $0.00 | $1,358.60 | $2,377.55 |
| Software - Developed Internally | FAM001412 | To capitalize RasslingCats IDSW RasslingCats (Dec 2017) | 12/31/17 | 24 | $12,000.00 | $500.00 | $11,500.00 | $0.00 | $2,000.00 | $9,500.00 |
| Software - Developed Internally | FAM001178 | To capitalize RasslingCats IDSW RasslingCats (Feb | 02/29/16 | 24 | $16,320.00 | $15,640.00 | $680.00 | $0.00 | $680.00 | $0.00 |
| Software - Developed Internally | FAM001316 | To capitalize RasslingCats IDSW RasslingCats (Feb | 02/28/17 | 24 | $16,872.00 | $7,733.00 | $9,139.00 | $0.00 | $2,812.00 | $6,327.00 |
| Software - Developed Internally | FAM001425 | To capitalize RasslingCats IDSW RasslingCats (Feb 2018) | 02/28/18 | 24 | $0.00 | $0.00 | $0.00 | $9,360.00 | $1,170.00 | $8,190.00 |
| Software - Developed Internally | FAM001177 | To capitalize RasslingCats IDSW RasslingCats (Jan | 01/14/16 | 24 | $10,440.00 | $10,440.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software - Developed Internally | FAM001310 | To capitalize RasslingCats IDSW RasslingCats (Jan | 01/31/17 | 24 | $17,499.60 | $8,749.80 | $8,749.80 | $0.00 | $2,916.60 | $5,833.20 |
| Software - Developed Internally | FAM001418 | To capitalize RasslingCats IDSW RasslingCats (Jan 2018) | 01/31/18 | 24 | $0.00 | $0.00 | $0.00 | $18,000.00 | $3,000.00 | $15,000.00 |
| Software - Developed Internally | FAM001248 | To capitalize RasslingCats IDSW RasslingCats (Jul | 07/31/16 | 24 | $14,280.00 | $10,710.00 | $3,570.00 | $0.00 | $2,380.00 | $1,190.00 |
| Software - Developed Internally | FAM001379 | To capitalize RasslingCats IDSW RasslingCats (July | 07/31/17 | 24 | $10,203.60 | $2,550.90 | $7,652.70 | $0.00 | $1,700.60 | $5,952.10 |
| Software - Developed Internally | FAM001234 | To capitalize RasslingCats IDSW RasslingCats (Jun | 06/30/16 | 24 | $24,420.00 | $19,332.50 | $5,087.50 | $0.00 | $4,070.00 | $1,017.50 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software - Developed Internally | FAM001359 | To capitalize RasslingCats IDSW RasslingCats (June | 06/30/17 | 24 | $15,390.00 | $4,488.75 | $10,901.25 | $0.00 | $2,565.00 | $8,336.25 |
| Software - Developed Internally | FAM001194 | To capitalize RasslingCats IDSW RasslingCats (Mar | 03/31/16 | 24 | $16,080.00 | $14,740.00 | $1,340.00 | $0.00 | $1,340.00 | $0.00 |
| Software - Developed Internally | FAM001330 | To capitalize RasslingCats IDSW RasslingCats (Mar | 03/31/17 | 24 | $21,261.60 | $8,859.00 | $12,402.60 | $0.00 | $3,543.60 | $8,859.00 |
| Software - Developed Internally | FAM001431 | To capitalize RasslingCats IDSW RasslingCats (Mar 2018) | 03/31/18 | 24 | $0.00 | $0.00 | $0.00 | $7,200.00 | $600.00 | $6,600.00 |
| Software - Developed Internally | FAM001219 | To capitalize RasslingCats IDSW RasslingCats (May | 05/31/16 | 24 | $20,559.60 | $17,133.00 | $3,426.60 | $0.00 | $3,426.60 | $0.00 |
| Software - Developed Internally | FAM001348 | To capitalize RasslingCats IDSW RasslingCats (May | 05/31/17 | 24 | $16,701.60 | $5,567.20 | $11,134.40 | $0.00 | $2,783.60 | $8,350.80 |
| Software - Developed Internally | FAM001287 | To capitalize RasslingCats IDSW RasslingCats (Nov | 11/30/16 | 24 | $17,641.20 | $10,290.70 | $7,350.50 | $0.00 | $2,940.20 | $4,410.30 |
| Software - Developed Internally | FAM001406 | To capitalize RasslingCats IDSW RasslingCats (Nov 2017) | 11/30/17 | 24 | $19,200.00 | $1,600.00 | $17,600.00 | $0.00 | $3,200.00 | $14,400.00 |
| Software - Developed Internally | FAM001280 | To capitalize RasslingCats IDSW RasslingCats (Oct | 10/31/16 | 24 | $10,431.60 | $6,519.75 | $3,911.85 | $0.00 | $1,738.60 | $2,173.25 |
| Software - Developed Internally | FAM001399 | To capitalize RasslingCats IDSW RasslingCats (Oct 2017) | 10/31/17 | 24 | $14,148.00 | $1,768.50 | $12,379.50 | $0.00 | $2,358.00 | $10,021.50 |
| Software - Developed Internally | FAM001261 | To capitalize RasslingCats IDSW RasslingCats (Sep | 09/30/16 | 24 | $9,262.80 | $6,175.20 | $3,087.60 | $0.00 | $1,543.80 | $1,543.80 |
| Software - Developed Internally | FAM001391 | To capitalize RasslingCats IDSW RasslingCats (Sept 2017) | 09/30/17 | 24 | $16,560.00 | $2,760.00 | $13,800.00 | $0.00 | $2,760.00 | $11,040.00 |
| Software (Purchased) | FAM000805 | (1) GAMS Base Generic | 04/08/14 | 24 | $18,880.00 | $18,880.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000804 | (1) GAMS/GUROBI Link Generic | 04/08/14 | 24 | $18,880.00 | $18,880.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM001241 | 10 Users licenses with Web + Support + Online Trai | 06/30/16 | 24 | $20,013.00 | $15,843.72 | $4,169.28 | $0.00 | $3,335.52 | $833.76 |
| Software (Purchased) | FAM001223 | April Corp Card-ATLASSIAN | 04/30/16 | 24 | $2,750.00 | $2,406.18 | $343.82 | $0.00 | $343.82 | $0.00 |
| Software (Purchased) | FAM000432 | Auto Generated Asset | 09/01/13 | 24 | $12,985.00 | $12,985.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000433 | Auto Generated Asset | 09/01/13 | 24 | $12,900.00 | $12,900.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000123 | CDW Purchase: MBL SQL SRV ENT 2008 R2 | 06/01/11 | 24 | $99,545.64 | $99,545.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000124 | CDW Purchase: MBL VSTUDIO ULT + MSDN LIC/SA | 06/01/11 | 24 | $62,971.90 | $62,971.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000125 | CDW Purchase: MBL WIN SRV DC 2008 R2 1CPU | 06/01/11 | 24 | $8,705.64 | $8,705.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000126 | CDW Purchase: MBL WIN SRV UCAL 2008 | 06/01/11 | 24 | $1,322.00 | $1,322.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000135 | Code Complete Software | 10/01/11 | 24 | $0.00 | $0.01 | -$0.01 | $0.00 | $0.00 | -$0.01 |
| Software (Purchased) | FAM000132 | Gurobi Optimizer | 08/01/11 | 24 | $8,500.00 | $8,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000136 | Gurobi Optimizer | 10/01/11 | 24 | $21,500.00 | $21,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| Asset Type - Computers | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Acquisitions | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | | |
| Software (Purchased) | FAM000137 | Gurobi Optimizer | 10/01/11 | 24 | $36,000.00 | $36,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000397 | Gurobi Optimiztion | 08/01/13 | 24 | $75,600.00 | $75,600.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000138 | iDera | 11/01/11 | 24 | $0.00 | $0.01 | -$0.01 | $0.00 | $0.00 | -$0.01 |
| Software (Purchased) | FAM000491 | Implementation Fees | 11/01/13 | 24 | $5,060.34 | $5,060.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000492 | Implementation Fees | 11/01/13 | 24 | $5,953.59 | $5,953.59 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000496 | Implementation Fees | 11/01/13 | 24 | $1,348.93 | $1,348.93 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000145 | JetBrains | 08/01/12 | 24 | $3,839.00 | $3,839.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000446 | JIRA software | 11/01/13 | 24 | $7,500.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000393 | NetSuite | 08/01/13 | 24 | $79,996.32 | $79,996.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000434 | NetSuite Implementation | 09/01/13 | 24 | $16,500.00 | $16,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000143 | Norton Security Licenses | 02/01/12 | 24 | $0.00 | $0.01 | -$0.01 | $0.00 | $0.00 | -$0.01 |
| Software (Purchased) | FAM000910 | Palo Firewall, Sun Management 11/11/2014 | 11/30/14 | 24 | $7,779.63 | $7,779.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000395 | Red Gate Software | 09/01/13 | 24 | $3,366.00 | $3,366.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM001212 | Refined Theme Plugin for Confluence organization p | 05/03/16 | 24 | $6,000.00 | $5,000.00 | $1,000.00 | $0.00 | $1,000.00 | $0.00 |
| Software (Purchased) | FAM000148 | ReSharper 7.0 Full Editiion | 10/01/12 | 24 | $3,490.00 | $3,490.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM001077 | Software - Microsoft Windows Server 2012 Datacente | 06/02/15 | 24 | $11,376.00 | $11,376.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000131 | Sorenson Media | 08/01/11 | 24 | $799.00 | $799.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000518 | SQL Developer Bundle - 2 extra users added support | 01/17/14 | 24 | $1,939.65 | $1,939.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000514 | To cap NetSuite Software | 07/01/13 | 24 | $36,259.20 | $36,259.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM001141 | To record Concur USD Nov 15 Pymt - Pifer. Strata C | 11/03/15 | 24 | $1,195.00 | $1,195.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000933 | TOAD Data Point Base Edition Jul 31 2014-Jan 2018 | 01/29/15 | 24 | $2,142.50 | $2,142.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000931 | TOAD Data Point Lic Base Edition Jan 31 2015 - jan | 01/29/15 | 24 | $521.07 | $521.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000932 | TOAD data Point Lic Professional Edition Jan 31 20 | 01/29/15 | 24 | $1,826.13 | $1,826.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM000394 | Ultimate Software - Ultipro | 08/01/13 | 24 | $27,000.00 | $27,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Software (Purchased) | FAM001240 | Wells Fargo MIS - June 2016-ZOOM.US | 06/30/16 | 24 | $14,429.16 | $11,423.18 | $3,005.98 | $0.00 | $2,404.88 | $601.10 |
| Software (Purchased) | FAM001227 | Wells Fargo MIS PCard ? May 2016-ATLASSIAN Softwar | 05/31/16 | 24 | $1,600.00 | $1,333.40 | $266.60 | $0.00 | $266.60 | $0.00 |
| Software (Purchased) | FAM001226 | Wells Fargo MIS PCard ? May 2016-DRI*ROYAL TS-X BU | 05/31/16 | 24 | $1,545.68 | $1,288.00 | $257.68 | $0.00 | $257.68 | $0.00 |
| | | **Total:** | | | **$37,166,891.09** | **$31,226,040.23** | **$5,940,850.89** | **$1,464,637.50** | **$2,062,971.35** | **$5,342,517.04** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 9, QUESTION 55

## ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-55: Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Asset Type - Leasehold | ID | Name | Depreciation Start Date | AL | Beginning Balance | | | Depreciation | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cost | Depreciation | Net Book Value | | |
| Leasehold Improvements | FAM000946 | 50% deposit Installation of Security Scan Card Rea | 03/16/15 | 60 | $3,711.72 | $2,103.24 | $1,608.48 | $247.44 | $1,361.04 |
| Leasehold Improvements | FAM001140 | A/V Upgrade in NYC - 50% remaining balance after c | 10/14/15 | 60 | $28,531.57 | $12,839.31 | $15,692.26 | $1,902.12 | $13,790.14 |
| Leasehold Improvements | FAM000438 | Cabling NYC Final Payment | 10/01/13 | 60 | $21,455.46 | $18,237.09 | $3,218.37 | $1,430.36 | $1,788.01 |
| Leasehold Improvements | FAM000103 | Card Reader on 2nd Fl Server Room | 07/01/12 | 60 | $31,335.00 | $31,335.00 | $0.00 | $0.00 | $0.00 |
| Leasehold Improvements | FAM000101 | Chesapeake Paperboard Centre | 08/01/11 | 60 | $3,601.00 | $3,601.00 | $0.00 | $0.00 | $0.00 |
| Leasehold Improvements | FAM000100 | Cromwell Change Orders | 08/01/11 | 60 | $25,851.00 | $25,851.00 | $0.00 | $0.00 | $0.00 |
| Leasehold Improvements | FAM000106 | EchoFive | 01/01/13 | 60 | $18,604.00 | $18,604.00 | $0.00 | $0.00 | $0.00 |
| Leasehold Improvements | FAM000991 | From CIP to depciable assets - Don LarueEXP 04.15. | 05/31/15 | 60 | $1,416.00 | $755.20 | $660.80 | $94.40 | $566.40 |
| Leasehold Improvements | FAM000990 | From CIP to depreciable assets - ImpactOffice01937 | 05/31/15 | 60 | $2,961.61 | $1,579.52 | $1,382.09 | $197.44 | $1,184.65 |
| Leasehold Improvements | FAM000989 | From CIP to depreciable fixed assets - Doolbar's E | 05/31/15 | 60 | $1,550.00 | $826.56 | $723.44 | $103.32 | $620.12 |
| Leasehold Improvements | FAM000919 | Install Power all Conference Rooms Jan 2015 | 01/19/15 | 60 | $3,000.00 | $1,800.00 | $1,200.00 | $200.00 | $1,000.00 |
| Leasehold Improvements | FAM001038 | Inv00442 One Rise East - US Travel Costs Assoc wit | 08/01/15 | 60 | $1,504.92 | $727.32 | $777.60 | $100.32 | $677.28 |
| Leasehold Improvements | FAM001039 | Inv00442 One Rise East - US Travel Costs Assoc wit | 08/01/15 | 60 | $1,504.92 | $727.32 | $777.60 | $100.32 | $677.28 |
| Leasehold Improvements | FAM001026 | Inv1015.2 US 0415 Â AXIOM DESIGN AND BUILD 212-244 | 08/01/15 | 60 | $10,473.78 | $5,062.24 | $5,411.54 | $698.24 | $4,713.30 |
| Leasehold Improvements | FAM001027 | Inv103470 Accord Contracting & Mgmt. Construction | 08/01/15 | 60 | $24,111.85 | $11,653.94 | $12,457.91 | $1,607.44 | $10,850.47 |
| Leasehold Improvements | FAM001029 | Inv171715 Quality Building Services Corp. Post Con | 08/01/15 | 60 | $1,062.62 | $513.59 | $549.03 | $70.84 | $478.19 |
| Leasehold Improvements | FAM001041 | Inv1965-001 Certified Cabling Furnish and Install | 08/01/15 | 60 | $2,184.00 | $1,055.60 | $1,128.40 | $145.60 | $982.80 |
| Leasehold Improvements | FAM001033 | Inv1965-002 Certified Cabling Furnish and Install | 08/01/15 | 60 | $1,776.00 | $858.40 | $917.60 | $118.40 | $799.20 |
| Leasehold Improvements | FAM001044 | Inv1965-003 Certified Cabling Furnish and Install | 08/01/15 | 60 | $1,450.00 | $700.93 | $749.07 | $96.68 | $652.39 |
| Leasehold Improvements | FAM001025 | Inv1965-005 Certified Cabling Furnish and Install | 08/01/15 | 60 | $4,400.00 | $2,126.57 | $2,273.43 | $293.32 | $1,980.11 |
| Leasehold Improvements | FAM001040 | Inv21104 KD Electric KD Estimate - 50% Deposit Due | 08/01/15 | 60 | $3,200.00 | $1,546.57 | $1,653.43 | $213.32 | $1,440.11 |
| Leasehold Improvements | FAM001035 | Inv21115 KD Electric KD Estimate - 50% Remaining B | 08/01/15 | 60 | $3,200.00 | $1,546.57 | $1,653.43 | $213.32 | $1,440.11 |
| Leasehold Improvements | FAM001030 | Inv5958 Action Decorating, Inc 2015 Office Constru | 08/01/15 | 60 | $2,522.23 | $1,219.16 | $1,303.07 | $168.16 | $1,134.91 |
| Leasehold Improvements | FAM001037 | Inv6154 Next Office Furniture, Inc 2015 NY Facilit | 08/01/15 | 60 | $4,518.31 | $2,183.99 | $2,334.32 | $301.24 | $2,033.08 |
| Leasehold Improvements | FAM001036 | Inv6189 Next Office Furniture, Inc Final Payment - | 08/01/15 | 60 | $4,518.32 | $2,183.99 | $2,334.33 | $301.24 | $2,033.09 |
| Leasehold Improvements | FAM001034 | Inv6198 Next Office Furniture, Inc 2015 NY Office | 08/01/15 | 60 | $1,143.19 | $552.45 | $590.74 | $76.20 | $514.54 |
| Leasehold Improvements | FAM001028 | Inv6251 Next Office Furniture, Inc Meetings Tables | 08/01/15 | 60 | $2,204.72 | $1,065.75 | $1,138.97 | $147.00 | $991.97 |
| Leasehold Improvements | FAM001043 | InvINV 5690 Sun Management - VID Inc Aruba Instant | 08/01/15 | 60 | $8,474.92 | $4,096.25 | $4,378.67 | $565.00 | $3,813.67 |
| Leasehold Improvements | FAM001024 | InvINV5681 Sun Management - VID Inc Wireless Upgra | 08/01/15 | 60 | $24,837.81 | $12,004.84 | $12,832.97 | $1,655.84 | $11,177.13 |
| Leasehold Improvements | FAM000392 | NYC Buildout | 08/01/13 | 60 | $144,891.77 | $127,987.58 | $16,904.19 | $9,659.44 | $7,244.75 |
| Leasehold Improvements | FAM001239 | Refurbish the Royal Oak Office for new sub tenants | 06/30/16 | 60 | $8,325.00 | $2,636.25 | $5,688.75 | $555.00 | $5,133.75 |
| Leasehold Improvements | FAM000930 | Repair/Replace Tracking Lights 5th and 2nd Floor | 02/02/15 | 60 | $1,700.00 | $991.55 | $708.45 | $113.32 | $595.13 |
| Leasehold Improvements | FAM000929 | Reston - Leasehold Improvement | 02/25/15 | 60 | $22,534.80 | $13,145.30 | $9,389.50 | $1,502.32 | $7,887.18 |
| Leasehold Improvements | FAM001118 | Reston Ofc Improvements - net of allowance | 10/23/15 | 60 | $29,076.89 | $13,084.47 | $15,992.42 | $1,938.44 | $14,053.98 |
| Leasehold Improvements | FAM000997 | Reston Office - Painted Conference Rooms w/White B | 06/16/15 | 60 | $1,268.86 | $655.65 | $613.21 | $84.60 | $528.61 |
| Leasehold Improvements | FAM001042 | Reston Office-Completion Billing for Access Contro | 04/15/15 | 60 | $3,711.72 | $2,041.38 | $1,670.34 | $247.44 | $1,422.90 |
| Leasehold Improvements | FAM001333 | To reclass IMG Technologies (INV#: 10-179106) | 02/28/17 | 60 | $3,793.00 | $695.42 | $3,097.58 | $252.88 | $2,844.70 |
| Leasehold Improvements | FAM001286 | Transfer CitiView Audio Visual bill Q-00505 (Last | 08/31/15 | 60 | $28,531.56 | $13,790.37 | $14,741.19 | $1,902.12 | $12,839.07 |
| Leasehold Improvements | FAM000102 | Varia - Card Reader for Server Room | 01/01/12 | 60 | $3,265.00 | $3,265.01 | -$0.01 | $0.00 | -$0.01 |
| Leasehold Improvements | FAM000104 | Voice and Data Cables for 2nd Floor | 11/01/12 | 60 | $6,582.52 | $6,582.52 | $0.00 | $0.00 | $0.00 |
| | | Total: | | | $498,786.07 | $352,232.90 | $146,553.17 | $27,303.12 | $119,250.05 |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 10, QUESTION 61

