IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| VIDEOLOGY, INC., *et al.*,[1] | : | Case No. 18-11120 (BLS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Objection Deadline: 7/12/18 at 4:00 p.m.** |
| ------------------------------------------------------ x | | **Related to Docket No. 265** |

**OBJECTION OF TELARIA, INC. TO THE CURE AMOUNT PROPOSED
IN THE DEBTORS' NOTICE TO COUNTERPARITES TO THE
EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE
DEBTORS THAT MAY BE ASSUMED AND ASSIGNED**

Telaria, Inc. (formerly known as Tremor Video, Inc.) ("Telaria"), a creditor and party-in-interest herein, by and through its undersigned counsel, hereby submits this *Objection of Telaria, Inc. to the Cure Amount Proposed in the Debtors' Notice to Counterparties to the Executory Contracts and Unexpired Leases of the Debtors that May Be Assumed and Assigned* ("Objection"). In support of this Objection, Telaria states the following:

**OBJECTION**

1. Telaria is a counterparty to that certain Real-Time Bidding Platform Agreement, dated September 5, 2014, ("Agreement") an executory contract with Debtor Videology Media Technologies, LLC ("Videology"), pursuant to which Videology or its affiliates may purchase certain media inventory made available through Telaria's video platform.

2. On May 14, 2018, Videology and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566); and Videology, Ltd., a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

Court. Thereafter, upon motion of the Debtors, the Court entered the *Order (A) Approving "Stalking Horse" Asset Purchase Agreement; (B) Approving Procedures in Connection with the Sale of All or Substantially all of the Debtors' Assets; (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale; (D) Approving Procedures Related to the Assumption of the Certain Executory Contracts and Unexpired Leases; (E) Approving the Form and Manner of the Notice Thereof; (F) Approving Breakup Fee and Expense Reimbursement; and (G) Granted Related Relief* [Docket No. 164] ("Bid Procedures Order").

3. In accordance with the Bid Procedures Order, (i) on June 8, 2018, the Debtors filed and served the Notice to Counterparties to Executory Contract and Unexpired Leases of the Debtors that May be Assumed and Assigned [Docket No. 183] ("Assumption, Assignment and Cure Notice") and (ii) on June 28, 2018, the Debtors filed and served the Amended Notice to Counterparties to Executory Contract and Unexpired Leases of the Debtors that May be Assumed and Assigned [Docket No. 265] ("Amended Assumption, Assignment and Cure Notice"). In the Amended Assumption, Assignment and Cure Notice, the Debtors propose a cure amount of $728,036.29 be paid to Telaria.

## Objection to Amended Assumptions, Assignment and Cure Notice

4. According to Telaria's records, as of June 30, 2018, Videology or other Debtor affiliates owed the sum of $797,294.66 for past due amounts to Telaria.[2] Additional amounts will become due and owing because Telaria continues to provide services under the Agreement to Videology and its affiliates.

5. Pursuant to section 365(a)(1) of the Bankruptcy Code, Videology cannot assume and assign its contract with Telaria without curing all prepetition defaults and paying the full

---

[2] Supporting documentation for the past due amounts are available upon request to the undersigned counsel.


$797,294.66 due and owing to Telaria as of June 30, 2018, plus all additional amounts that become due and owing between June 30, 2018 and closing of the proposed sale.

WHEREFORE, for the foregoing reasons and any additional reasons stated at a hearing on this matter, the Debtors should be required to pay a cure amount of at least $797,294.66 (plus all amounts that become due between June 30, 2018 and closing of the proposed sale) in connection with the proposed assumption and assignment of the Agreement.

Dated: July 10, 2018                **MANNING GROSS + MASSENBURG LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 657-2100
Facsimile: (302) 657-2104
Email: mphillips@mgmlaw.com

*Attorneys for Telaria, Inc.*