# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Videology, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (BLS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 39, 164, 265** |

## OBJECTION OF COMSCORE, INC. TO PROPOSED CURE AMOUNT

ComScore, Inc. ("**comScore**"), by and through its undersigned counsel, hereby objects (the "**Objection**") to the proposed cure amount for its various contracts with the above-captioned debtors (the "**Debtors**") set forth in Exhibit A to the *Amended Notice to Counterparties to Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned* dated June 28, 2018 (the "**Contract Notice**") (Doc. No. 265). In support of this Objection, comScore respectfully states as follows:

### Background

1. ComScore and certain of the Debtors are parties to those certain contracts and related service orders more specifically identified on Exhibit A hereto (as supplemented, amended, and/or restated from time to time, the "**Contracts**"), pursuant to which comScore would generally provide services related to certain raw data feeds and unique deliverables to the Debtor on various audience measurement and consumer behavior and demographic metrics across digital, video, and other media, for Debtor's incorporation into its data management platform to permit third parties to apply such data to marketing campaigns and related services.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

Though the Contract Notice identifies several line items for contracts with comScore, there are only two master agreements: (i) Services Agreement dated November 6, 2008; and (ii) Master Data License Agreement dated August 17, 2015. There are several outstanding Service Orders, which are issued pursuant to, and supplement, the Service Agreement. The Debtors reference some of those Service Orders in the Contract Notice but each are listed on <u>Exhibit A</u> to this Objection.

2.    On May 10, 2018, the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

3.    On June 28, 2018, the Debtors filed the Contract Notice ahead of its scheduled auction, listing a proposed aggregate cure amount for five comScore contracts totaling $716,451.62 (the "**Proposed Cure Amount**"). In fact, according to comScore's records, the Debtors currently owe comScore $958,536.71 for pre- and post-petition work performed under the Contracts (the "**Amount Due**"). ComScore and the Debtors have been working to reconcile the discrepancy between the Proposed Cure Amount and the Amount Due and will continue to do so on a good faith basis.

**Argument**

4.    Section 365(a) of the Bankruptcy Code allows a debtor to assume an executory contract subject to court approval. *See* 11 U.S.C. § 365(a). However, as a condition for assumption, the debtor is required to cure all defaults existing under the contract. *Id.* at 365(b)(1)(A). *Cf. In re Zenith Indus. Corp.*, 319 B.R. 810, 815 (Bankr. D. Del. 2005) ("In order for a debtor to assume and assign an executory contract under § 365, a debtor is required to cure all defaults (including pre-petition defaults).").

5. ComScore does not object to the assumption of the Contracts, provided that the correct cure amount is paid as required by section 365 of the Bankruptcy Code.  However, the Debtors are seeking to assume the Contracts and to pay only the Proposed Cure Amount, which fails to cure the full amount owed to comScore.

6. ComScore submits that the entire Amount Due must be paid to comScore as the correct cure amount for purposes of assuming the Contracts under section 365 of the Bankruptcy Code.

7. ComScore reserves all rights that it may have with respect to the Contracts, including, without limitation, all rights and remedies available to it thereunder.  ComScore further reserves the right to supplement, modify, and/or amend this Objection in any way as and when it deems necessary or appropriate, including, without limitation, to assert other amounts owed with respect to the Contract.

**Notice**

8. This Objection has been served automatically through the Court's ECF system and on the following parties at the addresses set forth in the Contract Notice: (i) the Debtors; (ii) counsel for the Debtors; (iii) counsel to the Purchaser; (iv) counsel to the DIP Lender; (v) proposed counsel to the Committee; and (vi) the Office of the United States Trustee.

WHEREFORE, comScore respectfully requests that this Court deny the Debtors' request to assume the Contracts unless the full Amount Due is paid as the proper cure amount and grant such other relief as this Court deems appropriate.

| | |
|---|---|
| Dated:  July 11, 2018 | **POLSINELLI PC** |
| | |
| | /s/  *Christopher A. Ward* |
| | Christopher A. Ward (Del. Bar. No. 3877) |
| | 222 Delaware Avenue, Suite 1101 |
| | Wilmington, Delaware 19801 |
| | Tel:  (302) 252-0920 |
| | Fax: (302) 252-0921 |
| | Email:   cward@polsinelli.com |
| | |
| | -and- |
| | |
| | **SQUIRE PATTON BOGGS (US) LLP** |
| | Peter R. Morrison (*pro hac vice* pending) |
| | 4900 Key Tower |
| | 127 Public Square |
| | Cleveland, Ohio 44114 |
| | Tel:  (216) 479-8500 |
| | Fax: (216) 479-8780 |
| | Email:   peter.morrison@squirepb.com |
| | |
| | *Counsel for comScore, Inc.* |