# EXHIBIT A

## CONTRACT LIST AND AMOUNT DUE

| Contract Description | Contract Number | Counterparty | Invoice Nos. | Amount Due |
|---|---|---|---|---|
| Services Agreement (Master) | 08-11078 | TidalTV, Inc. (n/k/a Videology, Inc.) | | |
| -   Service Order | 15-12967-B/17-09061-A | Videology, Inc./Videology Media Technologies, LLC | 100-72293<br>100-73105<br>100-73751<br>100-74470<br>100-74865<br>100-76167-A<br>100-76838<br>100-77233 | $783,118.28 |
| -   Service Order | 16-10494 | Videology Media Technologies, LLC | 100-73806<br>100-74488 | $20,000.00 |
| -   Service Order | 16-11560 | Videology, Inc. | 100-73107 | $4,500.00 |
| -   Service Order | 17-03878 | Videology Media Technologies, LLC | 100-72404<br>100-73837<br>100-74510 | $30,000.00 |
| -   Service Order | 17-11281 | Videology, Inc. | 100-73108<br>100-76153-A<br>100-76153-B | $27,750.00 |
| -   Service Order | 17-12914 | Videology Media Technologies, LLC | 100-74654<br>100-75082<br>100-75543<br>100-76109-A<br>100-76109-B | $40,000.00 |
| -   Credit on account | | | 100-59729 | (3,519.66) |
| Master License Agreement (Rentrak) | | Videology, Inc. | INV40891<br>INV42844 | $60,000.00 |
| -   Credit memo and partial payment | | | | ($3,311.91) |
| **Total** | | | | **$958,536.71** |