IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VIDEOLOGY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (BLS)<br><br>Jointly Administered<br>Related to Docket Nos. 39 and 164 |

## NOTICE OF SUCCESSFUL BIDDER
## AND AUCTION RESULTS

PLEASE TAKE NOTICE that, on May 14, 2018, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Debtors' Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts, and (C) Granting Related Relief [Docket No. 39] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

PLEASE TAKE FURTHER NOTICE that, on June 5, 2018, the Court entered an order [Docket No. 164] (the "Bidding Procedures Order") approving certain relief requested in the Sale Motion, including bidding procedures, bid protections, sale-related dates and deadlines and various sale-related notices.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the auction for substantially all of the Debtors' assets (the "Auction") was held on July 13, 2018.

PLEASE TAKE FURTHER NOTICE that, upon completion of the Auction, Amobee, Inc. ("Amobee") was confirmed to be the Successful Bidder, with a purchase price, including Cash Consideration in the amount of $117,300,000.00, subject to adjustment pursuant to the Asset Purchase Agreement which adjustment as of the date hereof is projected to be approximately $16,100,000.00 for projected approximate Cash Consideration at closing of $101,200,000.00.

PLEASE TAKE FURTHER NOTICE that, ITV (Victor) Limited ("ITV") was confirmed to be the Back-Up Bidder with a final bid including Cash Consideration in the amount of $118,000,000.00.[3]

*[Remainder of Page Intentionally Left Blank]*

---

[3] With Bid Protections credit to which Amobee was entitled, ITV would have been required to bid $119,100,000.00 to continue bidding.

Dated: July 13, 2018

                        **COLE SCHOTZ P.C.**

                        /s/ Patrick J. Reilley

Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Counsel for Debtors and Debtors in Possession*