## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| VIDEOLOGY, INC., *et al.*,[1] | Case No. 18-11120 (BLS) |
| | Jointly Administered |
| Debtors. | **Related to Docket No. 348** |

### NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that, on July 17, 2018, the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts, and (C) Granting Related Relief* [Docket No. 348] (the "Sale Order"),[2] which approved the sale (the "Sale") of substantially all of the assets of the above-captioned debtors and debtors in possession (the "Debtors") to Amobee, Inc. (the "Buyer", and together with the Debtors, the "Parties").

**PLEASE TAKE FURTHER NOTICE** that, the Sale Order approved the certain Asset Purchase Agreement, dated as of May 4, 2018, as amended by the First Amendment to Asset Purchase Agreement, dated July 16, 2018, by and among the Debtors and the Buyer.

**PLEASE TAKE FURTHER NOTICE** that, on August 21, 2018, the Parties entered into a Second Amendment to Asset Purchase Agreement (the "Second Amendment"), which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, on August 21, 2018, the Sale Closing occurred.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales.  The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2]    Capitalized terms used but not defined herein shall have the meanings as set forth in the Sale Order.

Dated:  August 22, 2018

COLE SCHOTZ P.C.

Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD  21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Counsel for Debtors and
Debtors in Possession*

2