**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>VIDEOLOGY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (BLS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 30, 2018 AT 10:00 A.M. (ET) BEFORE THE HONORABLE BRENDAN L. SHANNON[2]**

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED.**

**ADJOURNED MATTER**

1. Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of RSM Restructuring Advisory LLP as UK Financial Advisors to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Engagement Agreement, and (III) Granting Related Relief (Filed June 11, 2018) (Docket No. 189)

   Objection Deadline: June 28, 2018 at 4:00 p.m.

   Responses Received: Informal comments by the Office of the United States Trustee and the DIP Lender.

   Status: This matter is adjourned to the September 20, 2018 hearing. This matter will not be going forward.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566), and Videology, Ltd., a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

[2] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

**CURE OBJECTIONS**

2. Notice of Hearing Regarding Cure Objections (Filed July 17, 2018) (Docket No. 350)

Related Documents:

a) Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned (Filed June 8, 2018) (Docket No. 183)

b) Amended Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned (Filed June 28, 2018) (Docket No. 265)

c) Notice of Successful Bidder and Auction Results (Filed July 13, 2018) (Docket No. 330)

d) Order (A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts, and (C) Granting Related Relief (Entered July 17, 2018) (Docket No. 348)

e) Notice of Sale Closing (Filed August 22, 2018) (Docket No. 413)

Objection Deadline: July 2, 2018 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on July 3, 2018 for SpotX, Inc., to 4:00 p.m. on July 12, 2018 for comScore and GroupM.

Responses Received:

a) Objection of FreeWheel Media Inc. to the Cure Amount Proposed in the Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May Be Assumed and Assigned (Filed July 2, 2018) (Docket No. 272)

b) Oracle's Limited Objection to and Reservation of Rights Regarding (1) Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors Assets, (B) Approving Stalking Horse Agreement and Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Debtors Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief ("Sale Motion"); and (2) Notice to Counterparties to Executory Contracts and Unexpired Leases of the

Debtors That May Be Assumed and Assigned ("Assumption Notice") and (3) Amended Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned ("Amended Notice") (Filed July 2, 2018) (Docket No. 274)

c) Limited Objection and Reservation of Rights of Salesforce.com, Inc. to the Possible Assumption and Assignment of Executory Contracts (Filed July 2, 2018) (Docket No. 275)

d) Declaration of Kevin Ramirez in Support of the Limited Objection and Reservation of Rights of Salesforce.com, Inc. to the Possible Assumption and Assignment of Executory Contracts (Filed July 2, 2018) (Docket No. 276)

e) Limited Objection and Reservation of Rights of Oath Inc. and Oath Holdings Inc. to the Possible Assumption and Assignment of Executory Contracts (Filed July 2, 2018) (Docket No. 277)

f) Declaration of Jerry Jacek in Support of the Limited Objection and Reservation of Rights of Oath Inc. and Oath Holdings Inc. to the Possible Assumption and Assignment of Executory Contracts (Filed July 2, 2018) (Docket No. 278)

g) Objection of Teads France SAS to Sale of Substantially All of the Debtors' Assets and to Proposed Cure Amount (Filed July 2, 2018) (Docket No. 282)

h) Objection of SpotX, Inc. to the Cure Amount Proposed in the Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned (Filed July 3, 2018) (Docket No. 287)

i) Objection of Telaria, Inc. to the Cure Amount Proposed in the Debtors' Notice to Counterparties to the Executory Contracts and Unexpired Leases of the Debtors that May Be Assumed and Assigned (Filed July 10, 2018) (Docket No. 319)

Status: The cure objections listed above were adjourned from the August 9, 2018 hearing. The above contracts are not identified as Purchased Contracts in Schedule 2.6 to the Second Amendment to the Asset Purchase Agreement [Docket No. 413]. Accordingly, they have not been assigned to the Purchaser and, therefore, it is not necessary to proceed forward with cure objections, all of which are moot. This matter will not be going forward.

**CERTIFICATIONS OF NO OBJECTION/CERTIFICATIONS OF COUNSEL**

3. Debtors' Motion for Order (I) Fixing Bar Date for Filing Certain Post-Petition Administrative Expense Claims and (II) Approving Form and Manner of Notice Thereof (Filed August 9, 2018) (Docket No. 397)

Related Documents:

a) Certification of Counsel Regarding Debtors' Motion for Order (I) Fixing Bar Date for Filing Certain Post-Petition Administrative Expense Claims and (II) Approving Form and Manner of Notice Thereof (Filed August 24, 2018) (Docket No. 418)

Objection Deadline: August 23, 2018 at 4:00 p.m.

Responses Received: Informal comments by the Office of the United States Trustee.

Status: A Certification of Counsel with a proposed Order was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

4. Debtors' Application for an Order (I) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP to Provide Tax Compliance and Consulting Services *Nunc Pro Tunc* to July 10, 2018, (II) Waiving Certain Time-Keeping Requirements of Local Rule 2016-2, and (III) Granting Related Relief (Filed August 9, 2018) (Docket No. 398)

Related Documents:

a) Certification of Counsel Regarding Debtors' Application for an Order (I) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP to Provide Tax Compliance and Consulting Services *Nunc Pro Tunc* to July 10, 2018, (II) Waiving Certain Time-Keeping Requirements of Local Rule 2016-2, and (III) Granting Related Relief (Filed August 24, 2018) (Docket No. 419)

Objection Deadline: August 23, 2018 at 4:00 p.m.

Responses Received: Informal comments by the Office of the United States Trustee.

Status: A Certification of Counsel with a proposed Order was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

Dated: August 24, 2018

**COLE SCHOTZ P.C.**

*/s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Counsel for Debtors and*
*Debtors in Possession*