## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| VIDEOLOGY, INC., *et al.*,[1] | : | Case No. 18-11120 (BLS) |
| Debtors. | : | Jointly Administered |

## NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS

**PLEASE TAKE NOTICE THAT:**

On May 10, 2018 (the "Petition Date"), the following debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"):

- Videology, Inc., Case No. 18-11120 (BLS)
- Collider Media, Inc., Case No. 18-11121 (BLS)
- Videology Media Technologies, LLC, Case No. 18-11122 (BLS)
- LucidMedia Networks, Inc., Case No. 18-11123 (BLS)
- Videology Ltd, Case No. 18-11124 (BLS)

On August 27, 2018, the Bankruptcy Court entered an order (the "Administrative Expense Claims Bar Date Order") [Docket No. 422] establishing **October 9, 2018 at 5:00 p.m.** (prevailing Eastern Time) (the "Administrative Expense Claims Bar Date") as the deadline for filing Administrative Claims (defined below) against the Debtors.

The Administrative Expense Claims Bar Date applies to claim arising under sections 503(b)(1) through (8) and 507(a)(2) of the Bankruptcy Code (each, an "Administrative Claim") against the Debtors that may have arisen, accrued or otherwise become due and payable at any time subsequent to the Petition Date but on or before August 30, 2018, which are not Excluded Claims (identified below). The following are Excluded Claims:

     a.     Claims by Draper Lending, LLC;

     b.     Claims by a Debtor in these Chapter 11 Cases against another Debtor;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Videology, Inc. (2191), Collider Media, Inc. (8602), Videology Media Technologies, LLC (6243), LucidMedia Networks, Inc. (8566) and Videology Ltd. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 500, Baltimore, MD 21230.

c.      Claims for fees payable to the Clerk of Court;

d.      Claims of professionals retained pursuant to sections 327, 328 and 1103 of the Bankruptcy Code and professionals retained by the Debtors in the ordinary course pursuant to an order of this Court approving the employment of ordinary course of business professionals;

e.      United States Trustee fees payable and unpaid under 28 U.S.C. § 1930;

f.      Administrative expense claims that have otherwise been allowed by an order of the Court;

g.      Administrative expense claims held by a person or entity that have been paid in full or otherwise satisfied pursuant to the Bankruptcy Code or in accordance with an order of the Court;

h.      Administrative expense claims based on liabilities incurred postpetition and paid by the Debtors, in the ordinary course of business; and

i.      Administrative expense claims held by a person or entity that has filed a motion or claim requesting allowance of such administrative expense claim prior to the date of this Motion.

The administrative expense claims covered by the Administrative Expense Claims Bar Date Order are hereafter referred to as "Administrative Claims."

**You should not file an Administrative Expense Proof of Claim if you do not hold an Administrative Claim. You should not file an Administrative Expense Proof of Claim form if you hold a pre-Petition Date Claim.  The fact that you received this Notice does not necessarily mean that you hold an Administrative Claim or that either the Debtors or the Bankruptcy Court believes that you hold an Administrative Claim. YOU SHOULD CONSULT WITH AN ATTORNEY TO DETERMINE YOUR RIGHTS.**

Pursuant to the terms of the Administrative Expense Claims Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, limited liability company, corporation, estate, trust or governmental unit) that holds or asserts an Administrative Claim must file a proof of claim form with original signature, substantially conforming to the Administrative Expense Proof of Claim form attached hereto and available at www.omnimgt.com/videology, so that such Administrative Expense Proof of Claim form is actually received by Omni Management Group, the Debtors' claims agent (the "Claims Agent"), on or before the Administrative Expense Claims Bar Date, as set forth below.  Administrative Expense Proof of Claim forms may be sent by first class mail, overnight delivery or via hand delivery, and must be sent/delivered to the following address:

2

**Videology, Inc., et al. Claims Processing**
**c/o Omni Management Group**
**5955 DeSoto Ave., Suite 100**
**Woodland Hills, CA 91367**

Creditors may also file claims electronically with Omni at the following website: http://omnimgt.com/videology/poc.  **Administrative Expense Proofs of Claim will be deemed timely filed only if <u>actually received</u> by Omni on or before the Administrative Expense Claims Bar Date.**

Any person or entity that wishes to receive a time-stamped copy by return mail must include an additional copy of the Administrative Expense Proof of Claim form and a self-addressed, postage-paid envelope.

Administrative Claims will be deemed timely filed only if actually received by the Claims Agent on or before the Administrative Expense Claims Bar Date.  Further, the Claims Agent is not authorized to accept any Administrative Expense Proof of Claim sent by facsimile, telecopy, e-mail, or other electronic submission, and such claims will not be deemed to be properly filed claims.

*If you have any questions relating to this Notice, contact Omni at 844-378-2132 or 818-906-8300 or videology@omnimgt.com*

**NEITHER THE ATTORNEYS FOR THE DEBTORS, NOR OMNI, NOR THE CLERK IS AUTHORIZED TO PROVIDE YOU WITH LEGAL ADVICE.**

57731/0003-16263872v1

Dated:  August 27, 2018

Respectfully submitted,

COLE SCHOTZ P.C.

Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD  21202
Telephone: (410) 230-0660
Facsimile:  (410) 528-9400
iwalker@coleschotz.com

*Counsel for Debtors and
Debtors in Possession*

57731/0003-16263872v1