## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| VG LIQUIDATION, INC., *et al.*,[1] | Case No. 18-11120 (BLS) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 581** |

## ORDER, PURSUANT TO SECTION 1121(d)
## OF THE BANKRUPTCY CODE, FURTHER EXTENDING THE
## EXCLUSIVE PERIODS WITHIN WHICH THE DEBTORS MAY FILE
## A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon consideration of the second motion (the "Motion")[2] of the debtors and debtors in

possession in the above-captioned chapter 11 cases for entry of an order pursuant to section

1121(d) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-2, extending

the Debtors' Exclusive Periods to file a chapter 11 plan and solicit acceptances thereof; and

upon consideration of all pleadings related thereto; and due and proper notice of the Motion

having been given; and it appearing that no other or further notice of the Motion is required;

that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157

and 1334 and the *Amended Standing Order*; that this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and that venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and

1409; and it further appearing that the relief requested in the Motion and provided for herein

is in the best interest of the Debtors, their estate, and their creditors; and after due deliberation

and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc. (8566), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 200, Baltimore, MD 21230.

[2]     Capitalized terms used but not identified herein shall have the meaning ascribed to such terms in the Motion.

1.      The Motion is GRANTED to the extent provided herein.

2.      The Debtors' Exclusive Periods are hereby extended for ninety (90) days through and including March 6, 2019 for the Debtors' Exclusive Filing Period and May 6, 2019 for the Debtors' Exclusive Solicitation Period.

3.      The entry of this order shall be without prejudice to the rights of the Debtors and their estates to seek further extensions of the Exclusive Periods or to seek other appropriate relief.

4.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: December 13, 2018
            Wilmington, Delaware

_____
BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

2