## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VG LIQUIDATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (BLS)<br><br>Jointly Administered<br><br>**Related to Docket No. 615** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2018 AT 2:00 P.M. (ET) BEFORE THE HONORABLE BRENDAN L. SHANNON[3]

### CERTIFICATIONS OF NO OBJECTION/CERTIFICATIONS OF COUNSEL

1.  Debtors' Second Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for an Order Extending Debtors' Time to File Notices of Removal of Claims and Causes of Action (Filed November 21, 2018) (Docket No. 580)

    Related Documents:

    a) Certification of No Objection Regarding Debtors' Second Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for an Order Extending Debtors' Time to File Notices of Removal of Claims and Causes of Action (Filed December 11, 2018) (Docket No. 606)

    b) **Order Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action (Entered December 13, 2018) (Docket No. 617)**

    Objection Deadline: December 10, 2018 at 4:00 p.m.

    Responses Received: None.

    Status: **The Court entered an Order granting the Motion. The matter will not be going forward.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc. (8566), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 200, Baltimore, MD 21230.

[2] **Amendments appear in bold print.**

[3] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

57731/0003-16590007v2

2.  Debtors' Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (Filed November 21, 2018) (Docket No. 581)

    Related Documents:

    a)  Certification of No Objection Regarding Debtors' Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (Filed December 11, 2018) (Docket No. 607)

    b)  **Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (Entered December 13, 2018) (Docket No. 616)**

    Objection Deadline: December 10, 2018 at 4:00 p.m.

    Responses Received: None.

    Status: **The Court entered an Order granting the Motion. The matter will not be going forward.**

**MATTERS GOING FORWARD**

3.  Debtors' Motion for Allocation of Proceeds from the Sale of Substantially All of the Debtors Assets (Filed November 21, 2018) (Docket No. 582)

    Related Documents:

    Objection Deadline: December 10, 2018 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended until December 11, 2018 for the Official Committee of Unsecured Creditors, GroupM UK Digital Ltd. and Sky (UK) Limited, and until December 12, 2018 for CRG Financial LLC.

    Responses Received:

    a)  Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Motion for Allocation of Proceeds from the Sale of Substantially All of the Debtors Assets (Filed December 11, 2018) (Docket No. 605)

    b)  Preliminary Objection of GroupM UK Digital Ltd. to Debtors' Motion for Allocation of Proceeds From the Sale of Substantially All of the Debtors' Assets (Filed December 10, 2018) (Docket No. 611)

c)   Joinder of Sky (UK) Limited to the Preliminary Objection of GroupM UK Digital Ltd. to the Debtors' Motion for Allocation of Proceeds From the Sale of Substantially All of the Debtors' Assets (Filed December 11, 2018) (Docket No. 612)

d)   Reservation of Rights of CRG Financial LLC to Debtors' Motion for Allocation of Proceeds From the Sale of Substantially All of the Debtors' Assets (Filed December 12, 2018) (Docket No. 614)

e)   **[Ad Hoc Group of Certain Convertible Promissory Noteholders'] Reservation of Rights With Respect to Motion for Allocation of Proceeds From the Sale of Substantially All of the Debtors' Assets and the Objections Filed in Response to the Motion (Filed December 14, 2018) (Docket No. 621)**

Status:   This matter will go forward as a status conference. The Debtors intend to request the appointment of a mediator.

Dated: December 14, 2018

COLE SCHOTZ P.C.

*/s/ Patrick J. Reilley*

Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
Katherine M. Devanney (No. 6356)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com
kdevanney@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Counsel for Debtors and Debtors in Possession*