# SIGN-IN SHEET

**Case Name:** VG Liquidation  
**Case No.** 18-11120  
**Courtroom No. 1 - Judge Shannon**  
**Date:** 12/17/18

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Eric Goldstein | Cole Schotz | Debtors |
| David Dean | " " | |
| Katie Devaney | " " | |
| R. Craig Martin | DLA Piper LLP (US) | Noteholder |
| Dale Cathell | " | " |
| Michael Klein | Cooley LLP | Committee |
| Katherine Good | Whiteford Taylor & Preston LLC | " |
| Eric Monzo | Morris James | CEEG Financial |
| Karen Owens | Ashby + Geddes | Sky (UK) Ltd |

# Court Conference

**Calendar Date:** 12/17/2018
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

#1

Amended Calendar   Dec 17 2018   9:41AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9492805 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, David L. Buchbinder / LIVE |
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9497304 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9495758 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9452306 | Stephen Lam | (646) 863-7157 ext. | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9492497 | Catherine LoTempio | (212) 574-1632 ext. | Seward & Kissel LLP | Creditor, Sky UK Limited / LIVE |
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9497776 | John A. Morris | (212) 561-7760 ext. | Pachulski Stang Ziehl & Jones | Creditor, Group M / LIVE |
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9497330 | Bryant Oberg | (201) 896-6100 ext. | Hain Capital Group, LLC | Claims Representative, Bryant Oberg / LISTEN ONLY |
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9497332 | Lawrence Park | (201) 266-6988 ext. | CRG Financial, LLC | Creditor, CRG Financial / LISTEN ONLY |
| | | VG Liquidation, Inc., et al. | 18-11120 | Hearing | 9489960 | Edward Waters | (203) 829-9285 ext. | Rocky Point Claims, LLC | Interested Party, Rocky Point Claims, LLC / LISTEN ONLY |