**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| VG LIQUIDATION, INC., *et al.*,[1] | Case No. 18-11120 (BLS) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 864** |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR TELEPHONIC HEARING ON APRIL 29, 2019 AT 9:30 A.M. (ET)**
**BEFORE THE HONORABLE BRENDAN L. SHANNON**

> **The hearing is a telephonic hearing. Any person who wishes to participate in the telephonic hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.**

**MATTERS SCHEDULED**

1.  Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (I) Approving the Plan Settlement Agreement By and Between the Debtors, the Official Committee of Unsecured Creditors, GroupM UK Digital Ltd. and Sky UK Limited and Certain of Their Affiliates, and the Ad Hoc Committee of Certain Convertible Promissory Noteholders, and (II) Staying and Overruling the Claim Objections and Related Proceedings Filed by CRG Financial LLC as Moot (Filed April 12, 2019) (Docket No. 819)

    Related Documents:

    (a)  Debtors' Motion to Set Hearing and Objection Deadline With Respect to Debtors' Motion for Order Staying Claim Objections and Related Proceedings Filed By CRG Financial LLC (Filed April 15, 2019) (Docket No. 823)

    (b)  Joinder of Ad Hoc Group of Certain Convertible Promissory Noteholders to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Orders (I) Approving the Plan Settlement Agreement By and Between the Debtors, the Official Committee of Unsecured Creditors, GroupM UK Digital Ltd. and Sky UK Limited and

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc. (8566), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 1500 Whetstone Way, Suite 200, Baltimore, MD 21230.

[2]    **Amendments appear in bold print.**

Certain of Their Affiliates, and the Ad Hoc Committee of Certain Convertible Promissory Noteholders, and (II) Staying and Overruling the Claim Objections and Related Proceedings Filed by CRG Financial LLC as Moot (Filed April 15, 2019) (Docket No. 825)

(c)     Reply in Further Support of Debtors' Motion to Set Hearing and Objection Deadline With Respect to Debtors' Motion for Order Staying Claim Objections and Related Proceedings Filed By CRG Financial LLC (Filed April 16, 2019) (Docket No. 829)

(d)     Notice of Telephonic Hearing on April 29, 2019 at 9:30 a.m. (ET) (Filed April 17, 2019) (Docket No. 832)

(e)     **CRG Financial LLC's Motion to Compel Debtor VG Liquidation, Inc., to Amend Schedule F for VG Liquidation, Inc., With Respect to Preferred Stockholder Claims (Filed April 9, 2019) (Docket No. 795)**

(f)     **Debtors' Response to CRG Financial LLC's Motion to Compel Debtor VG Liquidation, Inc., to Amend Schedule F for VG Liquidation, Inc., With Respect to Preferred Stockholder Claims (Filed April 26, 2019) (Docket No. 872)**

Objection Deadline:  N/A

Responses Received:

(a)     CRG Financial LLC's Objection to Debtors' Motion to Set Hearing and Objection Deadline With Respect to Debtors' Motion for Order Staying Claims Objections and Related Proceedings Filed By CRG Financial LLC (Filed April 16, 2019) (Docket No. 826)

(b)     CRG Financial LLC's (I) Preliminary Objection to Plan Settlement Motion and (II) Motion for Extension of Objection Deadline and Adjournment of Hearing on Plan Settlement Motion (Filed April 17, 2019) (Docket No. 831)

Status:     This matter is scheduled for a telephonic hearing.

57731/0003-17227946v1

2.    CRG Financial LLC's (I) Preliminary Objection to Plan Settlement Motion and (II) Motion for Extension of Objection Deadline and Adjournment of Hearing on Plan Settlement Motion (Filed April 17, 2019) (Docket No. 831) (the "Motion to Adjourn")

Related Documents:

(a)    Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (I) Approving the Plan Settlement Agreement By and Between the Debtors, the Official Committee of Unsecured Creditors, GroupM UK Digital Ltd. and Sky UK Limited and Certain of Their Affiliates, and the Ad Hoc Committee of Certain Convertible Promissory Noteholders, and (II) Staying and Overruling the Claim Objections and Related Proceedings Filed by CRG Financial LLC as Moot (Filed April 12, 2019) (Docket No. 819)

(b)    CRG Financial LLC's Motion to Set Hearing and Objection Deadline With Respect to CRG Financial LLC's (I) Preliminary Objection to Plan Settlement Motion and (II) Motion for Extension of Objection Deadline and Adjournment of Hearing on Plan Settlement Motion (Filed April 17, 2019) (Docket No. 833)

(c)    Order Setting Hearing and Objection Deadline With Respect to CRG Financial LLC's (I) Preliminary Objection to Plan Settlement Motion and (II) Motion for Extension of Objection Deadline and Adjournment of Hearing on Plan Settlement Motion (Entered April 17, 2019) (Docket No. 834)

(d)    Notice of Hearing With Respect to CRG Financial LLC's Motion for Extension of Objection Deadline and Adjournment of Hearing on Plan Settlement Motion (Filed April 18, 2019) (Docket No. 841)

(e)    Joinder of the Joinder Parties in CRG Financial LLC's Substantive Objection to Claim Nos. 106 and 146 Filed by New Enterprise Associates 12, Limited Partnership and CRG Financial LLC's (I) Preliminary Objection to Plan Settlement Motion and (II) Motion for Extension of Objection Deadline and Adjournment of Hearing on Plan Settlement Motion (Filed April 19, 2019) (Docket No. 852)

(f)    Joint Motion to Approve Settlement and Compromise of Controversy with Certain Former Directors and Officers of the Debtors (Filed April 24, 2019) (Docket No. 863) (the "D&O Motion")

Objection Deadline:  April 26, 2019 at 4:00 a.m. (ET)

Responses Received:

(a)    **Debtors' Opposition to CRG Financial LLC's Motion for Adjournment of Hearing on Settlement Motions (Filed April 26, 2019) (Docket No. 870)**

3

     **(b)**     **Statement of the Official Committee of Unsecured Creditors in Support of Plan Settlement Motion and in Opposition to CRG's Preliminary Objection and Request for Adjournment (Filed April 26, 2019) (Docket No. 871)**

Status:     This matter will be going forward as to the Motion to Adjourn.  CRG Financial LLC has requested that the Motion to Adjourn be heard with respect to the D&O Motion filed on April 24, 2019.  Subject to the Court's approval, the Debtors have agreed and have no objection to the Motion to Adjourn being heard with the respect to the D&O Motion too.

Dated:  April **26**, 2019                           **COLE SCHOTZ P.C.**

                                       */s/ G. David Dean*
                                       Patrick J. Reilley (No. 4451)
                                       G. David Dean (No. 6403)
                                       Katherine M. Devanney (No. 6356)
                                       500 Delaware Avenue, Suite 1410
                                       Wilmington, DE 19801
                                       Telephone: (302) 652-3131
                                       Facsimile: (302) 652-3117
                                       preilley@coleschotz.com
                                       ddean@coleschotz.com
                                       kdevanney@coleschotz.com

                                       - and -

                                       Irving E. Walker
                                       300 E. Lombard Street, Suite 1450
                                       Baltimore, MD  21202
                                       Telephone: (410) 230-0660
                                       Facsimile: (410) 528-9400
                                       iwalker@coleschotz.com

                                       *Counsel for Debtors and*
                                       *Debtors in Possession*