## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| VG LIQUIDATION, INC., *et al.*,[1] | Case No. 18-11120 (BLS) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 951** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 15, 2019 AT 1:30 P.M. (ET)
## BEFORE THE HONORABLE BRENDAN L. SHANNON[3]

## WITHDRAWN MATTER

1.　　Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (I) Approving the Plan Settlement Agreement By and Between the Debtors, the Official Committee of Unsecured Creditors, GroupM UK Digital Ltd. and Sky UK Limited and Certain of Their Affiliates, and the Ad Hoc Committee of Certain Convertible Promissory Noteholders, and (II) Staying and Overruling the Claim Objections and Related Proceedings Filed by CRG Financial LLC as Moot (Filed April 12, 2019) (Docket No. 819)

　　Related Documents:

　　　　(a)　　Joinder of Ad Hoc Group of Certain Convertible Promissory Noteholders to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Orders (I) Approving the Plan Settlement Agreement By and Between the Debtors, the Official Committee of Unsecured Creditors, GroupM UK Digital Ltd. and Sky UK Limited and Certain of Their Affiliates, and the Ad Hoc Committee of Certain Convertible Promissory Noteholders, and (II) Staying and Overruling the Claim Objections and Related Proceedings Filed by CRG Financial LLC as Moot (Filed April 15, 2019) (Docket No. 825)

---

[1]　　The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc. (8566), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales.  The address of the Debtors' corporate headquarters is 145 West Ostend Street, Suite 623, Baltimore, MD 21230.

[2] **Amendments appear in bold print.**

[3]　　The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

(b)     Statement of the Official Committee of Unsecured Creditors in Support of Plan Settlement Motion and in Opposition to CRG's Preliminary Objection and Request for Adjournment (Filed April 26, 2019) (Docket No. 871)

(c)     Joinder of GroupM UK Digital Ltd. to Debtor's Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Orders (I) Approving the Plan Settlement Agreement By and Between the Debtors, the Official Committee of Unsecured Creditors, GroupM UK Digital Ltd. and Sky UK Limited and Certain of Their Affiliates, and the Ad Hoc Committee of Certain Convertible Promissory Noteholders, and (II) Staying and Overruling the Claim Objections and Related Proceedings Filed By CRG Financial LLC as Moot (Filed April 26, 2019) (Docket No. 877)

(d)     Notice of Withdrawal of Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (I) Approving the Plan Settlement Agreement By and Between the Debtors, the Official Committee of Unsecured Creditors, GroupM UK Digital Ltd. and Sky UK Limited and Certain of Their Affiliates, and the Ad Hoc Committee of Certain Convertible Promissory Noteholders, and (II) Staying and Overruling the Claim Objections and Related Proceedings Filed by CRG Financial LLC as Moot (Filed May 13, 2019) (Docket No. 950)

Objection Deadline:  April 26, 2019 at 4:00 p.m. (ET).  Extended to 4:00 p.m. on May 8, 2019 for CRG Financial LLC.

Responses Received:

(a)     CRG Financial LLC's (I) Preliminary Objection to Plan Settlement Motion and (II) Motion for Extension of Objection Deadline and Adjournment of Hearing on Plan Settlement Motion (Filed April 17, 2019) (Docket No. 831)

Status:     The Motion is withdrawn, without prejudice, pursuant to a settlement reached with CRG Financial LLC on the terms of an amended plan.  This matter is moot.

## CERTIFICATES OF NO OBJECTION/CERTIFICATIONS OF COUNSEL

2.     Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded and (II) Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed April 15, 2019) (Docket No. 824)

Related Documents:

(a)     Notice of Filing Corrected Exhibit 1 Regarding Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded and

2

(II) Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed May 2, 2019) (Docket No. 920)

(b)      Certificate of No Objection Regarding Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded and (II) Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed May 10, 2019) (Docket No. 937)

(c)      **Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded and (II) Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Entered May 13, 2019) (Docket No. 952)**

Response Deadline:  May 8, 2019 at 4:00 p.m. (ET)

Responses Received:  None.

Status:      **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

3.      Joint Motion to Approve Settlement and Compromise of Controversy with Certain Former Directors and Officers of the Debtors (Filed April 24, 2019) (Docket No. 863)

Related Documents:

(a)      Certification of Counsel Regarding Joint Motion to Approve Settlement and Compromise of Controversy with Certain Former Directors and Officers of the Debtors (Filed May 13, 2019) (Docket No. 949)

(b)      **Order Granting Joint Motion to Approve Settlement and Compromise of Controversy with Certain Former Directors and Officers of the Debtors (Entered May 13, 2019) (Docket No. 953)**

Objection Deadline:  May 8, 2019 at 4:00 p.m. (ET)

Responses Received:  None.

Status:      **The Court entered an Order granting the Motion..  This matter will not be going forward.**

**MATTER GOING FORWARD**

4.      Debtors' Motion for Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief (Filed April 10, 2019) (Docket No. 804)

Related Documents:

(a)      Joint Chapter 11 Plan of Liquidation of the Plan Debtors (Filed April 10, 2019) (Docket No. 802)

(b)      Disclosure Statement for Joint Chapter 11 Plan of Liquidation of the Plan Debtors (Filed April 10, 2019) (Docket No. 803)

(c)      **Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors (Filed May 14, 2019) (Docket No. 963)**

(d)      **Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors (Filed May 14, 2019) (Docket No. 965)**

(e)      **Notice of Filing of Blacklines to (I) Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors and (II) Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors (Filed May 14, 2019) (Docket No. 967)**

(f)      **Notice of Filing Revised Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief (Filed May 14, 2019) (Docket No. 968)**

Objection Deadline:  May 8, 2019 at 4:00 p.m. (ET)

4

Responses Received:  Informal comments from the Office of the United States Trustee

Status:         **This matter will be going forward.  The Debtors filed a revised
                proposed Order (along with an amended disclosure statement and
                amended plan) to incorporate the terms of the settlement reached
                with CRG Financial LLC and to address informal comments by the
                Office of the United States Trustee.**


Dated:  May **14**, 2019                         **COLE SCHOTZ P.C.**

                                        */s/ Patrick J. Reilley*
                                        G. David Dean (No. 6403)
                                        Patrick J. Reilley (No. 4451)
                                        Katherine M. Devanney (No. 6356)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, DE 19801
                                        Telephone: (302) 652-3131
                                        Facsimile: (302) 652-3117
                                        ddean@coleschotz.com
                                        preilley@coleschotz.com
                                        kdevanney@coleschotz.com

                                        - and -

                                        Irving E. Walker
                                        300 E. Lombard Street, Suite 1450
                                        Baltimore, MD  21202
                                        Telephone: (410) 230-0660
                                        Facsimile: (410) 528-9400
                                        iwalker@coleschotz.com

                                        *Counsel for Debtors and
                                        Debtors in Possession*