## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| VG LIQUIDATION, INC., *et al.*,[1] | Case No. 18-11120 (JTD) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 21, 2019 AT 10:00 A.M. (ET)
## BEFORE THE HONORABLE JOHN T. DORSEY[2]

### STATUS CONFERENCE

1.      Order Scheduling an In-Court Status Conference (Entered June 13, 2019) (Docket No. 1048)

         Status:  At the Court's direction, a status conference will go forward.


Dated:  June 19, 2019                    **COLE SCHOTZ P.C.**

                                         */s/ Patrick J. Reilley*
                                         Patrick J. Reilley (No. 4451)
                                         G. David Dean (No. 6403)
                                         Katherine M. Devanney (No. 6356)
                                         500 Delaware Avenue, Suite 1410
                                         Wilmington, DE 19801
                                         Telephone: (302) 652-3131
                                         Facsimile: (302) 652-3117
                                         preilley@coleschotz.com
                                         ddean@coleschotz.com
                                         kdevanney@coleschotz.com

                                         - and -

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc. (8566), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales.  The address of the Debtors' corporate headquarters is 145 West Ostend Street, Suite 623, Baltimore, MD 21230.

[2]      The hearing will be held before The Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

57731/0003-17472361v1

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD  21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Counsel for Debtors and*
*Debtors in Possession*