IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> VG LIQUIDATION, INC., et al., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 18-11120 (JTD) <br> (Jointly Administered) <br><br> **Re: D.I. 978** |

**PRELIMINARY OBJECTION TO CONFIRMATION OF AMENDED**
**JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE PLAN DEBTORS**

J.H. Lane Partners Master Fund, LP, Contrarian Funds, LLC, and Rocky Point Claims LLC (collectively, the "Objecting Creditors"), creditors and parties in interest in the above-captioned jointly administered chapter 11 cases of VG Liquidation, Inc. (f/k/a Videology, Inc.) ("VG Inc.") and its debtor subsidiaries (collectively, the "Debtors"), including VG MT Liquidation (f/k/a Videology Media Technologies, LLC) ("VMT") and VG Liquidation Ltd. (f/k/a Videology Ltd.) ("VG Ltd.," and together with VG Inc. and VMT, the "Plan Debtors"), by and through their undersigned counsel, hereby file this preliminary objection (this "Preliminary Objection") to confirmation of the *Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019* (the "Plan") [D.I. 978] jointly filed by the Plan Debtors.  In support of this Preliminary Objection, the Objecting Creditors respectfully represent as follows:

**PRELIMINARY OBJECTION**

1. The Plan proposed by the Plan Debtors should not be confirmed as to VMT for the reasons set forth below.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc.(8566) and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales.  The address of the Debtor's corporate headquarters is 1500 Whetstone Way, Suite 500, MD 21230.

{00025945. }

2. First, the Plan treats the claims of CRG Financial LLC ("CRG") against VMT more favorably than other general unsecured claims in the same class (Class 2C – General Unsecured Claims Against VMT), in violation of section 1123(a)(4) of title 11 of the United States Code (the "Bankruptcy Code").  The Plan does not provide the same treatment for each claim in Class 2C.

3. Second, if VMT is unable to obtain votes accepting the Plan from at least two-thirds in amount of the holders of Class 2C claims voting in Class 2C, then the Plan as to VMT may not be confirmed.  Class 2C is the only impaired class under the Plan as it relates to creditors of VMT, and the failure of VMT to obtain the acceptance of the Plan by an impaired accepting class would fail to satisfy section 1129(a)(10) of the Bankruptcy Code, rendering the Plan unconfirmable.  Moreover, CRG's anticipated vote in favor of the Plan as a creditor of VMT, after CRG previously opposed the Debtors' proposed plan settlement in its original form as presented to the Court on April 12, 2019, should be deemed to be a vote by an insider, because the Plan provides that CRG has contracted to sell its claims to the Purchasing Noteholders (as defined in the Plan), who are insiders of the Debtors.

4. Third, the Plan cannot be confirmed because the Plan Settlement (as that term is defined in the Plan), which forms the cornerstone of the Plan, is not fair and equitable and not in the best interests of the creditors of VMT, and therefore should not be approved.

5. Lastly, the Plan cannot be confirmed because it is not in the best interest of general unsecured creditors of VMT, who would receive less under the Plan than they would receive in a case under chapter 7 of the Bankruptcy Code, in violation of section 1129(a)(7).

**RESERVATION OF RIGHTS**

6. The Objecting Creditors hereby expressly reserve, and do not waive, their rights to supplement or amend this Preliminary Objection, to file additional objections to confirmation of

the Plan, and to seek discovery with respect to issues that may be raised regarding confirmation of the Plan.

WHEREFORE, based on all of the foregoing, the Objecting Creditors respectfully request that this Court deny confirmation of the Plan, and grant the Objecting Creditors such other and further relief as the Court deems just and proper.

Dated: June 19, 2019
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*Frederick B. Rosner*
Frederick B. Rosner (No. 3995)
Zhao (Ruby) Liu (No. 6436)
The Rosner Law Group LLC
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

and

Paul A. Rubin, Esq.
Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel.: (212) 390-8054
Fax: (212) 390-8064
Email: prubin@rubinlawllc.com

*Counsel for J.H. Lane Partners Master Fund, LP, Contrarian Funds, LLC, and Rocky Point Claims LLC*