## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VG LIQUIDATION, INC., et al., | Case No. 18-11120 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## AMENDED NOTICE OF DEPOSITION OF SCOTT FERBER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, J.H. Lane Partners Master Fund, LP, Contrarian Funds, LLC, and Rocky Point Claims LLC (collectively, the "Objecting Creditors"), through their undersigned counsel, will take the deposition upon oral examination of Scott Ferber, relating to the contested matter arising from the confirmation of the *Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15,* [ECF No. 978] and the Objecting Creditors' objection thereto, which deposition is to be recorded by video and stenographic means before an officer competent to do so under Rule 28 of the Federal Rules of Civil Procedure, to be used for all purposes permitted under the Federal Rules of Civil Procedure, at The Rosner Law Group LLC, 824 N. Market St., Suite 810, Wilmington, Delaware 19801, commencing at **11:00 a.m. (Eastern time) on July 19, 2019**, and continuing day to day thereafter until completed.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc.(8566) and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales.  The address of the Debtor's corporate headquarters is 1500 Whetstone Way, Suite 500, MD 21230.

Dated:  July 15, 2019
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (No. 3995)
The Rosner Law Group LLC
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
rosner@teamrosner.com

and

Paul A. Rubin, Esq.
Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel.: (212) 390-8054
Fax: (212) 390-8064
Email: prubin@rubinlawllc.com

*Counsel for J.H. Lane Partners Master Fund, LP,
Contrarian Funds, LLC, and Rocky Point Claims
LLC*