## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VG Liquidation, Inc., *et al.*,[1] | : | Case No. 18-11120 (KTD) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **Re:  D.I. 984** |

## DECLARATION OF PAUL DEUTCH REGARDING TABULATION OF BALLOTS FOR ACCEPTING OR REJECTING THE AMENDED JOINT CHAPTER 11 PLAN OF THE PLAN DEBTORS AS OF MAY 15, 2019

I, Paul Deutch, hereby declare as follows:

1.      I am a Senior Vice President of Omni Management Group ("Omni"), which has offices located at 1120 Avenue of the Americas, Suite 100, New York, NY 10036. I am duly authorized to submit this Declaration on behalf of Omni.

2.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  As to statements of facts of which I do not have direct personal knowledge, I understand and believe them to be true based upon information gathered from other employees of Omni and my review of relevant documents and Court pleadings, and as to statements that represent opinions, I believe that I am qualified to offer such opinions.  If called upon as a witness, I could and would competently testify as to all of the matters stated herein.

---

1. The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc. (8566), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales.

3.      I submit this Declaration in connection with the tabulation of votes to accept or reject the *Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019* [D.I. 978] (the "Plan").

4.      On May 15, 2018, Debtor's counsel filed the *Debtors' Application for An Entry Of An Order (I) Authorizing The Debtors To Employ and Retain Omni Management Group as Administrative Agent Nunc Pro Tunc to The Petition Date And (II) Granting Related Relief* [D.I. 51] (the "Retention Motion"), requesting approval to appoint Omni as the Administrative Agent for the Debtors.  On June 4, 2018, the Court entered an Order granting the Retention Motion [D.I. 152].

5.      On May 15, 2019, the Court entered the *Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections  to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting  and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief* [D.I. 984] (the "Scheduling and Disclosure Statement Order").[2]  Pursuant to the Scheduling and Disclosure Statement Order, the Court established certain solicitation procedures ("Solicitation Procedures") to solicit votes to accept or reject the Plan and tabulate Ballots.

6.      In accordance with the Solicitation Procedures, Omni worked closely with counsel to the Debtors to identify the holders of claims entitled to vote on the Plan. Omni subsequently

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Scheduling and Disclosure Statement Order.

transmitted the Solicitation Package to the holders of Claims in Classes 2A, 2B and 2C; the only Classes entitled to vote on the Plan.

7.      For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the Scheduling and Disclosure Statement Order.  Specifically, the Ballot must have been marked either to accept or reject the Plan and must have been executed by the party, or such party's representative, that holds a Claim or Interest in a Class that is entitled to vote on the Plan.

8.      All completed Ballots were required to be sent by mail, overnight courier or personal delivery to the following address: Videology, Inc., et al. Ballot Processing, c/o Omni Management Group, 5955 De Soto Ave., Suite 100, Woodland Hills, CA  91367, which address was listed on the Ballots, respectively, so as to be actually received by Omni no later than June 28, 2019, subject to the Debtors' right to extend the deadline pursuant to the Scheduling and Disclosure Statement Order (the "Voting Deadline").

9.      I hereby certify that attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C** are detailed ballot tabulation reports (together, the "Ballot Reports") of all Ballots received by the Voting Deadline from the holders of Claims in Classes 2A, 2B and 2C (the "Counted Ballots"). Copies of all Ballots received by Omni in connection with the Plan are available for inspection upon request of a party in interest.  The chart below is the final tabulation of votes cast by timely and properly completed Ballots.

