# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VG LIQUIDATION, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (JTD)<br><br>Jointly Administered<br><br>**Related to Docket No. 827** |

## NOTICE OF RESCHEDULED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the date of the Confirmation Hearing originally scheduled for July 31, 2019 at 10:00 a.m. (Prevailing Eastern Time) has been **rescheduled to July 30, 2019 at 10:00 a.m. (Prevailing Eastern Time)**, before the Honorable John T. Dorsey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

Dated: July 23, 2019

**COLE SCHOTZ P.C.**

*/s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
Katherine M. Devanney (No. 6356)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
ddean@coleschotz.com
kdevanney@coleschotz.com

- and -

Irving E. Walker
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
Telephone: (410) 230-0660
Facsimile: (410) 528-9400
iwalker@coleschotz.com

*Counsel for Debtors*
*and Debtors in Possession*

57731/0003-17611183v1