**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>VG LIQUIDATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (JTD)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 30, 2019 AT 10:00 A.M. (ET)
BEFORE THE HONORABLE JOHN T. DORSEY**[2]

**MATTER GOING FORWARD**

1. Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 (Filed May 15, 2019) (Docket No. 978)

    Related Documents:

    (a) Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 (Filed May 15, 2019) (Docket No. 979)

    (b) Notice of Filing of Blacklines to (I) Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 and (II) Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 (Filed May 15, 2019) (Docket No. 980)

    (c) Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc. (8566), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 145 West Ostend Street, Suite 623, Baltimore, MD 21230.

[2] The hearing will be held before The Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

|     | |
| --- | --- |
| | Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief (Entered May 15, 2019) (Docket No. 984) |
| (d) | Notice of (A) Confirmation Hearing With Respect to Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 and (B) Related Objection Deadline (Filed May 16, 2019) (Docket No. 988) |
| (e) | Affidavit of Publication of Notice of (A) Confirmation Hearing With Respect to Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 and (B) Related Objection Deadline (Filed May 22, 2019) (Docket No. 1006) |
| (f) | Plan Supplement for Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 (Filed June 21, 2019) (Docket No. 1078) |
| (g) | Declaration of Paul Deutch Regarding Tabulation of Ballots for Accepting or Rejecting the Amended Joint Chapter 11 Plan of the Plan Debtors as of May 15, 2019 (Filed July 16, 2019) (Docket No. 1133) |
| (h) | Notice of Rescheduled Confirmation Hearing (Filed July 23, 2019) (Docket No. 1143) |
| (i) | Plan Debtors' Reply in Further Support of Confirmation of Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 (Filed July 25, 2019) (Docket No. 1147) |
| (j) | Joint Exhibit List in Connection With the Confirmation Hearing Scheduled For July 30, 2019 (Filed July 26, 2019) (Docket No. 1152) |
| (k) | Declaration of Kenneth Tarpey in Support of Confirmation of Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 (Filed July 26, 2019) (Docket No. 1154) |
| (l) | Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 (Filed July 26, 2019) (Docket No. 1155) |
| (m) | Plan Debtors' Witness List in Connection With the Confirmation Hearing Scheduled For July 30, 2019 (Filed July 26, 2019) (Docket No. 1157) |

Objection Deadline:  June 28, 2019 at 4:00 p.m. (ET)
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on July 24, 2019 for Oracle.

57731/0003-17359303v1

Responses Received:

(a) [J.H. Lane Partners Master Fund, LP's] Objection (Substantive) to Claims of Pinnacle Ventures, L.L.C. for the Purposes of Voting on the Plan (Filed June 14, 2019) (Docket No. 1054)

(b) [J.H. Lane Partners Master Fund, L.P., Contrarian Funds, LLC, and Rocky Point Claims LLC's] Preliminary Objection to Confirmation of Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors (Filed June 19, 2019) (Docket No. 1067)

(c) [J.H. Lane Partners Master Fund, L.P., Contrarian Funds, LLC, and Rocky Point Claims LLC's] Supplemental Objection to Confirmation of Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors (Filed June 28, 2019) (Docket No. 1102)

(d) [J.H. Lane Partners Master Fund, L.P., Contrarian Funds, LLC, and Rocky Point Claims LLC's] Exhibit A to Supplemental Objection to Confirmation of Amended Joint Chapter 11 of Liquidation of the Plan Debtors (Filed July 1, 2019) (Docket No. 1106)

(e) [J.H. Lane Partners Master Fund, L.P., Contrarian Funds, LLC, and Rocky Point Claims LLC's] Partial Withdrawal of Objections to Confirmation of Amended Joint Chapter 11 of Liquidation of the Plan Debtors (Filed July 24, 2019) (Docket No. 1145)

(f) Reply of the Official Committee of Unsecured Creditors in (A) Further Support of Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 and (B) in Opposition to the Supplemental Objection to Confirmation of Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 Filed By the Objecting Creditors (Filed July 25, 2019) (Docket No. 1148)

(g) Declaration of Stanley W. Mastil in Support of Reply of the Official Committee of Unsecured Creditors in (A) Further Support of Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 and (B) in Opposition to the Supplemental Objection to Confirmation of Amended Joint Chapter 11 Plan of Liquidation of the Plan Debtors as of May 15, 2019 Filed By the Objecting Creditors (Filed July 25, 2019) (Docket No. 1149)

(h) Notice By Official Committee of Unsecured Creditors of Witness List For Confirmation Hearing on July 30, 2019 at 10:00 a.m. (ET) (Filed July 26, 2019) (Docket No. 1156)

Status: This matter will be going forward.

57731/0003-17359303v1

2.     Debtors' Motion for Entry of Orders Dismissing the Chapter 11 Cases of Debtors Collider Media, Inc. and LucidMedia Networks, Inc. Upon Effective Date of Chapter 11 Plan of Plan Debtors (Filed July 10, 2019) (Docket No. 1122)

    Objection Deadline:  July 24, 2019 at 4:00 p.m. (ET)

    Responses Received: None.

    Status:    This matter will be going forward.

Dated:  July 26, 2019     **COLE SCHOTZ P.C.**

    */s/ Patrick J. Reilley*
    Patrick J. Reilley (No. 4451)
    G. David Dean (No. 6403)
    Katherine M. Devanney (No. 6356)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    preilley@coleschotz.com
    ddean@coleschotz.com
    kdevanney@coleschotz.com

    - and -

    Irving E. Walker
    300 E. Lombard Street, Suite 1450
    Baltimore, MD  21202
    Telephone: (410) 230-0660
    Facsimile: (410) 528-9400
    iwalker@coleschotz.com

    *Counsel for Debtors and*
    *Debtors in Possession*