# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM: 6**

**CASE NUMBER:** 18-11120  **CASE NAME:** VG Liquidation, Inc.  **DATE:** 7/30/2019 (10:00 AM)

*****PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED*****

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Morris | Pachulski Stang | Group M |
| Colin Robinson | Pachulski Stang | Group M |
| Kaith Mackenzie | DLA Piper | Noteholder Group |
| Dale Cathell | DLA Piper | Noteholder Group |
| IRVING WALKER | COLE SCHOTZ | DEBTORS |
| G. DAVID DEAN | Cole Schotz | DEBTORS |
| D. Buchbinder | USTP / DOJ | UST |
| Patrick Reilly | Cole Schotz | Debtors |
| ERIC SILVER | Stearns Weaver | P&O's |
| Seth Van Aalten | Cooley | Committee |
| Michael Klein | Cooley | Committee |
| Fred Rosner | Rosner Law | Objecting Creditors |
| Paul Rubin | Rubin Law | " " |
| Hanh Huynh | " " | " " |
| Chris Samis | Potter Anderson | Committee |
| Aaron Stulman | " | " " |

# SIGN-IN SHEET

**JUDGE:** Dorsey     **COURTROOM:** 6

**CASE NUMBER:** 18-11120  **CASE NAME:** VG Liquidation, Inc.   **DATE:** 7/30/2019 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Olivere | Chipman Brown Cicero Cole | CRG Financial LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: | 07/30/2019
Calendar Time: | 10:00 AM ET

# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable John T. Dorsey
## Courtroom

*1st Revision   Jul 29 2019  2:40PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | VG Liquidation, Inc. | 18-11120 | Hearing | 9947245 | Robert Axenrod | (201) 266-6988 ext. | CRG Financial LLC | Creditor, CRG Financial LLC / LISTEN ONLY |
| | | VG Liquidation, Inc. | 18-11120 | Hearing | 9947999 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, CRG Financial LLC / LIVE |
| | | VG Liquidation, Inc. | 18-11120 | Hearing | 9950440 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | | VG Liquidation, Inc. | 18-11120 | Hearing | 9952286 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | VG Liquidation, Inc. | 18-11120 | Hearing | 9951933 | Jonathan Neiss | (212) 899-9791 ext. | JH Lane Partners | Interested Party, JH Lane Partners / LISTEN ONLY |
| | | VG Liquidation, Inc. | 18-11120 | Hearing | 9950446 | Edward Waters | (203) 829-9285 ext. | Rocky Point Claims, LLC | Creditor, Rocky Point Claims, LLC / LISTEN ONLY |
| | | VG Liquidation, Inc. | 18-11120 | Hearing | 9951917 | Handson Wu | (212) 899-9798 ext. | Handson Wu - In Pro Per/Pro Se | Interested Party, Handson Wu / LISTEN ONLY |