IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VG Liquidation Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11120 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 19, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order Granting Debtors' Motion for Entry of an Order Dismissing the Chapter 11 Case of Debtor Collider Media, Inc., Case No. 18-11121, Upon Effective Date of the Plan** [Docket No. 1183]

- **Order Granting Debtors' Motion for Entry of an Order Dismissing the Chapter 11 Case of Debtor LucidMedia Networks, Inc.., Case No. 18-11123, Upon Effective Date of Plan** [Docket No. 1184]

Dated: August 21, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 21st day of August, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), Collider Media, Inc. (8602), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), LucidMedia Networks, Inc. (8566), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 145 West Ostend Street, Suite 623, Baltimore, MD 21230.

# **EXHIBIT A**

| | | |
|---|---|---|
| ARENT FOX LLP<br>JORDANA RENERT<br>JORDANA.RENERT@ARENTFOX.COM | ARENT FOX LLP<br>ROBERT M. HIRSH<br>ROBERT.HIRSH@ARENTFOX.COM | ARNOLD & PORTER KAYE SCHOLER LLP<br>BRIAN J. LOHAN<br>BRIAN.LOHAN@ARNOLDPORTER.COM |
| ASSISTANT ATTORNEY GENERAL OF MI<br>KATHERINE KERWIN<br>KERWINK@MICHIGAN.GOV | BALLARD SPAHR LLP<br>CHANTELLE D. MCCLAMB<br>MCCLAMBC@BALLARDSPAHR.COM | BALLARD SPAHR LLP<br>MATTHEW G. SUMMERS<br>SUMMERSM@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP<br>DAVID POWLEN<br>DAVID.POWLEN@BTLAW.COM | BARNES & THORNBURG LLP<br>KEVIN COLLINS<br>KEVIN.COLLINS@BTLAW.COM | BARNES & THORNBURG LLP<br>PAUL LAURIN<br>PAUL.LAURIN@BTLAW.COM |
| BAYARD, P.A.<br>DANIEL N. BROGAN<br>DBROGAN@BAYARDLAW.COM | BAYARD, P.A.<br>JUSTIN R. ALBERTO<br>JALBERTO@BAYARDLAW.COM | BIALSON, BERGEN & SCHWAB<br>THOMAS GAA<br>TGAA@BBSLAW.COM |
| BUCHALTER, APC<br>ARIEL A. BERRIOS<br>ABERRIOS@BUCHALTER.COM | BUCHALTER, APC<br>WILLIAM S. BRODY<br>WBRODY@BUCHALTER.COM | CAREFIRST BLUECROSS BLUESHIELD<br>DIANE FLOWERS<br>DIANE.FLOWERS@CAREFIRST.COM |
| CHIPMAN, BROWN, CICERO & COLE, LLP<br>MARK L. DESGROSSEILLIER<br>DESGROSS@CHIPMANBROWN.COM | CIARDI CIARDI & ASTIN<br>JOHN D. MCLAUGHLIN, JR<br>JMCLAUGHLIN@CIARDILAW.COM | COLE SCHOTZ PC<br>IRVING E. WALKER<br>IWALKER@COLESCHOTZ.COM |
| COLE SCHOTZ PC<br>PATRICK J. REILLEY<br>PREILLEY@COLESCHOTZ.COM | COOLEY LLP<br>EVAN LAZEROWTIZ<br>ELAZEROWITZ@COOLEY.COM | COOLEY LLP<br>MAX SCHLAN<br>MSCHLAN@COOLEY.COM |
| COOLEY LLP<br>MICHAEL KLEIN<br>MKLEIN@COOLEY.COM | COOLEY LLP<br>SETH AALTEN<br>SVANAALTEN@COOLEY.COM | DAVIS & GILBERT LLP<br>CURT MYERS<br>CMYERS@DGLAW.COM |
| DAVIS & GILBERT LLP<br>MASSIMO GIUGLIANO<br>MGIUGLIANO@DGLAW.COM | DECHERT, LLP<br>MICHAEL J. SAGE<br>MICHAEL.SAGE@DECHERT.COM | DECHERT, LLP.<br>STEPHEN M. WOLPERT<br>STEPHEN.WOLPERT@DECHERT.COM |
| DELAWARE SECRETARY OF STATE<br>DOSDOC_FTAX@STATE.DE.US | DLA PIPER LLP<br>DALE CATHELL<br>DALE.CATHELL@DLAPIPER.COM | DLA PIPER LLP<br>KRISTY GRACE<br>KRISTY.GRACE@DLAPIPER.COM |
| DLA PIPER LLP<br>R. CRAIG MARTIN<br>CRAIG.MARTIN@DLAPIPER.COM | DLA PIPER LLP<br>RICHARD KREMEN<br>RICHARD.KREMEN@DLAPIPER.COM | DOSHI LEGAL GROUP, P.C.<br>AMISH R. DOSHI<br>AMISH@DOSHILEGAL.COM |
| FAST PAY PARTNERS LLC<br>LEGAL@GOFASTPAY.COM | FPP SANDBOX LLC<br>LEGAL DEPT<br>LEGAL@GOFASTPAY.COM | FREDERICK ROSNER<br>FREDERICK ROSNER<br>ROSNER@TEAMROSNER.COM |
| GOODWIN PROCTER LLP<br>ALESSANDRA SIMONS<br>ASIMONS@GOODWINLAW.COM | GOODWIN PROCTER LLP<br>GREGORY FOX<br>GFOX@GOODWINLAW.COM | LOEB & LOEB LLP<br>BETHANY D. SIMMONS<br>BSIMMONS@LOEB.COM |
| LOEB & LOEB LLP<br>WILLIAM M HAWKINS<br>WHAWKINS@LOEB.COM | MARGOLIS EDELSTEIN<br>JAMES E. HUGGETT<br>JHUGGETT@MARGOLISEDELSTEIN.COM | MCCARTER & ENGLISH, LLP<br>KATE ROGGIO BUCK<br>KBUCK@MCCARTER.COM |
| MCCARTER & ENGLISH, LLP<br>SHANNON D. HUMISTON<br>SHUMISTON@MCCARTER.COM | MITCHELL, WILLIAMS, SELIG, GATES<br>STAN D. SMITH<br>SSMITH@MWLAW.COM | MORRIS JAMES LLP<br>ERIC J. MONZO<br>EMONZO@MORRISJAMES.COM |