INTERNET DOMAIN NAMES AND WEBSITES

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-61: Internet domain names and websites**

| Domain Name | TLD | Expiration Date | Status | Privacy | Locked | Net Value |
|---|---|---|---|---|---|---|
| ADDRESABLE.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESABLE.COM | .com | 8/18/2019 | Active | Private | Unlocked | $0.00 |
| ADDRESABLE.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLE.BIZ | .biz | 8/17/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLE.CC | .cc | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLE.CO | .co | 8/17/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLE.COM | .com | 1/31/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLE.ME | .me | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLE.MOBI | .mobi | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLE.US | .us | 8/17/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLE.WS | .ws | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEDIGITAL.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEDIGITAL.COM | .com | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEDIGITAL.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEDISPLAY.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEDISPLAY.COM | .com | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEDISPLAY.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEFORADVERTISERS.COM | .com | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEFORPUBLISHERS.COM | .com | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLELAB.COM | .com | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLELABS.COM | .com | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLELEADS.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLELEADS.COM | .com | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLELEADS.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEMEDIA.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEMEDIAPLATFORM.COM | .com | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEMEDIAPLATFORM.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEMOBILE.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEMOBILE.COM | .com | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEMOBILE.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEOOH.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEOOH.COM | .com | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEOOH.NET | .net | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEPLATFORM.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLEPLATFORM.COM | .com | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLEPLATFORM.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLESOLUTIONS.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLESOLUTIONS.COM | .com | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLESOLUTIONS.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLETECH.COM | .com | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLETECHNOLOGIES.COM | .com | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLETECHNOLOGY.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-61: Internet domain names and websites**

| Domain Name | TLD | Expiration Date | Status | Privacy | Locked | Net Value |
|---|---|---|---|---|---|---|
| ADDRESSABLETECHNOLOGY.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADDRESSABLETV.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADDRESSABLETV.NET | .net | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADRESABLE.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADRESABLE.COM | .com | 8/18/2019 | Active | Private | Locked | $0.00 |
| ADRESABLE.NET | .net | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADRESSABLE.CO.UK | .co.uk | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADRESSABLE.NET | .net | 8/18/2019 | Active | Public | Locked | $0.00 |
| ADSURVEILLANCE.COM | .com | 5/9/2019 | Active | Public | Locked | $0.00 |
| CALCULATETHEWASTE.COM | .com | 1/31/2019 | Active | Public | Locked | $0.00 |
| COLLIDERADVERTISING.COM | .com | 8/18/2018 | Active | Public | Locked | $0.00 |
| COLLIDERDIGITAL.COM | .com | 12/1/2018 | Active | Public | Locked | $0.00 |
| COLLIDERMEDIA.COM | .com | 1/31/2019 | Active | Public | Locked | $0.00 |
| COLLIDERMOBILE.COM | .com | 12/1/2018 | Active | Public | Locked | $0.00 |
| detv-go.com | .com | 9/28/2020 | Active | Public | Locked | $0.00 |
| detvgo.com | .com | 9/28/2020 | Active | Public | Locked | $0.00 |
| DONTCOOKIE.US | .us | 10/16/2018 | Active | Public | Locked | $0.00 |
| LUCIDMEDIADSP.COM | .com | 8/18/2018 | Active | Public | Locked | $0.00 |
| MAKEMEDIASMARTER.COM | .com | 3/21/2021 | Active | Public | Locked | $0.00 |
| MAKESMEDIASMARTER.COM | .com | 3/21/2021 | Active | Public | Locked | $0.00 |
| SCIENCEOFVIDEO.COM | .com | 8/18/2018 | Active | Public | Locked | $0.00 |
| SMARTER-ADS.COM | .com | 3/31/2021 | Active | Public | Locked | $0.00 |
| THECOOKIEISDEAD.COM | .com | 8/18/2018 | Active | Public | Locked | $0.00 |
| THESMARTERDECISION.COM | .com | 5/9/2019 | Active | Public | Locked | $0.00 |
| TIDALENTERPRISES.COM | .com | 1/31/2021 | Active | Public | Locked | $0.00 |
| TIDALTV.COM | .com | 1/31/2022 | Active | Public | Locked | $0.00 |
| VIDEOADOS.COM | .com | 1/31/2019 | Active | Public | Locked | $0.00 |
| VIDEOLOGISTS.COM | .com | 1/31/2019 | Active | Public | Locked | $0.00 |
| VIDEOLOGISTS.INFO | .info | 8/9/2018 | Active | Public | Locked | $0.00 |
| VIDEOLOGISTS.ORG | .org | 8/9/2018 | Active | Public | Locked | $0.00 |
| videology-detvgo.com | .com | 9/28/2020 | Active | Public | Locked | $0.00 |
| VIDEOLOGY.US | .us | 8/5/2019 | Active | Public | Locked | $0.00 |
| videologydetvgo.com | .com | 9/28/2020 | Active | Public | Locked | $0.00 |
| VIDEOLOGYGROUP.CO.UK | .co.uk | 9/15/2019 | Active | Public | Locked | $0.00 |
| VIDEOLOGYGROUP.COM | .com | 1/31/2022 | Active | Private | Locked | $0.00 |
| videologygroup.tv | .tv | 8/1/2021 | Active | Private | Locked | $0.00 |
| VIDEOLOGYMEDIA.COM | .com | 1/31/2019 | Active | Public | Locked | $0.00 |
| VIDEOLOGYMEDIAGROUP.COM | .com | 1/31/2019 | Active | Public | Locked | $0.00 |
| VIDEOLOGYPLATFORM.COM | .com | 8/18/2020 | Active | Private | Locked | $0.00 |
| VIDEOLOGYPRODUCTIONS.COM | .com | 1/23/2020 | Active | Public | Locked | $0.00 |
| VIDEOOLOGISTS.COM | .com | 8/9/2018 | Active | Public | Locked | $0.00 |
| VIDEOOLOGY.COM | .com | 8/18/2018 | Active | Public | Locked | $0.00 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule AB-61: Internet domain names and websites**

| Domain Name | TLD | Expiration Date | Status | Privacy | Locked | Net Value |
|---|---|---|---|---|---|---|
| VIDEOSSP.COM | .com | 1/31/2020 | Active | Public | Locked | $0.00 |
| Y2G3D1V.COM | .com | 8/18/2018 | Active | Public | Locked | $0.00 |
| Y4G3D2V1.COM | .com | 8/18/2018 | Active | Public | Locked | $0.00 |
| ZERO-WASTE-ADVERTISING.COM | .com | 1/31/2019 | Active | Public | Locked | $0.00 |
| MYECAR.COM | .com | 1/31/2021 | Active | Public | Locked | $0.00 |
| ADVISORDSP.COM | .com | 1/21/2020 | Active | Public | Locked | $0.00 |
| CLICKSENSE.BIZ | .biz | 6/25/2022 | Active | Private | Locked | $0.00 |
| CLICKSENSE.ORG | .org | 6/26/2022 | Active | Private | Locked | $0.00 |
| CLICKSENSE.US | .us | 6/25/2022 | Active | Public | Locked | $0.00 |
| CLICKSENSEONLINE.COM | .com | 6/26/2022 | Active | Private | Locked | $0.00 |
| LUCIDMEDIA.COM | .com | 1/16/2019 | Active | Private | Locked | $0.00 |
| LUCIDMEDIA.INFO | .info | 1/16/2020 | Active | Private | Locked | $0.00 |
| LUCIDMEDIA.MOBI | .mobi | 1/16/2020 | Active | Private | Locked | $0.00 |
| LUCIDMEDIA.NAME | .name | 1/16/2020 | Active | Private | Locked | $0.00 |
| LUCIDMEDIA.ORG | .org | 1/16/2020 | Active | Private | Locked | $0.00 |
| **Total:** | | | | | | **$0.00** |

| | |
|---|---|
| Debtor Name **Videology, Inc.** | |

**United States Bankruptcy Court for the District of Delaware**

Case number (if known): **18-11120**

[X] Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

[X] Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>FAST PAY PARTNERS LLC & FPP SANDBOX LLC<br><br>**Creditor's mailing address**<br>8201 BEVERLY BLVD., SUITE 600<br>LOS ANGELES, CA 90048 | **Describe debtor's property that is subject to a lien**<br>LOAN AND SECURITY AGREEMENT DATED AS OF JULY 10, 2017<br>(INCLUDING ALL ANNEXES, EXHIBITS, AND SCHEDULES THERETO, AS FROM TIME TO TIME AMENDED) | $11,209,873.00 | $11,209,873.00 |

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last four digits of account number** _____

**Do multiple creditors have an interest in the same property?**

[X] No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**

_____

**Is the creditor an insider or related party?**

[X] No

☐ Yes

**Is anyone else liable on this claim?**

[X] No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

[X] Contingent

[X] Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| | $11,209,873.00 |
|---|---|

| | |
|---|---|
| Debtor Name | **Videology, Inc.** |

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):    **18-11120**

☒ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                           12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on
*Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

---

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.95 | $927.95 |
|---|---|---|---|---|
| | DISCOVERY BENEFITS<br>HSA, FSA, COBRA ADMINISTRATION<br>P.O. BOX 9528<br>FARGO, ND 58106-9528 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/24/2018 | Basis for the claim:<br>UNPAID BENEFITS | | |
| | Last 4 digits of account<br>number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (          ) | | | |

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594,037.71 | $594,037.71 |
|---|---|---|---|---|
| | EMPLOYEES - SEE ATTACHED EXHIBIT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account<br>number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) ( 4        ) | | | |

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.92 | $197.92 |
|---|---|---|---|---|
| | MUTUAL OF OMAHA<br>NEW YORK DISABILITY/PAID FAMILY LEAVE<br>76 NORTH BROADWAY<br>IRVINGTON, NY 10533 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>UNPAID BENEFITS | | |
| | Last 4 digits of account<br>number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (          ) | | | |

---

| Debtor Name | **Videology, Inc.** | Case number (if known): **18-11120** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<div align="right">

**Amount of claim**

</div>

**3.1** | **Nonpriority creditor's name and mailing address**
(ACXIOM) LIVERAMP
4090 COLLECTION CENTER
CHICAGO, IL 60693-0040

**As of the petition filing date, the claim is:**                               $51,728.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
400-410 MICHIGAN MASTER TENANT LLC
410 N. MICHIGAN AVENUE, SUITE 1300
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**                               $4,721.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
ABOUT
466 LEXINGTON AVENUE
THIRD FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**                               $33.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**                               $2,548.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**                                       Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.5**

**Nonpriority creditor's name and mailing address**
ACNIELSEN CORPORATION
85 BROAD STREET
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**    $37,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
ACXIOM
4090 COLLECTION CENTER
CHICAGO, IL 60693-0040

**As of the petition filing date, the claim is:**    $117,353.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**
ACXIOM - US
4090 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0040

**As of the petition filing date, the claim is:**    $11,881.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**
ACXIOM/LIVERAMP CROSS DEVICE FEE
4090 COLLECTION CENTER
CHICAGO, IL 60693-0040

**As of the petition filing date, the claim is:**    $5,169.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.9** | **Nonpriority creditor's name and mailing address**
ADAM SCHUR
11 TINKER LANE
GREENWICH, CT 06830

**As of the petition filing date, the claim is:**                $60,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
ADAPTV
C/O OATH INC. (FKA AOL ADVERTISING, INC.)
C/O LEGAL DEPARTMENT
22000 AOL WAY
DULLES, VA 20166

**As of the petition filing date, the claim is:**                $1,521,781.53
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
ADDTHIS
P.O. BOX 347932
PITTSBURGH, PA 15251-4932

**As of the petition filing date, the claim is:**                $3,814.79
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
ADDTHIS
P.O. BOX 347932
PITTSBURGH, PA 15251-4932

**As of the petition filing date, the claim is:**                $864.53
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Last 4 digits of account number**
P21074

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Videology, Inc.**                                                Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.13**  **Nonpriority creditor's name and mailing address**

ADOBE SYSTEMS INCORPORATED
75 REMITTANCE DRIVE
CHICAGO, IL 60675-1025

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,000.00

---

**3.14**  **Nonpriority creditor's name and mailing address**

ADSWERVE
999 18TH STREET
DENVER, CO 80202

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

---

**3.15**  **Nonpriority creditor's name and mailing address**

ADX

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,755.12

---

**3.16**  **Nonpriority creditor's name and mailing address**

AKAMAI
GENERAL POST OFFICE
P.O. BOX 26590
NEW YORK, NY 10087-6590

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED HOSTING FEES

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21076

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,558.09

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.17** **Nonpriority creditor's name and mailing address**
AKAMAI TECHNOLOGIES, INC
GENERAL POST OFFICE
P.O. BOX 26590
NEW YORK, NY 10087-6590

**As of the petition filing date, the claim is:** $21,362.71
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
ALICE NEEDLE FAMILY LIMITED PARTNERSHIP
ATTN: KATIE APPLEFELD
23 MERRYMOUNT ROAD
BALTIMORE, MD 21210

**As of the petition filing date, the claim is:** $255,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.19** **Nonpriority creditor's name and mailing address**
AMAZON
P.O. BOX 84023
SEATTLE, WA 98124

**As of the petition filing date, the claim is:** $133,091.83
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED HOSTING FEES

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21076

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.20** **Nonpriority creditor's name and mailing address**
AMAZON WEB SERVICES LLC
P.O. BOX 84023
SEATTLE, WA 98124-8423

**As of the petition filing date, the claim is:** $474,605.26
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.21** Nonpriority creditor's name and mailing address
AMC

As of the petition filing date, the claim is:    $223.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22** Nonpriority creditor's name and mailing address
AMERICAN EXPRESS VID CORP PROGRAM
TRAVEL RELATED SERVICES CO. INC.
FT LAUDERDALE, FL 33336-0001

As of the petition filing date, the claim is:    $6,578.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address
AMNET US
2700 PENNSYLVANIA AVENUE
SANTA MONICA, CA 90404

As of the petition filing date, the claim is:    $427,658.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION AHC FEES - ACCRUED

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20002

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address
AOL
P.O. BOX 5696
NEW YORK, NY 10087-5696

As of the petition filing date, the claim is:    $170,101.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    Videology, Inc.                                        Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.25** | **Nonpriority creditor's name and mailing address**
APPLE FINANCIAL SERVICES
P.O. BOX 70241
PITTSBURGH, PA 19176-0241

As of the petition filing date, the claim is:                          $1,495.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
ARAMARK REFRESHMENT SERVICES
P.O. BOX 28919
NEW YORK, NY 10087-8919

As of the petition filing date, the claim is:                          $7,096.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
B. THOMAS MANSBACH
2101 CONNECTICUT AVE. NW, APT 81
WASHINGTON, DC 2008

As of the petition filing date, the claim is:                          $89,302.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
BELL MEDIA
299 QUEEN ST W
TORONTO, ON M5V 2Z5
CANADA

As of the petition filing date, the claim is:                          $149,359.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    Videology, Inc.                                     Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.29**  **Nonpriority creditor's name and mailing address**
BERKSHIRE ASSOCIATES INC.
8924 MCGAW COURT
COLUMBIA, MD 21045

As of the petition filing date, the claim is:                      $1,522.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30**  **Nonpriority creditor's name and mailing address**
BLOOMBERG BNA
P.O. BOX 17009
BALTIMORE, MD 21297-1009

As of the petition filing date, the claim is:                      $7,038.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31**  **Nonpriority creditor's name and mailing address**
BLUEKAI (AKA ORACLE AMERICA)
P.O. BOX 44471
SAN FRANCISCO, CA 94144

As of the petition filing date, the claim is:                      $141,136.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.32**  **Nonpriority creditor's name and mailing address**
BLUEKAI INC.
ORACLE AMERICA
P.O. BOX 44471
SAN FRANCISCO, CA 94144

As of the petition filing date, the claim is:                      $153,160.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Videology, Inc.**                                    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.33** **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $68,100.64

BONNIER

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
P20000                                      ☑ No
                                            ☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $355,406.04

BONSAL CAPITAL LLC
C/O PATRICIA CASNER, EXECUTIVE ASSISTANT
RED ABBEY, LLC
10751 FALLS ROAD, SUITE 300
LUTHERVILLE, MD 21093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                            ☑ No
                                            ☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $376,274.79

BOULDER VENTURES V, L.P.
C/O BOULDER VENTURES
ATTN: TIM HOOGHEEM, CFO
1941 PEARL STREET, SUITE 300
BOULDER, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                            ☑ No
                                            ☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $225,000.00

BRIAN ROZEN
7 CONNAUGHT SQUARE
LONDON, W2 2HG
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**        **Is the claim subject to offset?**
                                            ☑ No
                                            ☐ Yes

---

Debtor Name      Videology, Inc.                                    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.37**

**Nonpriority creditor's name and mailing address**
BRIGHTCOVE INC.
290 CONGRESS ST, 4TH FLOOR
BOSTON, MA 02210

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,575.00

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
BRIGHTROLL VIDEO NETWORK
P.O. BOX 8420
PASADENA, CA 91109-8420

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,160.47

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
BRYAN JONES
3936 SENDERO DR.
AUSTIN, TX 78735

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,500.00

**Basis for the claim:**
PRE-PETITION ACCRUED LEGAL FEES

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21078

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
BUILDING CLEANING SERVICES, INC.
820 THOMPSON AVE, #26
GLENDALE, CA 91201

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$735.00

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    Videology, Inc.                                          Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.41**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $4,481.25
C T CORPORATION
P.O. BOX 4349                                                    ☐ Contingent
CAROL STREAM, IL 60197-4349                                      ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**Date or dates debt was incurred**                              PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                              **Is the claim subject to offset?**
P20000                                                           ☑ No
                                                                 ☐ Yes

**3.42**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,753.25
CAFEMEDIA
TORONTO BUSINESS SERVICE CENTRE                                  ☐ Contingent
20 QUEEN STREET WEST                                             ☐ Unliquidated
TORONTO, ON M5H 3R3                                              ☐ Disputed
CANADA
                                                                 **Basis for the claim:**
**Date or dates debt was incurred**                              PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                              **Is the claim subject to offset?**
P20000                                                           ☑ No
                                                                 ☐ Yes

**3.43**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $124,619.48
CAREFIRST
ATTN: KERI SEABOLT                                               ☐ Contingent
1501 SOUTH CLINTON STREET                                        ☐ Unliquidated
BALTIMORE, MD 21224                                              ☐ Disputed

                                                                 **Basis for the claim:**
**Date or dates debt was incurred**                              PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                              **Is the claim subject to offset?**
20300                                                            ☑ No
                                                                 ☐ Yes

**3.44**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $6,000,000.00
CATALYST INVESTORS QP III, L.P.
ATTN: RYAN MCNALLY                                               ☐ Contingent
711 FIFTH AVE, SUITE 600                                         ☐ Unliquidated
NEW YORK, NY 10022                                               ☐ Disputed

                                                                 **Basis for the claim:**
**Date or dates debt was incurred**                              CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
                                                                 IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
                                                                 SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**                              **Is the claim subject to offset?**
                                                                 ☑ No
                                                                 ☐ Yes

Debtor Name    **Videology, Inc.**                                         Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

---

**3.45** **Nonpriority creditor's name and mailing address**
CATHERINE APPLEFELD

As of the petition filing date, the claim is:                    $75,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
CBC
160 BLOOR STREET EAST
TORONTO, ON M4W 0A2
CANADA

As of the petition filing date, the claim is:                    $33,498.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
P20000
☑ No
☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
CELERGO
750 ESTATE DRIVE
DEERFIELD, IL 60015

As of the petition filing date, the claim is:                    $4,346.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    PRE-PETITION ACCRUED OTHER

**Last 4 digits of account number**    **Is the claim subject to offset?**
P21070
☑ No
☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
CENTRIC BUSINESS SYSTEMS
P.O. BOX 75222
BALTIMORE, MD 21275-5222

As of the petition filing date, the claim is:                    $2,424.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**    PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**
P20000
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**                               Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.49**    **Nonpriority creditor's name and mailing address**
CHESAPEAKE PAPERBOARD CENTRE, LLC
28 WALKER AVENUE
PIKESVILLE, MD 21208

**As of the petition filing date, the claim is:**      $120,862.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**    **Nonpriority creditor's name and mailing address**
CLEARVIEW CONSULTING, INC.
11155 RED RUN BOULEVARD
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**      $12,665.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**    **Nonpriority creditor's name and mailing address**
COGENT COMMUNICATIONS, INC.
P.O. BOX 791087
BALTIMORE, MD 21279-1087

**As of the petition filing date, the claim is:**      $2,079.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52**    **Nonpriority creditor's name and mailing address**
COGENT COMMUNICATIONS, INC.
P.O. BOX 791087
BALTIMORE, MD 21279-1087

**As of the petition filing date, the claim is:**      $1,117.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
20300

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.53**

**Nonpriority creditor's name and mailing address**
COHERENT
1600 UTICA AVE S.
MINNEAPOLIS, MN 55416

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED TECH CONSULTANTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21071

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,608.00

---

**3.54**

**Nonpriority creditor's name and mailing address**
COHERENT SOLUTIONS
1600 UTICA AVE S.
MINNEAPOLIS, MN 55416

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$122,278.00

---

**3.55**

**Nonpriority creditor's name and mailing address**
COLLIDER MEDIA, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,104,619.99

---

**3.56**

**Nonpriority creditor's name and mailing address**
COMCAST DMP

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**Is the claim subject to offset?**
☑ No
☐ Yes

$108,797.20

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    15 of 65

Debtor Name    **Videology, Inc.**    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.57**    **Nonpriority creditor's name and mailing address**

COMCAST VENTURES, LP
588 BROADWAY #202
NEW YORK, NY 10012

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $6,060,189.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58**    **Nonpriority creditor's name and mailing address**

COMSCORE
11950 DEMOCRACY DRIVE, SUITE 600
RESTON, VA 20190

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**As of the petition filing date, the claim is:**    $10,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59**    **Nonpriority creditor's name and mailing address**

COMSCORE OTHER ADD-ONS
11950 DEMOCRACY DRIVE, SUITE 600
RESTON, VA 20190

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21073

**As of the petition filing date, the claim is:**    $16,500.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED ANCILLARY CAMPAIGN COSTS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60**    **Nonpriority creditor's name and mailing address**

COMSCORE, INC.
14140 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**    $25,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.61**  **Nonpriority creditor's name and mailing address**

CORUS ENTERTAINMENT - MATCHBUY - KAO
CORUS QUAY, 25 DOCKSIDE DRIVE
TORONTO, ON M5A 0B5
CANADA

**As of the petition filing date, the claim is:**

$13,098.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62**  **Nonpriority creditor's name and mailing address**

CORUS PMP
25 DOCKSIDE DRIVE
TORONTO, ON M5A 0B5
CANADA

**As of the petition filing date, the claim is:**

$48,304.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**

CPA GLOBAL LIMITED

**As of the petition filing date, the claim is:**

$3,925.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**

CUE DIGITAL PROPERTIES
250 THE ESPLANADE, SUITE 408
TORONTO, ON M5A 1J2
CANADA

**As of the petition filing date, the claim is:**

$128.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.65**
**Nonpriority creditor's name and mailing address**
CYBAGE SOFTWARE PVT. LTD.
SURVEY NO 13/A 1+2+3/1
PUNE, MAHARASHTRA 411006
INDIA

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,625.00

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**
**Nonpriority creditor's name and mailing address**
DAILY MAIL
P.O. BOX 8667
LEICESTER, LE1 8BE
UNITED KINGDOM

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$4.45

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.67**
**Nonpriority creditor's name and mailing address**
DAILYMOTION
80 FIFTH AVENUE 18TH FLOOR
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,764.75

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**
**Nonpriority creditor's name and mailing address**
DATONICS

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.93

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.69**

**Nonpriority creditor's name and mailing address**
DAVID G. WISER
3145 LOOKOUT CIRCLE
CINCINNATI, OH 45208

**As of the petition filing date, the claim is:**                    $353,138.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70**

**Nonpriority creditor's name and mailing address**
DAVID GORE ROSS
252 7TH AVENUE, APT 15I
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**                    $75,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71**