| Class 2A – VG Liquidation Inc. General Unsecured Claims (Inc) | | Result |
|---|---|---|
| **Ballots Received** | **69** votes accepting the Plan<br>**3** votes rejecting the Plan | **Accept** |
| **Acceptance** | **95.83%** in number of votes accepting the Plan<br>**99.38%** in dollar amount accepting the Plan<br>($55,765,236.43) | |
| **Rejection** | **4.17%** in number of votes rejecting the Plan | |

| | **0.62%** in dollar amount rejecting Plan ($345,121.62) | |
|---|---|---|
| **Class 2B – VG Liquidation Ltd. General Unsecured Claims (Ltd)** | | **Result** |
| **Ballots Received** | **28** votes accepting the Plan<br>**1** vote rejecting the Plan | **Accept** |
| **Acceptance** | **96.55%** in number of votes accepting the Plan<br>**99.67%** in dollar amount accepting the Plan ($35,445,391.31) | |
| **Rejection** | **3.45%** in number of votes rejecting the Plan<br>**0.33%** in dollar amount rejecting Plan ($117,204.73) | |
| **Class 2C – VG MT Liquidation Ltd. General Unsecured Claims (VMT)** | | **Result** |
| **Ballots Received** | **26** votes accepting the Plan<br>**7** votes rejecting the Plan | **Accept** |
| **Acceptance** | **78.79%** in number of votes accepting the Plan<br>**76.46%** in dollar amount accepting the Plan ($11,859,467.09) | |
| **Rejection** | **21.21%** in number of votes rejecting the Plan<br>**23.54%** in dollar amount rejecting Plan ($3,650,521.27) | |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.  Executed on this 15th day of July, 2019, at New York, New York.

July 15, 2019

*/s/ Paul D. Deutch*
Paul Deutch
Senior Vice President
Omni Management Group

# Exhibit A

# Debtor: VG Liquidation Inc.
**Case No. 18-11120**
**Claims Ballot Detail Results**
**Class 2A - General Unsecured Claims (Inc.)**

| Class Summary | Voting Outcome: | Accepted |
|---|---|---|

| | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 78 | 72 | 69 | 3 | 6 |
| Vote %: | | | 95.83% | 4.17% | |
| Amt: | | $56,110,358.05 | $55,765,236.43 | $345,121.62 | |
| Amt %: | | | 99.38% | 0.62% | |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out D&O Settlement | Comment |
|---|---|---|---|---|---|---|---|---|
| | 2050 | C68 | 6/24/2019 | $92,552.16 | $92,552.16 | Accept | ☐ | |
| ADAM SCHUR | 2120 | C117 | 6/24/2019 | $60,901.53 | $60,901.53 | Accept | ☐ | |
| ADCOLONY INC. | 1971 | C24 | 6/28/2019 | $30,748.74 | $30,748.74 | Reject | ☐ | |
| ALICE NEEDLE FAMILY LIMITED PARTNERSHIP | 1644 | S2387 | 6/21/2019 | $255,000.00 | $255,000.00 | Accept | ☐ | |
| ASSOCIATED NEWSPAPERS LTD. | 2074 | C84 | 6/10/2019 | $1.00 | $1.00 | Accept | ☐ | |
| B. THOMAS MANSBACH | 2092 | C94 | 6/10/2019 | $235,447.47 | $235,447.47 | Accept | ☐ | |
| BELL MEDIA INC. | 2073 | C83 | 6/27/2019 | $229,528.44 | $229,528.44 | Accept | ☐ | |
| BOULDER VENTURES V, L.P. | 2119 | C118 | 6/24/2019 | $381,928.49 | $381,928.49 | Accept | ☐ | |
| BRIAN ROZEN | 2121 | C119 | 6/24/2019 | $228,380.73 | $228,380.73 | Accept | ☐ | |
| CADENT NETWORK, LLC | 2531 | C99 | 6/24/2019 | $286,705.85 | $286,705.85 | Accept | ☑ | |
| CATALYST INVESTORS III, L.P. | 2140 | C145 | 6/24/2019 | $411,735.68 | $411,735.68 | Accept | ☐ | |
| CATALYST INVESTORS QP III, L.P. | 2149 | C150 | 6/24/2019 | $5,704,407.23 | $5,704,407.23 | Accept | ☐ | |
| COMCAST VENTURES, LP | 2143 | C144 | 6/24/2019 | $6,177,497.85 | $6,177,497.85 | Accept | ☐ | |
| CONTRARIAN FUNDS, LLC | 2687 | C69 | 6/27/2019 | $313,088.88 | $313,088.88 | Reject | ☐ | |
| CRG FINANCIAL LLC | 2677 | C15 | 6/24/2019 | $34,625.00 | $34,625.00 | Accept | ☐ | |
| CRG FINANCIAL LLC | 2658 | S2014 | 6/24/2019 | $176,324.34 | $176,324.34 | Accept | ☐ | |

OMNI MANAGEMENT GROUP
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: VG Liquidation Inc.
## Case No. 18-11120
## Claims Ballot Detail Results
## Class 2A - General Unsecured Claims (Inc.)