| | | |
|---|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>DEREK ABBOTT<br>DABBOTT@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PAIGE TOPPER<br>PTOPPER@MNAT.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID L. BUCHBINDER<br>DAVID.L.BUCHBINDER@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION03.WL.ECF@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES<br>COLIN ROBINSON<br>CROBINSON@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES<br>DEBORAH GRASSGREEN<br>DGRASSGREEN@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES<br>ROBERT J. FEINSTEIN<br>RFEINSTEIN@PSZJLAW.COM | POTTER ANDERSON & CORROON LLP<br>AARON H. STULMAN<br>ASTULMAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M. SAMIS<br>CSAMIS@POTTERANDERSON.COM |
| POTTER ANDERSON & CORROON LLP<br>D. RYAN SLAUGH<br>RSLAUGH@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>JEREMY RYAN<br>JRYAN@POTTERANDERSON.COM | POTTER ANDERSON & CORROON LLP<br>L. KATHERINE GOOD<br>KGOOD@POTTERANDERSON.COM |
| REESE BROOME<br>R.A. HURLEY<br>RHURLEY@REESBROOME.COM | RICHARDS, LAYTON & FINGER, P.A.<br>CHRISTOPHER M. DE LILLO<br>DELILLO@RLF.COM | RICHARDS, LAYTON & FINGER, P.A.<br>JOHN H. KNIGHT<br>KNIGHT@RLF.COM |
| ROPES & GRAY LLP<br>GREGG M. GALARDI<br>GREGG.GALARDI@ROPESGRAY.COM | RUBIN LLC<br>PAUL RUBIN<br>PRUBIN@RUBINLAWLLC.COM | RUCKI FEE REVIEW, LLC<br>JUSTIN H. RUCKI<br>JUSTINRUCKI@RUCKIFEEREVIEW.COM |
| SECRETARY OF THE TREASURY<br>STATETREASURER@STATE.DE.US | SECURITIES & EXCHANGE COMMISSION<br>NYROBANKRUPTCY@SEC.GOV | SECURITIES & EXCHANGE COMMISSION<br>SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SEWARD & KISSEL LLP<br>LOTEMPIO@SEWKIS.COM | SEWARD & KISSEL LLP<br>ROBERT GAYDA<br>GAYDA@SEWKIS.COM | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD TILLINGHAST<br>ETILLINGHAST@SHEPPARDMULLIN.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>MICHAEL DRISCOLL<br>MDRISCOLL@SHEPPARDMULLIN.COM | SQUIRE PATTON BOGGS US LLP<br>PETER R. MORRISON<br>PETER.MORRISON@SQUIREPB.COM | STEARNS WEAVER MILLER WEISSLER ALHADEFF &<br>ERIC J. SILVER<br>ESILVER@STEARNSWEAVER.COM |
| STEARNS WEAVER MILLER WEISSLER ALHADEFF &<br>JONATHAN C.VAIR<br>JVAIR@STEARNSWEAVER.COM | UNITED STATES ATTORNEY'S OFFICE<br>ELLEN SLIGHTS<br>ELLEN.SLIGHTS@USDOJ.GOV | UNITED STATES ATTORNEY'S OFFICE<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| VIDAZOO LTD<br>ELAD FRIEDMAN<br>EFRIEDMAN@VIDAZOO.COM | WHITEFORD, TAYLOR & PRESTON LLC<br>STEPHEN B GERALD<br>SGERALD@WTPLAW.COM | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN PATTERSON<br>MORGAN.PATTERSON@WBD-US.COM |