**Nonpriority creditor's name and mailing address**
DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**As of the petition filing date, the claim is:**                    $763.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72**

**Nonpriority creditor's name and mailing address**
DELL FINANCIAL SERVICES
P.O. BOX 6547
CAROL STREAM, IL 60197-5292

**As of the petition filing date, the claim is:**                    $47,172.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Videology, Inc.**                                   Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.73** Nonpriority creditor's name and mailing address

DEVEIRE
ROSELAWN SUITE 1
LIMERICK
IRELAND

As of the petition filing date, the claim is:    $167,880.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

DIGITAL ADVERTISING ALLIANCE
ATTN: ROB FRIEDMAN
155 TECHNOLOGY PARKWAY, SUITE 800
NORCROSS, GA 30092

As of the petition filing date, the claim is:    $8,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

DISCOVERY
ONE DISCOVERY PLACE
SILVER SPRING, MD 20910

As of the petition filing date, the claim is:    $17,465.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

DISCOVERY BENEFITS SIMPLIFY
P.O. BOX 9528
FARGO, ND 58106-9528

As of the petition filing date, the claim is:    $927.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.77** **Nonpriority creditor's name and mailing address**
DOUBLEVERIFY
575 EIGHTH AVENUE
NEW YORK, NY 10018

As of the petition filing date, the claim is: $14,979.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED ANCILLARY CAMPAIGN COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21073

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**
DUCH CAPITAL MANAGEMENT, LLC
ATTN: MICHAEL J. DUCH
15903 BAYVIEW BLVD.
GRABILL, IN 46741

As of the petition filing date, the claim is: $180,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**
EDWARD GREENSPAN
77 ASPETONG ROAD
BEDFORD, NY 10506

As of the petition filing date, the claim is: $1,350,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**
EMARKETER
11 TIMES SQUARE, 14TH FLOOR
NEW YORK, NY 10036

As of the petition filing date, the claim is: $30,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**                              Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.81** **Nonpriority creditor's name and mailing address**
EMIGRA USA LLC
P.O. BOX 62378
BALTIMORE, MD 21264

As of the petition filing date, the claim is:      $4,682.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**
EQUITY TRUST COMPANY
D.B.A. STERLING TRUST, CUSTODIAN
FBO: DAVID R SACKEY A/C# 404978
1101 WOODED ACRES DR. STE 120
WACO, TX 76710

As of the petition filing date, the claim is:      $159,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**
ERIC FELDER
7 HUBERT STREET, APT. 6A
NEW YORK, NY 10013

As of the petition filing date, the claim is:      $349,998.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**
ESPN (DEALS)
466 LEXINGTON AVENUE
THIRD FLOOR
NEW YORK, NY 10017

As of the petition filing date, the claim is:      $15.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**                                      Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.85**

**Nonpriority creditor's name and mailing address**
EXECUTIVE II LIMITED PARTNERSHIP
C/O CREA
10401 CONNECTICUT AVE. STE100
KENSINGTON, MD 20895

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,850.87

---

**3.86**

**Nonpriority creditor's name and mailing address**
EXELATE - US
28803 NETWORK PLACE
CHICAGO, IL 60673-1288

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$150,799.02

---

**3.87**

**Nonpriority creditor's name and mailing address**
EXELATE, INC.
C/O THE NIELSEN COMPANY (US), LLC
85 BROAD STREET
NEW YORK, NY 10004

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$445,195.95

---

**3.88**

**Nonpriority creditor's name and mailing address**
EXPERIAN
21221 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$793.81

---

Debtor Name    **Videology, Inc.**    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.89** Nonpriority creditor's name and mailing address
EXTREME REACH, INC.

As of the petition filing date, the claim is:    $600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

Last 4 digits of account number
P20000

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address
FERLIN INVESTMENTS, LLC
ATTN: JASON W. ELLIN
P.O. BOX 1567
STONY BROOK, NY 11790

As of the petition filing date, the claim is:    $1,800,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address
FOODIFY
800 EAST JEFFERSON ST, SUITE 200
CHARLOTTESVILLE, VA 22902

As of the petition filing date, the claim is:    $2,566.63
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

Last 4 digits of account number
P20000

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address
FOX
10201 WEST PICO BOULEVARD
BLDG. 100, 3220
LOS ANGELES, CA 90035

As of the petition filing date, the claim is:    $392.54
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

Last 4 digits of account number
P20000

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   **Videology, Inc.**

Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.93**

**Nonpriority creditor's name and mailing address**
FUTURES MEDIA
875 SISTH AVENUE, SUITE 1100
NEW YORK, NY 10001

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$246,393.45

---

**3.94**

**Nonpriority creditor's name and mailing address**
FUTURESMEDIA
444 MADISON AVENUE
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$468,862.95

---

**3.95**

**Nonpriority creditor's name and mailing address**
GAMS DEVELOPMENT CORPORATION
1217 POTOMAC ST., N.W.
WASHINGTON, DC 20007

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,272.00

---

**3.96**

**Nonpriority creditor's name and mailing address**
GCA SAVVIAN FEE(CCI)
30TH FLOOR, PACIFIC CENTURY PLACE MARUNOUCHI
11-1 MARUNOUCHI 1-CHOME
CHIYODA-KU, TOKYO 100-6230
JAPAN

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21070

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED OTHER

**Is the claim subject to offset?**
☑ No
☐ Yes

$469.55

---

Debtor Name    **Videology, Inc.**    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.97**  **Nonpriority creditor's name and mailing address**

GCA SAVVIAN FEE(YAHOO JAPAN)
30TH FLOOR, PACIFIC CENTURY PLACE MARUNOUCHI
11-1 MARUNOUCHI 1-CHOME
CHIYODA-KU, TOKYO 100-6230
JAPAN

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21070

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED OTHER

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,324.25

---

**3.98**  **Nonpriority creditor's name and mailing address**

GCA TECHNOVATION FORMALLY AMPLIA CORPORATION
30TH FLOOR, PACIFIC CENTURY PLACE MARUNOUCHI
11-1, MARUNOUCHI 1-CHORNE
CHIYODA-KU
TOKYO, 100-6230
JAPAN

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,815.82

---

**3.99**  **Nonpriority creditor's name and mailing address**

GENESIS MEDIA
49 W 27TH STREET
NEW YORK, NY 10001

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$217.12

---

**3.100**  **Nonpriority creditor's name and mailing address**

GETGO, INC.
P.O. BOX 50264
LOS ANGELES, CA 90074-0264

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$842.02

---

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.101**

**Nonpriority creditor's name and mailing address**
GFK CUSTOM RESEARCH LLC
P.O. BOX 347353
PITTSBURGH, PA 15251-4353

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,334.00

**3.102**

**Nonpriority creditor's name and mailing address**
GK-TIDALTV, LLC
ATTN: GARY KATCHER
3 COWDRAY PARK DR.
GREENWICH, CT 06831

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Is the claim subject to offset?**
☑ No
☐ Yes

$500,003.13

**3.103**

**Nonpriority creditor's name and mailing address**
GLASSDOOR

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,695.00

**3.104**

**Nonpriority creditor's name and mailing address**
GOOGLE SITES
DEPT 33654
P.O. BOX 3900
SAN FRANCISCO, CA 94159

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$109,727.37

Debtor Name     **Videology, Inc.**                                    Case number (if known): **18-11120**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.105** **Nonpriority creditor's name and mailing address**
GROUPM AGREEMENT
498 7TH AVENUE
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**            $5,028,412.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION AHC FEES - ACCRUED
OTHER LONG TERM LIABILITIES

**Date or dates debt was incurred**

**Last 4 digits of account number**
25100

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** **Nonpriority creditor's name and mailing address**
GUIDEPOINT SECURITY LLC
2201 COOPERATIVE WAY,
HERNDON, VA 20171

**As of the petition filing date, the claim is:**            $4,850.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107** **Nonpriority creditor's name and mailing address**
GUROBI OPTIMIZATION, INC.
3733-1 WESTHEIMER RD # 1001
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**            $33,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**
HARBOURVEST/NYSTRS CO-INVEST FUND L.P.
C/O HARBOURVEST PARTNERS, LLC
ATTN: DAVID ZUG
ONE FINANCIAL CENTER, 44TH FLOOR
BOSTON, MA 02111

**As of the petition filing date, the claim is:**            $2,699,760.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     Videology, Inc.

Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.109**

**Nonpriority creditor's name and mailing address**
HIGH STREET PARTNERS, INC.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$179.03

---

**3.110**

**Nonpriority creditor's name and mailing address**
HOGAN LOVELLS US LLP
COLUMBIA SQUARE
555 13TH STREET, NW
WASHINGTON, DC 20004-1109

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$547,637.32

---

**3.111**

**Nonpriority creditor's name and mailing address**
IAB
116 EAST 27TH STREET
7TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,000.00

---

**3.112**

**Nonpriority creditor's name and mailing address**
INDEED, INC.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$146.16

---

Debtor Name    **Videology, Inc.**                                    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.113**  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                $48.97
INDEX EXCHANGE
TORONTO BUSINESS SERVICE CENTRE                             ☐ Contingent
WEST TORONTO, ON M5H 3R3                                    ☐ Unliquidated
CANADA                                                      ☐ Disputed

                                                           **Basis for the claim:**
**Date or dates debt was incurred**                         PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                         **Is the claim subject to offset?**
P20000                                                      ☑ No
                                                           ☐ Yes

**3.114**  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:              $72,960.73
INNOVID
30 IRVING PLACE, 12TH FLOOR                                 ☐ Contingent
NEW YORK, NY 10003                                          ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
**Date or dates debt was incurred**                         PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                         **Is the claim subject to offset?**
P20000                                                      ☑ No
                                                           ☐ Yes

**3.115**  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:              $48,820.00
INNOVID
P.O. BOX 347961                                             ☐ Contingent
PITTSBURG, PA 15251                                         ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
**Date or dates debt was incurred**                         PRE-PETITION ACCRUED ANCILLARY CAMPAIGN COSTS

**Last 4 digits of account number**                         **Is the claim subject to offset?**
P21073                                                      ☑ No
                                                           ☐ Yes

**3.116**  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                $304.48
IRON MOUNTAIN
P.O. BOX 27128                                              ☐ Contingent
NEW YORK, NY 10087-7128                                     ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
**Date or dates debt was incurred**                         PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                         **Is the claim subject to offset?**
P20000                                                      ☑ No
                                                           ☐ Yes

Debtor Name    **Videology, Inc.**                                    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.117** | Nonpriority creditor's name and mailing address

IRVIN I. LAZINSKY
P.O. BOX 207
WHITE MARSH, MD 21162

As of the petition filing date, the claim is:                    $25,001.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address

JARED M. EPSTEIN
40 5TH AVE, APT 5A
NEW YORK, NY 10011

As of the petition filing date, the claim is:                    $240,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address

JILL SCHWARTZ AND THOMAS MCADAM, TENANTS IN COMMON
140 FRANKLIN STREET, #4C
NEW YORK, NY 10013

As of the petition filing date, the claim is:                    $90,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address

JOHN F. GALLO
365 WEST END AVE, APT. 6C
NEW YORK, NY 10024

As of the petition filing date, the claim is:                    $149,997.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**                                          Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                      **Amount of claim**

**3.121**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$150,000.00**
JONATHAN R. AND JACQUELINE L. WALLACE
905 FALLS MANOR COURT                                    ☐ Contingent
GREAT FALLS, VA 22066                                    ☐ Unliquidated
GREAT FALLS, VA 22066                                    ☐ Disputed

                                                         **Basis for the claim:**
**Date or dates debt was incurred**                      CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
                                                         IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
                                                         SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS
**Last 4 digits of account number**                      **Is the claim subject to offset?**
                                                         ☑ No
                                                         ☐ Yes

**3.122**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$45,002.04**
JOSHUA R. TARNOW
33 CRESCENT PLACE                                        ☐ Contingent
SHORT HILLS, NJ 07078                                    ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**Date or dates debt was incurred**                      CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
                                                         IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
                                                         SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS
**Last 4 digits of account number**                      **Is the claim subject to offset?**
                                                         ☑ No
                                                         ☐ Yes

**3.123**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$9,744.00**
JUMPCLOUD INC.
2040 14TH ST., STE 200                                   ☐ Contingent
BOULDER, CO 80302                                        ☐ Unliquidated
                                                         ☐ Disputed
                                                         **Basis for the claim:**
**Date or dates debt was incurred**                      PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                      **Is the claim subject to offset?**
P20000                                                   ☑ No
                                                         ☐ Yes

**3.124**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        **$4,340,442.51**
JUNFER TECH LLC
602 E. CARLTON ROAD, #4                                  ☐ Contingent
LAREDO, TX 78041                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**Date or dates debt was incurred**                      CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
                                                         IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
                                                         SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS
**Last 4 digits of account number**                      **Is the claim subject to offset?**
                                                         ☑ No
                                                         ☐ Yes

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
| --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.125** **Nonpriority creditor's name and mailing address**
KBM GROUP
2050 N. GREENVILLE AVENUE
RICHARDSON, TX 75082

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,138.62

**3.126** **Nonpriority creditor's name and mailing address**
KBM GROUP - US (I-BEHAVIOR TIL DEC 2014)
2050 N. GREENVILLE AVENUE
RICHARDSON, TX 75082

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,452.40

**3.127** **Nonpriority creditor's name and mailing address**
KBMG EMEA

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21074

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,276.19

**3.128** **Nonpriority creditor's name and mailing address**
KENT CHAMBERS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21078

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED LEGAL FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

Debtor Name    **Videology, Inc.**                                    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.129**  **Nonpriority creditor's name and mailing address**

KFP INVESTORS PARTNERSHIP
C/O KAHN LUCAS LANCASTER
ATTN: ANDREW KAHN
112 WEST 34TH ST., SUITE 600
NEW YORK, NY 10120

**As of the petition filing date, the claim is:**                  $105,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130**  **Nonpriority creditor's name and mailing address**

KRISTINA J CLEMENT
1609 KINGS FOREST TRAIL
MOUNT AIRY, MD 21771

**As of the petition filing date, the claim is:**                  $893.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131**  **Nonpriority creditor's name and mailing address**

LAKEWOOD LANE ASSOCIATES
C/O KAHN LUCAS LANCASTER
ATTN: ANDREW KAHN
112 WEST 34TH ST., SUITE 600
NEW YORK, NY 10120

**As of the petition filing date, the claim is:**                  $60,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132**  **Nonpriority creditor's name and mailing address**

LAWRENCE M. MACKS REVOCABLE TRUST
4080 CUTLASS LANE
NAPLES, FL 34102

**As of the petition filing date, the claim is:**                  $454,743.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Videology, Inc.**                                  Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.133**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $12,903.55
LEVEL 3
1025 ELDORADO BLVD
BROOMFIELD, CO 80021
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED HOSTING FEES

**Date or dates debt was incurred**

**Last 4 digits of account number**          Is the claim subject to offset?
P21076
- [x] No
- [ ] Yes

**3.134**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $191,000.00
LIVERAMP
4057 COLLECTION CENTER DR
CHICAGO, IL 60693
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**          Is the claim subject to offset?
P20000
- [x] No
- [ ] Yes

**3.135**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $50,000.04
LOOKER DATA SCIENCES, INC
101 CHURCH ST
SANTA CRUZ, CA 95060
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**          Is the claim subject to offset?
P20000
- [x] No
- [ ] Yes

**3.136**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $125,735.73
LOTAME
8850 STANFORD BLVD. STE. 2000
COLUMBIA, MD 21045
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**          Is the claim subject to offset?
P21074
- [x] No
- [ ] Yes

Debtor Name    Videology, Inc.    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.137** **Nonpriority creditor's name and mailing address**
LOTAME SOLUTIONS, INC.
8850 STANFORD BLVD. STE. 2000
COLUMBIA, MD 21045

**As of the petition filing date, the claim is:**    $353,086.47
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.138** **Nonpriority creditor's name and mailing address**
LUCID MEDIA, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**    $11,511.08
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

---

**3.139** **Nonpriority creditor's name and mailing address**
LUCIDMEDIA HOLDINGS, LLC
ATTN: JOHN KOHLER
P.O. BOX 8130
11490 COMMERCE PARK DRIVE, SUITE 220
RESTON, VA 20191

**As of the petition filing date, the claim is:**    $1,500,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.140** **Nonpriority creditor's name and mailing address**
MARK WETZLER
116 E. 63RD STREET
NEW YORK, NY 10065

**As of the petition filing date, the claim is:**    $33,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.141**

**Nonpriority creditor's name and mailing address**
MCHENRY ROW UTILITIES (CHESAPEAKE)
1500 WHETSTONE WAY
SUITE 101
BALTIMORE, MD 21230

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21070

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED OTHER

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,451.61

---

**3.142**

**Nonpriority creditor's name and mailing address**
MEDIALINK, LLC
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,000.00

---

**3.143**

**Nonpriority creditor's name and mailing address**
MERRILL COMMUNICATIONS, LLC
300 11TH AVE E
SARTELL, MN 56377

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,439.94

---

**3.144**

**Nonpriority creditor's name and mailing address**
MET PHOTO INC
1500 BROADWAY
NEW YORK, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,065.68

---

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.145** Nonpriority creditor's name and mailing address
MICHAEL B. AND REBECCA SNYDER
8200 PUMPKIN HILL COURT
PIKESVILLE, MD 21208

As of the petition filing date, the claim is: $75,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.146** Nonpriority creditor's name and mailing address
MLB
DEPT 33654
P.O. BOX 3900
SAN FRANCISCO, CA 94180

As of the petition filing date, the claim is: $227.01

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
PRE-PETITION ACCOUNTS PAYABLE

Last 4 digits of account number
P20000

Is the claim subject to offset?
☑ No
☐ Yes

**3.147** Nonpriority creditor's name and mailing address
MOAT, INC
P.O. BOX 44471
SAN FRANCISCO, CA 94144-4471

As of the petition filing date, the claim is: $85,241.94

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
PRE-PETITION ACCRUED ANCILLARY CAMPAIGN COSTS

Last 4 digits of account number
P21073

Is the claim subject to offset?
☑ No
☐ Yes

**3.148** Nonpriority creditor's name and mailing address
MUTUAL OF OMAHA
76 NORTH BROADWAY
IRVINGTON, NY 10533

As of the petition filing date, the claim is: $197.92

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
PRE-PETITION ACCOUNTS PAYABLE

Last 4 digits of account number
P20000

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.149**

**Nonpriority creditor's name and mailing address**
NC VENTURES LLC DBA NIELSEN CATALINA SOLUTIONS
250 E. 5TH STREET, SUITE 12
CINCINNATI, OH 45202

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,325.92

---

**3.150**

**Nonpriority creditor's name and mailing address**
NED J. KAPLIN
C/O BRIARA TRADING COMPANY INC.
ATTN: PATTI BELL
70 PORTLAND ROAD
W. CONSHOHOCKEN, PA 19428

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Is the claim subject to offset?**
☑ No
☐ Yes

$105,000.00

---

**3.151**

**Nonpriority creditor's name and mailing address**
NETSERTIVE INC.
MIXPO
520 PIKE STREET, SUITE 2400
SEATTLE, WA 98101

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,760.63

---

**3.152**

**Nonpriority creditor's name and mailing address**
NEW BAY MEDIA
28 EAST 28TH STREET
12TH FLOOR
NEW YORK, NY 10016

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,500.00

---

Debtor Name   **Videology, Inc.**

Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.153**

**Nonpriority creditor's name and mailing address**
NEW ENTERPRISE ASSOCIATES 12, LP
ATTN: PATRICK KERINS
1119 ST. PAUL STREET
BALTIMORE, MD 21202

**As of the petition filing date, the claim is:**   $8,845,914.81
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.154**

**Nonpriority creditor's name and mailing address**
NEW RELIC, INC
188 SPEAR STREET, SUITE 1200
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**   $10,608.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.155**

**Nonpriority creditor's name and mailing address**
NEW YORK SECURITY & COMMUNICATIONS
1261 BROADWAY
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**   $130.65
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.156**

**Nonpriority creditor's name and mailing address**
NEWSY
P.O. BOX 5380
CINCINNATI , OH 45201

**As of the petition filing date, the claim is:**   $22,311.40
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **Videology, Inc.**    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.157** | **Nonpriority creditor's name and mailing address**
NEXAGE
10410 HIGHLAND MANOR DRIVE
BUILDING 3, FLOOR 4
TAMPA, FL 33610

$0.31

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**
NGL MEDIA
1345 6TH AVE
NEW YORK, NY 10015

$2,771.65

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**
NIELSEN
24150 NETWORK PLACE
CHICAGO, IL 60673-1241

$1,115,611.56

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCRUED DATA COSTS

**Last 4 digits of account number**
P21074

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**
NLOGIC, INC.
1500 DON MILLS ROAD
TORONTO, ON M3B 3L7
CANADA

$10,596.45

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Videology, Inc.**                                Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                    **Amount of claim**

**3.161**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $1,476.67
NORSTAR MEDIA ENTERTAINMENT, INC.
2619 COUNTRY LANE
WESTLAKE VILLAGE, CA 91361
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
                                        PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**
P20000                                  ☑ No
                                        ☐ Yes

**3.162**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $176,324.34
OPENX
3979 FREEDOM CIRCLE
SANTA CLARA, CA 95054
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
                                        PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**
P20000                                  ☑ No
                                        ☐ Yes

**3.163**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $41,250.00
ORACLE AMERICA, INC.
P.O. BOX 44471
SAN FRANCISCO, CA 94144-4471
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
                                        PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**
P20000                                  ☑ No
                                        ☐ Yes

**3.164**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $513.00
OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK CITY, NY 10169-0075
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
                                        PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**
P20000                                  ☑ No
                                        ☐ Yes

Debtor Name   **Videology, Inc.**                              Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                    **Amount of claim**

**3.165**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$3,132.00**
PAGER DUTY
600 TOWNSEND ST # 200                                           ☐ Contingent
SAN FRANCISCO, CA 94103                                         ☐ Unliquidated
                                                                ☐ Disputed
                                                                **Basis for the claim:**
**Date or dates debt was incurred**                             PRE-PETITION ACCRUED HOSTING FEES