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out D&O Settlement | Comment |
|---|---|---|---|---|---|---|---|---|
| CRG FINANCIAL LLC AS ASSIGNEE OF TECH USA, INC | 2236 | C206 | 6/24/2019 | $21,725.00 | $21,725.00 | Accept | ☐ | |
| CRG FINANCIAL, LLC | 2675 | C8 | 6/24/2019 | $6,349.59 | $6,349.59 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE OF CLEARVIEW CONSULTING INC | 2199 | C185 | 6/24/2019 | $38,855.00 | $38,855.00 | Accept | ☐ | |
| DANIEL J. SMITH | 2466 | C216 | 6/3/2019 | $285,776.26 | $0.00 | Invalid | ☐ | Creditor not a voting party, Voted to Accept |
| DAVID G. WISER | 2122 | C120 | 6/24/2019 | $358,444.10 | $358,444.10 | Accept | ☐ | |
| DAVID GORE ROSS | 1649 | S2405 | 6/3/2019 | $75,000.00 | $75,000.00 | Accept | ☐ | |
| DUCH CAPITAL MANAGEMENT, LLC | 2148 | C151 | 6/24/2019 | $182,704.58 | $182,704.58 | Accept | ☐ | |
| EDWARD GREENSPAN | 2430 | C122 | 6/24/2019 | $1,370,284.36 | $1,370,284.36 | Accept | ☐ | |
| EQUITY TRUST COMPANY FBO RENEE G SACKEY | 2124 | C123 | 6/24/2019 | $161,389.05 | $161,389.05 | Accept | ☐ | |
| FERLIN INVESTMENTS, LLC | 2115 | C114 | 6/24/2019 | $1,834,842.87 | $1,834,842.87 | Accept | ☐ | |
| GLOBAL TAX NETWORK ATLANTIC, LLC | 2530 | C95 | 6/17/2019 | $13,525.00 | $13,525.00 | Accept | ☐ | |
| GOOGLE LLC F/K/A GOOGLE INC. | 2022 | C52 | 6/14/2019 | $225,187.64 | $0.00 | Invalid | ☑ | Vote not indicated |
| GUIDEPOINT SECURITY, LLC | 2485 | C7 | 6/10/2019 | $36,152.26 | $0.00 | Invalid | ☐ | Duplicate conflicting ballot, Voted to Accept |
| GUIDEPOINT SECURITY, LLC | 1948 | C7 | 6/10/2019 | $36,152.26 | $36,152.26 | Accept | ☐ | |
| HARBOURVEST/NYSTRS CO-INVEST FUND L.P. | 2150 | C152 | 6/24/2019 | $2,752,019.66 | $2,752,019.66 | Accept | ☐ | |
| HOGAN LOVELLS US LLP | 2187 | C172 | 6/21/2019 | $547,637.32 | $547,637.32 | Accept | ☐ | |
| INNOVID INC. | 2095 | C97 | 6/26/2019 | $372,127.14 | $372,127.14 | Accept | ☑ | |
| JARED M. EPSTEIN | 1645 | S2388 | 6/10/2019 | $240,000.00 | $240,000.00 | Accept | ☐ | |
| JENA LARGE | 2438 | C168 | 6/3/2019 | $8,072.12 | $8,072.12 | Accept | ☐ | |
| JILL SCHWARTZ AND THOMAS MCADAM, TENANTS IN COMMON | 1647 | S2401 | 5/31/2019 | $90,000.00 | $90,000.00 | Accept | ☐ | |
| JOHN F. GALLO | 2141 | C143 | 6/24/2019 | $152,251.26 | $152,251.26 | Accept | ☐ | |
| JONATHAN R. AND JACQUELINE L. WALLACE, AS TBE | 2136 | C137 | 6/24/2019 | $152,253.82 | $152,253.82 | Accept | ☐ | |

*Monday, July 15, 2019*

OMNI MANAGEMENT GROUP
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: VG Liquidation Inc.
## Case No. 18-11120
## Claims Ballot Detail Results
## Class 2A - General Unsecured Claims (Inc.)