Parties Served: 78

# **EXHIBIT B**

| | | |
|---|---|---|
| ASSISTANT ATTORNEY GENERAL OF MI<br>ATTN: KATHERINE KERWIN/BILL SCHUETTE<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | BALLARD SPAHR LLP<br>ATTN: MATTHEW G. SUMMERS<br>ATTN: CHANTELLE D. MCCLAMB<br>919 N MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BUCHALTER, APC<br>ATTN: WILLIAM S BRODY<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>LOS ANGELES, CA 90017-1730 |
| CAREFIRST BLUECROSS BLUESHIELD<br>ATTN: DIANE FLOWERS<br>10455 MILL RUN CIRCLE<br>OWINGS MILLS, MD 21117 | CIARDI CIARDI & ASTIN<br>ATTN: DANIEL ASTIN / JOHN MCLAUGHLIN JR<br>ATTN: JOSEPH MCMAHON JR<br>1204 N KING ST<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>JOHN G. TOWNSEND BUILDING<br>401 FEDERAL STREET, SUITE 4<br>DOVER, DE 19901 |
| DIVISION OF UNEMPLOYMENT INSURANCE<br>DEPARTMENT OF LABOR<br>4425 N MARKET STREET<br>WILMINGTON, DE 19802 | DOSHI LEGAL GROUP, P.C.<br>ATTN: AMISH R. DOSHI<br>1979 MARCUS AVE, SUITE 210E<br>LAKE SUCCESS, NY 11042 | FAST PAY PARTNERS LLC<br>8201 BEVERLY BLVD., SUITE 600<br>LOS ANGELES, CA 90048 |
| FPP SANDBOX LLC<br>ATTN: LEGAL DEPT<br>8201 BEVERLY BLVD, SUITE 600<br>LOS ANGELES, CA 90048 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | MILBANK LLP<br>ATTN: MELAINIE MANSFIELD<br>2029 CENTURY PARK EAST, 33RD FLOOR<br>LOS ANGELES, CA 90067 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY RYAN/D. RYAN SLAUGH<br>1313 NORTH MARKET STREET, SIXTH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19899 | REESE BROOME<br>ATTN: R.A. HURLEY<br>1900 GALLOWS ROAD, 700<br>TYSONS CORNER, VA 22182 | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: JOHN H. KNIGHT<br>ATTN: CHRISTOPHER M. DE LILLO<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| RUCKI FEE REVIEW, LLC<br>ATTN: JUSTIN H. RUCKI<br>1111 WINDON DRIVE<br>WILMINGTON, DE 19803 | SECRETARY OF THE TREASURY<br>820 SILVER LAKE BOULEVARD, SUITE 100<br>DOVER, DE 19904 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>LARA MEHRABAN, ASSOCIATE REGIONAL DIRECTO<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281 |
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | STATE OF DELAWARE<br>820 N FRENCH STREET<br>DIVISION OF REVENUE 8TH FLOOR<br>WILMINGTON, DE 19801-0820 | TENNENBAUM CAPITAL PARTNERS, LLC<br>ATTN: ASHER FINCI<br>2951 28TH ST, SUITE 1000<br>SANTA MONICA, CA 90405 |
| TN DEPT OF REVENUE<br>ATTN: LAURA L. MCCLOUD<br>P.O BOX 20207<br>NASHVILLE, TN 37202-0207 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: ELLEN SLIGHTS<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 | |

Parties Served: 23