**Last 4 digits of account number**                             **Is the claim subject to offset?**
P21076                                                          ☑ No
                                                                ☐ Yes

**3.166**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$6,349.59**
PAR PLUMBING
                                                                ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed
                                                                **Basis for the claim:**
**Date or dates debt was incurred**                             PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                             **Is the claim subject to offset?**
P20000                                                          ☑ No
                                                                ☐ Yes

**3.167**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$2,500.00**
PATHMATICS, INC.
1411 5TH STREET #405                                            ☐ Contingent
SANTA MONICA, CA 90401                                          ☐ Unliquidated
                                                                ☐ Disputed
                                                                **Basis for the claim:**
**Date or dates debt was incurred**                             PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                             **Is the claim subject to offset?**
P20000                                                          ☑ No
                                                                ☐ Yes

**3.168**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **$7,533.88**
PELMOREX
2655 BRISTOL CIR                                                ☐ Contingent
OAKVILLE, ON L6H 7W1                                            ☐ Unliquidated
CANADA                                                          ☐ Disputed
                                                                **Basis for the claim:**
**Date or dates debt was incurred**                             PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**                             **Is the claim subject to offset?**
P20000                                                          ☑ No
                                                                ☐ Yes

Debtor Name    **Videology, Inc.**                                Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.169**  **Nonpriority creditor's name and mailing address**

PHILIP ARCHER
5802 GENTLE BREEZE TER.
AUSTIN, TX 78731

**As of the petition filing date, the claim is:**                       $506,391.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170**  **Nonpriority creditor's name and mailing address**

PILLSBURY WINTHROP SHAW PITTMAN
P.O. BOX 601240
CHARLOTTE, NC 28260-1240

**As of the petition filing date, the claim is:**                       $68,634.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE
PRE-PETITION ACCRUED LEGAL FEES

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171**  **Nonpriority creditor's name and mailing address**

PINNACLE VENTURES EQUITY FUND II, L.P.
1600 EL CAMINO REAL, SUITE 250
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:**                       $1,759,530.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172**  **Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

**As of the petition filing date, the claim is:**                       $1,626.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Videology, Inc.**

Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.173**

**Nonpriority creditor's name and mailing address**
PLACED
1601 5TH AVE, SUITE 1230
SEATTLE, WA 98101

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED ANCILLARY CAMPAIGN COSTS

$8,957.28

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21073

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.174**

**Nonpriority creditor's name and mailing address**
PLACED, INC
1601 5TH AVE, SUITE 1230
SEATTLE, WA 98101

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

$19,070.67

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175**

**Nonpriority creditor's name and mailing address**
PR NEWSWIRE ASSOCIATION LLC
GP.O. BOX 5897
NEW YORK, NY 10087-5897

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

$249.00

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.176**

**Nonpriority creditor's name and mailing address**
PRICEWATERHOUSECOOPERS LLP
P.O. BOX 7247-8001
PHILADELPHIA, PA 19170-8001

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

$69,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Videology, Inc.**                              Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.177**

**Nonpriority creditor's name and mailing address**
PULSEPOINT
DEPT CH 19112
PALATINE, IL 60055-9112

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$83,246.17

---

**3.178**

**Nonpriority creditor's name and mailing address**
QED FUND I LP
ATTN: NIGEL MORRIS
311 CAMERON STREET
ALEXANDRIA, VA 22314

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Is the claim subject to offset?**
☑ No
☐ Yes

$214,612.35

---

**3.179**

**Nonpriority creditor's name and mailing address**
QUALITY BUILDING SERVICES CORP.
801 2ND AVENUE
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$573.86

---

**3.180**

**Nonpriority creditor's name and mailing address**
QUEBECOR - INSTREAM - DIRECT
612 SAINT-JACQUES STREET
MONTREAL, QC H3C 4M8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,111.06

---

Debtor Name    **Videology, Inc.**    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.181** | **Nonpriority creditor's name and mailing address**
QUEST SOFTWARE INC
4 POLARIS WAY
ALISO VIEJO, CA 92656

**As of the petition filing date, the claim is:**    $404.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**
R.C. TREATS, INC.
KONA ICE OF CARROLL COUNTY
1646 GLENWOOD COURT
FINKSBURG, MD 21048

**As of the petition filing date, the claim is:**    $195.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**
RACKSPACE US, INC.
P.O. BOX 730759
DALLAS, TX 75373-0759

**As of the petition filing date, the claim is:**    $24,809.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**
RACKSPACE US, INC.
P.O. BOX 730759
DALLAS, TX 75373-0759

**As of the petition filing date, the claim is:**    $17,313.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
20300

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Videology, Inc.**                         Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.185**

**Nonpriority creditor's name and mailing address**
RASSLING CAT
6709 GLENWOOD WAY
EL CERRITO, CA 94530

**As of the petition filing date, the claim is:**                    $3,300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED TECH CONSULTANTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21071

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186**

**Nonpriority creditor's name and mailing address**
RASSLING CATS SOFTWARE
6709 GLENWOOD WAY
EL CERRITO, CA 94530

**As of the petition filing date, the claim is:**                    $12,780.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187**

**Nonpriority creditor's name and mailing address**
REGUS CORPORATION
REGUS MANAGEMENT GROUP LLC
P.O. BOX 842456
DALLAS, TX 75284-2456

**As of the petition filing date, the claim is:**                    $2,660.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188**

**Nonpriority creditor's name and mailing address**
RENATO NEGRIN
50 E. 89TH STREET
NEW YORK, NY 10128

**As of the petition filing date, the claim is:**                    $280,001.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Videology, Inc.**                                      Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.189**  **Nonpriority creditor's name and mailing address**
RENTRAK
P.O. BOX 1450, NW 6135
MINNEAPOLIS, MN 55485-6135

As of the petition filing date, the claim is:                    $30,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190**  **Nonpriority creditor's name and mailing address**
RICHARD D. FERBER AND SANDRA L. FERBER
12500 PARK POTOMAC AVE., UNIT 301 NORTH
POTOMAC, MD 20854

As of the petition filing date, the claim is:                    $49,996.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191**  **Nonpriority creditor's name and mailing address**
RICK AND DEBRA RIEDER, JTWROS
270 DALE DRIVE
SHORT HILLS, NJ 07078

As of the petition filing date, the claim is:                    $200,001.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192**  **Nonpriority creditor's name and mailing address**
RIGHT MANAGEMENT INC.
24677 NETWORK PLACE
CHICAGO, IL 60673-1246

As of the petition filing date, the claim is:                    $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.193**

**Nonpriority creditor's name and mailing address**
ROBERT HALF INTERNATIONAL
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

As of the petition filing date, the claim is:                    $7,191.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.194**

**Nonpriority creditor's name and mailing address**
ROBERT R. JAMES
151 EAST 80TH APT 5A
NEW YORK, NY 10085

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $150,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.195**

**Nonpriority creditor's name and mailing address**
ROGERS - MATCHBUY - KAO
160 BLOOR STREET EAST
TORONTO, ON M4W 0A2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

As of the petition filing date, the claim is:                    $16,604.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.196**

**Nonpriority creditor's name and mailing address**
ROGERS MEDIA
160 BLOOR STREET EAST
TORONTO, ON M4W 0A2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

As of the petition filing date, the claim is:                    $10,200.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Videology, Inc.**                          Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.197**

Nonpriority creditor's name and mailing address
ROKU
466 LEXINGTON AVENUE
THIRD FLOOR
NEW YORK, NY 10017

As of the petition filing date, the claim is:                          $5,265.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

Date or dates debt was incurred

Last 4 digits of account number
P20000

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.198**

Nonpriority creditor's name and mailing address
SACKEY-HARRIS LP
2125 S. EASTON ROAD
DOYLESTOWN, PA 18901

As of the petition filing date, the claim is:                          $90,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.199**

Nonpriority creditor's name and mailing address
SALLY M. HERMAN
5229 ELLIOT ROAD
BETHESDA, MD 20816

As of the petition filing date, the claim is:                          $100,417.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.200**

Nonpriority creditor's name and mailing address
SCOTT A. FERBER 2004 IRREVOCABLE TRUST
F/B/O LAURENCE R. FERBER
ATTN: SCOTT A. FERBER
2409 BOSTON STREET
BALTIMORE, MD 21224

As of the petition filing date, the claim is:                          $325,003.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   **Videology, Inc.**

Case number (if known): **18-11120**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.201**

**Nonpriority creditor's name and mailing address**
SCOTT GALE (FUNDRAISING MANAGEMENT GROUP, LLC)

$2,800.00

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED OTHER

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21070

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.202**

**Nonpriority creditor's name and mailing address**
SCRIPPS

$2,107.57

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.203**

**Nonpriority creditor's name and mailing address**
SHAWN ANDREW GLICK
519 WEST 23RD STREET, APT. # 3
NEW YORK, NY 10011

$150,000.00

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.204**

**Nonpriority creditor's name and mailing address**
SHRED-IT USA
28883 NETWORK PLACE
CHICAGO, IL 60673

$1,355.57

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name   **Videology, Inc.**

Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.205**

**Nonpriority creditor's name and mailing address**
SIGSTR, INC
55 MONUMENT CIRCLE
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,999.00

---

**3.206**

**Nonpriority creditor's name and mailing address**
SLINGTV

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,192.84

---

**3.207**

**Nonpriority creditor's name and mailing address**
SNOW FLAKE
101 S. ELLSWORTH AVE
SAN MATEO, CA 94401

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21076

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED HOSTING FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,917.41

---

**3.208**

**Nonpriority creditor's name and mailing address**
SNOWFLAKE COMPUTING, INC
101 S. ELLSWORTH AVE
SAN MATEO, CA 94401

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,093.50

---

| Debtor Name | **Videology, Inc.** | Case number (if known): **18-11120** |
|---|---|---|

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.209**

**Nonpriority creditor's name and mailing address**
SPOTINST, INC.
ATTN: ERAN GRABINER
680 FOLSOM ST
SAN FRANSISCO, CA 94107

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,475.58

---

**3.210**

**Nonpriority creditor's name and mailing address**
SPOTXCHANGE
11030 CIRCLE POINT ROAD
SUITE 350
DENVER, CO 80020

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$599,994.77

---

**3.211**

**Nonpriority creditor's name and mailing address**
STAQ, INC
21 WEST 38TH STREET
16TH FLOOR
NEW YORK, NY 100018

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,000.00

---

**3.212**

**Nonpriority creditor's name and mailing address**
STEPHEN A. LAZINSKY
P.O. BOX 207
WHITE MARSH, MD 21162

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,001.91

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.213**

**Nonpriority creditor's name and mailing address**
TEADS
55 5TH AVENUE, 17TH FLOOR
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$421,783.76

---

**3.214**

**Nonpriority creditor's name and mailing address**
TECH USA, INC.
8334 VERTERANS HIGHWAY
MILLERSVILLE, MD 21108

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,125.00

---

**3.215**

**Nonpriority creditor's name and mailing address**
TEKSYSTEMS
999 CORPORATE BLVD
SUITE 200
LINTHICUM , MD 21090

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,640.00

---

**3.216**

**Nonpriority creditor's name and mailing address**
TELAMERICA MEDIA, LLC
D/B/A CADENT NETWORK
1450 BROADWAY, SUITE 502
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

$286,975.85

---

Debtor Name    **Videology, Inc.**                    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.217**   **Nonpriority creditor's name and mailing address**

THE WEATHER NETWORK
P.O. BOX 101634
ATLANTA, GA 30392

**As of the petition filing date, the claim is:**                    $2,226.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218**   **Nonpriority creditor's name and mailing address**

THEODORE J. LEONSIS, TRUSTEE
THEODORE J. LEONSIS REVOCABLE TRUST DATED 3/21/00
ATTN: LEGAL DEPT.
11231 RIVER VIEW DRIVE
POTOMAC, MD 20854-1565

**As of the petition filing date, the claim is:**                    $600,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219**   **Nonpriority creditor's name and mailing address**

THOMSON REUTERS
THOMSON REUTERS - WEST
PAYMENT CENTER, P.O. BOX 6292
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**                    $6,276.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220**   **Nonpriority creditor's name and mailing address**

TIDAL GROUP LLC
C/O SCOTT A. FERBER
2409 BOSTON STREET
BALTIMORE, MD 21224

**As of the petition filing date, the claim is:**                    $3,000,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **Videology, Inc.**                                     Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.221** | **Nonpriority creditor's name and mailing address**
TREMOR
53 WEST 23RD STREET
12TH FLOOR
NEW YORK, NY 10010

As of the petition filing date, the claim is:                          $119,031.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address**
TRION
110 KRESSON-GIBBSBORO ROAD
VOORHEES, NJ 08043

As of the petition filing date, the claim is:                          $70,292.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address**
V INTERACTIONS
355, REU STE-CATHERINE QUEST
BUREAU 100
MONTREAL, QC H3B 1A5
CANADA

As of the petition filing date, the claim is:                          $1,160.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address**
VALHALLA PARTNERS II, L.P.
C/O WEDNESDAY MANAGEMENT LLC
ATTN: ARTHUR MARKS
8000 TOWERS CRESCENT DRIVE
SUITE 1050
VIENNA, VA 22182

As of the petition filing date, the claim is:                          $6,732,342.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.225** | **Nonpriority creditor's name and mailing address**
VDOPIA
P.O. BOX 748375
LOS ANGELES, CA 90074

As of the petition filing date, the claim is: $18,686.49
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.226** | **Nonpriority creditor's name and mailing address**
VERIZON
P.O. BOX 4830
TRENTON, NJ 08650-4830

As of the petition filing date, the claim is: $63.24
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.227** | **Nonpriority creditor's name and mailing address**
VERIZON - 000847045527 - RESTON
P.O. BOX 4830
TRENTON, NJ 08650-4830

As of the petition filing date, the claim is: $286.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**
VIDEOAMP, INC.
3130 WILSHIRE BLVD.
SANTA MONICA, CA 90403

As of the petition filing date, the claim is: $329.94
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name   **Videology, Inc.**                                   Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.229**

**Nonpriority creditor's name and mailing address**
VIDEOLOGY ASIA PTE LTD
80 ROBINSON ROAD 02-00
SINGAPORE 068898

$399,632.22

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.230**

**Nonpriority creditor's name and mailing address**
VIDEOLOGY AUSTRALIA PTY LTD
LEVEL 16
201 ELIZABETH STREET
SYDNEY, NSW 200
AUSTRALIA

$2,054.46

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.231**

**Nonpriority creditor's name and mailing address**
VIDEOLOGY CANADA, INC.
1969 UPPER WTARE STREET
SUITE 1300
HALIFAX, NS B3J3R7
CANADA

$113,751.73

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.232**

**Nonpriority creditor's name and mailing address**
VIDEOLOGY JAPAN KK
2F 5-42-13 JINGUMAE
SHIBUYA-KU
TOKYO 150-0001
JAPAN

$911,702.58

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor Name    **Videology, Inc.**                                      Case number (if known): **18-11120**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.233**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $21,231,758.02

VIDEOLOGY LTD.
10 YORK WAY
NOAH'S YARD
LONDON, N1 9AA
UK

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.234**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $615,521.01

VIDEOLOGY MEDIA TECHNOLOGIES BV
BARBARA STROZZILAAN 201
1083AH AMSTERDAM
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.235**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $48,273,769.42

VIDEOLOGY MEDIA TECHNOLOGIES, LLC
120 ORANGE STREET
WILMINGTON, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS RECEIVABLE, INTERCOMPANY - PART I

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.236**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $119.02

VPI PET - VETERINARY PET INSURANCE COMPANY
C/O DMV INSURANCE AGENCY, INC
8855 ANNAPOLIS ROAD, #200
LANHAM, MD 20706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **Videology, Inc.**                                    Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.237**  **Nonpriority creditor's name and mailing address**

WATERLOGIC USA INC
8 TWO MILE ROAD
SUITE 102
FARMINGTON, CT 6032

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**                    $462.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238**  **Nonpriority creditor's name and mailing address**

WB MASON CO, INC.
P.O. BOX 981101
BOSTON, MA 02298-1101

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**                    $4,241.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239**  **Nonpriority creditor's name and mailing address**

WELL FARGO FINANCIAL LEASING
P.O. BOX 70239
PHILADELPHIA, PA 19176

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**As of the petition filing date, the claim is:**                    $9,957.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240**  **Nonpriority creditor's name and mailing address**

WELL FARGO FINANCIAL LEASING
P.O. BOX 70239
PHILADELPHIA, PA 19176

**Date or dates debt was incurred**

**Last 4 digits of account number**
20300

**As of the petition filing date, the claim is:**                    $655.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Videology, Inc.**                          Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.241** **Nonpriority creditor's name and mailing address**
WENNER MEDIA

As of the petition filing date, the claim is:                          $4.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.242** **Nonpriority creditor's name and mailing address**
WHITE OPS
18 BRIDGE STREET
BROOKLYN, NY 11201

As of the petition filing date, the claim is:                    $350,532.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCRUED ANCILLARY CAMPAIGN COSTS

**Date or dates debt was incurred**

**Last 4 digits of account number**
P21073

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243** **Nonpriority creditor's name and mailing address**
WHITE OPS, INC.
18 BRIDGE STREET, 1G
BROOKLYN, NY 11201

As of the petition filing date, the claim is:                    $105,178.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244** **Nonpriority creditor's name and mailing address**
WILLIAM L. PATERNOTTE
C/O BROWN ADVISORY
901 S. BOND STREET, SUITE 400
BALTIMORE, MD 21231

As of the petition filing date, the claim is:                     $25,001.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTES - AMOUNT STATED REFLECTS A 300% MULTIPLIER PROVIDED
IN THE NOTE EVIDENCING THE OBLIGATION DUE UPON A LIQUIDATION EVENT, WHICH
SHALL OCCUR UPON CLOSING OF THE PROPOSED SALE OF THE DEBTOR'S ASSETS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Videology, Inc.**                                              Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.245**

**Nonpriority creditor's name and mailing address**
WORLD TRAVEL, INC.
1724 W. SCHUYLKILL RD.
DOUGLASSVILLE, PA 19518

**As of the petition filing date, the claim is:**                                   $570.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246**

**Nonpriority creditor's name and mailing address**
WUNDERMAN
GREATER LONDON HOUSE
HAMPSTEAD ROAD
LONDON, NW1 7QP
UNITED KINGDOM

**As of the petition filing date, the claim is:**                                   $31,046.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.247**

**Nonpriority creditor's name and mailing address**
XAXIS LLC
P.O. BOX 200020
PITTSBURGH, PA 15251-0020

**As of the petition filing date, the claim is:**                                   $20,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248**

**Nonpriority creditor's name and mailing address**
XMP ACCENT HEALTH DIGITAL OUT OF HOME VIDEO INVENTORY
466 LEXINGTON AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**                                   $450.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                   **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name   **Videology, Inc.**                              Case number (if known): **18-11120**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.249**  **Nonpriority creditor's name and mailing address**

YAHOO
P.O. BOX 3003
CAROL STREAM, IL 60132-3003

**As of the petition filing date, the claim is:**        $1,019.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250**  **Nonpriority creditor's name and mailing address**

ZAPCO 1500 INVESTMENT, L.P.
CARE OF: NW5583
MINNEAPOLIS, MN 55485-5583

**As of the petition filing date, the claim is:**        $95,205.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251**  **Nonpriority creditor's name and mailing address**

ZAYO GROUP
P.O. BOX 952136
DALLAS, TX 75395-2136

**As of the petition filing date, the claim is:**        $4,140.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION ACCOUNTS PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
P20000

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                       $595,163.58

**5b. Total claims from Part 2**                                       $144,120,408.89

**5c. Total claims of Parts 1 and 2**
   Lines 5a + 5b = 5c                                                  $144,715,572.47