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out D&O Settlement | Comment |
|---|---|---|---|---|---|---|---|---|
| JUNFER TECH LLC | 2126 | C125 | 6/24/2019 | $4,405,659.61 | $4,405,659.61 | Accept | ☐ | |
| KENNETH J TARPEY | 2463 | C212 | 6/3/2019 | $265,929.18 | $0.00 | Invalid | ☐ | Creditor not a voting party, Voted to Accept |
| KENNETH TARPEY | 2447 | C183 | 6/3/2019 | $450,000.00 | $0.00 | Invalid | ☐ | Creditor not a voting party, Voted to Accept |
| KEVIN C. HALEY | 2449 | C187 | 6/6/2019 | $569,844.00 | $569,844.00 | Accept | ☐ | |
| KFP INVESTORS PARTNERSHIP | 2160 | C154 | 6/24/2019 | $106,577.67 | $106,577.67 | Accept | ☐ | |
| LAKEWOOD LANE ASSOCIATES | 2161 | C155 | 6/24/2019 | $60,901.53 | $60,901.53 | Accept | ☐ | |
| LAUDIS CONSULTOR, SLP | 2180 | C165 | 6/24/2019 | $1,284.00 | $1,284.00 | Reject | ☐ | |
| LAWRENCE M. MACKS REVOCABLE TRUST | 2142 | C142 | 6/24/2019 | $461,576.45 | $461,576.45 | Accept | ☐ | |
| LUCIDMEDIA HOLDINGS, LLC | 2128 | C127 | 6/26/2019 | $1,522,538.17 | $1,522,538.17 | Accept | ☐ | |
| MARK WETZLER | 1651 | S2411 | 6/18/2019 | $33,000.00 | $33,000.00 | Accept | ☐ | |
| NED J. KAPLIN | 2137 | C139 | 6/24/2019 | $106,577.67 | $106,577.67 | Accept | ☐ | |
| NEW ENTERPRISE ASSOCIATES 12, LIMITED PARTNERSHIP | 2144 | C146 | 6/24/2019 | $9,017,146.52 | $9,017,146.52 | Accept | ☐ | |
| PATHMATICS, INC | 2008 | C44 | 6/20/2019 | $5,000.00 | $5,000.00 | Accept | ☐ | |
| PAUL CLEMENT | 2467 | C217 | 6/3/2019 | $63,217.13 | $63,217.13 | Accept | ☐ | |
| PHILIP ARCHER | 2129 | C128 | 6/24/2019 | $514,000.36 | $514,000.36 | Accept | ☐ | |
| PIERCE ATWOOD | 2051 | C70 | 6/3/2019 | $2,570.00 | $2,570.00 | Accept | ☑ | |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | 2492 | C30 | 6/26/2019 | $67,125.38 | $67,125.38 | Accept | ☑ | |
| PINNACLE VENTURES DEBT FUND III, L.P. | 2145 | C147 | 6/24/2019 | $112,099.36 | $112,099.36 | Accept | ☐ | |
| PINNACLE VENTURES EQUITY FUND II, L.P. | 2147 | C148 | 6/24/2019 | $1,681,490.19 | $1,681,490.19 | Accept | ☐ | |
| PUBLISHERS CLEARING HOUSE | 2626 | C222 | 6/28/2019 | $81,032.00 | $81,032.00 | Accept | ☐ | |
| QED FUND I LP | 2131 | C129 | 6/24/2019 | $217,837.00 | $217,837.00 | Accept | ☐ | |
| RASSLING CATS SOFTWARE, LLC | 1945 | C4 | 6/12/2019 | $12,780.00 | $12,780.00 | Accept | ☐ | |
| RENATO NEGRIN | 2135 | C138 | 6/24/2019 | $284,208.27 | $284,208.27 | Accept | ☐ | |
| RICHARD D. FERBER AND SANDRA L. FERBER, AS TBE | 2117 | C115 | 6/24/2019 | $50,964.66 | $50,964.66 | Accept | ☐ | |
| ROBERT R. JAMES | 1646 | S2395 | 6/10/2019 | $150,000.00 | $150,000.00 | Accept | ☐ | |