---

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE E/F

## PART 1

## CREDITORS WITH PRIORITY UNSECURED CLAIMS

**Videology, Inc.**
**Case No.18-11120**
**Schedule EF, Part1**

| CREDITOR | Description | ADDRESS1 | ADDRESS2 |
|---|---|---|---|
| Abadilla, Rachel | Employee | 1900 Fleet St FL 2 | Baltimore, MD 21231 |
| Adamson, Stuart K. | Employee | 7522 Stream Crossing Road | Baltimore, MD 21209 |
| Ajwani, Garima | Employee | 1631 Whetstone Way Apt. 31-601 | Baltimore, MD 21230 |
| Ambrose, Ryan P. | Employee | 16 Still Pond Dr | New Freedom, PA 17349 |
| Athley, Sushant | Employee | 1101 Elm Ridge Avenue | Baltimore, MD 21229 |
| Aung, Thuya | Employee | 4 Dodworth Court #302 | Timonium, MD 21093 |
| Austin, Matthew L. | Employee | 1508 William Street | Baltimore, MD 21230 |
| Avdic, Denis | Employee | 13207 Superior Street | Rockville, MD 20853 |
| Banham, Michael | Employee | 5066 Stone Hill Drive | Ellicott City, MD 21043 |
| Barry, William S. | Employee | 1630 Whetstone Way Apt 624 | Baltimore, MD 21230 |
| Behm, Christopher J. | Employee | 2588 S Arlington Mill Drive Apt #H | Arlington, VA 22206 |
| Betnag, Prasad | Employee | 6117 Edward Hill Rd | Ellicott City, MD 21043 |
| Bidgood, Megan E. | Employee | 1234 Wall Street | Baltimore, MD 21230 |
| Buddha, Sreenivas | Employee | 8327 Autumn River Dr | Ellicott City, MD 21043 |
| Cebula, Elizabeth | Employee | 531 W 40th St | Baltimore, MD 21211 |
| Clement, Paul E. | Employee | 1609 Kings Forest Trail | Mount Airy, MD 21771 |
| Cookson, Michelle | Employee | 606 Eislen Street | Baltimore, MD 21230 |
| Cornett, Joseph W. | Employee | 101 Pine St | Glen Rock, PA 17327 |
| Daft, Stacy | Employee | 7 Saint Martins Road | Baltimore, MD 21218 |
| Dandempally, Pavani | Employee | 2640 Toby lane | Ellicot Cty, MD 21042 |
| Day, Sarah | Employee | 4748 Hallowed Stream | Ellicott City, MD 21042 |
| DeCastro, Jarrad P. | Employee | 1420 Peartree Lane | Bowie, MD 20721 |
| Desi, Laurence | Employee | 1263 Battery Ave | Baltimore, MD 21230 |
| Dhakhwa, Sanjay | Employee | 3228 Cornnell Lane | Ellicott City, MD 21042 |
| DiGirolomo, Patricia C. | Employee | 2537 Log Mill Ct | Crofton, MD 21114 |
| Donnelly, Patrick H. | Employee | 5813 Swarthmore Drive | Berwyn Heights, MD 20740 |
| Duncan, Gregory E. | Employee | 10942 Bennie Duncan Road | Frederick, MD 21701 |
| Ellin, Jeffrey R. | Employee | 7 Saint Martins Rd | Baltimore, MD 21218 |
| Famulare, James J. | Employee | 2 E Wells St | Baltimore, MD 21230 |
| Ferber, Laurence | Employee | 7062 South Aloysia Ave | Floral City, FL 34436 |
| Ferber, Scott A. | Employee | 7030 Armat Drive | Bethesda, MD 20817 |
| Fielden, Benjamin M. | Employee | 6414 Wilcox Court | Alexandria, VA 22310 |
| Fleming, Shaun P. | Employee | 9389 Indian Camp Road | Columbia, MD 21045 |
| Fox, Alison | Employee | 3631 N Pine Grove Ave Unit E | Chicago, IL 60613 |
| Gallup, Samantha | Employee | 101 E. Wells Street Apartment A503 | Baltimore, MD 21230 |
| Gangaiah, Pallavi | Employee | 43526 Freeport Place | Sterling, VA 20166 |
| Gaskamp, Brent | Employee | 915 Dartmoor | Austin, TX 78746 |
| Ghoshal, Saurav | Employee | 166 W. Barre Street | Baltimore, MD 21201 |
| Gould, Rachel | Employee | 246 West End Avenue Apt Gc | New York, NY 10023 |
| Graham, Deletta L. | Employee | 11 Wellhaven Circle #1024 | Owing Mills, MD 21117 |
| Hack, Joel S. | Employee | 1727 Cattail Meadows Drive | Woodbine, MD 21797 |
| Haley, Kevin C. | Employee | 607 Robin Dale Dr | Lakeway, TX 78734 |
| Harley, Eric C. | Employee | 1800 Bayonne Ct | Bel Air, MD 21015 |
| Harrington, Margaret M. | Employee | 12 Read Avenue | Yonkers, NY 10707 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule EF, Part1**

| CREDITOR | Description | ADDRESS1 | ADDRESS2 |
|---|---|---|---|
| Hebbel, Amy | Employee | 30 Abbey Bridge Court | Lutherville, MD 21093 |
| Hendricks, Brad | Employee | 1017 Shipman Lane | McLean, VA 22101 |
| Hilton, Walter J. | Employee | 2942 Hudson St Apt 301 | Baltimore, MD 21224 |
| Hoffman, Brian D. | Employee | 1803 Brickhouse Ln | Fallston, MD 21047 |
| Hrycay, Mark | Employee | 1527 Old Thomasville Road | Winston Salem, NC 27107 |
| Hudler, Garrett | Employee | 2706 Prospect Hill Drive | Hanover, MD 21076 |
| Julian, Joseph M. | Employee | 4002 Log Trail Way | Glyndon, MD 21136 |
| Kalsched, Jonathan K. | Employee | 16 Berkshire Road | Maplewood, NJ 07040 |
| Kapoor, Sanjeev K. | Employee | 8399 Academy Road | Ellicott City, MD 21043 |
| Karki, Pradyumna | Employee | 7532 Lisle Ave | Falls Church, VA 22043 |
| Kendall, Consuelo A. | Employee | 1912 Westchester Drive | Silver Spring, MD 20902 |
| Kerr, David | Employee | 27 E Randall St | Baltimore, MD 21230 |
| Kleinick, James | Employee | 4451 N. California Ave. Floor 1 | Chicago, IL 60625 |
| Kline, David | Employee | 9939 Sherwood Farm Road | Owings Mills, MD 21117 |
| Kumar, Mahesh | Employee | 2106 Paul Edwin Terr #301 | Falls Church, VA 22043 |
| Lagratta, Jacqueline E. | Employee | 109 Midhurst Road | Baltimore, MD 21212 |
| Large, Jena L. | Employee | 12 Windsong Court | Baltimore, MD 21208 |
| Leaphart, Amanda B. | Employee | 8487 Bussenius Road | Pasadena, MD 21122 |
| Levine, Brandon | Employee | 15 Nottingham Road | Bedford Hills, NY 10507 |
| Li, Jixin | Employee | 2 Lanhill Ct | Halethorpe, MD 21227 |
| Livne, Jennifer C. | Employee | 15 Pilgrim Road | Rye, NY 10580 |
| Lysko, Gregory | Employee | 727 S Bond St Apt 3 | Baltimore, MD 21231 |
| Ma, Andrew | Employee | 2600 Cedar Forest Way Apt 304 | Raleigh, NC 27609 |
| Macleod, Scott | Employee | 7900 Old Cedar Court | McLean, VA 22102 |
| Maier, Dana | Employee | 1320 Park Rd #3 | Washington, DC 20010 |
| Maloy, Kevin M. | Employee | 12 Poultney St | Baltimore, MD 21230 |
| Mancuso, Amanda C. | Employee | 2508 Burgundy Drive | Fallston, MD 21047 |
| Marcellin, Megan C. | Employee | 1413 Jackson St | Baltimore, MD 21230 |
| McCombs, Jordan D. | Employee | 101 N Rolling Road, Apt 3 | Catonsville, MD 21228 |
| McMahon, Bryn | Employee | 1103 S Potomac St | Baltimore, MD 21224 |
| McMahon, Jonathan G. | Employee | 1103 S Potomac St | Baltimore, MD 21224 |
| McMahon, Thomas P. | Employee | 4307 N Charles Street | Baltimore, MD 21218 |
| Meheret, Temesgen | Employee | 6118 Phelps Lane | Hanover, MD 21076 |
| Messer, Agnes R. | Employee | 1819 Wagner Farm Road | Bel Air, MD 21015 |
| Miller, Kara L. | Employee | 3041 Pinewood Ave | Baltimore, MD 21214 |
| Mirzaei Alvari, Nariman | Employee | 11800 Sunset Hills Rd Unit 805 | Reston, VA 20190 |
| Morrissey, Richard N. | Employee | 1228 William Street | Baltimore, MD 21230 |
| Mostafa, Marzia Z. | Employee | 6 Eaglebrook Court | Potomac, MD 20854 |
| Muhlenkamp, Jason J. | Employee | 402 S Hayes St | Moscow, ID 83843 |
| Murukutla, Phani | Employee | 3105 Normandy Woods Drive Apt. G | Ellicott City, MD 21043 |
| Myers, Michael | Employee | 400 N. McClurg Court APT 2014 | Chicago, IL 60611 |
| Natali, Tejash | Employee | 112 Arbor Vista Lane | Owings Mills, MD 21117 |
| Natrajan, Anand | Employee | 14001 Steed Court | Germantown, MD 20874 |
| Nocar, Thomas J. | Employee | 2812 Majesty Lane | Edgewood, MD 21040 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule EF, Part1**

| CREDITOR | Description | ADDRESS1 | ADDRESS2 |
|---|---|---|---|
| Olecski, Angela M. | Employee | 5219 Wasena Ave | Baltimore, MD 21225 |
| Ortiz, David P. | Employee | 1586 Colony Rd | Pasadena, MD 21122 |
| Panetti, Zackary | Employee | 2907 fallstaff rd apt. 33 | baltimore, MD 21209 |
| Pao, Kenneth | Employee | 20627 Septo St | Chatsworth, CA 91311 |
| Parrott, Allison | Employee | 310 Radstock Road | Catonsville, MD 21228 |
| Patil, Milind R. | Employee | 7810 Paragon Circle APT 407 | Elkridge, MD 21075 |
| Petersen, Thuy T. | Employee | 75-51 Kessel Street | Forest Hills, NY 11375 |
| Petroka, Andrew | Employee | 3000 Falls Rd Apt 211 | Baltimore, MD 21211 |
| Pifer, Casey | Employee | 711 S Canyon Blvd | Monrovia, CA 91016 |
| Powell, Sarah A. | Employee | 117 Brush Hollow Crescent | Rye Brook, NY 10573 |
| Purpura, Christine | Employee | 336 Little Quarry | Gaithersburg, MD 20878 |
| Randisi, Karen | Employee | 6319 30th Street N | Arlington, VA 22207 |
| Rao, Pinnamaneni Aditya | Employee | 11023 Becontree Lake dr Apt 302 | Reston, VA 20190 |
| Reichenberg, John J. | Employee | 527 W Cedar Hill Road | Baltimore, MD 21225 |
| Reisman, Stephen | Employee | 120 E 75th Street Apt 2B | New York, NY 10021 |
| Reitz, Christopher A. | Employee | 12500 Barnard Way | West Friendship, MD 21794 |
| Rimonneau, Christa | Employee | 590 Pacific Street Apt 1 | Brooklyn, NY 11217 |
| Rittenhouse, Randolph | Employee | 1200 Hull St | Baltimore, MD 21230 |
| Roche, Stephen G. | Employee | 307 12th St Apt 11 | Brooklyn, NY 11215 |
| Rogers, John M. | Employee | 1532 Providence Rd | Towson, MD 21286 |
| Rosati, Brian E. | Employee | 7109 Harlan Lane | Sykesville, MD 21784 |
| Sackey, Steven M. | Employee | 8 Trillium Ct | Reisterstown, MD 21136 |
| Sanders, Cheemen | Employee | 7400 Magenta Ln | Austin, TX 78739 |
| Schleider, Aleck | Employee | 18 Windflower Ct | Reisterstown, MD 21136 |
| Schnabel, Christina A. | Employee | 312 East 30th Street Apt 11E | New York, NY 10016 |
| Shively, Monica C. | Employee | 9936 Harford Rd | Parkville, MD 21234 |
| Singh, Pawan | Employee | 166 W Barre St | Baltimore, MD 21201 |
| Sinha, Kaushik | Employee | 2702 Lighthouse Point E Unit 534 | Baltimore, MD 21224 |
| Skettino, Michele | Employee | 32 Tennis Place | Forest Hills, NY 11375 |
| Smith, Daniel | Employee | 3907 N Charles Street | Baltimore, MD 21218 |
| Smith, Loretta | Employee | 14 Sterling Place | Blauvelt, NY 10913 |
| Sodhi, Harman | Employee | 11201 Devereux Manor Lane | Fairfax Station, VA 22039 |
| Solomon, Alexandra | Employee | 189 West 89th Street 12A | New York, NY 10024 |
| Sotelo, Judy | Employee | 8622 Brock Circle | Austin, TX 78745 |
| Spernak, Jennifer | Employee | 836 Kellogg Rd | Lutherville, MD 21093 |
| Spotten, Michael J. | Employee | 5314 Dove Drive | Mt. Airy, MD 21771 |
| Sravanapudi, Ajay | Employee | 11918 Winstead Lane | Reston, VA 20194 |
| Stiffler, Ronald J. | Employee | 72 S Main St | Stewartstown, PA 17363 |
| Stillwell, Walter B. | Employee | 8208 Cedar Street | Silver Spring, MD 20910 |
| Strauss, Andrew J. | Employee | 1206 William Street | Baltimore, MD 21230 |
| Sutler, Michael | Employee | 20408 Brightwater Place | Sterling, VA 20165 |
| Taormina, Kevin | Employee | 234 East 82nd St Apt 1RW | New York, NY 10028 |
| Tarim, Dolkun T. | Employee | 10153 Cape Ann Dr | Columbia, MD 21046 |
| Tarpey, Kenneth J. | Employee | 1452 Mayhurst Blvd. | McLean, VA 22102 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule EF, Part1**

| CREDITOR | Description | ADDRESS1 | ADDRESS2 |
|---|---|---|---|
| Taub, Gideon E. | Employee | 2830 Hudson Street | Baltimore, MD 21224 |
| Tiger, Matthew C. | Employee | 820 Wise Ave | Dundalk, MD 21222 |
| Tilton, Cooper S. | Employee | 107 Stone Point Drive Unit #165 | Annapolis, MD 21401 |
| Tolera, Eyob | Employee | 7366 Matchbox Alley | Elkridge, MD 21075 |
| Tolosa, Solomon | Employee | 7604 Golden Slumber Ln | Elkridge, MD 21075 |
| Torrence, Olivia | Employee | 578 Doefield Court | Abingdon, MD 21009 |
| Tu, Angela | Employee | 1805 Light St | Baltimore, MD 21230 |
| Velazquez, Javier | Employee | 6620 Washington Blvd., Trlr 4 | Elkridge, MD 21075 |
| Verma, Sahil | Employee | 2121 Raven Tower Court 103 | Herndon, VA 20170 |
| Vess, Michael B. | Employee | 2619 E. Fairmount Avenue | Baltimore, MD 21224 |
| Walshak, Stephen A. | Employee | 2 E Wells St Apt. 256 | Baltimore, MD 21230 |
| Ward, Carrie | Employee | 117 Briarwood Road | Baltimore, MD 21222 |
| Wetzelberger, Ryan M. | Employee | 3712 Hickory Ave | Baltimore, MD 21211 |
| Wray, Brittany | Employee | 3636 Rosewood Ave | Los Angeles, CA 90066 |
| Wright, Barry E. | Employee | 11 N Eutaw Street, Apt. 722 | Baltimore, MD 21201 |
| Yi, Anthony | Employee | 106 Jefferson Avenue | Haddonfield, NJ 08033 |
| Zapp, Ashley | Employee | 114 Market St | Annapolis, MD 21401 |
| Zoli, Lauren | Employee | 6411 Holly Marie Road | Hanover, MD 21076 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule EF, Part1**

| Description | Vendor Number | E PRIORITY AMOUNT | E TOT AMOUNT |
|---|---|---|---|
| Employee | 000002 | $6,015.16 | $6,015.16 |
| Employee | 000005 | $8,208.35 | $8,208.35 |
| Employee | 000008 | $8,067.51 | $8,067.51 |
| Employee | 000013 | $3,371.58 | $3,371.58 |
| Employee | 000014 | $6,137.44 | $6,137.44 |
| Employee | 000015 | $3,625.96 | $3,625.96 |
| Employee | 000023 | $5,360.69 | $5,360.69 |
| Employee | 000029 | $4,659.87 | $4,659.87 |
| Employee | 000030 | $3,708.90 | $3,708.90 |
| Employee | 000035 | $5,394.31 | $5,394.31 |
| Employee | 000036 | $4,102.98 | $4,102.98 |
| Employee | 000037 | $4,276.83 | $4,276.83 |
| Employee | 000039 | $5,165.52 | $5,165.52 |
| Employee | 000042 | $5,386.95 | $5,386.95 |
| Employee | 000046 | $4,075.11 | $4,075.11 |
| Employee | 000051 | $739.05 | $739.05 |
| Employee | 000053 | $5,842.73 | $5,842.73 |
| Employee | 000055 | $5,507.20 | $5,507.20 |
| Employee | 000064 | $3,664.11 | $3,664.11 |
| Employee | 000066 | $2,854.36 | $2,854.36 |
| Employee | 000068 | $5,079.63 | $5,079.63 |
| Employee | 000070 | $4,546.79 | $4,546.79 |
| Employee | 000071 | $3,254.61 | $3,254.61 |
| Employee | 000085 | $4,603.55 | $4,603.55 |
| Employee | 000087 | $5,341.32 | $5,341.32 |
| Employee | 000088 | $3,222.87 | $3,222.87 |
| Employee | 000097 | $6,028.08 | $6,028.08 |
| Employee | 000104 | $6,852.39 | $6,852.39 |
| Employee | 000131 | $3,581.86 | $3,581.86 |
| Employee | 000132 | $5,019.40 | $5,019.40 |
| Employee | 000133 | $2,718.58 | $2,718.58 |
| Employee | 000134 | $2,867.87 | $2,867.87 |
| Employee | 000135 | $3,895.02 | $3,895.02 |
| Employee | 000154 | $4,300.48 | $4,300.48 |
| Employee | 000160 | $2,650.73 | $2,650.73 |
| Employee | 000162 | $4,597.82 | $4,597.82 |
| Employee | 000173 | $5,187.74 | $5,187.74 |
| Employee | 000178 | $3,151.15 | $3,151.15 |
| Employee | 000179 | $2,745.36 | $2,745.36 |
| Employee | 000181 | $2,816.36 | $2,816.36 |
| Employee | 000184 | $5,896.76 | $5,896.76 |
| Employee | 000187 | $6,207.19 | $6,207.19 |
| Employee | 000190 | $2,721.91 | $2,721.91 |
| Employee | 000191 | $2,988.19 | $2,988.19 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule EF, Part1**

| Description | Vendor Number | E PRIORITY AMOUNT | E TOT AMOUNT |
|---|---|---|---|
| Employee | 000196 | $4,457.57 | $4,457.57 |
| Employee | 000204 | $4,020.93 | $4,020.93 |
| Employee | 000229 | $4,169.54 | $4,169.54 |
| Employee | 000230 | $4,017.52 | $4,017.52 |
| Employee | 000251 | $4,464.03 | $4,464.03 |
| Employee | 000252 | $4,317.49 | $4,317.49 |
| Employee | 000258 | $4,458.99 | $4,458.99 |
| Employee | 000271 | $2,366.41 | $2,366.41 |
| Employee | 000276 | $2,617.22 | $2,617.22 |
| Employee | 000278 | $4,027.81 | $4,027.81 |
| Employee | 000286 | $5,885.17 | $5,885.17 |
| Employee | 000288 | $3,585.07 | $3,585.07 |
| Employee | 000295 | $9,049.14 | $9,049.14 |
| Employee | 000299 | $2,872.62 | $2,872.62 |
| Employee | 000306 | $3,821.98 | $3,821.98 |
| Employee | 000313 | $5,792.84 | $5,792.84 |
| Employee | 000335 | $2,874.15 | $2,874.15 |
| Employee | 000366 | $5,427.98 | $5,427.98 |
| Employee | 000373 | $4,370.25 | $4,370.25 |
| Employee | 000374 | $3,024.99 | $3,024.99 |
| Employee | 000378 | $6,985.50 | $6,985.50 |
| Employee | 000381 | $5,366.75 | $5,366.75 |
| Employee | 000385 | $7,686.49 | $7,686.49 |
| Employee | 000386 | $5,307.43 | $5,307.43 |
| Employee | 000388 | $3,873.20 | $3,873.20 |
| Employee | 000402 | $2,236.59 | $2,236.59 |
| Employee | 000406 | $3,866.68 | $3,866.68 |
| Employee | 000415 | $3,196.36 | $3,196.36 |
| Employee | 000457 | $2,532.21 | $2,532.21 |
| Employee | 000461 | $2,868.55 | $2,868.55 |
| Employee | 000510 | $4,562.59 | $4,562.59 |
| Employee | 000533 | $1,956.79 | $1,956.79 |
| Employee | 007136 | $3,999.56 | $3,999.56 |
| Employee | 007141 | $3,964.50 | $3,964.50 |
| Employee | 007147 | $6,427.59 | $6,427.59 |
| Employee | 007162 | $3,245.21 | $3,245.21 |
| Employee | 007163 | $2,938.63 | $2,938.63 |
| Employee | 007164 | $2,851.52 | $2,851.52 |
| Employee | 007166 | $1,672.48 | $1,672.48 |
| Employee | 007179 | $2,927.39 | $2,927.39 |
| Employee | 007182 | $5,566.47 | $5,566.47 |
| Employee | 007188 | $11,201.86 | $11,201.86 |
| Employee | 007196 | $5,009.91 | $5,009.91 |
| Employee | 007197 | $6,840.88 | $6,840.88 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule EF, Part1**

| Description | Vendor Number | E PRIORITY AMOUNT | E TOT AMOUNT |
|---|---|---|---|
| Employee | 007205 | $2,480.15 | $2,480.15 |
| Employee | 007223 | $2,878.53 | $2,878.53 |
| Employee | 007235 | $2,086.35 | $2,086.35 |
| Employee | 007236 | $1,790.88 | $1,790.88 |
| Employee | 007239 | $2,762.03 | $2,762.03 |
| Employee | 007256 | $3,295.02 | $3,295.02 |
| Employee | 007257 | $3,271.43 | $3,271.43 |
| Employee | 007266 | $4,462.04 | $4,462.04 |
| Employee | 007272 | $3,338.22 | $3,338.22 |
| Employee | 007273 | $1,868.99 | $1,868.99 |
| Employee | 007278 | $4,198.84 | $4,198.84 |
| Employee | 007285 | $3,004.44 | $3,004.44 |
| Employee | 007289 | $3,917.72 | $3,917.72 |
| Employee | 007295 | $6,707.95 | $6,707.95 |
| Employee | 007307 | $5,894.67 | $5,894.67 |
| Employee | 007308 | $8,895.35 | $8,895.35 |
| Employee | 007319 | $1,928.86 | $1,928.86 |
| Employee | 007340 | $2,894.49 | $2,894.49 |
| Employee | 007354 | $2,014.98 | $2,014.98 |
| Employee | 007355 | $1,999.38 | $1,999.38 |
| Employee | 007358 | $2,204.40 | $2,204.40 |
| Employee | 007376 | $5,985.27 | $5,985.27 |
| Employee | 007379 | $4,138.36 | $4,138.36 |
| Employee | 007380 | $2,038.51 | $2,038.51 |
| Employee | 007385 | $4,210.24 | $4,210.24 |
| Employee | 007392 | $4,390.92 | $4,390.92 |
| Employee | 007401 | $2,054.16 | $2,054.16 |
| Employee | 007407 | $5,683.86 | $5,683.86 |
| Employee | 007413 | $3,414.91 | $3,414.91 |
| Employee | 007414 | $3,096.13 | $3,096.13 |
| Employee | 007417 | $2,361.20 | $2,361.20 |
| Employee | 007421 | $3,844.30 | $3,844.30 |
| Employee | 007424 | $5,457.79 | $5,457.79 |
| Employee | 007427 | $1,402.44 | $1,402.44 |
| Employee | 007430 | $5,152.33 | $5,152.33 |
| Employee | 007436 | $2,095.51 | $2,095.51 |
| Employee | 007439 | $4,192.72 | $4,192.72 |
| Employee | 007444 | $2,205.66 | $2,205.66 |
| Employee | 007445 | $2,490.68 | $2,490.68 |
| Employee | 007448 | $2,110.94 | $2,110.94 |
| Employee | 007461 | $3,740.96 | $3,740.96 |
| Employee | 007465 | $1,445.74 | $1,445.74 |
| Employee | 007469 | $1,477.69 | $1,477.69 |
| Employee | 007470 | $4,021.92 | $4,021.92 |