OMNI MANAGEMENT GROUP
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: VG Liquidation Inc.
## Case No. 18-11120
## Claims Ballot Detail Results
## Class 2A - General Unsecured Claims (Inc.)

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out D&O Settlement | Comment |
|---|---|---|---|---|---|---|---|---|
| RYAN MATTHEW JAMBORETZ | 2470 | C223 | 6/27/2019 | $475,420.89 | $475,420.89 | Accept | ☐ | |
| SACKEY-HARRIS LP | 2132 | C130 | 6/24/2019 | $91,352.29 | $91,352.29 | Accept | ☐ | |
| SALLY HERMAN | 2134 | C135 | 6/13/2019 | $202,343.76 | $202,343.76 | Accept | ☐ | |
| SCOTT A. FERBER 2004 IRREVOCABLE TRUST F/B/O LAURENCE | 2118 | C116 | 6/24/2019 | $331,294.28 | $331,294.28 | Accept | ☐ | |
| SCOTT GORDON MACLEOD | 2468 | C219 | 6/10/2019 | $638,727.09 | $638,727.09 | Accept | ☐ | |
| SHAWN ANDREW GLICK | 2041 | C62 | 6/7/2019 | $150,000.00 | $150,000.00 | Accept | ☐ | |
| THEODORE J. LEONSIS, TRUSTEE | 2162 | C156 | 6/24/2019 | $609,015.27 | $609,015.27 | Accept | ☐ | |
| THOMAS MCMAHON | 2452 | C189 | 6/24/2019 | $297,781.00 | $622,431.00 | Accept | ☐ | Ballots amount has been aggregated with Ballot ID 2441. |
| THOMAS P. MCMAHON | 2441 | C174 | 6/24/2019 | $324,650.00 | $0.00 | Invalid | ☐ | Amount was aggregated on Ballot ID 2452. |
| TIDAL GROUP LLC | 2146 | C149 | 6/24/2019 | $3,058,071.45 | $3,058,071.45 | Accept | ☐ | |
| VALHALLA PARTNERS II, L.P. | 2107 | C105 | 6/24/2019 | $6,862,661.36 | $6,862,661.36 | Accept | ☐ | |
| WALTER B. STILLWELL | 2436 | C160 | 6/7/2019 | $9,807.69 | $9,807.69 | Accept | ☐ | |
| WHITE OPS, INC. | 2524 | C78 | 6/26/2019 | $462,203.91 | $462,203.91 | Accept | ☐ | |
| WILLIAM L. PATERNOTTE | 2130 | C131 | 6/24/2019 | $25,377.57 | $25,377.57 | Accept | ☐ | |
| XAXIS US, LLC | 2583 | C153 | 6/25/2019 | $11,715.00 | $11,715.00 | Accept | ☐ | |

OMNI MANAGEMENT GROUP
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Exhibit B

# Debtor: VG Liquidation Ltd.
**Case No. 18-11124**
**Claims Ballot Detail Results**
**Class 2B - General Unsecured Claims (Ltd.)**