**Videology, Inc.**
**Case No.18-11120**
**Schedule EF, Part1**

| Description | Vendor Number | E PRIORITY AMOUNT | E TOT AMOUNT |
|---|---|---|---|
| Employee | 007471 | $2,527.14 | $2,527.14 |
| Employee | 007480 | $2,267.73 | $2,267.73 |
| Employee | 007481 | $2,264.28 | $2,264.28 |
| Employee | 007485 | $1,862.32 | $1,862.32 |
| Employee | 007486 | $1,870.20 | $1,870.20 |
| Employee | 007508 | $3,041.05 | $3,041.05 |
| Employee | 007515 | $1,161.78 | $1,161.78 |
| Employee | 007517 | $3,589.62 | $3,589.62 |
| Employee | 007522 | $3,455.42 | $3,455.42 |
| Employee | 007537 | $3,850.73 | $3,850.73 |
| Employee | 007545 | $2,124.95 | $2,124.95 |
| Employee | 007549 | $4,778.86 | $4,778.86 |
| Employee | 007555 | $4,446.50 | $4,446.50 |
| Employee | 007565 | $5,677.83 | $5,677.83 |
| Employee | 007566 | $1,862.27 | $1,862.27 |
| Employee | 007567 | $3,724.89 | $3,724.89 |
| Employee | 007577 | $1,747.81 | $1,747.81 |
| Employee | 007592 | $5,730.30 | $5,730.30 |
| **Total:** | | **$594,037.71** | **$594,037.71** |

| | |
|---|---|
| Debtor Name | **Videology, Inc.** |
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **18-11120** |

**X** Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

**X** Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | 33 ACROSS<br>229 WEST 28TH STREET<br>NEW YORK, NY 10128 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | 400-410 MICHIGAN MASTER TENANT, LLC<br>C/O ZELLER MANAGEMENT CORP.<br>401 NORTH MICHIGAN AVE., SUITE 1300<br>CHICAGO, IL 60611 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 02/14/2013 - 01/31/2020<br><br>Office Lease (400-410 North Michigan Ave., Chicago, IL | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | DATA | ACXIOM CORPORATION<br>ATTN: LEGAL TEAM<br>P.O. BOX 2000<br>301 EAST DAVE WARD DRIVE<br>CONWAY, AR 72033-2000 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 3/31/2016<br><br>Master Services Agreement | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | AD COLONY<br>17 HALFIELDS<br>LONDON, SE1 8DJ<br>UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | ADAPTV<br>P.O. BOX 5695<br>NEW YORK, NY 10087 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 3/21/2014<br><br>Adap.tv Marketplace & Real Time Bidding for Advertisers | |

| Debtor Name | **Videology, Inc.** | Case number (if known): **18-11120** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | DATA | ADDTHIS(ORACLE)<br>1595 SPRING HILL ROAD, SUITE 300<br>VIENNA, VA 22182 |
| | State the term remaining<br>List the contract number of any government contract | 03/25/2013 - 04/01/2013<br><br>Data Licensing Agreement | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | ADFORCE<br>23-25 GRANTHAM STREET<br>DUBLIN 8<br>IRELAND |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | ADOBE SYSTEMS INCORPORATED<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| | State the term remaining<br>List the contract number of any government contract | 6/25/2012<br><br>ADOBE DATA ACCESS AGREEMENT | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | ADSWERVE<br>999  18TH STREET<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | ADVERTISER PERCEPTIONS INC.<br>3009 DEER MEADOW DRIVE<br>DANVILLE, CA 94506 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | ADVISO CONSULTING, INC.<br>909 MONT-ROYAL<br>MONTREAL, H2J 1X3<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | 8/15/2017<br><br>Pricing Addendum | |

Debtor Name      **Videology, Inc.**                                      Case number (if known): **18-11120**

████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | **ADVOCATE REAL ESTATE ACQUISITIONS, LLC**<br>**C/O PAUL KRUEGER**<br>**19 NW 5TH STREET**<br>**FORT LAUDERDALE, FL 33301** |
| | State the term remaining | 09/15/2007 - 08/31/2008 | |
| | List the contract number of any government contract | Office Lease Agreement (720 South Montford Ave. Suite 200) | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **AKAMAI TECHNOLOGIES, INC**<br>**GENERAL POST OFFICE P.O. BOX 26590**<br>**NEW YORK, NY 10087-6590** |
| | State the term remaining | 11/30/2016 | |
| | List the contract number of any government contract | Akamai Service Order Form Order ID 166762 | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **ALASTAIR RAY D/B/A RAY MEDIA**<br>**SKELMORLIE, BEAUFORT RD**<br>**OSBASTON, MONMOUTH, NP25 3HU** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **ALIVEBOX - ADVANCED DESIGN S.A.**<br>**MORAVIA 50 SUR Y 25**<br>**SAN JOSE**<br>**COSTA RICA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **ALLSCREEN**<br>**P.O. BOX 391**<br>**REDONDO BEACH, CA 90277** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **AMAZON WEB SERVICES, INC. (AWS)**<br>**P.O. BOX 84023**<br>**SEATTLE, WA 98124** |
| | State the term remaining | 8/1/2017 | |
| | List the contract number of any government contract | AWS Customer Agreement | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |
|---|---|---|---|

---

**▰ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | AMERICAN EXPRESS VID CORP PROGRAM TRAVEL RELATED SERVICES CO. INC. FT LAUDERDALE, FL 33336-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | AMNET GROUP, INC. 2700 PENNSYLVANIA AVENUE SANTA MONICA, CA 90404 |
| | State the term remaining | 6/1/2012 | |
| | List the contract number of any government contract | Videology Platform Services Agreement for Agencies | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | ANAPLAN, INC. 625 2ND STREET, SUITE #101 SAN FRANCISCO, CA 94107 |
| | State the term remaining | 05/01/2018 - 04/30/2019 | |
| | List the contract number of any government contract | Anaplan Order Schedule | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | ANGEL SPRINGS LIMITED (WATERLOGIC) SHAW ROAD WALVERHAMPTON, WV10 9LE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASES** | APPLE FINANCIAL SERVICES P.O. BOX 70241 PITTSBURGH, PA 19176-0241 |
| | State the term remaining | 3/5/2015 | |
| | List the contract number of any government contract | Master Lease Agreement No. 9800184/ March 5, 2015 | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | AT&T ADWORKS, LLC 208 S. AKARD ST. DALLAS, TX 75202 |
| | State the term remaining | 4/1/2015 | |
| | List the contract number of any government contract | Service Agreement | |

| Debtor Name | **Videology, Inc.** | Case number (if known): **18-11120** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | ATRIUM - CENTRO DE NEGOCIOS ZURBANO 45 1 28010 MADRID SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | AUNIA AVDA, GENERAL PERON MADRID, 28020 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | AXICOM LIMITED 67 BARNES HIGH STREET LONDON, SW13 9LE UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | BANKIA CALLE PINTOR SOROLLA 8 46002 VALENCIA SPAIN |
| | State the term remaining | 10/31/2017 | |
| | List the contract number of any government contract | Videology Platform Terms of Service | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | BARONS MEDIA 15915 VENTURA BLVD, #301 ENCINO, CA 91436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | BERKSHIRE ASSOCIATES INC 8924 MCGAW CT. COLUMBIA, MD 21045 |
| | State the term remaining | | |
| | List the contract number of any government contract | Human Resources consulting | |

Debtor Name    **Videology, Inc.**                    Case number (if known): **18-11120**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | DATA | BLUEKAI, INC. (ORACLE)<br>170 120TH AVENUE, SUITE 200<br>BELLEVUE, WA 98005 |
| | State the term remaining<br>List the contract number of any government contract | 3/18/2010<br><br>Data Use Agreement | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | BOUNTIFUL COW<br>38 CHANCERY LANE<br>LONDON, WC2A 1EN<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | 8/9/2017<br><br>Videology Platform Terms of Service | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | BOX PLUS<br>FRANCIS HOUSE<br>11 FRANCIS ST<br>LONDON, SW1P 1DE<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | BRAIN LABS LIMITED<br>BUILDING 4<br>2 OLD STREET YARD<br>LONDON, EC1Y 2BP<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | 1/3/2017<br><br>PLATFORM SERVICES AGREEMENT | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | BRAINIENT<br>MEDIUS HOUSE<br>LONDON, W1F 8BH 0<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE | BRIGHTCOVE INC.<br>290 CONGRESS ST, 4TH FLOOR<br>BOSTON, MA 02210 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Videology, Inc.**                                  Case number (if known): **18-11120**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | BT - BRITISH TELECOMMUNICATIONS<br>BT CENTRE<br>81 NEWGATE STREET<br>LONDON, EC1A 7AJ<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | BUILDING CLEANING SERVICES, INC.<br>820 THOMPSON AVE, #26<br>GLENDALE, CA 91201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | BULLY PULPIT INTERACTIV<br>1750 K STREET NW<br>WASHINGTON, DC 20006 |
| | State the term remaining | 3/2/2018 | |
| | List the contract number of any government contract | Mutual Non-Disclosure and Confidential Agreement | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | BUYING TIME, LLC.<br>703 PIER AVE # B<br>HERMOSA BEACH, CA 90254 |
| | State the term remaining | 4/3/2018 | |
| | List the contract number of any government contract | VIDEOLOGY® PLATFORM TERMS OF SERVICE | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | CADREON LLC<br>P.O. BOX 7247-7239<br>PHILADELPHIA, PA 19170-7239 |
| | State the term remaining | 11/30/2012 | |
| | List the contract number of any government contract | Videology Platform Service Agreement | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | CAREFIRST<br>840 FIRST STREET, NE<br>WASHINGTON, DC 20065 |
| | State the term remaining | | |
| | List the contract number of any government contract | Group Contract Application | |

Debtor Name      **Videology, Inc.**                                      Case number (if known): **18-11120**

███      **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | LEASE |
| | | CBRE CB RICHARD ELLIS C/O ZAPCO 1500 INVESTMENT, L.P.<br>200 PARK AVENUE, 21ST FLOOR<br>NEW YORK, NY 10166 |
| | State the term remaining | 12/4/2012 |
| | List the contract number of any government contract | Office Lease (1500 4TH Fl. New York, NY10017) |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | OTHER |
| | | CELERGO, LLC.<br>750 ESTATE DRIVE SUITE 110.<br>DEERFIELD, IL 60015 |
| | State the term remaining | 3/21/2013 |
| | List the contract number of any government contract | Master Service Level Agreement |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | OTHER |
| | | CENTRIC BUSINESS SYSTEMS<br>10702 RED RUN BLVD.<br>OWINGS MILLS, MD 21117 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER |
| | | CHANNEL4<br>124 HORSEFERRY ROAD<br>LONDON, SW1P 2TX<br>CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM |
| | | CHARLOTTE TILBURY<br>506 N. CLARK STREET, 306<br>CHICAGO, IL 60654 |
| | State the term remaining | 3/8/2017 |
| | List the contract number of any government contract | Videology Platform Terms of Service |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | LEASE |
| | | CHESAPEAKE PAPERBOARD CENTRE, LLC<br>ATTN: MARK C. SAPPERSTEIN<br>28 WALKER AVENUE<br>BALTIMORE, MD 21208 |
| | State the term remaining | 8/1/2011 |
| | List the contract number of any government contract | Lease Agreement (1500 Whetstone Way) |

Debtor Name     **Videology, Inc.**                                      Case number (if known): **18-11120**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | CHESAPEAKE PAPERBOARD CENTRE, LLC ATTN: MARK C. SAPPERSTEIN 28 WALKER AVENUE BALTIMORE, MD 21208 |
| | State the term remaining List the contract number of any government contract | 1/1/2013 Parking Rental Agreement (McHenry Row) | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE | CITRIX ONLINE LLC 7414 HOLLISTER AVENUE GOLETA, CA 93117 |
| | State the term remaining List the contract number of any government contract | 6/27/2012 Master Subscription Agreement | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | CLEARVIEW CONSULTING, INC. 11350 MCCORMICK RD. EXECUTIVE PLAZA IV, SUITE 100 HUNT VALLEY, MD 21031 |
| | State the term remaining List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEES W/ SEVERANCE | CLEMENT, PAUL 1609 KINGS FOREST TRAIL MOUNT AIRY, MD 21771 |
| | State the term remaining List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | CLOUD DIRECT F/K/A IHOTDESK LTD LONGCROFT HOUSE LONDON, EC2M 4NS UNITED KINGDOM |
| | State the term remaining List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE | CLOUDERA, INC. 1001 PAGE MILL RD, BLDG 2 PALO ALTO, CA 94304-1008 |
| | State the term remaining List the contract number of any government contract | 6/3/2014 ENTERPRISE SUBSCRIPTION AGREEMENT | |

| Debtor Name | Videology, Inc. | | Case number (if known): **18-11120** |

<hr>

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | CMS KEYHOLDING<br>49 GEARY BLVD, STE 238<br>SAN FRANCISCO, CA 94108 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | CNN<br>10 COLUMBUS CIRCLE<br>NEW YORK, NEW YORK 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | COHERENT SOLUTIONS, INC.<br>1600 UTICA AVE S.<br>MINNEAPOLIS, MN 55416 |
| | State the term remaining<br>List the contract number of any government contract | 5/1/2012<br><br>Consulting Services MSA | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC<br>1701 JOHN F. KENNEDY BLVD.<br><br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | 11/5/2013<br><br>License and Services Agreement | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | DATA | COMSCORE, INC. (2)<br>11950 DEMOCRACY DRIVE, SUITE 600<br>RESTON, VA 20190 |
| | State the term remaining<br>List the contract number of any government contract | 11/6/2008 (ongoing)<br><br>Services Agreement & SOWs | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | CONAGRA FOODS RDM, INC.<br>27-01 QUEENS PLAZA NORTH<br>3RD FLOOR<br>LONG ISLAND CITY, NY 11101-4020 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2016<br><br>Videology Platform Terms of Service | |

| Debtor Name | Videology, Inc. | | Case number (if known): **18-11120** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | CONDENAST<br>PIAZZA CASTELLO 27<br>MILAN, 20121 0 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | CONNECT AU |
| | State the term remaining | 1/30/2017 | |
| | List the contract number of any government contract | Videology Platform Terms of Service | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | CONNECTING ON PURPOSE<br>21 PEMBROKE AVENUE<br>HOVE<br>SUSSEX, BN3 5DB<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | CORE MEDIA COMMUNICATIONS SJRQL LTD.<br>16 SIR JOHN ROGERSON'S QUAY<br>DUBLIN 2<br>IRELAND |
| | State the term remaining | 10/1/2017 | |
| | List the contract number of any government contract | Platform Services Agreement | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | CORUS PMP<br>25 DOCKSIDE DRIVE<br>TORONTO, ON M5A 0B5<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE | CROSS PIXEL MEDIA, INC.<br>494 8TH AVENUE, PENTHOUSE<br>NEW YORK, NY 10001 |
| | State the term remaining | 2/1/2013 | |
| | List the contract number of any government contract | Data Licensing Agreement | |

| Debtor Name | **Videology, Inc.** | Case number (if known): **18-11120** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | DAILYMOTION<br>140 BOULEVARD MALESHERBES<br>PARIS, 75017<br>FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE | DATALOGIX (ORACLE)<br>10075 WESTMOOR DRIVE, SUITE 200<br>WESTIMINSTER, CO 80021 |
| | State the term remaining | 03/29/2013 - 03/29/2014 | |
| | List the contract number of any government contract | Channel Partner Agreement | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES | DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 |
| | State the term remaining | | |
| | List the contract number of any government contract | Ricoh MFP Lease - Baltimore | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | INVENTORY | DECISIONWISE, INC.<br>815 W 450 S<br>SPRINGVILLE, UT 84663 |
| | State the term remaining | 08/25/2017 - 09/24/2017 | |
| | List the contract number of any government contract | Agreement (360 -degree feedback services) | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES | DELL FINANCIAL SERVICES, LLC<br>1 DELL WAY<br>ROUND ROCK, TX 78682 |
| | State the term remaining | 4/10/2015 | |
| | List the contract number of any government contract | Master Lease Agreement No. 001-6708910-503 | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES | DELL FINANCIAL SERVICES, LLC<br>1 DELL WAY<br>ROUND ROCK, TX 78682 |
| | State the term remaining | 10/10/2014 | |
| | List the contract number of any government contract | Master Lease Agreement No. 001-6708910-500 | |

Debtor Name    **Videology, Inc.**                                    Case number (if known): **18-11120**

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASES** | **DELL FINANCIAL SERVICES, LLC**<br>**1 DELL WAY**<br>**ROUND ROCK, TX 78682** |
| | State the term remaining<br>List the contract number of any government contract | 12/10/2016<br><br>Master Lease Agreement No. 001-6708910-504 | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASES** | **DELL FINANCIAL SERVICES, LLC**<br>**1 DELL WAY**<br>**ROUND ROCK, TX 78682** |
| | State the term remaining<br>List the contract number of any government contract | 12/10/2014<br><br>Master Lease Agreement No. 001-6708910-501 | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASES** | **DELL FINANCIAL SERVICES, LLC**<br>**1 DELL WAY**<br>**ROUND ROCK, TX 78682** |
| | State the term remaining<br>List the contract number of any government contract | 8/12/2014<br><br>Master Lease Agreement No. 001-6708910-502 | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **DENNIS PUBLISHING**<br>**30 CLEVELAND STREET**<br>**LONDON, SW2 4SA**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | **INVENTORY** | **DEVEIRE**<br>**MARY ROSSE CENTRE**<br>**3 HOLLAND RD., RIVERS**<br>**LIMERICK**<br>**IRELAND** |
| | State the term remaining<br>List the contract number of any government contract | 08/26/2013 - 09/25/2013<br><br>Master Service Agreement | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | **INVENTORY** | **DIGITAL ADVERTISING ALLIANCE**<br>**ATTN: ROB FRIEDMAN**<br>**155 TECHNOLOGY PARKWAY, SUITE 800**<br>**NORCROSS, GA 30092** |
| | State the term remaining<br>List the contract number of any government contract | 02/01/2012 - 02/01/2013<br><br>Participation Agreement | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | DIGITAL FIND<br>ABACUS HOUSE<br>LOUGHTON, ESSEX, IG10 1DX<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | DIGITIZE<br>15 WINDSOR PLACE<br>DUBLIN<br>IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | DISCOVERY BENEFITS, INC. (DBI)<br>ATTN: CHIEF COMPLIANCE OFFICER/EVP<br>4321 20TH AVENUE SOUTH<br>FARGO, ND 5810 |
| | State the term remaining | 08/01/2017 - 01/01/2019 | |
| | List the contract number of any government contract | Administrative Services Agreements | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | DUNNHUMBY<br>444 W. 3RD STREET<br>CINCINNATI, OH 45202 |
| | State the term remaining | 10/1/2013 | |
| | List the contract number of any government contract | Collaboration Agreement | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | DYNAMIC NETWORK SERVICES (DYN)<br>ORACLE AMERICA, INC.<br>PALATINE, IL 60055-9875 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | EBEN LLC<br>540 MANOR ROAD<br>SEVERNA PARK, MD 21146 |
| | State the term remaining | 8/11/2017 | |
| | List the contract number of any government contract | Videology Platform Terms of Service | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **EDENRED - SPAIN**<br>**RIBERA DEL LOIRA 56-58**<br>**MADRID, 28042**<br>**SPAIN** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | **INVENTORY** | **EMARKETER, INC.**<br>**11 TIMES SQUARE, 14TH FLOOR**<br>**NEW YORK, NY 10036** |
| | State the term remaining | 06/30/2014 - 07/31/2015 | |
| | List the contract number of any government contract | Subscription Agreement Signature Page | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **ENCORE DIGITAL MEDIA LTD.**<br>**C/O ROBB FERGUSON & CO.**<br>**5 OSWALD STREET**<br>**GLASGOW G1 4QR**<br>**UNITED KINGDOM** |
| | State the term remaining | 12/3/2014 | |
| | List the contract number of any government contract | Platform Services Agreement | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **ENRADIUS**<br>**2920 ODONNELL ST**<br>**BALTIMORE, MD 21224** |
| | State the term remaining | 9/13/2017 | |
| | List the contract number of any government contract | Videology Platform Terms of Service | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **ENTERTAINMENT DAILY**<br>**2-4 HENRY STREET**<br>**BATH, BA1 1JT**<br>**UNITED KINGDOM** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | **EXECUTIVE II LIMITED PARTNERSHIP**<br>**C/O CENTENNIAL**<br>**11490 COMMERCE PARK DRIVE, SUITE 540**<br>**RESTON, VA 20190-1532** |
| | State the term remaining | 09/01/2014 - 11/30/2019 | |
| | List the contract number of any government contract | Lease Agreement (11490 Commerce Park Drive, Reston, Virginia 20191) | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | DATA | EXELATE, INC. (NIELSEN)<br>7 WEST 22ND STREET, 9TH FLOOR<br>NEW YORK, NY 10010 |
| | State the term remaining<br>List the contract number of any government contract | 3/1/2013<br><br>Global Data Buyer Services Agreement | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | EXPERIAN MARKETING SOLUTIONS, INC.<br>955 AMERICAN LANE<br>SCHAUMBURG, IL 60173 |
| | State the term remaining<br>List the contract number of any government contract | 3/30/2015<br><br>Statenent of Work and Service Agreement | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | FAIRETAIL BVBA<br>HENDRIK CONSCIENCESTRAAT 1B<br>2800 MECHELEN<br>BELGIUM |
| | State the term remaining<br>List the contract number of any government contract | 7/28/2017<br><br>VIDEOLOGY® PLATFORM TERMS OF SERVICE | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | FALK<br>KENNEDYDAMM 1, 40476<br>DUSSELDORF, 40476<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | FANDOM<br>101 W. BROADWAY, STE 815<br>SAN DIEGO, CA 92101 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | FIDELITY SECURITY LIFE INSURANCE COMP / AVESIS<br>C/O HIPPAA CUSTOMER SERVICE<br>3130 BROADWAY<br>KANSAS CITY, MO 64111-2406 |
| | State the term remaining<br>List the contract number of any government contract | 01/01/2018 - 01/01/2019<br><br>Agreement (Vision Care & Life Insurance) | |

| Debtor Name | Videology, Inc. | | Case number (if known): **18-11120** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | FILMON TV<br>342 N CANON DRIVE<br>BEVERLY HILLS, CA 90210 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | FOODIFY<br>800 EAST JEFFERSON ST, SUITE 200<br>CHARLOTTESVILLE, VA 22902 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | FOURSQUARE (FIXED)<br>568 BROADWAY<br>NEW YORK, NY 10012 |
| | State the term remaining<br>List the contract number of any government contract | 2/21/2017<br><br>Videology Platform Terms of Service | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | FOX NETWORKS GROUP, INC.<br>ATTN: SVP OF BUSINESS AND LEGAL AFFAIRS, DIGITAL MEDIA<br>2121 AVENUE OF THE STARS, 12TH FLOOR<br>LOS ANGELES, CA 90067 |
| | State the term remaining<br>List the contract number of any government contract | 8/13/2015<br><br>MASTER LICENSE AND SERVICES AGREEMENT | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | INVENTORY | FREEWHEEL<br>231 SECOND AVENUE, SECOND FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining<br>List the contract number of any government contract | 10/7/2015<br><br>Master Supply Agreement | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | FRUIDEL<br>17 NORBURY COURT<br>ASHTON OLD ROAD<br>MANCHESTER, M11 2NB<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |

████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | GAMELOFT<br>11030 CIRCLEPOINT ROAD , SUITE 350<br>DENVER, CO 80020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | GAMS DEVELOPMENT CORPORATION<br>2751 PROSPERITY AVE. #210<br>FAIRFAX, VA 22031 |
| | State the term remaining<br>List the contract number of any government contract | 9/1/2017<br><br>End User License Agreement (NOT SIGNED) | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | GAMUT MEDIA<br>885 2ND AVE, 21ST FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | 10/11/2017<br><br>Videology Platform Terms of Service | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEES W/ SEVERANCE | GASKAMP, BRENT<br>915 DARTMOOR DR.<br>AUSTIN, TX 78746 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES | GC LEASING - GRENKE<br>GC LEASING ONTARIO<br>5600 EXPLORER DR, STE 302<br>MISSISSAUGA, ON L4W 4Y2<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | Leasing Contract No. 151-000050/ Jun 8, 2015 | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | GCA SAVVIAN CORPORATION, FKA AMPLIA CORP.- VID-FOUND GCA SAVVIAN CORP<br>30TH FLOOR, PACIFIC CENTURY PLACE MARUNOUCHI<br>11-1 MARUNOUCHI 1-CHOME<br>CHIYODA-KU, TOKYO 100-6230<br>JAPAN |
| | State the term remaining<br>List the contract number of any government contract | 9/29/2013<br><br>Agreement letter  (Advisors) | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASES** | **GE CAPITAL**<br>**P.O. BOX 642111**<br>**PITTSBURGH, PA 15264-2111** |
| | State the term remaining<br>List the contract number of any government contract | Lease Agreement #7961846001/ May 14, 2015 | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASES** | **GE CAPITAL**<br>**P.O. BOX 642111**<br>**PITTSBURGH, PA 15264-2111** |
| | State the term remaining<br>List the contract number of any government contract | Equipment/Payment Change Amendment #7956524-001/ Sept 28, 2015 | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASES** | **GE CAPITAL**<br>**P.O. BOX 642111**<br>**PITTSBURGH, PA 15264-2111** |
| | State the term remaining<br>List the contract number of any government contract | Agreement No. 7964855001/ June 3, 2015 | |
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **GFK (MEDIAMARK) CUSTOM RESEARCH LLC**<br>**200 LIBERTY STREET, FOURTH FLOOR**<br>**NEW YORK, NY 10281** |
| | State the term remaining<br>List the contract number of any government contract | 09/16/2017 - 12/31/2018<br><br>Syndicated Product Subscription Agreenent | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | | **GFK MEDIAMARK RESEARCH & INTELLIGENCE**<br>**PO BOX 347353**<br>**PITTSBURGH, PA 15251-4353** |
| | State the term remaining<br>List the contract number of any government contract | Amendment to Subscription Agreement | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **GLOBAL RADIO**<br>**30 LEICESTER SQ**<br>**LONDON, WC2H 7LA**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Videology, Inc. | | Case number (if known): **18-11120** |

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **GOOGLE INC. (ADEXCHANGE)**<br>**GORDON HOUSE**<br>**BARROW STREET**<br>**DUBLIN 4**<br>**IRELAND** |
| | State the term remaining | 1/24/2011 | |
| | List the contract number of any government contract | Google Ad Exchange Services Agreement | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **GOOGLE SITES**<br>**DEPT 33654**<br>**P.O. BOX 3900**<br>**SAN FRANCISCO, CA 94159** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **GORILLA NATIONAL MEDIA**<br>**5140 W. GOLDLEAF CIRCLE, 3RD FLOOR**<br>**LOS ANGELES, CA 90056** |
| | State the term remaining | 5/16/2016 | |
| | List the contract number of any government contract | Terms and Conditions Governing Participation in the GroupM Private Marketplace | |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **GREENLIGHT DIGITAL LTD**<br>**THE VARNISH WORKS**<br>**3 BRAVINGTONS WALK, KINGS CROSS**<br>**LONDON, N1 9AJ**<br>**UNITED KINGDOM** |
| | State the term remaining | 8/4/2017 | |
| | List the contract number of any government contract | Videology Platform Terms of Service | |
| **2.118** | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **GROUPM CANADA, INC. (VMS)**<br>**498 7TH AVENUE**<br>**NEW YORK, NY 10018** |
| | State the term remaining | 10/1/2014 | |
| | List the contract number of any government contract | GroupM canada & Xaxis canada affiliate agreement to Groupm alliance agreement | |
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **GROUPM, WORLDWIDE, INC.**<br>**498 7TH AVENUE**<br>**NEW YORK, NY 10018** |
| | State the term remaining | 1/1/2013 | |
| | List the contract number of any government contract | Alliance Agreement | |

Debtor Name    **Videology, Inc.**                                      Case number (if known): **18-11120**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE | GUROBI OPTIMIZATION, INC<br>3733-1 WESTHEIMER RD # 1001<br>HOUSTON, TX 77027 |
| | State the term remaining<br>List the contract number of any government contract | 4/19/2013<br><br>Quote | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEES W/ SEVERANCE | HALEY, KEVIN<br>5 SPARROWGLEN LANE<br>THE HILLS, TX 78738-1426 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | HARVEST DIGITAL<br>1430 TRUXTUN AVE.<br>BAKERSFIELD, CA 93301 |
| | State the term remaining<br>List the contract number of any government contract | 7/31/2017<br><br>Videology Platform Terms of Service | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | HEARST<br>TOWER HOUSE, SOVEREIGN P ARK<br>MARKET HARBOROUGH<br>LEICESTERSHIRE, LE16 9EF<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | HEARST TV<br>P.O. BOX 26886<br>LEHIGH VALLEY, PA 18002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | HELLO MAGAZINE<br>WELLINGTON HOUSE, 69-71<br>UPPER GROUND<br>LONDON<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Videology, Inc.** | Case number (if known): **18-11120** |

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **IDC RESEARCH**<br>**5 SPEEN STREET**<br>**FRAMINGHAM, MA 01701** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **IMG TECHNOLOGIES INC**<br>**OAKBROOK TERRACE TOWER**<br>**ONE TOWER LANE, SUITE 1850**<br>**OAKBROOK TERRACE, IL 60181** |
| | State the term remaining<br>List the contract number of any government contract | 11/22/2016 - 01/21/2017<br>Agreement letter | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **INDEPENDENT**<br>**INDEPENDENT HOUSE**<br>**27-32 TALBOT STREET**<br>**DUBLIN**<br>**IRELAND** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **INNOVID, INC.**<br>**30 IRVING PLACE, 12TH FLOOR**<br>**NEW YORK, NY 10003** |
| | State the term remaining<br>List the contract number of any government contract | 12/19/2011-12/19/2012<br>Innovid Iroll Preferred Network and Publisher Agreement | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **INVOLVED MEDIA, INC.**<br>**555 8TH AVENUE**<br>**NEW YORK, NY 10018** |
| | State the term remaining<br>List the contract number of any government contract | 1/31/2017<br>Videology Platform Terms of Service | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **IQUANTI, INC.**<br>**111 TOWN SQUARE PL #710**<br>**JERSEY CITY, NJ 07310** |
| | State the term remaining<br>List the contract number of any government contract | 4/24/2017<br>Pricing Addendum | |

Debtor Name    **Videology, Inc.**                                        Case number (if known): **18-11120**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | IRON MOUNTAIN C/O IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. ATTN: CLIENT SERVICES 2100 NORCROSS PARKWAY, SUITE 150 NORCROSS, GA 30071 |
| | State the term remaining List the contract number of any government contract | 01/10/2013 - 01/10/2014 Storage Agreement | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEES W/ SEVERANCE | JAMBORETZ, RYAN 4 EAST COMMON HARPENDEN HERFORDSHIRE AL5 1BJ |
| | State the term remaining List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | JOHN AYLING AND ASSOCIATES LTD 27 SOHO SQUARE, SOHO LONDON, W1D 3QR UNITED KINGDOM |
| | State the term remaining List the contract number of any government contract | 8/10/2017 PLATFORM SERVICES AGREEMENT | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | JUMPCLOUD INC. 2040 14TH STREET SUITE 200 BOULDER, CO 80302 |
| | State the term remaining List the contract number of any government contract | 11/01/2017 - 11/01/2018 Special Pricing Form | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | KINETIC SEQUENCE, LLC 2018 S 1ST STREET #508 MILWAUKEE, WI 53207 |
| | State the term remaining List the contract number of any government contract | 12/7/2016 Videology Platform Terms of Service | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | DATA | KMB GROUP (I-BEHAVIOR) P.O. BOX 951067 DALLAS, TX 75395-1067 |
| | State the term remaining List the contract number of any government contract | 9/27/2016 Data License Agreement | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | KRUSH TECHNOLOGIES LLC<br>1700 S. PATTERSON BLVD, SUITE 300<br>DAYTON, OH 45409 |
| | State the term remaining<br>List the contract number of any government contract | 10/31/2016<br><br>Platform Services Agreement | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | DATA | KRUX DIGITAL<br>181 SOUTH PARK, 2ND FLOOR<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | 11/5/2014<br><br>Data Access Agreement | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | LAUDIS CONSULTOR<br>PG DE GRACIA 101, 5E<br>BARCELONA, 08008<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | LIGHTHOUSE MEDIA GROUP<br>1729 CROOKS ROAD<br>ROYAL OAK, MI 48067 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | LINKEDIN<br>62228 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0622 |
| | State the term remaining<br>List the contract number of any government contract | 6/24/2016<br><br>LINKEDIN SUBSCRIPTION AGREEMENT | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | LIVERAIL<br>575 MARKET STREET,SUITE 1750<br>SAN FRANSISCO, CA 94105 0 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | DATA | LIVERAMP<br>4057 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining<br>List the contract number of any government contract | 10/3/2017<br><br>Master Client Agreement | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | LOOKER DATA SCIENCE, INC.<br>101 CHURCH ST<br>SANTA CRUZ, CA 95060 |
| | State the term remaining<br>List the contract number of any government contract | 05/30/2017 - 05/30/2018<br><br>SUBSCRIPTION LICENSE AND SERVICES AGREEMENT | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | LOOPIO , INC.<br>147 LIBERTY STREET<br>TORONTO, ON M6K 3G3<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | 1/15/2018<br><br>Videology Invoice | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | DATA | LOTAME SOLUTIONS, INC.<br>8850 STANFORD BLVD. STE. 2000<br>COLUMBIA, MD 21045 |
| | State the term remaining<br>List the contract number of any government contract | 7/1/2011<br><br>Data License and Use Agreement | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEES W/ SEVERANCE | MACLEOD, SCOTT |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEES W/ SEVERANCE | MCMAHON, THOMAS<br>4 SAGEWOOD COURT<br>SPARKS, MD 21152 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name     **Videology, Inc.**                                    Case number (if known): **18-11120**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | MEDIA TWO<br>111 EAST HARGETT STREET STE. 200<br>RALEIGH, NC 27601 |
| | State the term remaining<br>List the contract number of any government contract | 10/27/2017<br><br>Videology Platform Terms of Service | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | MEDIAHUIS<br>KATWILGWEG 2<br>2050 ANTWERPEN<br>BELGIUM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | MEDIALINK, LLC - US<br>1901 AVENUE OF THE STARS<br>LOS ANGELES, CA 90067 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | MEME VIDEO<br>ROTSCHILD BLVD 45<br>6578401<br>ISRAEL |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>ST. PAUL, MN 55108 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | MET PHOTO INC<br>1500 BROADWAY<br>NEW YORK, NY 10036 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | MG MEDIA<br>SANAYI MAH. YAMAC SOK<br>NO:6/2 KAGITHANE/ISTANBUL<br>MASLAK V.D 8500333500, 180842<br>TURKEY |
| | State the term remaining | 2/27/2018 | |
| | List the contract number of any government contract | Videology Platform Terms of Service | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE | MICROSOFT<br>MICROSOFT LEGAL AND CORPORATE AFFAIRS<br>VOLUME LICENSING GROUP<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| | State the term remaining | 7/1/2016 | |
| | List the contract number of any government contract | Enterprise Agreement | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | MICROSTRATEGY SERVICES CORPORATION<br>P.O. BOX 409671<br>ATLANTA, GA 30384 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | MIDASPLAYER ADVERTISING LIMITED<br>THE AMPERSAND BUILDING<br>178 WARDOUR STREET<br>LONDON, W1F 8FY<br>UNITED KINGDOM |
| | State the term remaining | 6/27/2017 | |
| | List the contract number of any government contract | VIDEOLOGY® PLATFORM TERMS OF SERVICE | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | MILLER'S MINUTEMAN PRESS<br>11195 DOLFIELD BLVD.<br>OWINGS MILLS, MD 21117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | MINDSHARE MEDIA IRELAND LIMITED<br>THE EXCHANGE, CHRISTCHURCH SQUARE<br>DUBLIN 8, 7850<br>IRELAND |
| | State the term remaining | 6/10/2014 | |
| | List the contract number of any government contract | Platform Services Agreement | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |
| --- | --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | MIXPO, INC.<br>520 PIKE ST<br>SUITE 2400<br>SEATTLE, WA 98101 |
| | State the term remaining<br>List the contract number of any government contract | 4/18/2014<br><br>Platform Services Agreement | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | MLCWORKS<br>2628 METAIRIE LAWN DRIVE<br>SUITE 201<br>METAIRIE, LA 70002 |
| | State the term remaining<br>List the contract number of any government contract | 5/8/2017<br><br>Videology Platform Terms of Service | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | MUTUAL OF OMAHA<br>PAYMENT PROCESSING CENTER<br>OMAHA, NE 6803-2147 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | NAB<br>1771 N STREET NW<br>WASHINGTON, DC 20036 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEES W/ SEVERANCE | NATRAJAN, ANAND<br>14001 STEED COURT<br>GERMANTOWN, MD 20874 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | NAVEX GLOBAL F/K/A NETWORK INC.<br>333 RESEARCH COURT<br>NORCROSS, GA 30092 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Videology, Inc.**                                                    Case number (if known): **18-11120**

<span style="background:black;color:white;">      </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | NBCUNIVERSAL MEDIA, LLC. 30 ROCKEFELLER PLAZA 6TH FLOOR 613E-1 NEW YORK, NY 10112 |
| | State the term remaining List the contract number of any government contract | 9/9/2013 - 9/9/2014 Advertising Insertion Order | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | NBCUNIVERSAL MEDIA, LLC. 30 ROCKEFELLER PLAZA 6TH FLOOR 613E-1 NEW YORK, NY 10112 |
| | State the term remaining List the contract number of any government contract | 12/12/2017 TRIAL AGREEMENT | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | DATA | NC VENTURES  LLC DBA NIELSON CATALINA SOLUTIONS 250 E. 5TH STREET, SUITE 12 CINCINNATI, OH 45202 |
| | State the term remaining List the contract number of any government contract | 12/19/2014 Platform Provider Access Agreement | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | NEO FACTO LP C/O PERLOFF/WEBSTER VENICE, CA 90291 |
| | State the term remaining List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | NETSERTIVE INC. F/K/A MIXPO 2400 PERIMETER PARK DRIVE MORRISVILLE, NC 27560 |
| | State the term remaining List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | NETSUITE 2955 CAMPUS DRIVE, SUITE 100 SAN MATEO, CA 94403 |
| | State the term remaining List the contract number of any government contract | 11/13/2012 - 11/08/2015 Subscription Services Agreement | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |

<div style="background:black"> </div> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | DATA | NEUSTAR, INC.<br>15612 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining<br>List the contract number of any government contract | Master Services Agreement | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE | NEW RELIC, INC.<br>188 SPEAR STREET, SUITE 1200<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining<br>List the contract number of any government contract | 11/2/2016<br>Stand Alone Order & Purchase Order Form | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | NEWBAY MEDIA LLC<br>DEPARTMENT 106079<br>HARTFORD, CT 06115-0485 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | DATA | NIELSEN - NET RATINGS LLC<br>24150 NETWORK PLACE<br>CHICAGO, IL 60673-1241 |
| | State the term remaining<br>List the contract number of any government contract | 2/8/2013<br>Nielsen Online Campaign Ratings (OCR) Agreement Platform | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | NINTHDECIMAL, INC.<br>150 POST ST, STE 500<br>SAN FRANCISCO, CA 94108 |
| | State the term remaining<br>List the contract number of any government contract | 11/17/2017<br>Videology Platform Terms of Service | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | DATA | NLOGIC, INC.<br>1500 DON MILLS ROAD<br>TORONTO, ON M3B 3L7<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | 3/3/2017<br>NLogic Terms of Service | |

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | **DATA** | **NUMERIS**<br>**1500 DON MILLS ROAD**<br>**TORONTO, ON M3B 3L7**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | 9/1/2016<br><br>License Agreement | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **OMNICOM MEDIA GROUP HOLDINGS, INC.**<br>**C/O FINANCE DEPARTMENT**<br>**LONDON, WC1E 7EY**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | 10/16/2014<br><br>Videology Service Master Services Agreement for Agencies | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASES** | **ONESOURCE WATER**<br>**P.O. BOX 677867**<br>**DALLAS, TX 75267-7867** |
| | State the term remaining<br>List the contract number of any government contract | Rental Agreement / March 26, 2015 | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **ONETRUST**<br>**1350 SPRING ST NW #500**<br>**ATLANTA, GA 30309** |
| | State the term remaining<br>List the contract number of any government contract | 5/17/2019<br><br>End User License Agreement | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **PARK PLACE TECHNOLOGIES**<br>**P.O. BOX 78000**<br>**DETROIT, MI 48278** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **PATHMATICS, INC.**<br>**1411 5TH STREET #405**<br>**SANTA MONICA, CA 90401** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Videology, Inc.**                                 Case number (if known): **18-11120**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | PEAKBIT LLC<br>213 NICHOLAS CT<br>FOREST HILL, MD 21050 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | PELMOREX<br>2655 BRISTOL CIR<br>ONTARIO, L6H 7W1<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | PHILLIPS HEADQUARTERS, LLC<br>C/O R.A. MELISSA S. SELLERS<br>1215 E. FORT AVENUE<br>BALTIMORE MD 21230 |
| | State the term remaining<br>List the contract number of any government contract | 3/1/2012<br><br>Parking Lease Agreement (1215 E. Fort Ave.) | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | PI MIDLANTIC - PRAENDEX MIDLANTIC<br>105 EASTERN AVENUE<br>ANNAPOLIS, MD 21403 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE | PINGDOM<br>KOPPARBERGSVAGEN 8<br>VASTERAS, 722 13<br>SWEDEN |
| | State the term remaining<br>List the contract number of any government contract | 3/9/2017<br><br>Quote & Order Form | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>P.O. BOX 371887<br>PITTSBURGH, PA 15250-7887 |
| | State the term remaining<br>List the contract number of any government contract | 2/9/2017<br><br>Lease Renewal Agreement | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | PLAINSFIELD MEDIA - VIDEOLOGY CLEARS<br>53 WEST 23RD ST, 12TH FL<br>NEW YORK, NY 10010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | PR NEWSWIRE SERVICES<br>GP.O. BOX 5897<br>NEW YORK, NY 10087-5897 |
| | State the term remaining<br>List the contract number of any government contract | 01/14/2016 - 01/13/2017<br><br>Distribution Services Agreement | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | PRICEWATERHOUSECOOPERS LLP<br>P.O. BOX 7247-8001<br>PHILADELPHIA, PA 19170-8001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | PRISA<br>C/GRAN VIA 32, 4A PLANTA<br>MADRID, 28013<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | PROACTIVE<br>UNIT 1C, 25 ASHLEY ROAD<br>LONDON, N17 9LI<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | PUBLICIDAD<br>FRANCESC MACIA 54<br>PLANTA 3-A, SABADELL<br>BARCELONA, 8208<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | **PURE**<br>**HEALTHY RETAIL LTD**<br>**100 MOORGATE**<br>**LONDON, EC2M 6AB**<br>**UNITED KINGDOM** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | **QUALITY BUILDING SERVICES CORP.**<br>**801 2ND AVENUE**<br>**NEW YORK, NY 10017** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | **QUALTRICS LLC**<br>**2250 N. UNIVERSITY PKWY, 48-C**<br>**PROVO, UT 84604** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | **QUALYS INC.**<br>**1600 BRIDGE PKWY**<br>**REDWOOD, CA 94065** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | **QUEBECOR - INSTREAM - DIRECT**<br>**612 SAINT-JACQUES STREET**<br>**QUEBEC, H3C 4M8**<br>**CANADA** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | **QUEST SOFTWARE**<br>**4 POLARIS WAY**<br>**ALISO VIEJO, CA 92656** |
| | State the term remaining | 01/31/2018 - 01/31/2019 |
| | List the contract number of any government contract | License Agreement |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
| --- | --- | --- |