**Class Summary**   Voting Outcome:   **Accepted**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 31 | 29 | 28 | 1 | 2 |
| Vote %: |  |  | 96.55% | 3.45% |  |
| Amt: |  | $35,562,596.04 | $35,445,391.31 | $117,204.73 |  |
| Amt %: |  |  | 99.67% | 0.33% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out D&O Settlement | Comment |
|---|---|---|---|---|---|---|---|---|
| CRG FINANCIAL LLC | 2660 | S2276 | 6/24/2019 | $255,676.61 | $255,676.61 | Accept | ☐ | |
| CRG FINANCIAL LLC | 2659 | S2266 | 6/24/2019 | $20,290.07 | $20,290.07 | Accept | ☐ | |
| CRG FINANCIAL, LLC | 2661 | S2303 | 6/24/2019 | $1,704.37 | $1,704.37 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE OF AXICOM LIMITED | 2213 | C32 | 6/24/2019 | $12,336.36 | $12,336.36 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE OF CONNECTING ON PURPOSE | 2198 | C31 | 6/24/2019 | $10,863.55 | $10,863.55 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE OF RTE | 2195 | C30 | 6/24/2019 | $402,878.87 | $402,878.87 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE OF SECTION MEDIA | 2201 | C29 | 6/24/2019 | $9,658.07 | $9,658.07 | Accept | ☐ | |
| CULVERBRIDGE LTD. | 2154 | C21 | 6/25/2019 | $234,939.00 | $234,939.00 | Accept | ☐ | |
| DIGITAL ENVOY - UK | 1572 | S2267 | 6/28/2019 | $66,070.83 | $66,070.83 | Accept | ☐ | |
| DIGITAL FIND, LTD. | 2527 | C10 | 6/26/2019 | $14,608.85 | $14,608.85 | Accept | ☐ | |
| DIGITIZE | 1573 | S2269 | 6/27/2019 | $123,100.62 | $123,100.62 | Accept | ☐ | |
| E-NOVATIVE MEDIA | 1574 | S2270 | 6/11/2019 | $19,214.06 | $19,241.00 | Accept | ☐ | |
| FINECAST LTD. | 2152 | C20 | 6/25/2019 | $13,542,763.00 | $13,542,763.00 | Accept | ☐ | |
| FYBER RTB GMBH | 2165 | C25 | 6/24/2019 | $32,579.92 | $32,579.92 | Accept | ☐ | |
| GOOGLE LLC F/K/A GOOGLE INC. | 2258 | C41 | 6/14/2019 | $145,007.44 | $0.00 | Invalid | ☑ | Vote not indicated |
| GROUPM UK DIGITAL LTD. | 2151 | C19 | 6/25/2019 | $14,892,822.00 | $14,892,822.00 | Accept | ☐ | |

*Monday, July 15, 2019*                    *18-11124 - Page 1 of 2*

OMNI MANAGEMENT GROUP
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: VG Liquidation Ltd.
## Case No. 18-11124
## Claims Ballot Detail Results
## Class 2B - General Unsecured Claims (Ltd.)

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out D&O Settlement | Comment |
|----------|----------|---------|---------------|----------------------|----------------------|------|------------------------|---------|
| HAIN CAPITAL INVESTORS, LLC | 2681 | C28 | 6/28/2019 | $117,204.73 | $117,204.73 | Reject | ☐ | |
| HOOPLA DIGITAL LTD | 1980 | C1 | 6/28/2019 | $106,583.82 | $106,583.82 | Accept | ☐ | |
| MATT PENMAN | 2418 | C4 | 6/19/2019 | $886.47 | $886.47 | Accept | ☐ | |
| MEDIACOM UK LTD. | 2159 | C24 | 6/25/2019 | $203,566.00 | $203,566.00 | Accept | ☐ | |
| MILLS & REEVE LLP | 2305 | C52 | 7/8/2019 | $13,743.20 | $13,743.20 | Accept | ☐ | |
| MINDSHARE MEDIA UK LTD. | 2157 | C22 | 6/25/2019 | $105,094.00 | $105,094.00 | Accept | ☐ | |
| PUBLISHERS CLEARING HOUSE | 2631 | C45 | 6/28/2019 | $81,032.00 | $81,032.00 | Accept | ☐ | |
| PULSEPOINT LTD (SUBSIDIARY OF PULSEPOINT, INC) | 2078 | C12 | 6/21/2019 | $64,011.36 | $64,011.36 | Accept | ☐ | |
| SKY UK LIMITED | 2261 | C43 | 6/26/2019 | $4,832,196.99 | $4,832,196.99 | Accept | ☐ | |
| STV | 1613 | S2328 | 6/21/2019 | $71,812.72 | $71,812.72 | Accept | ☐ | |
| TAYLOR MADE HUMAN RESOURCES LTD | 1614 | S2329 | 6/7/2019 | $9,502.51 | $9,502.51 | Accept | ☐ | |
| TEADS STUDIO LIMITED | 2216 | C33 | 6/28/2019 | $8,628.59 | $8,628.59 | Accept | ☐ | |
| TRC MASTER FUND, LLC AS ASSIGNEE OF SMARTYCONTENT | 2075 | C11 | 6/10/2019 | $114,140.53 | $114,140.53 | Accept | ☐ | |
| TRC MASTER FUND, LLC AS ASSIGNEE OF SMARTYCONTENT | 2529 | C11 | 6/10/2019 | $114,140.53 | $0.00 | Invalid | ☐ | Duplicate conflicting ballot, Voted to Accept |
| WAVEMAKER LTD. | 2158 | C23 | 6/25/2019 | $194,660.00 | $194,660.00 | Accept | ☐ | |