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | R3 CONTINUUM LLC<br>4115 AYRSHIRE DR SW<br>WYOMING, MI 49418 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | RACKSPACE US, INC.<br>P.O. BOX 730759<br>DALLAS, TX 75373-0759 |
| | State the term remaining<br>List the contract number of any government contract | 10/1/2017<br><br>Term Renewal Agreement | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | RANDSTAD TECHNOLOGIES<br>DBA RANDSTAD PROFESSIONALS LP- US (JOB POSTINGS)<br>120 EAST BALTIMORE STREET, SUITE 2220<br>BALTIMORE MD 21202 |
| | State the term remaining<br>List the contract number of any government contract | 4/4/2016<br><br>Services Agreement (Job contract) | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | RASSLING CATS SOFTWARE<br>600 WILLIAM STREET, APT 449<br>OAKLAND, CA 94612 |
| | State the term remaining<br>List the contract number of any government contract | 12/2/2013<br><br>Master Services Agreement | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | RELIANCE STANDARD LIFE INSURANCE CO.<br>P.O. BOX 3123<br>SOUTHEASTERN, PA 19398-3123 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | RENTOKIL INITIAL UK LIMITED (RENTOKIL-DD, INITIAL-WIRE)<br>CREDIT CONTROL<br>DUDLEY, DY1 9EY 0<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Videology, Inc.** | Case number (if known): **18-11120** |
|---|---|---|

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | DATA | RENTRAK (NOW COMSCORE INC.)<br>P.O. BOX 1450, NW 6135<br>MINNEAPOLIS, MN 55485-6135 |
| | State the term remaining<br>List the contract number of any government contract | 8/17/2015<br><br>Master Data License Agreement | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | RIGHT MANAGEMENT INC.<br>24677 NETWORK PLACE<br>CHICAGO, IL 60673-1246 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | RISE INTERACTIVE MEDIA & ANALYTICS LLC<br>1 S. WACKER DR.<br>SUITE 300<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | 10/7/2016<br><br>Platform Services Agreement | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | ROBERT HALF INTERNATIONAL<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEES W/ SEVERANCE | ROSATI, BRIAN<br>7109 HARLAN LANE<br>SYKESVILLE, MD 21784 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | RUBICON<br>12181 BLUFF CREEK DRIVE, 4TH FLOOR<br>PLAYA VISTA, CA 90094 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Videology, Inc. | | Case number (if known): **18-11120** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | SAAS CONSULTING GROUP<br>308-B CONGRESS AVE<br>AUSTIN, TX 78701 |
| | State the term remaining<br>List the contract number of any government contract | 8/22/2013<br><br>Master Services Agreement (Consulting) | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | SAFE HARBORS BUSINESS TRAVELS, INC.<br>126 S. MAIN STREET<br>BEL AIR, MD 21014 |
| | State the term remaining<br>List the contract number of any government contract | 09/04/2015 - 09/03/2018<br><br>Travel Management Services Agreement | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | SALESFORCE.COM, INC.<br>ATTN: GENERAL COUNSEL<br>THE LANDMARK AT ONE MARKET, SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining<br>List the contract number of any government contract | 12/28/2012 - 01/30/2020<br><br>Master Services Agreement | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | SANITAS<br>RIBERA DEL LOIRA<br>MADRID, 28042<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | SBS<br>WATCHMAKER COURT<br>31-34 ST JOHN'S LANE<br>LONDON, EC1M 4DB<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | SCALAR GROUP INC.<br>P.O. BOX 708641<br>SANDY, UT 84070 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **SECTION: MEDIA LTD**<br>**47 DEAN STREET**<br>**LONDON, W1D 5BE**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **SECURITY & ENERGY TECHNOLOGIES CORP.**<br>**4200-Q LAFAYETTE CENTER DRIVE**<br>**CHANTILLY, VA 20151** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **SEKINDO**<br>**770 FISGARD ST**<br>**VICTORIA,  V8W 0B8**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **SHERWOOD PARTNERS, INC.**<br>**ATTN: MICHAEL A. MAIDY**<br>**1100 LA AVENIDA**<br>**MOUTAIN VIEW, CA 94043** |
| | State the term remaining<br>List the contract number of any government contract | 1/24/2018<br><br>Engagement Letter (Consulting and Advisory services) | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **SIGSTR**<br>**55 MONUMENT CIRCLE**<br>**INDIANAPOLIS, IN 46204** |
| | State the term remaining<br>List the contract number of any government contract | 1/15/2019<br><br>Software License Agreement | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **SILKROAD**<br>**1801 W. OLYMPIC BLVD**<br>**PASADENA, CA 91199-1221** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name     **Videology, Inc.**                                          Case number (if known): **18-11120**

<table>
<tr><td colspan="2">■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | SLOANE & COMPANY<br>7 TIMES SQ, 17TH FLOOR<br>NEW YORK, NY 10036 |
| | State the term remaining | 3/27/2018 | |
| | List the contract number of any government contract | Engagement Letter (Strategic Communications Support) | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | SMARTSHEET<br>DEPT. 3421<br>DALLAS, TX 75312-3421 |
| | State the term remaining | | |
| | List the contract number of any government contract | Software License Agreement | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | SMARTYCONTENT<br>CL CASTILLO DE FUENSALDANA<br>NO. 4 OFICINA 204-205 EDIF. ROZAS NOVA<br>LAS ROZAS<br>MADRID, 28232<br>SPAIN |
| | State the term remaining | 12/21/2012 | |
| | List the contract number of any government contract | Agreement | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEES W/ SEVERANCE** | SMITH, DANIEL<br>3907 N CHARLES STREET<br>BALTIMORE, MD 21218 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | SNAP INC<br>63 MARKET STREET<br>VENICE, CA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | SNOWFLAKE COMPUTING, INC.<br>101 SOUTH ELLSWORTH AVENUE, #350<br>SAN MATEO, CA 94401 |
| | State the term remaining | 3/8/2017 | |
| | List the contract number of any government contract | Master SaaS Agreement | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

<table>
<tr><td colspan="3">■    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | SOLIUM PLAN MANAGERS<br>222 SOUTH MILL AVENUE<br>TEMPE, AZ 85281 |
| | State the term remaining<br>List the contract number of any government contract | 9/20/2012<br><br>Software License Agreement | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | SPACE<br>BLD DU ROI ALBERT II 27<br>BRUSSELS, BRUXELLES B-1030<br>BELGIUM |
| | State the term remaining<br>List the contract number of any government contract | 2/27/2017<br><br>VIDEOLOGY® PLATFORM TERMS OF SERVICE | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | SPARK FOUNDRY<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | SPOTINST<br>ATTN: ERAN GRABINER<br>680 FOLSOM ST<br>SAN FRANSISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | 12/13/2017<br><br>Software License Agreement | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | SPY ALARMS<br>5 SEVENOAKS BUSINESS CENTRE<br>KENT, TN14 5DQ<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEES W/ SEVERANCE** | SRAVANAPUDI, AJAY<br>11918 WINSTEAD LANE<br>RESTON, VA 20194 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **STAQ, INC.**<br>**44 WEST 28TH 8TH FLOOR**<br>**NEW YORK, NY 10001** |
| | State the term remaining<br>List the contract number of any government contract | 3/31/2018<br><br>Software License Agreement | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **STICKY**<br>**16 RUE BREY**<br>**PARIS**<br>**FRANCE** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **STRATEGY SOURCE**<br>**2358 HOWELL MILL RD NW**<br>**ATLANTA, GA 30318** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **STREAM COMPANIES, INC**<br>**400 LAPP ROAD**<br>**MALVERN, PA 19355** |
| | State the term remaining<br>List the contract number of any government contract | 11/9/2016<br><br>Videology Platform Terms of Service | |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **STV**<br>**PACIFIC QUAY**<br>**GLASGOW, G51 1PQ**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | **DATA** | **SYMPHONY HEALTH SOLUTIONS CORPORATION**<br>**P.O. BOX 277158**<br>**ATLANTA, GA 30384 - 7158** |
| | State the term remaining<br>List the contract number of any government contract | 1/8/2014<br><br>Master Services and License Agreement | |

Debtor Name    **Videology, Inc.**                    Case number (if known): **18-11120**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **TARGETOPIA, A TARGET CONNECTION S.L. CORPORATION**<br>**PASEO DE LA CASTELLANA 83-85, 9º**<br>**VAT: ESB86742145**<br>**MADRID,  28046**<br>**SPAIN** |
| | State the term remaining | 10/21/2013 | |
| | List the contract number of any government contract | Platform Services Agreement | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEES W/ SEVERANCE** | **TARPEY, KEN**<br>**1452 MAYHURST BLVD.**<br>**MCLEAN, VA 22102** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **TECH USA, LLC**<br>**8334 VETERANS HIGHWAY, 2ND FLOOR**<br>**MILLERSVILLE, MD 21108** |
| | State the term remaining | 08/27/2015 - 02/27/2016 | |
| | List the contract number of any government contract | Services Agreement (Job contract) | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **TEGNA**<br>**MAILSTOP 3939**<br>**521 FIFTH AVENUE, 32ND FLOOR**<br>**NEW YORK, NY 10175** |
| | State the term remaining | 2/24/2017 | |
| | List the contract number of any government contract | Videology Platform Terms of Service | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **TEKSYSTEMS, INC.**<br>**999 CORPORATE BLVD, STE 200**<br>**LINTHICUM, MD 21090** |
| | State the term remaining | 01/14/2016 - 01/13/2017 | |
| | List the contract number of any government contract | Services Agreement for Staffing and Recruitment | |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **TG4**<br>**80 HARCOURT STREET**<br>**DUBLIN 2**<br>**IRELAND** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | THE DRUM - US<br>79 MADISON AVENUE<br>NEW YORK, NY 10016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | THE EXCHANGE LAB<br>1 NEATHOUSE PLACE, 5TH FLOOR<br>LONDON, SW1V 1LH<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | 6/26/2017<br><br>Advertising Insertion Order | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | **DATA** | THE NIELSEN COMPANY (US)<br>85 BROAD ST.<br>NEW YORK, NY 10004 |
| | State the term remaining<br>List the contract number of any government contract | 11/1/2012<br><br>Master Data & Media Planning License Agreement & all SOWs | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | THE ULTIMATE / SOFTWARE GROUP, INC.<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 |
| | State the term remaining<br>List the contract number of any government contract | 02/21/2013 - 07/07/2020<br><br>Master Subscription Agreement | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | THE VILLAGE COMMUNICATIONS<br>FLOORS 6-8 MELBOURNE HOUSE<br>46 ALDWYCH<br>LONDON, WC2B 4LL<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | 8/9/2017<br><br>Videology Platform Terms of Service | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | THIRD PRESENCE<br>ITAMERENTORI 2<br>HELSINKI, 180<br>FINLAND |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | **LICENSE** | THOMSON REUTERS<br>ATTN: CUSTOMER SERVICE<br>610 OPPERMAN DRIVE<br>P.O. BOX 64833<br>EAGAN MN 55123 |
| | State the term remaining<br>List the contract number of any government contract | 01/01/2017 - 12/31/2019<br><br>Order Form (Practical Law subscription) | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | TMF GROUP<br>C/O TMF GROUP BV, GROUP LEGAL<br>LUNA ARENA BLDG, HERIKERBERGWEG 238<br>1100 DW AMSTERDAM<br>THE NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | 11/10/2015<br><br>Master Services Agreement (Corporate Governance Services) | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | TMF GROUP - SPAIN<br>TRAVESSERA DE GRACIA 11, A PLANTA<br>BARCELONA, 8021<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | TMRW CORP.<br>1274 35TH AVENUE<br>SAN FRANCISCO, CA 94122 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | TOMMY STALKNECHT<br>1011A BROADMOOR DRIVE<br>NASHVILLE, TN 37216 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | TRACTOR SUPPLY CO<br>5401 VIRGINIA WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining<br>List the contract number of any government contract | 9/26/2017<br><br>Videology Platform Terms of Service | |

| Debtor Name | Videology, Inc. | Case number (if known): **18-11120** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | TRAVELERS CASUALTY INS. CO. OF AMERICA<br>ONE TOWER SQUARE<br>HARTFORD, CT 06183 |
| | State the term remaining<br>List the contract number of any government contract | 02/14/2018 - 02/14/2019<br><br>Insurance - Technology Office Pac/General Commercial Insurance | |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | TS CREATIVE<br>1109 GRANADA AVENUE<br>NASHVILLE, TN 37206 |
| | State the term remaining<br>List the contract number of any government contract | 7/25/2016<br><br>Independent Contractor - Creative Services | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | TV3<br>WESTGATE BUSINESS PARK<br>BALLYMOUNT<br>DUBLIN 24<br>IRELAND |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE | ULTIMATE SOFTWARE GROUP, INC.<br>AKA ULTIPRO<br>P.O. BOX 930953<br>ATLANTA, GA 31193-0953 |
| | State the term remaining<br>List the contract number of any government contract | 2/21/2014<br><br>Master Subscription Agreement | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | UNIDAD EDITORIAL<br>AVDA. DE SAN LUIS  25<br>MADRID, 28033<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | UNIQUE DIGITAL<br>THE JOHNSON BUILDING<br>77 HATTON GARDEN<br>LONDON, UK EC1N 8JS<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | 4/11/2015<br><br>Platform Services Agreement | |

Debtor Name    **Videology, Inc.**                                    Case number (if known): **18-11120**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | V INTERACTIONS<br>355, REU STE-CATHERINE QUEST<br>MONTREAL, QC H3B 1A5<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | VARICK MEDIA MANAGEMENT LLC<br>711 3RD AVENUE<br>NEW YORK, NEW YORK 10017 |
| | State the term remaining<br>List the contract number of any government contract | Platform Services Agreement | |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | VENATUS<br>29-31 SAFFRON HILL<br>LONDON, EC1N 8SW<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | VEVO<br>85 TOTTENHAM COURT ROAD<br>LONDON, W1T 4TQ<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | VIACOM INTERNATIONAL INC.<br>1515 BROADWAY<br>NEW YORK, NY 10031 |
| | State the term remaining<br>List the contract number of any government contract | 2/27/2014<br>MASTER LICENSE AND SERVICES AGREEMENT | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | VIDEOAMP, INC.<br>3130 WILSHIRE BLVD.<br>SANTA MONICA, CA 90403 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Videology, Inc.**                                       Case number (if known): **18-11120**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | VIDEOFLARE<br>19 BOLSOVER STREET, FITZROVIA<br>LONDON W1W 5NA<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | VIDOOMY SPAIN<br>C/QUINTANA N2<br>MADRID, 28008<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | 4/19/2017<br>Videology Platform Terms of Service | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | VINTERACTIONS - INSTREAM - FRENCH - CANADA<br>355, RUE STE-CATHERINE<br>MONTREAL, QC H3B 1A5<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | VIRGIN MEDIA<br>245 HAMMERSMITH ROAD<br>LONDON, W6 8PW<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | VIVAKI INC. DBA PUBLICIS<br>16047 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693 |
| | State the term remaining<br>List the contract number of any government contract | 5/21/2012<br>Restated and Amended Global Terms of Service | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | VPI PET - VETERINARY PET INSUANCE COMPANY<br>C/O DMV INSURANCE AGENCY, INC<br>8855 ANNAPOLIS ROAD, #200<br>LANHAM, MD 20706 |
| | State the term remaining<br>List the contract number of any government contract | 11/01/2014 - 11/01/2015<br>Group Application  (Pet insurance) | |

Debtor Name    **Videology, Inc.**                                     Case number (if known): **18-11120**

<table>
<tr><td colspan="2" style="background:black;color:white;">**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | WATERLOGIC<br>P.O. BOX 677867<br>DALLAS, TX 75267 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | WB MASON CO, INC.<br>P.O. BOX 981101<br>BOSTON, MA 02298-1101 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | WEATHER NETWORK<br>P.O. BOX 101634<br>ATLANTA, GA 30392 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | PUBLISHER | WEB3 LTD<br>50 W 17TH STREET<br>NEW YORK, NEW YORK 10011 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | WEBB LEGAL GROUP<br>155 MONTGOMERY STREET<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | DATA | WEBORAMA S.A.<br>8TH FLOOR<br>LONDON,  WC1V 7HP<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | 12/10/2015<br>Data License and Partnership Agreement | |

| Debtor Name | **Videology, Inc.** | | Case number (if known): **18-11120** |

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | WELLS FARGO - P CARD<br>P.O. BOX 6426<br>CAROL STREAM, IL 60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES | WELLS FARGO FINANCIAL SVCS<br>P.O. BOX 70239<br>PHILADELPHIA, PA 19176-0239 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | WISTIA<br>17 TUDOR ST.<br>CAMBRIDGE, MA 02139 |
| | State the term remaining | | |
| | List the contract number of any government contract | Software License Agreement | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | OTHER | WORLD TRAVEL, INC.<br>ATTN: JAMES A. WELLS, CEO<br>620 PENNSYLVANIA DRIVE<br>EXTON, PA 19341 |
| | State the term remaining | 08/27/2012 - 08/26/2018 | |
| | List the contract number of any government contract | Agreement (Provision of Travel Agency Services) | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | XAXIS CANADA<br>60 BLOOR ST. WEST, 7TH FLOOR<br>TORONTO, ON M4W 1J2<br>CANADA |
| | State the term remaining | 4/1/2016 | |
| | List the contract number of any government contract | Affiliate Adopting Agreement to Xaxis Data Sync | |
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | PLATFORM | XAXIS US LLC<br>27 FARM STREET<br>LONDON, W1J 5RJ<br>UNITED KINGDOM |
| | State the term remaining | 1/4/2017 | |
| | List the contract number of any government contract | Affiliate Adopting Agreement to Xaxis Inc PSA | |

| Debtor Name | **Videology, Inc.** | Case number (if known): **18-11120** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **XAXIS, INC.**<br>**27 FARM STREET**<br>**LONDON, W1J 5RJ**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | 12/21/2016<br><br>Platform Services Agreement | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **XMP ACCENT HEALTH DIGITAL OUT OF HOME VIDEO INVENTORY**<br>**466 LEXINGTON AVENUE**<br>**NEW YORK, NY 10017** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **YAHOO JAPAN CORPORATION**<br>**30TH FLOOR, PACIFIC CENTURY PLACE MARUNOUCHI**<br>**11-1 MARUNOUCHI 1-CHOME**<br>**CHIYODA-KU, TOKYO 100-6230**<br>**JAPAN** |
| | State the term remaining<br>List the contract number of any government contract | 11/5/2013<br><br>Master License and Services Agreement | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **YASASVINI PULIGUNDLA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **YELLOW HAMMER**<br>**44 WEST 28TH STREET, 4TH FLOOR**<br>**NEW YORK, NY 10001** |
| | State the term remaining<br>List the contract number of any government contract | 3/17/2017<br><br>Videology Platform Terms of Service | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **YOU EARNED IT!**<br>**206 E. 9TH ST., STE 1502**<br>**AUSTIN, TX 78701** |
| | State the term remaining<br>List the contract number of any government contract | 05/01/2018 - 04/30/2019<br><br>Software License Agreement | |

Debtor Name    **Videology, Inc.**

Case number (if known): **18-11120**

▮     **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | **PUBLISHER** | **YUPPTV**<br>**11175 CICERO DRIVE, STE 100**<br>**ALPHARETTA, GA 30022** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | **OTHER** | **ZAYO GROUP, LLC**<br>**ATTN:  GENERAL COUNSEL**<br>**400 CENTENNIAL PKWY, STE 200**<br>**LOUISVILLE, CO 80027** |
| | State the term remaining<br>List the contract number of any government contract | 10/31/2014<br><br>Internet Services Order | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | **PLATFORM** | **ZIGT MEDIA BACKOFFICE B.V.**<br>**P.O. BOX 387**<br>**2130 AJ HOOFDDORP** |
| | State the term remaining<br>List the contract number of any government contract | 11/24/2014<br><br>Platform Services Agreement | |

| Debtor Name | **Videology, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **18-11120** |

$\boxed{X}$ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                                                                                  12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

$\boxed{X}$ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 | **COLLIDER MEDIA, INC.** | **1500 WHETSTONE WAY, SUITE 500 BALTIMORE, MD 21230** | Fast Pay Partners LLC & FPP Sandbox LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | **LUCIDMEDIA NETWORKS, INC.** | **1500 WHETSTONE WAY, SUITE 500 BALTIMORE, MD 21230** | Fast Pay Partners LLC & FPP Sandbox LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | **VIDEOLOGY LTD.** | **NOAH'S YARD 10 YORK WAY LONDON, N1 9AA UNITED KINGDOM** | Fast Pay Partners LLC & FPP Sandbox LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | **VIDEOLOGY MEDIA TECHNOLOGIES, LLC** | **1500 WHETSTONE WAY, SUITE 500 BALTIMORE, MD 21230** | Fast Pay Partners LLC & FPP Sandbox LLC | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Debtor Name**   Videology, Inc. | |
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:**  18-11120 | |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

| | |
|---|---|
| █ | **Declaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*    (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)

☑ *Schedule H: Codebtors*    (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)

☑ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*    (Official Form 204)

☐ *Other document that requires a declaration*

I, the CFO of the Videology, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 180 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| Executed on:  7/9/2018 | Signature _____ /s/  Kenneth Tarpey _____ |
| MM / DD / YYYY | Kenneth Tarpey |
| | Printed Name |
| | CFO |
| | Title |