OMNI MANAGEMENT GROUP
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Exhibit C

# Debtor: VG MT Liquidation LLC
## Case No. 18-11122
## Claims Ballot Detail Results
## Class 2C - General Unsecured Claims (VMT)

| Class Summary | Voting Outcome: | Accepted | | | |

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| **# Votes:** | 35 | 33 | 26 | 7 | 2 |
| **Vote %:** | | | 78.79% | 21.21% | |
| **Amt:** | | $15,509,988.36 | $11,859,467.09 | $3,650,521.27 | |
| **Amt %:** | | | 76.46% | 23.54% | |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out D&O Settlement | Comment |
|---|---|---|---|---|---|---|---|---|
| BEACHFRONT MEDICA, LLC | 2035 | C13 | 6/22/2019 | $1,014,652.40 | $1,014,652.40 | Accept | ☐ | |
| CONTRARIAN FUNDS, LLC | 2684 | C46 | 6/27/2019 | $324,059.88 | $324,059.88 | Reject | ☐ | |
| CRG FINANCIAL LLC | 2666 | S2143 | 6/24/2019 | $168,246.26 | $168,246.26 | Accept | ☐ | |
| CRG FINANCIAL LLC | 2662 | S2211 | 6/24/2019 | $168,000.00 | $168,000.00 | Accept | ☐ | |
| CRG FINANCIAL LLC | 2665 | S2157 | 6/24/2019 | $84,537.75 | $84,537.75 | Accept | ☐ | |
| CRG FINANCIAL LLC | 2676 | C12 | 6/24/2019 | $576,170.53 | $576,170.53 | Accept | ☐ | |
| CRG FINANCIAL LLC | 2678 | C15 | 6/24/2019 | $252,553.99 | $252,553.99 | Accept | ☐ | |
| CRG FINANCIAL LLC (AS ASSIGNEE OF MEDIA 122) | 2211 | C35 | 6/24/2019 | $164,410.18 | $164,410.18 | Accept | ☐ | |
| CRG FINANCIAL LLC (AS ASSIGNEE OF TOUT, INC.) | 2233 | C38 | 6/24/2019 | $56,379.33 | $56,379.33 | Accept | ☐ | |
| CRG FINANCIAL LLC AS ASSIGNEE OF DEL PLAYA MEDIA | 2214 | C33 | 6/24/2019 | $156,631.39 | $156,631.39 | Accept | ☐ | |
| CRG FINANCIAL LLC AS ASSIGNEE OF MEDIA BREWERY AKA AUREUS HOLDINGS LLC | 2206 | C34 | 6/24/2019 | $341,710.82 | $341,710.82 | Accept | ☐ | |
| CRG FINANCIAL LLC, (AS ASSIGNEE OF VIDILLION) | 1991 | C7 | 6/24/2019 | $59,293.99 | $59,293.99 | Accept | ☐ | |
| CRG FINANCIAL LLC, (AS ASSIGNEE OF VIRALIZE) | 1972 | C4 | 6/24/2019 | $25,231.34 | $25,231.34 | Accept | ☐ | |

OMNI MANAGEMENT GROUP
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: VG MT Liquidation LLC**
**Case No. 18-11122**
**Claims Ballot Detail Results**
**Class 2C - General Unsecured Claims (VMT)**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out D&O Settlement | Comment |
|---|---|---|---|---|---|---|---|---|
| CRG FINANCIAL, LLC  (AS ASSIGNEE OF SERACAST) | 2189 | C28 | 6/24/2019 | $29,293.91 | $29,293.91 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE OF 495 COMMUNICATIONS | 2204 | C32 | 6/24/2019 | $529,644.40 | $529,644.40 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE OF BARONSMEDIA, INC. | 2212 | C29 | 6/24/2019 | $364,726.63 | $364,726.63 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE OF BLUETONIC, INC. | 2203 | C31 | 6/24/2019 | $107,663.73 | $107,663.73 | Accept | ☐ | |
| CRG FINANCIAL, LLC AS ASSIGNEE THE RUBICON PROJECT, INC. | 2288 | C49 | 6/24/2019 | $681,546.44 | $681,546.44 | Accept | ☐ | |
| GAMEHOUSE EUROPE B.V. | 1990 | C6 | 6/26/2019 | $1,481.00 | $1,481.00 | Accept | ☐ | |
| HAIN CAPITAL INVESTORS MASTER FUND LTD | 2408 | C57 | 6/28/2019 | $229,020.60 | $229,020.60 | Reject | ☐ | |
| HAIN CAPITAL INVESTORS, LLC | 2673 | C2 | 6/28/2019 | $434,048.83 | $434,048.83 | Reject | ☐ | |
| HAIN CAPITAL INVESTORS, LLC | 2344 | C55 | 6/28/2019 | $733,178.60 | $733,178.60 | Reject | ☐ | |
| J.H. LANE PARTNERS MASTER FUND, LP | 2683 | C45 | 6/28/2019 | $666,800.01 | $666,800.01 | Reject | ☐ | |
| J.H. LANE PARTNERS MASTER FUND, LP | 2682 | C44 | 6/28/2019 | $576,006.93 | $576,006.93 | Reject | ☐ | |
| PUBLISHERS CLEARING HOUSE | 2627 | C47 | 6/28/2019 | $81,032.00 | $81,032.00 | Accept | ☐ | |
| RHYTHMONE, LLC | 2084 | C20 | 6/22/2019 | $1,174,258.71 | $1,174,258.71 | Accept | ☐ | |
| ROCKY POINT CLAIMS LLC | 2663 | S2212 | 6/28/2019 | $12,332.86 | $687,406.42 | Reject | ☐ | Ballot amount has been aggregated with Ballot ID 2690 and 1512 |
| ROCKY POINT CLAIMS LLC | 2690 | C12 | 6/28/2019 | $477,672.88 | $0.00 | Invalid | ☐ | Amount was aggregated on Ballot ID 2663 |
| ROCKY POINT CLAIMS LLC | 1512 | S2170 | 6/28/2019 | $197,400.68 | $0.00 | Invalid | ☐ | Amount has been aggregated on Ballot ID 2663 |
| SPOTX, INC. | 2072 | C19 | 5/28/2019 | $3,200,617.48 | $3,200,617.48 | Accept | ☐ | |
| TEADS FRANCE SAS | 2241 | C40 | 6/28/2019 | $1,140,730.33 | $1,140,730.33 | Accept | ☐ | |
| TELARIA, INC. | 2025 | C10 | 5/30/2019 | $1,013,461.70 | $1,013,461.70 | Accept | ☐ | |
| TRION INTERACTIVE | 2535 | C22 | 6/17/2019 | $85,657.97 | $85,657.97 | Accept | ☑ | |
| VIDEO INTELLIGENCE AG | 2689 | C60 | 6/10/2019 | $361,534.81 | $361,534.81 | Accept | ☐ | |
| XAXIS US, LLC | 2156 | C23 | 6/25/2019 | $20,000.00 | $20,000.00 | Accept | ☐ | |

OMNI MANAGEMENT GROUP
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737